```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2
                       Case No. 14-81395-CIV-MARRA
 3
     FEDERAL TRADE COMMISSION AND )
 4   STATE OF FLORIDA,            )
                                  )
 5        PLAINTIFFS,             )
                                  )
 6        -v-                     )
                                  )
 7   INBOUND CALL EXPERTS, LLC,   )
     ET AL.,                      )
 8                                )
          DEFENDANTS.             )    West Palm Beach, Florida
 9                                )    December 17, 2014
     _____ )
10

11                   VOLUME 2 - PAGES 1 - 305

12        TRANSCRIPT OF PRELIMINARY INJUNCTION PROCEEDINGS

13           BEFORE THE HONORABLE KENNETH A. MARRA

14                 UNITED STATES DISTRICT JUDGE

15

16   Appearances:

17   (On Page 2.)

18

19   Reporter              Stephen W. Franklin, RMR, CRR, CPE
     (561)514-3768         Official Court Reporter
20                         701 Clematis Street
                           West Palm Beach, Florida  33401
21                         E-mail:  SFranklinUSDC@aol.com

22

23

24

25
```

```
 1    Appearances:

 2    FOR THE COMMISSION          Colleen B. Robbins, ESQ.
                                  Federal Trade Commission
 3                                600 Pennsylvania Avenue Northwest
                                  Washington, DC 20580
 4
                                  Emily C. Burton, ESQ.
 5                                Federal Trade Commission
                                  600 Pennsylvania Ave Northwest
 6                                Mail Stop CC-8528
                                  Washington, DC 20580
 7
      FOR THE STATE              Katherine A. Kiziah, ESQ.
 8                                Office of the Attorney General
                                  Consumer Protection Division
 9                                1515 North Flagler Drive, Ste. 900
                                  West Palm Beach, FL 33401
10
      FOR THE DEFENDANTS         David L. Ferguson. ESQ.,
11                                Jonathan M. Streisfeld, ESQ., AND
                                  Seth D. Haimovitch, ESQ.
12                                The Kopelowitz & Ostrow Firm, PA
                                  200 Southwest 1st Avenue
13                                12th Floor
                                  Fort Lauderdale, FL 33301
14
                                  Robert N. Nicholson, ESQ.
15                                Nicholson & Eastin, LLP
                                  707 Northeast Third Avenue
16                                Suite 301
                                  Fort Lauderdale, FL 33304
17
                                  William H. Edmonson, ESQ.
18                                Doll, Amir & Ely, LLP
                                  1888 Century Park East, Suite 1850
19                                Los Angeles, CA 90067

20                                  * * * * *

21

22

23

24

25
```

```
 1              (Call to the order of the Court.)

 2              THE COURT:  Good morning, everyone.  Please be

 3     seated.

 4              We ready to proceed?

 5              MR. FERGUSON:  Yes, Your Honor, we are.

 6              THE COURT:  Okay.  So I assume we're going to start

 7     with the defense witnesses, and then when the Plaintiffs'

 8     expert gets here we'll take the Plaintiffs' expert?

 9              MR. FERGUSON:  Yes, Your Honor.  In light of

10     Mr. Skoudis not getting in 'til the afternoon, we'll agree to

11     go ahead.  And I want to see, we have one consumer witness.

12     I want to see if he's in the hall.  If he's not, we have

13     another witness that we'll put up.

14              THE COURT:  Okay.

15              MR. STREISFELD:  Your Honor, while we're waiting for

16     a witness to come in, we spoke to the Attorney General's

17     Office and to the Federal Trade Commission counsel about

18     moving in these two binders, which have all 11 of our

19     declarations in them, and then allowing, if it's okay with

20     you, allowing the witnesses to just, if they're being

21     cross-examined on a declaration, to flip to the tab where

22     their declaration is.  Is that okay?

23              THE COURT:  Sure.

24              MR. STREISFELD:  So how would you like to mark,

25     there's two volumes.
```

```
 1              THE COURT:  Well, do you have each one set out with
 2   a specific exhibit number?
 3              MR. STREISFELD:  Yeah, there's a tab.  They're
 4   numbered 1 through 11 in the two binders.
 5              THE COURT:  Any objections to 1 through 11 being
 6   admitted?
 7              MS. ROBBINS:  No, Your Honor.
 8              MR. EDMONSON:  No, Your Honor.
 9              THE COURT:  They'll be admitted without objection.
10      (Defendants' Exhibit Nos. 1 through 11 entered into
11   evidence.)
12              MR. STREISFELD:  And I can help the court reporter.
13   I guess I could read off the names.
14              THE COURT:  It's not necessary.
15              MR. STREISFELD:  Not necessary.  Thank you.
16              THE COURT:  Sir, would you raise your right hand,
17   please.
18              Louis Martire, Defendants' witness, sworn.
19              THE COURT:  Would you please be seated.
20              Sir, if you could tell me your name and spell your
21   first and last names for me, please.
22              THE WITNESS:  My name is Louis Martire, L-o-u-i-s
23   M-a-r-t-i-r-e.
24              THE COURT:  Thank you.
25              Cross-examination.
```

```
 1                      Cross-examination
 2   BY MS. KIZIAH:
 3   Q   Mr. Martire.
 4   A   Good morning.
 5   Q   My name is Katherine Kiziah, and I'm with the State of
 6   Florida office of the State Attorney General.  I have your
 7   declaration in front of me and I'm going to ask you several
 8   questions based on that.  My understanding is you have your
 9   declaration in front of you, as well, correct?
10             I'll just ask when I'm asking you a question you
11   answer with a verbal response.  Okay?
12   A   Okay.
13   Q   To start, you testified that you began working in the
14   remote tech support field three years ago when you started at
15   iS3.
16   A   Yes, I can.
17   Q   Prior to starting working at iS3, what was your
18   experience in the computer field?
19   A   Throughout high school I was in the computer club.  Also,
20   I pursued computer programming one through four and AP
21   computer programming in high school, and when I was in
22   college it was also my major, but I did not complete college
23   yet.
24   Q   And you started working at Inbound Call Experts in
25   February 2012, correct?
```

```
 1   A    That is correct.
 2   Q    Why did you switch over from iS3 to Inbound Call Experts?
 3   A    We were all laid off at iS3, the tech department, and for
 4   a while I was just jobless, and that's when I got the job at
 5   iS3 in February.
 6   Q    Did you reach out to Inbound Call Experts, or did they
 7   reach out to you?
 8   A    Actually, I was reached out by Edwin Ramirez.
 9   Q    And who is that?
10   A    He's the director of the tech department at iS3 -- or
11   was, and then now also at ICE.
12   Q    You testified that in March 2013 you were promoted to
13   senior technician, correct?
14   A    Yes.
15   Q    Is that your current position there?
16   A    Yes.
17   Q    Do you work at the T-Rex location?
18   A    Yes, that is correct.
19   Q    Have you always worked at T-Rex location?
20   A    I also worked at the Banyan Trail location when the tech
21   department was in that building.
22   Q    And when was that?
23   A    About three months ago, I believe.  Yeah, about three
24   months ago, then we moved, something like that.
25   Q    Currently do all the tech employees work at the T-Rex
```

```
 1    location?

 2    A    Yeah, the in-house techs work at T-Rex.

 3    Q    As a tech, were you ever required to sell any products to

 4    customers?

 5    A    No.

 6    Q    Were you ever trained on the script covering the initial

 7    sale of tech support services?

 8    A    No.

 9    Q    Have you ever seen the script that sells the initial tech

10    support sales?

11    A    No, can't say I have.

12    Q    Can you provide any testimony as to the initial sales

13    made to customers before they are transferred over to a tech?

14    A    Repeat the question one more time.

15    Q    Do you have any knowledge of the sales process before the

16    customer is transferred over to the tech side of the

17    business?

18    A    Well, to my knowledge, the customer is informed of what

19    our services are.  Usually they come in with some kind of

20    problem already that they've been experiencing, and, you

21    know, the sales agent, you know, makes the sales pitch, and

22    they take notes as to what -- and observations as to what

23    they see on the system, you know, what might be wrong with

24    it, and from there they create a support ticket once the

25    customer has paid for the services, and then we follow
```

```
 1    through with the work that's noted on the support ticket.

 2    Q    Have you ever listened in on a sales call?

 3    A    No.

 4    Q    What is your knowledge based on?

 5    A    My knowledge based on?

 6    Q    Your description of what happens in the sales process.

 7    What is that based on?

 8    A    I really don't do sales, I just fix computers.

 9              MS. KIZIAH:   Okay.   I have no further questions.

10              One second, Your Honor.

11    BY MS. KIZIAH:

12    Q    Why were all the techs laid off at iS3?

13    A    To my knowledge, it's because of budget cuts.

14    Q    And you don't have any firsthand information about what

15    is said to customers before they're transferred over to the

16    tech side of the business, correct?

17    A    I don't have exact knowledge.   You know, like I said,

18    it's mostly they try to gather information for us.   That's

19    where my knowledge of sales is, they gather information for

20    us as to what they've observed on the system.   But as far as

21    that, I don't do any selling or I'm really not aware of their

22    pitch either.

23    Q    Do you know when they gather that information that is

24    given to you?

25    A    It's usually -- they gather during the whole call.
```

```
 1    They're taking notes from the beginning as to what the
 2    customer's issues are, what they complain about is wrong with
 3    their computer, and they also try to find if there are any
 4    other symptoms on their computer, do they need updates and
 5    things like that.
 6    Q    How do you know they take notes from the beginning?
 7    A    It's actually in the support ticket.  It's all documented
 8    through a note-taking program that they have, and they just
 9    copy those notes that they've taken into the support ticket.
10    Q    Right.
11         But my question was how do you know they take notes
12    from the beginning?
13    A    From the beginning?
14    Q    Yes.
15         I understand that you know that there are notes.
16    How do you know when those notes are taken?
17    A    Because they write it down on the -- it should be that
18    they write down what they've observed on there.
19    Q    Right.  But does it say on the notes when they answered
20    the phone, took --
21    A    Oh, when they add the notes, that's actually time stamped
22    within the note-taking system.  So that time stamp is also
23    included in the support ticket with the agent's name on it.
24    Q    Okay.
25    A    So that can all be traced back.
```

```
 1    Q    You testified that you weren't required to sell any

 2    products to consumers, correct?

 3    A    Correct.

 4    Q    Were you ever required to do any up-sells?

 5    A    No, because that's also sales, and I don't do up-selling

 6    either.

 7    Q    Okay.

 8              THE COURT:  Any redirect?

 9              MR. FERGUSON:  Briefly, yes.

10                        Redirect Examination

11    BY MR. FERGUSON:

12    Q    Good morning.

13    A    Good morning.

14    Q    Would you tell the Court the importance about the notes

15    that are taken by the sales agent with regard to the tasks

16    that you're to perform, the technical tasks on the computers?

17    A    Well, it's important to have the notes on there, so we

18    kind of identify the most important issue to the customer

19    first.  We try to, you know, identify any other issues in

20    addition to that, but mainly we try to solve the problem that

21    they want fixed.

22    Q    What are the types of things that you would normally see

23    in the notes that you would use in your job?

24    A    The notes usually list what kind of software that the

25    customer requested to remove, if there's any kind of malware
```

```
 1    on the system, you know, that's present, what, you know,

 2    malware -- what browser they're using.  That also is

 3    important.

 4    Q   Let me ask you a question about the malware.  Would it be

 5    what they suspect they have or they know they have, if you

 6    know?

 7    A   Usually in the case of malware, it's very apparent what

 8    is going on because the user is locked out from doing certain

 9    functions, and, you know, with malware or ransomware you're

10    locked out.  Sometimes you can't even log into Windows.

11              MR. FERGUSON:  All right.  I have nothing further.

12    Thank you.

13              THE COURT:  Anything else from the defense?

14              MR. NICHOLSON:  We have nothing.

15              MR. EDMONSON:  No, Your Honor.

16              THE COURT:  Any recross?

17              MS. KIZIAH:  I just have one additional question.

18              THE COURT:  Yes.

19                          Recross-examination

20    BY MS. KIZIAH:

21    Q   Just wanted to clarify something.  When a call is

22    transferred over to you to start doing the tech services, are

23    you speaking with the consumer at that time?

24    A   Usually when I get a support ticket, the customer has

25    already been in contact, because I work as a senior
```

1    technician, these customers have already dealt with previous

2    technicians on the phone, so a lot of the times communication

3    from my end is not needed until the work is completed or for

4    some reason I can't get connected, the customer is not

5    connected remotely yet, and then that would require me to

6    call the customer.

7    Q    Okay.  So that is in your current position?

8    A    Correct.

9    Q    And is the answer no or yes?  I was unclear as to what

10   your answer was.  When you're transferred the call, are you

11   typically on the phone with the consumer?

12   A    When I'm transferred the call?  I get transferred

13   tickets, the support ticket.

14   Q    Right.  When you're transferred the ticket.

15   A    Sometimes I'm on the phone if it is a non-connected

16   remote session.  Other times I'm not.  I'm just given the

17   support ticket, and the session is remotely connected, and a

18   technician has already documented what the issue is that they

19   need help with or is outstanding.

20   Q    Initially you started out not in the position that you're

21   currently in, correct?

22   A    Correct.

23   Q    Just the regular tech.

24        In that position, when you were transferred the

25   ticket were you on the phone with the consumer?

```
 1    A    Not always.  It's the same situation.  It would either be

 2    a non-connected ticket, which would require us to call the

 3    customer, and if it is connected, then we observe and read

 4    the notes of what's going on in the system and solve those

 5    issues.

 6              MS. KIZIAH:  Okay.  Thank you.

 7              THE COURT:  Thank you, sir.

 8              THE WITNESS:  You're welcome.

 9              MR. FERGUSON:  Your Honor, the Defendants call Ryan

10    Campeau.  He's tab 9 in our binder.

11              THE COURT:  Sir, would you raise your right hand,

12    please.

13               Ryan Campeau, Defendants' witness, sworn.

14              THE COURT:  All right.  Sir, if you could tell us

15    your name and spell your last name for us, please.

16              THE WITNESS:  Ryan Campeau, that's C-a-m-p-e-a-u.

17              THE COURT:  Thank you.

18              Cross-examination.

19                         Cross-examination

20    BY MS. KIZIAH:

21    Q    Good morning, Mr. Campeau.

22    A    Good morning.

23    Q    My name's Katherine Kiziah.  I'm with the State of

24    Florida Office of the Attorney General.  I have your

25    declaration here in front of me, and I understand that you
```

```
 1    have yours in front of you, correct?

 2    A    Yes.

 3    Q    I'm going to ask you several questions based on that

 4    declaration, we'll go through it.   Okay?

 5    A    Okay.

 6    Q    You testified that you started working in the remote tech

 7    support field at iS3 in April 2010, correct?

 8    A    Yes.

 9    Q    What was your experience with computers beforehand?

10    A    Just fixing computers for friends, family, neighbors,

11    people around me.

12    Q    Okay.  Did you graduate from college?

13    A    No, I'm currently in college.

14    Q    Okay.  What's your major?

15    A    Business administration.

16    Q    Okay.  And you started working at Inbound Call Experts in

17    December 2012, correct?

18    A    Yes.

19    Q    Why did you -- did you go straight from iS3 to Inbound

20    Call Experts?

21    A    Yes.

22    Q    Okay.  How did you come to start working at Inbound Call

23    Experts?

24    A    Well, Harold, my supervisor from iS3, went over to

25    Inbound Call Experts, and he liked it, told me I would like
```

```
 1    it.  So I went and checked them out, and it was a really good

 2    environment, so moved over there.

 3    Q    Okay.  And in February 2013 you were promoted to

 4    technical team lead, correct?

 5    A    Yes.

 6    Q    Is that the position you currently maintain?

 7    A    Yes.

 8    Q    Okay.  So you've always been a tech at Inbound Call

 9    Experts, correct?

10    A    Yes.

11    Q    Okay.  And where do you currently work as a tech at

12    Inbound Call Experts?

13    A    At the T-Rex building.

14    Q    Your declaration goes through some things involved in the

15    tech side of the business, correct?

16    A    Yes.

17    Q    Okay.  Are you familiar with the sales side of the

18    business?

19    A    No, not particularly.

20    Q    Okay.  Can you provide any testimony as to the sales side

21    of the business?

22    A    No.

23              MS. KIZIAH:  I have nothing further.

24              THE WITNESS:  Thanks.

25              THE COURT:  Anything else?
```

```
 1              MR. EDMONSON:  No, Your Honor.

 2              THE COURT:  Any redirect?

 3              MR. FERGUSON:  No, Your Honor.

 4              THE COURT:  Thank you, sir.

 5              MR. FERGUSON:  Your Honor, may I step out in the

 6   hall just for a moment to check on our consumer witness to

 7   see if he's in?

 8              THE COURT:  Sure.

 9              MR. FERGUSON:  Okay.

10              Your Honor, the Defendants call Dennis Cannon.  He's

11   tab 6 in our binder.

12              THE COURT:  Sir, would you raise your right hand,

13   please.

14              Dennis Cannon, Defendants' witness, sworn.

15              THE COURT:  Please be seated.

16              The chair doesn't move, sir, so you have to kind

17   of --

18              THE WITNESS:  That's the problem, being short.

19              THE COURT:  If you can just lower that microphone

20   just a little bit.

21              THE WITNESS:  Sure.

22              THE COURT:  And speak into it, and tell us your name

23   and spell your last name, please.

24              THE WITNESS:  C-a-n-n-o-n.

25              THE COURT:  And your first name is?
```

```
 1              THE WITNESS:  Dennis, D-e-n-n-i-s.
 2              THE COURT:  Thank you, sir.
 3              All right.  Cross-examination.
 4                        Cross-examination
 5   BY MS. KIZIAH:
 6   Q    Good morning, Mr. Cannon.
 7   A    Hi.
 8   Q    My name is Katherine Kiziah.  I'm an attorney with the
 9   State of Florida Office of the Attorney General.  I've
10   reviewed your declaration that you've prepared.
11   A    Yeah.
12   Q    And I'm going to go through it and ask you a few
13   questions.  Okay?
14   A    Sure.
15   Q    And you have it in front of you, as well, if you need to
16   refer to it.  I'll start referring you to the second page and
17   the first bullet point.
18              Let me know when you're there.
19   A    Go ahead.
20   Q    Okay.  You testified that you purchased some software
21   online but still could not get your computer, which had
22   stopped working, to work, correct?
23   A    Now, where is that?
24   Q    In the first bullet point on the second page.  Starts
25   with "approximately two years ago."
```

```
 1   A    "My computer stopped working, I tried to" --
 2            THE COURT:  Sir, sir, Mr. Cannon, if you can speak
 3   into the microphone.
 4            THE WITNESS:  I'm sorry.
 5            THE COURT:  Can you start over again?
 6            THE WITNESS:  Have me read it?
 7            THE COURT:  I don't think she wants you to read it.
 8            THE WITNESS:  I'm familiar with it.
 9            You have questions?
10            THE COURT:  Go ahead.
11   BY MS. KIZIAH:
12   Q    Do you recall what software that you purchased?
13   A    You know, I thought about it, and I believe what happened
14   was at that time there was a virus going around, and it came
15   up, locked on my computer.  It was from the FBI.  It said
16   that my computer was found to have child pornography on it,
17   and if I wanted to get it started again I had to take $60 to
18   Wal-Mart -- Walgreen's, excuse me and have it sent to a
19   particular company.  I said, well, that's ridiculous.
20            One thing I know, I don't view child pornography,
21   and so I have another computer in the house.  I went to that.
22   I first went to malware, and I believe with malware it gave
23   the number to call for any technical problems.  And I believe
24   that was how I first got my contact.  You know, I can't -- it
25   was two years ago, but I can tell you I couldn't go into the
```

```
 1   safe mode.  You know, I was dead in the water.

 2           So I called it and I spoke to a gentleman who said

 3   he was familiar with what I'm dealing with.

 4   Q   Okay.

 5   A   Apparently it was a common problem then.

 6   Q   Let me stop you right there.

 7   A   Sure.

 8   Q   I just want to make sure I'm clear.

 9           So you found the 800 number when you went onto your

10   other computer and downloaded something called malware?

11   A   No, I had the malware on the computer, but the one that

12   had been infected, it wouldn't start not even in the safe

13   mode.

14   Q   Right.

15           Okay.  So you found the 800 number on the

16   noninfected computer --

17   A   Yeah.

18   Q   -- through that software program?

19   A   Yeah.

20   Q   Correct or no?

21   A   Through a software program?

22   Q   You said that you went on your functioning computer, and

23   you had a malware program?

24   A   Yeah.

25   Q   Okay.
```

```
 1    A    Also.

 2    Q    And that's how you found the 800 number?

 3    A    Yeah, uh-huh.

 4    Q    Okay.  You then state you called and spoke to an ATS

 5    representative.  What happened -- do you recall what happened

 6    right after you called the number?

 7    A    Well, he -- he -- I told him I believe, you know, he was

 8    familiar with my problem, and said that it would cause X

 9    amount of dollars for them to repair it, and he said if we

10    don't repair it, then, you know, you don't pay.  And he said,

11    or your other option is you can get a year subscription.

12            Well, I'm retired now, and unfortunately, something

13    goes wrong like with a computer, because of my background, I

14    think I know how to fix everything.  Unfortunately I do not,

15    and I end up causing more problems than I do solving them.

16    So knowing that, I said I better go with the subscription.

17            It's a very good thing I did.  In fact, I need them

18    very badly the other night, and I couldn't go on, there was a

19    message of what was happening to them at the time.

20    Q    Okay.  Thank you.

21            Going back to that initial time that you called

22    them, you testified that you allowed ATS to remotely access

23    your computer.

24    A    Yes.

25    Q    Was that on the computer that was shut down?
```

```
 1   A    Yeah, that was the computer that was infected.

 2   Q    Okay.  Did you -- had you paid money to ATS before they

 3   remotely accessed your computer?

 4   A    I don't recall.  Really, I don't.  Probably, you know, I

 5   did, but it was -- you know, it truly was not at any time a

 6   major problem, I didn't think.  Not that I'm wealthy, that it

 7   was out of line, it was too expensive.  And I've been with

 8   them for a couple years now, and I have to use them every

 9   couple months, because, you know, I keep downloading stuff

10   three or four times, and after a while it's just, you know,

11   time to call them.

12   Q    Understood.

13        So going back to when they remotely accessed your

14   computer.  Did they ever -- the ATS representative ever take

15   you through a diagnosis either before your computer was back

16   working or after?

17   A    What they do in a case, you don't have to stay on the

18   computer.  In fact, they don't want you to touch the mouse

19   when they're working on it.  And in reality, you don't even

20   have to stay at the computer while they're working.

21        In fact, not that long ago I had a problem, and it

22   was at night, and I spoke to the ATS technician.  She said

23   we'll take care of it.  And I told her what the problem was,

24   and she says, were you getting ready to go to bed?  And I

25   said, yeah, I was, actually.  She said, well, you can go do
```

```
 1    that, because I'm going to be here for a while.  And they

 2    leave you a note as to what they've done.

 3           And it's just, you know, another day.

 4    Q   So my question, just to be clear, whether you know or

 5    not, did they take you through a diagnosis of your computer

 6    either before they started getting your computer working or

 7    after?

 8    A   No.  I gave them the symptoms.  You know, at that point

 9    they were accessed.  I gave them permission to access my

10    computer.  So they were essentially viewing what I was

11    seeing.  And then, you know, then it was a matter of, you

12    know, describing and their repairing.

13    Q   Did you ever purchasing anything other than the initial

14    fix and the subscription services?

15    A   Yes, I did.

16    Q   What else did you purchase?

17    A   I'll tell you, I had been using McAfee Virus --

18    Antivirus.  Wasn't especially pleased with it.  I used to use

19    Norton, but they kind of -- I don't know.  They just blew up

20    or something.

21           Anyway, they said they had a antivirus called Panda,

22    and they said it's constantly running, and it will always be

23    there for you, trust me, nothing will get through it.  And it

24    hasn't.  I've been happy with it for a couple years now.

25           I mean, it was -- you know, living in Miami, you
```

 1   never know what you're going to get.  So I have yet to get

 2   anything they haven't been able to cure.

 3   Q   I just want to kind of go back to discussions we had

 4   earlier.

 5   A   Sure.

 6   Q   Okay.  Do you know how Advanced Tech Support got access

 7   to your computer if it was completely shut down?

 8   A   I was able to access enough that I could put the code in

 9   that would allow them to go in, but, you know, in terms of

10   running Windows, it was just -- it wouldn't work.  But they

11   were able to get in.  I could not.  Then again, I'm not an IT

12   person.

13   Q   Right.

14        And I understand this happened two years ago, so

15   it's a little --

16   A   Yeah.  And, you know, I had -- I was asked about the

17   reason for calling them, and, you know, I honestly couldn't

18   remember.

19   Q   And so what I want to ask you is do you remember the --

20   anything about the details about the call when you first

21   contacted them other than what you've already testified?

22   A   Well, I spoke with one person.  Then I was connected to a

23   technician, and told him what was going on and discussed

24   whatever.

25   Q   Do you remember the details of that discussion any more

```
 1    than what we've already discussed?

 2    A   No, I really don't.

 3    Q   Okay.  And you said that you've used them several times

 4    since.

 5    A   Yeah.

 6    Q   About how many times since you've had the contract with

 7    ATS have you used them or have you called?

 8    A   I don't know the exact number.  I would think somewhere

 9    around six or seven.

10    Q   Okay.

11    A   I would have liked very much to have been eight, because

12    I really needed them the other night, but I couldn't get

13    them.

14    Q   And you've had the Panda software since the very

15    beginning?

16    A   The first time, yeah, that I got.  And the problem with

17    the computer wasn't due to this time, it was due to my own

18    technical expertise.

19            MS. KIZIAH:  Thank you.

20            THE WITNESS:  You're welcome.

21            THE COURT:  Any redirect?

22            MR. FERGUSON:  No.

23            Thank you, Mr. Cannon.

24            MR. EDMONSON:  No, Your Honor.

25            THE COURT:  Thank you, sir.
```

```
 1              MR. FERGUSON:  Your Honor, would it be possible to

 2   take a five-minute break?

 3              THE COURT:  Yes.  We'll take a short recess.  Thank

 4   you.

 5      (A recess was taken from 9:35 a.m. to 9:45 a.m., after

 6   which the following proceedings were had:)

 7              THE COURT:  Please be seated, everyone.

 8              We ready for our next witness?

 9              MR. FERGUSON:  Yes, we are, Your Honor.

10              Defendants call Mark Deviny.  He's tab 7 in our

11   notebook binder.

12              THE COURT:  Sir, raise your right hand, please.

13               Mark Deviny, Defendants' witness, sworn.

14              THE COURT:  Please be seated, sir.

15              Sir, if you can try and pull that microphone towards

16   you and tell us your name and spell your last name, please.

17              THE WITNESS:  Mark Deviny, D-e-v-i-n-y.

18              THE COURT:  Thank you, sir.

19              Cross-examination.

20                          Cross-examination

21   BY MS. KIZIAH:

22   Q   Good morning, Mr. Deviny.

23   A   Good morning.

24   Q   My name's Katherine Kiziah, and I'm with the Office of

25   the Attorney General, State of Florida.  I'm going to ask you
```

```
 1   several questions based on your declaration that you have in

 2   front of you, correct?

 3   A    Correct.

 4   Q    Okay.  You started out Inbound Call Experts in

 5   February 2012, correct?

 6   A    That's a typo; it's supposed to be 2013.

 7   Q    Okay.  Where did you work before Inbound Call Experts?

 8   A    Worked at Medcare Diabetic and Medical Supplies.

 9   Q    And what was your position there?

10   A    Sales.

11   Q    How long did you work there?

12   A    Two years.

13   Q    Okay.  And before Medcare?

14   A    Owned my own business, United States Mortgage Advisors.

15   Q    Okay.  And how long was United States Mortgage Advisors

16   in business?

17   A    I believe it was about a year, nine months, 10 months.

18   Q    And what did United States Mortgage Advisors do?

19   A    We provided loan modifications.

20   Q    Why did that business shut down?

21   A    The banks made it extremely difficult to issue those out.

22   Q    Where did you work before you owned your business?

23   A    I worked at National Medical Group, which was a diabetic

24   and medical supply company.

25   Q    And what was your position there?
```

```
 1    A    Sales.

 2    Q    And how long did you work there?

 3    A    That was, I want to say eight months.

 4    Q    Is it fair to say the bulk of your employment experience

 5    is in sales?

 6    A    Yes.

 7    Q    Okay.  So you started in February 2013, correct?

 8    A    Correct.

 9    Q    And then you were promoted to sales trainer in April of

10    2014?

11    A    Correct.

12    Q    Is that the position you retained until the TRO?

13    A    Correct.

14    Q    Okay.  I'm going to direct you to page 2 of your

15    declaration, paragraph five, about halfway down the sentence:

16    "If permission is granted, the ICE agent performs a

17    diagnostic on the computer."

18              Let me know when you're there.

19    A    I'm with you.

20    Q    Okay.  Is a diagnostic always run on the computer,

21    consumer's computer?

22    A    Yes.

23    Q    No matter what the reason that the consumer is calling,

24    and assuming, again, that you can access that person's

25    computer, i.e. it's not shut down completely?
```

1   A    Only if permission's granted.  I mean, if they don't want

2   us to do it, then we don't perform a diagnostic.

3   Q    And when you say if permission is granted, do you mean

4   remote access permission?

5   A    Correct.

6   Q    Below that, you testify that you~-- the final step is

7   running System Advisor?  Do you see that?

8   A    Correct.

9   Q    Just to clarify, System Advisor has been run for the past

10  three to four months?

11  A    That sounds about right.

12  Q    Okay.  And prior to implementing System Advisor, what was

13  the final step in the diagnostic?

14  A    Event Viewer.

15  Q    I'm now going to direct you to page 3 of your

16  declaration, paragraph 7.  The first sentence, when it says:

17  "If the System Advisor diagnostic determines that there are

18  no apparent issues with the customer's computer, then the ICE

19  agents offer the support package as preventative

20  maintenance."

21          Do you see where I'm referring?

22  A    Yes.

23  Q    Okay.  What is the cost of the support package?

24  A    The support package or the preventive maintenance?

25  Q    I'm referring to the support package.

```
1   A    250 and then 19 a month.

2   Q    I'm sorry, I talked over you.

3   A    250 and then 19 a month.

4   Q    And 250, is that a flat amount?

5   A    What do you mean flat?

6   Q    Is it always 250 no matter what consumer it is?

7   A    Correct.

8   Q    Has that flat amount been in place -- how long has the

9   flat $250 amount been in place?

10  A    Since I started.

11  Q    Okay.  You've never -- in your experience at ICE, you've

12  never charged a consumer more than 250 for the upfront fee?

13  A    Correct.

14  Q    Have you trained employees to only charge $250 for that

15  upfront fee?

16  A    Only 250?

17  Q    Exactly 250.  Let me clarify.

18  A    Correct.  I trained them to start at 250.

19  Q    And what do you mean when you say start at 250?

20  A    That's the price point they're to start at.

21  Q    As the upfront fee?

22  A    Correct.

23  Q    Can that upfront fee be higher than $250?

24  A    No.

25  Q    It cannot be higher?
```

```
 1   A    Correct.

 2   Q    It cannot go up to $600?

 3   A    No.  The fee for the support cannot go higher than 250.

 4   Q    Are there other charges other than the flat fee and then

 5   the monthly amount?

 6   A    Can you ask me that again?

 7   Q    Are there other charges other than the flat fee and the

 8   monthly amount that consist of the support package?

 9   A    No.

10   Q    Okay.  And are there other fees -- are there other

11   upfront fees besides this 250-dollar fee?

12   A    Regarding the support package?

13   Q    You just testified that the support package is $250 and

14   then the monthly amount, correct?

15   A    Correct.

16   Q    Outside of that.

17   A    Outside of the support package?

18   Q    Yes.

19   A    Are there any other fees?

20   Q    Yes.

21   A    Yes.

22   Q    How much -- what are they?

23   A    150 for a one-time fix.

24   Q    Okay.  If the one-time fix is 150, what's the 250 initial

25   charge for?
```

```
 1    A    That's for the support package.

 2    Q    So what does a consumer get for that initial 250 in the

 3    support package?

 4    A    Are you asking for, like, what are the services included

 5    in the price?

 6    Q    Yes.

 7    A    Tune-up, infection and virus sweep, clear out your cache,

 8    fix any of the existing problems you're calling in with.

 9    Q    So what's included in the one-time fix?

10    A    That, as well.

11    Q    Okay.  Are the one-time fix and support package two

12    different issues?

13    A    They're two separate SKUs, if you will.

14    Q    And the one-time fix you said is how much money?

15    A    150.

16    Q    Always?

17    A    Yes.

18    Q    Exactly 150?

19    A    Correct.

20    Q    Okay.  Any other fees associated?

21    A    With?

22    Q    Outside of the support package besides the one-time fix?

23    A    Outside of the support package and besides the 150

24    one-time fix?

25    Q    Yes.
```

```
 1   A    No.
 2          There's -- that's pretty much it.  I mean there's a
 3   yearly, but it's also 250.
 4   Q    And what is that?
 5   A    250, you get your problems fixed today, get all the
 6   services, and then you have a full year of unlimited tech
 7   support for no monthly cost.  It's like guaranteeing your
 8   work for a year.
 9   Q    As opposed to the monthly amount?
10   A    Correct.
11   Q    So would a consumer be charged the 250 for a year plus
12   the monthly amount?
13   A    For the support package, yes.  If they don't want to pay
14   a monthly fee and then we can offer that to them.
15   Q    Okay.  So the support package, $250, a monthly fee.  If
16   they don't want that, there is the $150 one-time fix,
17   correct?
18   A    Correct.
19   Q    And then the $250 is what as compared to those two?
20   A    All right.  So here you go.  You ready?
21   Q    Yes.
22   A    You got 250 and the monthly fee for the support package,
23   also called your preventive maintenance package.  You've got
24   the 250 one-year, which gives you one full year of unlimited
25   coverage with no monthly fee.  And then you have the one-time
```

```
 1    fix for 150.

 2    Q   Any other fees?

 3    A   No.

 4    Q   Is the support package offered -- strike that.

 5            Your testimony in paragraph 7 is that if the System

 6    Advisor diagnostic determines there are no apparent issues

 7    with the customer's computer, then they're offered the

 8    support package, correct?

 9    A   Correct.

10    Q   Is the support package offered if there are apparent

11    issues with the customer's computer?

12    A   Sure.

13    Q   In paragraph 8, you testify that the customer is asked a

14    series of questions.

15    A   Correct.

16    Q   Just to clarify, that's after the transaction is complete

17    also, correct?

18    A   Correct.

19    Q   Mr. Deviny, have you been training sales employees since

20    April of 2014?

21    A   Yes.

22    Q   Are there any other trainers named Mark?

23    A   Not that I know of.

24    Q   Okay.  When you're training employees, do you say such

25    things as, with the script that the employees are given, the
```

```
 1   sense of urgency is already there?

 2   A   Correct.

 3   Q   Do you train your -- do you tell your employees that you

 4   are training your actors and actresses.  Imagine an actor

 5   telling the director, I'm not going to say this part in the

 6   script?

 7   A   Say that again?

 8   Q   Do you train your employees or tell your employees that

 9   you are training things such as the following:  You're actors

10   and actresses.  Imagine an actor telling the director, I'm

11   not going to say this part in the script?

12   A   Correct.

13   Q   Do you tell the employees that you're training:  Think of

14   actors in a play saying the script over and over two times a

15   day, day after day.  Each performance is the same?

16   A   Correct.

17   Q   Do you train your or tell your employees that you are

18   training you are salesmen posing as a tech?

19   A   Correct.

20   Q   Do you tell the employees that you're training that

21   browser hijackers are your friends?

22   A   Repeat that, please?

23   Q   Browser hijackers are your friends?

24   A   Yes.

25           THE COURT:  Are you finished, counsel?
```

```
 1              Are you finished?

 2              MS. KIZIAH:  Yes.

 3              THE COURT:  Okay.

 4              Any redirect?

 5              MR. FERGUSON:  Yes, Your Honor.

 6                      Redirect Examination

 7    BY MR. FERGUSON:

 8    Q    Do you try to make training fun for the attendees?

 9    A    Absolutely.

10    Q    You try to keep their attention?

11    A    Yes.

12    Q    And they make some money if they make a sale, don't they?

13    A    Correct.

14    Q    And with regard to the comment that browser hijackers are

15    your friend, if there were no browser hijackers, in the

16    business they're in, how much money would they make?

17    A    Not very much.

18    Q    But to your knowledge, does the company give people

19    browser hijackers?

20    A    No.

21    Q    In your mind, would that be similar to the unfortunate

22    reality that finder benders are the friend of the person at

23    the auto body shop?

24    A    That's exactly right.

25    Q    But that doesn't mean the auto body shop employees are
```

```
 1    out there causing fender benders, does it?

 2    A    That's correct.

 3    Q    The salespeople, they are instructed not to do any

 4    repairs or technical work on the computer other than go

 5    through the diagnostic; is that right?

 6    A    That's correct.

 7    Q    And salespeople, whether they have computer experience,

 8    like Mr. Tomich that the Court met yesterday, or not, are

 9    given some computer training, some technical training; is

10    that right?

11    A    That's correct.

12    Q    For a week, if not two, prior to taking the floor?

13    A    Correct.

14    Q    But, again, they are instructed not to do any actual

15    repairs.  That's for the technical department?

16    A    That's correct.

17    Q    And they don't, in any way to your knowledge, represent

18    to callers that they're going to do any technical work.

19    They're going to show them some things, correct?

20    A    That's correct.

21              MR. FERGUSON:  I don't have anything further.

22              THE COURT:  Anything else?

23              MR. EDMONSON:  No, Your Honor.

24              THE COURT:  Any additional cross?

25              MS. KIZIAH:  Just a few.
```

```
 1                     Recross-examination
 2   BY MS. KIZIAH:
 3   Q   Mr. Deviny, have you ever personally given any of the
 4   sales employees commissions?
 5   A   No.
 6   Q   Have you ever personally given them any bonuses or
 7   prizes?
 8   A   No.
 9           MS. KIZIAH:  Nothing further.
10           THE COURT:  Any objection if I ask a couple of
11   questions?
12           MR. FERGUSON:  No, Your Honor.
13                        Examination
14   BY THE COURT:
15   Q   I'm trying to understand this support package options
16   that you provide.
17           As I understood what you said, you could get the
18   support package for an upfront $250 plus $19 per month; is
19   that correct?
20   A   That's correct.
21   Q   And that goes on indefinitely?
22   A   For as long as they wish, correct.
23   Q   As long as you want to keep paying $19 per month?
24   A   Correct.
25   Q   And then the other option is $250 for one year coverage
```

1    of support?

2    A    That's correct.  That would include unlimited support.

3    You name it, we'll fix it.

4    Q    For that one year.

5    A    That's correct.

6    Q    So if you're going to pay $19 a month for 12 months, I

7    think that comes out to $228; am I correct?

8    A    That's correct.

9    Q    Okay.  So why would anybody pay $250 and then $19 a month

10   for that first year, which is like $478 --

11   A    Right.

12   Q    -- when you can just pay $250 and then $250 and then $250

13   and keep going?

14   A    You could.

15   Q    All right.  I'm just trying --

16   A    Some people just don't like paying $250 every year.

17   Q    But you're going to pay $250 upfront, and then 19 a

18   month, which is another, what was it, $228.

19   A    You would probably purchase the one-year plan, then.

20   Q    So people just don't sit down and do the math?

21   A    Sometimes they do, like you just did.  Other people just

22   don't like the idea of having a monthly charge every month.

23   So I guess it just depends on what makes the customer happy.

24   Q    Okay.  So you're basically saving, what is it, $32 a year

25   by paying a monthly fee, but you have to pay the upfront

1    $250?

2    A    Correct.

3    Q    So maybe in eight or nine years you'll make up that $250?

4    A    That's true.

5          Also, the service is transferable to a new computer,

6    as well, like the monthly.  So if you toss your existing

7    computer and go out and buy a new one, you can transfer the

8    monthly maintenance fee to the new computer.

9          THE COURT:  All right.  Any questions based on my

10   questions?

11         MR. FERGUSON:  Just briefly, Your Honor, if I may.

12                    Redirect Examination

13   BY MR. FERGUSON:

14   Q    So following up on what the Judge is asking you, if I'm a

15   caller and I'm presented these options, let me understand and

16   make sure I understand it and the Court does, too.  I could

17   pay 250 down and basically be eligible for lifetime coverage,

18   as long as I paid the monthly fee; is that right?

19   A    That's correct.

20   Q    If I didn't do that, then -- so that first $250 would be

21   the one and only time I'd have to pay a lump sum of $250.

22   Thereafter, it would be the monthly fee?

23   A    That's right.  You never pay the 250 again.

24   Q    For as long as I want to use it?

25   A    Correct.

1   Q    Versus if I went the other route where I say I'll give

2   you 250 now, that will get me through this year, say it's

3   January.  So come January next year if I want to use it, I've

4   got to come up with $250 --

5   A    That's correct.

6   Q    -- every year if I want to stay in the program?

7   A    That's correct.

8   Q    And pay a one-time shot.

9   A    Uh-huh.

10   Q    Versus spreading it out over the year in monthly

11   increments?

12   A    That's correct.

13           MR. FERGUSON:  Okay.

14           THE COURT:  Any additional?  Cross?

15           MS. KIZIAH:  Can I ask one question?

16           THE COURT:  Yes.

17                     Recross-examination

18   BY MS. KIZIAH:

19   Q    Can the prices be lower than what you testified to?

20   A    Yes.

21   Q    How low can they go?

22   A    For which package?

23   Q    Any of them.

24   A    Any of them?

25           The one-year cannot go lower.  The one-time fix

```
 1    cannot go lower.  The support package, the preventive
 2    maintenance, that can be as low as 195.  That includes 180,
 3    plus the $19.  So that would be 199.
 4    Q    And is that based on a consumer's ability to pay?
 5    A    Correct.
 6    Q    Anything else?
 7    A    What do you mean anything else?
 8    Q    Is it based on anything else other than the consumer's
 9    willingness to pay?
10    A    No.  Sometimes they want it but they can't afford it, so
11    we work hard to try to make it affordable for them.
12              MS. KIZIAH:  No further questions.
13              THE COURT:  Thank you, sir.
14              THE WITNESS:  You're welcome.
15              MR. FERGUSON:  Your Honor, the Defendants call
16    Harold Sobers.  He is tab 8 in our notebook.
17              THE COURT:  Sir, would you raise your right hand,
18    please.
19              Harold Sobers, Defendants' witness, sworn.
20              THE COURT:  Please be seated.
21              Sir, if you can speak into that microphone and tell
22    us your name and spell your last name, please.
23              THE WITNESS:  Harold Sobers, S-o-b-e-r-s.
24              THE COURT:  Thank you, sir.
25              Cross-examination.
```

```
 1                    Cross-examination
 2  BY MS. KIZIAH:
 3   Q    Good morning, Mr. Sobers.
 4   A    Good morning.
 5   Q    My name is Katherine Kiziah, and I'm with the State of
 6  Florida Office of the Attorney General.
 7            I'm just going to go through your declaration, which
 8  I've reviewed, and you have it in front of you in case you
 9  need to refer to it.  Okay?
10            In paragraph 2, you testified that you started
11  working with iS3 in August 2010, correct?
12   A    Uh-huh.
13            THE COURT:  Is that a "yes"?
14            THE WITNESS:  Yes.
15  BY MS. KIZIAH:
16   Q    Where did you work before August 2010?
17   A    Before August 2010 I was with Olive Garden.
18   Q    For how long?
19   A    About two years.
20   Q    And before that where did you work?
21   A    I was with FPL.
22   Q    At Olive Garden what was your position?
23   A    I was a line cook, and then I went into management.
24   Q    At FPL what was your position?
25   A    I was a meter reader.
```

```
 1    Q    And how long did you work there?

 2    A    FPL?

 3    Q    Yes.

 4    A    About two, two and a half years, as well.

 5    Q    Did you have any prior employment in the computer field?

 6    A    No.

 7    Q    Before you started working at iS3?

 8    A    No.

 9    Q    And you started working at ICE in July 2012, correct?

10    A    Yes.

11    Q    How did you come to work at ICE from iS3?

12    A    I resigned at ICE -- iS3, and then I sought employment at

13    ICE.

14    Q    Did you know someone at ICE?

15    A    Yes.

16    Q    Who?

17    A    Edwin Ramirez.

18    Q    And who is he?

19    A    He is a former coworker at iS3.

20    Q    In September of 2014, you testified that you became the

21    technical operations manager, correct?

22    A    Yes.

23    Q    Was that your position as it remained through the TRO?

24    A    Yes.

25    Q    Were you ever employed in the sales side of the business?
```

```
 1    A    No, ma'am.

 2    Q    Are you familiar at all with the sales process?

 3    A    The process?

 4    Q    Are you familiar with the script that the sales employees

 5    use?

 6    A    No.

 7    Q    Were you trained on the sales script?

 8    A    No.

 9    Q    Have you ever done a sales call?

10    A    No.

11              MS. KIZIAH:  No further questions, Your Honor.

12              THE COURT:  Thank you.

13              Any redirect?

14              MR. FERGUSON:  None, Your Honor.

15              THE COURT:  Thank you, sir.

16              MR. FERGUSON:  Making some headway.

17              Your Honor, the Defendants call Robby Birnbaum.  He

18    is five in our notebook.

19              THE COURT:  Right up here, sir.

20              THE WITNESS:  Thank you.

21              THE COURT:  Sir, would you raise your right hand,

22    please.

23       Robby Hershel Birnbaum, Defendants' witness, sworn.

24              THE COURT:  Would you tell us your name, sir, and

25    spell your last name, please.
```

```
 1                THE WITNESS:  My name is Robby Hershel Birnbaum, and
 2     my last name is spelled B-i-r-n-b-a-u-m.
 3                THE COURT:  Thank you.
 4                Cross-examination?
 5                MR. FERGUSON:  Your Honor, if I may, some of the
 6     witnesses who have already testified would like to watch the
 7     remainder of the trial.  Is it okay?  Does the FTC or the
 8     Court have any objection to that?
 9                THE COURT:  As long as you're not going to call them
10     again.
11                MR. FERGUSON:  We have no intention of calling them
12     again.  We wanted to make sure they were okay with that.
13                MS. BURTON:  That's fine, Your Honor.
14                          Cross-examination
15     BY MS. BURTON:
16     Q    Good morning.  Remind me, is it Birnbaum or Birnbaum?
17     A    Birnbaum.
18     Q    Not the German pronunciation?
19     A    No.
20     Q    Okay.  I'm Emily Burton.  I'm an attorney for the Federal
21     Trade Commission, and I have read your declaration and I have
22     a couple of things I want to ask you about.  Do you have a
23     copy of your declaration in front of you?
24     A    I do.
25     Q    In paragraph 4, you say that your firm has represented
```

1    more tech support service companies than you think any other

2    firm in the United States.  What do you mean by tech support

3    service?

4    A    Companies that assist consumers over the telephone with

5    computer or technology problems.

6    Q    Is there inherently a sales aspect to these companies?

7    A    What do you mean by sales aspect?

8    Q    When you refer to tech support service companies, are you

9    talking about any company that provides tech support or

10   companies that sell their product and provide tech support or

11   a combination of those things?

12   A    It's a combination, because some of the companies provide

13   the fulfillment to the service.

14   Q    In-house?

15   A    Yes.

16   Q    When you wrote your declaration, why did you put quotes

17   around tech support service?

18   A    When did I put quotes?

19   Q    Why did you put quotes?

20   A    Oh, why did I put quotes?  Just because that's how I

21   refer to it.  There really doesn't seem to be a standardized

22   industry term that I was aware of, so I just put that.  That

23   was just me typing it that way.

24   Q    Have you represented a company called Vast Tech that does

25   business as OMG Tech Help?

```
 1    A    Yes.

 2    Q    Any other of ICE's competitors?

 3    A    Yes.

 4    Q    How many of ICE's competitors would you say you've

 5    represented?

 6    A    I don't know if they're in direct competition, but

 7    companies, I'm just guessing, maybe three or four.

 8    Q    So what percentage of the south Florida tech support

 9    service companies would you say you've represented?

10    A    I have no idea.

11    Q    In paragraph 7, you state that you usually have between

12    four and 10 investigations or cases pending with the AG's

13    office in Florida involving -- well, you don't say what they

14    involve, but how many of these cases involved clients that

15    you counseled proactively about their compliance matters?

16    A    During what time period?

17    Q    Let's take 2014.  Of the cases you have pending before

18    the Florida AG's office, how many of those involve clients

19    where you provided advice proactively about how to comply

20    with the law?

21    A    I don't think the majority.  I don't have an exact number

22    for you.  Generally, we -- I tend to see my practice split

23    between companies that proactively come to us for compliance

24    counseling and assistance.  They want to be real proactive on

25    getting their operations right, checking it against the laws.
```

```
 1   And then we have the other side where companies come in on

 2   the reactive, I call it.  So we have the proactive versus

 3   reactive, where they've already had a problem and they need

 4   us to help them manage it or deal with it.

 5   Q   Right.

 6           And my question is about the companies that you

 7   provide proactive advice for.  How many of them end up being

 8   sued?

 9   A   Oh, I have no idea, quite frankly, but it's not -- during

10   the 2014 period I would think it's very low, actually.

11   Q   And what about the 2013 period?

12   A   I'm not prepared to give you numbers.

13   Q   Okay.

14   A   Sorry.

15   Q   But some of your clients that you provide proactive legal

16   advice to end up being sued, as we see today?

17   A   Yes.

18   Q   And this is not the first such client this year?

19   A   No, but it's generally the minority of our practice.

20   Q   When you -- in paragraph 11, you state that -- you talk

21   about your original engagement with Inbound Call Experts, or

22   ICE.  When they called you in, did they have a particular

23   issue or concern that they were worried about that they

24   wanted you to address?

25   A   They had a number of concerns, yes.
```

```
1    Q    And what were those concerns?

2    A    Well, the primary overriding concern that I got the

3    feeling was their strongest concern was basically that they

4    felt that in the South Florida area, there were a good number

5    of competitors of their's, or let's not call them necessarily

6    competitors, but just other companies out there who were

7    offering these tech support services, as I called it in the

8    declaration, to consumers, and they felt that their -- that

9    these other companies out there weren't doing it, let's say,

10   as well or with a clear customer focus as they were or they

11   wanted to.

12         So they were concerned that eventually there could

13   be problems, meaning regulators would come in and say, hey,

14   companies, you're not doing these things the right way, and

15   we want to go after you.

16         So ICE's instructions and their primary concern, to

17   answer your question, was basically they wanted to work on

18   compliance to be able to set themselves aside from all those

19   other companies out there.

20   Q    So their concern was that they were part of a dirty

21   business, and they wanted to distinguish themselves from

22   their competitors; is that correct?

23   A    I wouldn't use those terms.  I think that that's actually

24   a mischaracterization.  I think that their concern was that

25   the industry as a whole has, what in a lot of industries that
```

1     I have to deal with, is considered what we would call a very

2     low barrier to entry, meaning that a lot of companies who are

3     looking to make quicker money without taking care of

4     customers properly, would jump into it too easily.

5             And I think that what ICE was concerned with was

6     they were making a substantial investment, or had started to

7     make a substantial investment when I got there into their

8     customer services, their resources, their tech support, all

9     the stuff that goes into running the business properly, and

10    they didn't want to get caught up in a situation where the

11    Government comes down and says, hey, 10 of the companies out

12    there, you're all bad guys, now fight your way out of it and

13    show us why you're not.

14            They didn't want to be in that defensive position.

15    Essentially, they wanted to set themselves apart.

16    Q    So in your role as a compliance counsel, is it your job

17    to help your clients distinguish themselves from other

18    competitors?

19    A    In my role as a compliance counsel, our job is to

20    basically take the situation that we're dealt with, figure

21    out what laws could -- do apply or could potentially apply

22    based on where they're taking the business, and try to get

23    the company focused on here's what they need to do to stay in

24    compliance with those rules, basically.

25    Q    In paragraph 16, you state that you requested particular

```
 1   documents from the principals of Inbound Call Experts.  What
 2   exactly did you request that they provide to you?
 3   A   Sure.
 4          Well, I believe the company had already started
 5   working on a compliance binder, so -- and that's a good way
 6   to get company owners, who don't necessarily have legal
 7   experience or get into the details of consumer protection
 8   laws, to get them focused.  So when you focus owners on
 9   basically saying we need to build a binder, they understand
10   that.  And they had the start of it going.
11          And the binder isn't necessarily the end-all of
12   compliance materials, but I wanted to see what they had
13   already, what materials that I could gather to basically
14   improve to put in the binder basically.  And I requested
15   specifically, I think we went through, I wanted to see
16   versions of the scripting that they had, I wanted to see
17   internal policies and procedures, I wanted to see HR
18   materials, I wanted to see if they had any insurance
19   policies, I wanted to see training materials, which are very
20   important.  I'm sure there were other items.
21   Q   And you said that included in that list were scripts?
22   A   Uh-huh.
23   Q   Did you review those scripts?
24   A   Yes.
25   Q   In those scripts, did you see phrases like "running
```

```
 1   services?"

 2   A   I don't recall.

 3   Q   "Trace elements?"

 4   A   I think I saw a number of variations of scripts, and I

 5   know that we had discussed a term like that, and I don't

 6   recall if it was in the script itself, though.

 7   Q   "Trace damages?"

 8   A   It's possible.

 9   Q   Did they use Event Viewer as part of the pitch, according

10   to the scripts?

11   A   I think your use of the term "pitch" is a

12   mischaracterization, but I think the word "Event Viewer" was

13   used in scripts, yes.  I mean I think that's pretty obvious

14   that an Event Viewer is a tool used to analyze consumers'

15   computers.  I know there was a lot of debate over that, but,

16   yeah, I believe that was in there.

17   Q   Do you recall a script containing bolded warning with

18   exclamation points that said do not say Event Viewer?

19   A   It may have.

20   Q   Did you ask your clients why they instructed their

21   telemarketers never to use the words "Event Viewer?"

22   A   It wasn't that simple.  We had a number of long

23   discussions, because when I do my job I try to dig into the

24   client's business as much as possible.  So I really wanted to

25   get to the bottom of this concept of an Event Viewer.  I know
```

```
 1    from dealing with the industry that it's used in a lot of
 2    different of these sort of tech services businesses, but the
 3    issue really isn't so much if they're using the term Event
 4    Viewer, it's was there support for their use and did they
 5    have an actual process behind them to say, hey, there's some
 6    value here in using it as a tool in analyzing computers.
 7           So it wasn't just, did I ask them or did they talk
 8    about it, we had a lot of discussions on the Event Viewer.
 9    Q   What was your conclusion after all of these discussions
10    about their use of Event Viewer?
11    A   You know, it varies by company, and in this situation I
12    actually thought that they had very legitimate -- first of
13    all, they were well grounded in the limitations in what it
14    could be used for and what it couldn't be used for, and I
15    think it was made -- usually it's me making something clear
16    to the client, but from their tech backgrounds, they do have
17    a lot of experience in the industry.
18           They were making very clear to me that it was --
19    it's a useful tool.  It's not an end-all.  But as one piece
20    of an examination of a consumer's computer, it definitely can
21    provide data, basically.
22    Q   But you read the script, correct?
23    A   Yes.
24    Q   The question I'm asking is not about their interpretation
25    of the use of the tool.  It is about how they used the tool
```

1    based on the script, the words that were actually used.   What

2    did you conclude about the way -- the words that the

3    telemarketers were using about Event Viewer in the original

4    script?

5    A    Oh, I thought it was relatively fairly balanced,

6    actually.

7    Q    What do you mean by balanced?

8    A    If you have a consumer on the telephone -- you know,

9    consumers really have no -- most consumers don't have much

10   technology background.  They don't know how to dig into the

11   computer.  They don't really -- you know, they know they have

12   a problem and they want it fixed.  But you've got to be very

13   careful as you go through one of those scripts that when

14   you're talking to a consumer and you say, open up the Event

15   Viewer, they open~-- the company opens it for the consumer,

16   and they look in there, you know, you can tell what's going

17   on in the computer.

18          And the real analysis, or what I was checking for in

19   the script, was sort of putting myself in the shoes of the

20   consumer to say, you know, if I was the average consumer --

21   and I use my wife a lot as a comparison because when our

22   computer breaks or doesn't work well or whatever, she just

23   repeatedly clicks it or hits it or whatever, and the issue is

24   basically, would she understand, you know, that there are

25   problems there, or would she just sort of go blank on the

```
1    whole thing and say, okay, there's a massive problem with my
2    computer, throw it out and buy a new one.
3            So I was trying to put myself in the average
4    consumer shoes when I read it.  And to answer your question,
5    what I meant by balanced --
6    Q   Yes, please.
7    A   -- is that -- would the consumer sort of get the whole
8    picture that this is a tool used in analysis and not
9    necessarily, okay, there's some issue there, and I
10   automatically have to buy something.
11           And my reaction to the script when I read it was,
12   yeah, it was pretty fair.  I mean, I don't really understand
13   how if someone's calling up with a problem in their computer,
14   you know, they're going to be automatically persuaded by one
15   thing.  There was a full before and after the Event Viewer
16   came up, there was a full before and after discussion of how
17   the computer works, what the issues are, what we offer, that
18   type of stuff.
19   Q   But you do understand that this is a script, and that the
20   words are read the same way, regardless of what the results
21   are on the screen, correct?
22   A   That's not necessarily true, because I secret-shopped the
23   company a bunch of times, and I know that a lot of people
24   secret-shopped the company, but I did well before any issues
25   came up.  And I realized that there was definitely, you know,
```

```
 1    sort of a -- the salespeople necessarily, they're supposed to

 2    stay on the script, but they're also supposed to adjust to

 3    what the consumer's needs are.

 4          For example, if I'm reading through the script, I

 5    was sort of thinking when I was reading it, you know, would

 6    the salesperson be able to sort of stop and answer, and then

 7    I come up with what are the most frequent questions that I

 8    would think would come up, and would they be able to deviate

 9    to sort of fairly get to those questions and get back into

10    the script.

11          So, yeah, I understand it's a script, but I think

12    that you have to have tools in the script to basically figure

13    out what's going on with the computer.

14    Q    But if the script says, you have a lot of damage here --

15    A    Uh-huh.

16    Q    -- and every telemarketer is saying, you have a lot of

17    damage here, I mean, is that not deceptive --

18    A    Well --

19    Q    -- based on your expertise as a compliance attorney?

20    A    Based on your question, if that was the situation, sure,

21    but it wasn't.

22          In the script, I mean I am recalling that there was

23    a delineation, especially in the training of these people,

24    based on what was going on in the computer.  I mean, what was

25    the number of processes in the Event Viewer, what else was
```

```
 1    going on in the computer?  Was it stalling versus was it
 2    running slow, did they just put new software on it versus did
 3    they just put some disc in it?  Stuff like that.
 4    Q    Did you sit in on any training?
 5    A    Yes.
 6    Q    So you observed what the trainers were saying to the
 7    trainees?
 8    A    On and off, yeah.  I didn't sit in on one full training
 9    session, but I would pop my head in for a couple minutes at a
10    time.
11    Q    How many minutes at a time?  How many total minutes would
12    you say of a training did you listen to?
13    A    Oh, I think I got the full sessions over a period of
14    months.  I mean, I'd sit in for maybe 15 minutes because I'm
15    just listening for certain things, and then go out and then
16    wait for another one to happen and then come back and go sit
17    through another one.
18    Q    And when you sat in on those training sessions, did the
19    trainers know who you were?
20    A    Probably the time that I wore a suit and tie to the
21    office, yes.  But then I realized I should not wear a suit
22    and tie to that office, so probably not subsequent times.
23    Q    Did you ever hear a trainee -- trainers stating that the
24    trainees needed to follow the script exactly?
25    A    The trainers -- I don't recall, actually.
```

```
 1   Q    Do you recall them ever saying that they needed to
 2   memorize the script and repeat it multiple times?
 3   A    Script memorization is something we typically want our
 4   clients to work on, yes.
 5   Q    And are they --
 6   A    I don't recall if they said it specifically there,
 7   though.
 8   Q    Are they supposed to just remember the general outlines
 9   of the script, or are they supposed to remember the actual
10   words of the script?
11   A    Oh, it depends on the company, but I think in this case
12   they wanted the staff to remember -- to learn the script so
13   they knew what they were talking about, knew what was going
14   on.
15   Q    The actual words of the script, correct?
16   A    I don't recall for the specific company.
17   Q    Have you seen the same script in your work with ICE's
18   competitors?
19   A    Variations, heavy variations.
20   Q    Have you seen any light variations or identical copies of
21   the script?
22   A    I don't remember which company, but I know that at times,
23   because of South Florida and because of how different groups
24   work, there was a lot of secret shopping between competitors.
25   So I recall that one or two times I think we had seen
```

1   companies come in with similar scripts, and you could tell

2   that someone had copied someone else's script, but what I had

3   always noted is that with ICE's script, is that when I would

4   see someone else's script that I thought was a ripoff or a

5   copy, it could have been versions before, because I could see

6   the ICE script, and it looked more advanced or had more stuff

7   added to it.

8   Q   You testified earlier that you have represented OMG Tech

9   Help and other of ICE's competitors, and in connection with

10  those representations, would you have reviewed their scripts?

11  A   Yes.

12  Q   Okay.  And your testimony is that you did not see any

13  scripts that were the same as ICE's scripts with those

14  competitors?

15  A   Not identical, no.

16  Q   Okay.  How different are we talking?

17  A   Oh, I don't recall specifically, but, I mean, not -- when

18  I say not identical, I mean not even close from what I

19  recall.

20  Q   Okay.  You call these scripts in paragraph 19, you call

21  them telephone guidelines, and you seem to take issue with

22  the idea that we're calling them scripts.

23  A   In which paragraph?

24  Q   Paragraph 19, I believe.

25  A   Sure.

```
 1    Q    But you are aware that the telemarketers were trained not

 2    to deviate from these, from this script?

 3    A    Yeah, but I don't think your use of the word telemarketer

 4    or script is accurate, because, frankly, telemarketer varies

 5    by definition by state law.  So were these people on the

 6    phone who were trying to basically diagnose computer problems

 7    and then maybe sell something to the consumers?  Sure.  I

 8    don't know if that's a telemarketer, because they weren't

 9    making outbound calls.

10          And then, second, as to scripts, yeah, I mean same

11    thing, they were guideline scripts.  This is what people were

12    trained on to basically sell with.

13    Q    Did you propose changes to the script?  I'm going to

14    continue to call it a script.

15    A    Sure.

16    Q    Did you propose changes?

17    A    Yes.

18    Q    What sort of changes did you propose?

19    A    I don't have those in front of me, but I will tell you

20    that changes ran -- I mean, exact changes, but the categories

21    of changes basically ran along the lines of being -- knowing

22    that there were competitors out there -- I mean it was along

23    the same lines from our initial client meeting, that the

24    company wanted to set itself above and apart from its

25    competitors.  So changes basically involved putting in extra
```

```
 1    things, extra items to clarify consumer issues, sort of

 2    trying to predict what a consumer question would be and

 3    answering it ahead of time, restressing certain points,

 4    things like that.

 5    Q    Do you remember anything specific about your advice?

 6    A    Not specific word for word, no.

 7    Q    Were there any portions of the script that you cut?

 8    A    There were red line versions, so words were removed, and

 9    then words were put in place.  I don't remember specifically

10    which words.

11    Q    Let's talk about the Event Viewer section --

12    A    Okay.

13    Q    -- of the script.

14         Did you recommend changes to this portion of the

15    script?

16    A    I believe I did, yeah, yes.  Because I wanted to make

17    really clear to consumers that -- first of all, I think my

18    initial comment was, I wanted -- and this goes along lines of

19    items that have basically been programmed into me by the FTC.

20    I wanted to make very clear that we had statistical or some

21    form of support for everything that was said in the script.

22    So I believe one of the more common -- the item that I really

23    remember in that script was, if there were a certain number

24    of processes, a range of items that were going on in the

25    consumer's computer, and I looked at that range and I said we
```

```
 1    need to be sure, have some support here in our compliance
 2    materials to say that if it's above this number, you know, we
 3    can support that that is sort of a good indicator of a
 4    problem in a consumer's computer.  Not necessarily a full
 5    indicator, but a tool.
 6            So, yeah, I made comments on those types of --
 7    Q   So let's go back to the Event Viewer portion of the
 8    script, which is not the processes portion.  I believe that's
 9    the first step in the diagnosis.  We're talking about the
10    Event Viewer, which is the final step in the diagnosis.
11    A   Right.
12    Q   Did you recommend that ICE cut that portion of the script
13    and replace it with something else?
14    A   We had discussions on that, yes.
15    Q   Did you discuss striking that portion of the script and
16    not replacing it with something else?  Just striking it?
17    A   No.
18    Q   So what did you discuss replacing it with?
19    A   Other forms of a service that would -- of a technology
20    that would supplement or replace it, basically.
21    Q   What were you trying to replace?  What from the Event
22    Viewer portion of the process were you trying to replace with
23    something else?
24    A   The Event Viewer, the concept of the Event Viewer,
25    meaning --
```

```
 1   Q    Right.
 2        But what is the role of the Event Viewer in the
 3   script that it needed replacing with something else?
 4   A    It didn't really, but the issue --
 5   Q    So why not strike it?
 6   A    Excuse me?
 7   Q    Why not just strike it entirely and leave it out?  Why
 8   replace it with something else if it didn't serve any purpose
 9   in the script?
10   A    No, I didn't say that.  It definitely served a purpose.
11   Q    Okay.  What purpose did it serve?
12        MR. FERGUSON:  Excuse me.
13        THE COURT:  Let him finish the answer before you ask
14   the next question, please.
15        THE WITNESS:  I think if I just explain it a little
16   differently it might help you.
17        The issue that we come back to on our core set of
18   issues was that this was a low barrier to entry industry for
19   a number of companies.  Not necessarily the Defendants,
20   because they put a lot of money into this company.  But a lot
21   of people were jumping into it on the sales side essentially.
22   So the concept was, set the company apart from everyone else,
23   and if a lot of other companies in South Florida were using
24   this Event Viewer, that was one of the concerns.
25        So discussions over time said, essentially, what
```

1    else can we use so we don't use the Event Viewer?  It's not

2    necessarily a bad thing, because it's a tool, but we don't --

3    we think there may be abuse out there.  So what else do we

4    come up with?  And the Defendants came up with another

5    software product that they wrote in-house, I believe.

6    BY MS. BURTON:

7    Q    Based on prior FTC actions, did you conclude that Inbound

8    Call Experts had potential legal liability if they continued

9    to use the Event Viewer portion of the script?

10   A    No.

11   Q    But you're aware of cases we had brought in the past

12   regarding tech support companies using the Event Viewer?

13   A    Yes.

14   Q    And in what way did you believe that Inbound Call Experts

15   was distinguished from those companies in the deceptive

16   practices that were alleged there involving the Event Viewer?

17   A    Well, in general, I felt that they had -- from what I can

18   read and learn on their website, that they had a substantial

19   number of support staff in place and training that would

20   basically -- or at least, you know, on the management side,

21   enough forethought of management to say, we've got to do a

22   whole consumer computer analysis, not just, you know, put

23   everyone into the same program every time.

24          And I felt that, you know, that if they understood

25   the fact that the Event Viewer was one tool out of many that

1    could be used, they were headed in the right direction.

2    Q   So it was your impression that the FTC's position was

3    that only using the Event Viewer was deceptive, but because

4    your clients were using Event Viewer, along with other tools,

5    that it somehow was not deceptive?

6    A   No, I think first the FTC's position was wrong, quite

7    frankly, and I know the FTC will highly disagree with that

8    because they just believe they're right.  But I will tell you

9    that I think that analyzing this company and sitting there

10   listening to phone calls on a daily basis randomly when they

11   didn't know I was listening, and sometimes when I would just

12   stand behind the staff and listen, I didn't detect levels of

13   deception that were alleged in prior cases, basically.

14        I didn't detect consumers who were confused.  I

15   didn't detect consumers who were hearing the word "Event

16   Viewer," doing the Event Viewer thing and then automatically

17   jumping into a purchase scenario.

18        I looked specifically at, let's say, charge-back

19   ratios, which is a huge indicator of consumer

20   dissatisfaction, and I saw shockingly low charge-back numbers

21   comparative to other companies in the industry, including

22   ones I believe the FTC looked at or went after.

23        So, no, I didn't think the FTC was right on focusing

24   on that issue.

25   Q   But as a compliance attorney, isn't your role to ensure

```
 1    that your clients are in compliance with federal law as

 2    interpreted by those agencies even if you disagree with the

 3    agency's view?  I mean, you're trying to get your clients to

 4    comply, to not get into trouble, correct?

 5    A   I don't think I could disagree with your statement, but

 6    the answer is, yes, as a compliance attorney my job is to,

 7    you know, make the clients aware of what different parties

 8    who regulate their systems look at and basically make them

 9    aware so that we can move toward making sure we don't

10    irritate or get those entities or those regulators upset.

11    Q   And did you make the Inbound Call Experts clients aware

12    that using the Event Viewer in the script could lead to

13    regulatory issues in the future?

14    A   They were well educated on their industry.

15    Q   So they already knew that?

16    A   Well, they knew that -- you know, they knew that -- from

17    my recollection, they knew of the companies who the FTC had

18    prior issues with, and they knew that those companies pushed

19    very hard on sales aspects as compared to customer service

20    aspects, and they made very clear to me plans that they had

21    laid out to make sure that they didn't have that sort of

22    confused or injured consumer at the end of every

23    presentation.

24    Q   You said you listened in to a lot of sales calls?

25    A   Uh-huh.
```

```
 1    Q    How many sales calls would you say you listened into?

 2    A    Well, they were telephone calls, a mix of both calls.

 3    They weren't necessarily the classic sales calls.  They were

 4    calls where the consumer would come into the system, I mean,

 5    into the company, and have issues with their computer which

 6    would need to be worked through.  And then there were calls

 7    where the consumer would call in later after they had taken

 8    on some sort of software product or help product or whatever,

 9    and would call their tech end to basically get a fix or an

10    ongoing upgrade or whatever it is.

11         So I would say that I probably listened to probably

12    somewhere between 50 and a hundred calls.

13    Q    How many of those 50 to a hundred calls fall into that

14    first category, the one you described, where a consumer is

15    calling in with an issue?

16    A    The vast majority.

17    Q    And when you say a consumer is calling in for an issue --

18    A    No, I'm sorry, I want to be clear.  What you would define

19    is essentially a sales call, where a consumer is calling in

20    with an issue, the help software is on, they're trying to

21    activate the software, it's been activated, the consumer then

22    is being exposed to that script that you classified.  That

23    was the vast majority.

24    Q    So we'll call those activation calls.

25    A    Okay.
```

```
 1   Q    When you say they called in with an issue, what you
 2   really mean is they called in to have their software
 3   activated, correct?
 4   A    Yes.
 5   Q    And that's the majority of what you listened to of those
 6   50 to 100 calls?
 7   A    Yes.
 8   Q    And did you listen to them in-person or recordings of
 9   those calls?
10   A    No, in-person.
11   Q    So you were standing there in your suit and tie --
12   A    No, not my suit and tie.  The vast majority were live
13   calls.  Later, when the company adopted the CallMiner
14   technology, I would go into a room and you could actually
15   click on the computer and listen to either a recorded or a
16   live call.
17   Q    When did that start, the CallMiner technology?
18   A    Oh, it started a little bit before your office came in
19   with guns.
20   Q    Okay.  So -- I don't believe there were any guns.
21   A    There were a lot of guns.
22   Q    When you -- so you listened to CallMiner calls only for a
23   very short period of time, correct?
24   A    Yes.
25   Q    Prior to that, you would have been in the room, listening
```

1    to the sales agent as they were on the call?

2    A    I would dress in plain clothes and hide.  Not hide, but

3    basically sort of quasi disguise myself, and I would go sit

4    down in an open chair and then just sort of listen to what

5    was going on around me.  And then other times I would go to a

6    telephone in a room that they wouldn't even know I was there,

7    and you could have the guy push the phone buttons and you

8    could hear the live call side.  I would make sure I could

9    hear both the consumer side and the rep side.

10   Q    So what percentage of these 50 to a hundred calls would

11   you say you actually heard both sides of the conversation?

12   A    The majority.  That's the point.  I've gotta hear both

13   sides.

14   Q    So most of the time you were in another room on the

15   telephone listening to both sides of a conversation?

16           THE COURT:  Is that a "yes"?

17           THE WITNESS:  Yes, yes.

18   BY MS. BURTON:

19   Q    Do you know why Inbound Call Experts wanted to

20   differentiate themselves from their competitors?

21   A    Yes.

22   Q    What was that reason?

23   A    Well, there were a bunch.  First -- and this is in no

24   specific order -- but they were really fearful of the FTC

25   coming in, because they had seen that -- and I was surprised

```
 1   when I visited this client, because usually the compliance
 2   are is to put the fear into the company.
 3            These guys had a lot of fear because they had seen
 4   that companies out there who were probably doing bad things,
 5   had these visits or raids or lawsuits or whatever, and they
 6   didn't want any of that.  They just wanted to grow their
 7   business.  So they were super focused, especially
 8   Mr. Deignan, on stressing to me, his, you know, we want -- we
 9   will spend the money, we want everything aboveboard, you
10   know, just move us toward compliance.  We'll listen to
11   whatever you want.
12            The second reason was -- go ahead.
13   Q   Can I stop you there?
14   A   Sure.
15   Q   Were you -- did you become aware that they were wooing
16   investors?
17   A   Yeah, that was my second reason.
18   Q   Okay.
19   A   When I first met them, I believe they were in the either
20   initial stages or they had just closed around some sort of
21   loan or financing or something like that, and they wanted to
22   continue to do that to grow, because any business needs
23   money.  And they wanted to make sure that they could present
24   their best foot forward basically.
25   Q   Okay.  And was that -- were they seeking investors or
```

1    trying to sell the company?

2    A    Oh, I think I would -- I believe both.

3    Q    In paragraph 22 of your declaration, you talk about how

4    you were working on drafting a letter to the FTC?

5    A    Uh-huh.

6    Q    Were you expecting the FTC to take action against this

7    company?

8    A    It goes back to our initial meeting and a theme

9    throughout the entire representation, and I brought sort of a

10   handout I wanted to show you.  The issue is really that we --

11   you know, from my experience in doing this probably for the

12   last, I don't know, 15 or so years, a lot of -- don't take

13   this personally, but a lot of government agencies, especially

14   at the federal level, sort of view companies, especially in

15   Florida, from a distance, and they view them very suspect.

16          So one of the tools that we use once we're

17   comfortable with the company's, you know, compliance and

18   everything's buttoned up and looking good, is that instead of

19   sort of waiting, knowing that you're in a potentially suspect

20   industry -- and a lot of attorneys won't do this, but I

21   expose the client to this.  And I said why don't we just

22   proactively go to them.

23          And, you know, the expected response from the FTC,

24   because we've done this before, is basically, well, we're

25   just an enforcement agency, we can't tell you anything, thank

```
 1   you for your submission.

 2          But the point is to send a letter, to send a

 3   compliance binder to the FTC, put this in your file so that

 4   in the event there is a problem or you try to pull -- file a

 5   lawsuit or something, at least we'll be able to point to the

 6   fact that, look, we were communicating with you first.  So

 7   it's part of a compliance strategy, yes.

 8          And what I brought, because I wanted to show you,

 9   because I know in a declaration is just me saying it, we sent

10   out our bills, and I just got this a few days ago, our

11   pre-bill for the last few months.  But I wanted to show you

12   just some of the entries because I thought that would help

13   the Court.  And you referenced a prior case.  I thought this

14   would go to your question.

15          "On October 28th, review FTC injunction as to

16   Pairsys, Inc."  Which was one of your prior cases.  "Begin

17   outlining proactive letter to FTC explaining how client

18   complies with the law, review ICE's policies and procedures,

19   code of business conduct, and scripts."  And it just goes on

20   and on about all these things we're doing.

21          MS. KIZIAH:  Your Honor, we're just going to object

22   because we haven't been able to see that.

23          THE WITNESS:  I brought you copies.

24          MS. KIZIAH:  Great.  We haven't seen it before now.

25          THE COURT:  Overruled.  Go ahead.
```

```
 1   BY MS. BURTON:

 2   Q    Are you aware the receiver in this action requested

 3   documents from your law firm?

 4   A    Yes.

 5   Q    And why have those not been provided to him?

 6            MR. FERGUSON:  Objection.  Did you say have not been

 7   provided?

 8            MS. BURTON:  I believe the receiver testified

 9   yesterday that he has not been provided with the documents --

10            MR. FERGUSON:  That's absolutely incorrect.  And I

11   believe he's here, Your Honor.

12            THE COURT:  I thought he said he did eventually get

13   them.

14            MS. BURTON:  He did?  I'm sorry.  I must have

15   misunderstood.

16            THE WITNESS:  I can tell you why, too, if you want

17   to know.

18            MS. BURTON:  That's fine.  No worries.

19   BY MS. BURTON:

20   Q    In paragraph 23, it says that you reviewed the scripts,

21   and you found that there was no intent to be deceptive.

22            You understand, though, that there is no intent

23   requirement in an action like this, based on your experience

24   as a compliance lawyer?

25   A    My statement -- first of all, I understand that under the
```

```
 1   statute, the FTC asserts, and there's some case law that
 2   says, that you don't necessarily have to have intent in these
 3   claims, but my statement was focused on essentially the
 4   companies and its management.
 5            You know, after reviewing the scripts with them,
 6   after reviewing the operations with them, I mean, sitting in
 7   these meetings repeatedly, there wasn't an intent to trick
 8   consumers here.  There wasn't an intent to basically say,
 9   hey, sell aggressively as you can to get the dollars.  And
10   these guys were so focused on hiring these Microsoft tech
11   guys in there to provide customer service, they just wanted
12   to build this company into essentially another Geek Squad
13   from Best Buy.
14   Q   And to your knowledge, were you the first compliance
15   counsel retained by Inbound Call Experts?
16   A   I think so, but I don't know for certain.
17   Q   But you're not aware of any attorney who worked on this
18   before you?
19   A   Well, they had worked with prior attorneys, but I don't
20   know if they --
21   Q   On compliance matters.
22   A   But I don't know if they did specific compliance matters.
23   I'm not sure.  There's not a lot of law firms that do this
24   service.
25   Q   And if Inbound Call Experts is permitted to reopen
```

```
 1    operations, would you be the one responsible for ensuring

 2    future compliance?

 3    A    If they continue to retain my services, I would continue

 4    to work with them, yes.

 5    Q    Have you ever filled out a form for a client and omitted

 6    information?

 7    A    I don't think so.

 8              MS. BURTON:  Thank you.  That's all I have.

 9              Actually, I have a whole stack of additional

10    questions.  Sorry.

11    BY MS. BURTON:

12    Q    You said that you represented OMG Tech Help in compliance

13    matters?

14    A    No, I just said we represented them.

15    Q    Did you represent them in compliance matters?

16    A    In some matters, yes.

17    Q    Did you review their script?

18    A    I believe so, yes.

19    Q    Did it use the Event Viewer?

20    A    I believe so, yes.

21    Q    What are the other niche industries that you've worked

22    with besides tech support services?  You listed several in

23    your declaration.  Are there others?

24    A    Other industries that we work with?

25    Q    Yeah.
```

```
 1    A    Sure.
 2              I believe I put a list at the end of the
 3    declaration.  It's just a history over the last 15 years.
 4    Q    Are those you personally or your law firm?
 5    A    No, I personally worked on most of those.  I mean, we
 6    have other attorneys in our office, but I personally worked
 7    on most of those.
 8              I will tell you that in this year, a lot of our work
 9    has come in the area of healthcare brokerages and companies
10    that offer healthcare services and dental insurance-type
11    services to consumers.  We've done a lot with the FTC
12    working -- meaning with, you're the FTC, working at industry
13    conferences on consumer student loan relief services, which I
14    know is a very hop topic, very regulated.
15              We've done other consumer financial -- usually it's
16    consumer financial, but I was interested this year, we saw a
17    big deviation into the healthcare and also into the companies
18    that sell the satellite dishes, like the satellite TV dish
19    companies.
20    Q    So you work -- would debt settlement be included in this?
21    A    Sure, absolutely.  I was very involved in working with
22    the FTC on their 2010 amendment to those rules, yeah.
23    Q    And loan modification, is that an industry that you've
24    worked in?
25    A    Remember when I said we sort of slipped between the
```

```
1    proactive and the reactive?  We don't really do very much on

2    the proactive compliance counseling for loan mod companies,

3    but on the reactive side, yes.  For the last three or four

4    years we've had a lot of them come into our office saying,

5    we're in trouble, we're getting sued, what do we do, that

6    kind of stuff.

7    Q    Do you know what -- we talked about the Event Viewer

8    portion of the script being taken out and replaced with

9    something else.  Do you know what it was replaced with?

10   A    I believe it was called, a program called System Advisor.

11   Q    And did you review the revised script that referred to

12   the System Advisor instead of the Event Viewer?

13   A    I may have.  I don't recall.

14   Q    So in paragraph 22 -- sorry, 23, when you say you

15   reviewed the scripts and you didn't observe an intent to be

16   deceptive, you're referring to the script that did include

17   Event Viewer?

18   A    Oh, yeah.  When I drafted this I was thinking about the

19   initial~-- the first versions of the script that were

20   provided.  Yes, it wouldn't have included the new system

21   Advisor, the replacement concept.  But I think I had probably

22   an associate in my office who looked at that, because he was

23   working on that draft of the letter to the FTC, which I was

24   actually carrying in my folder the day that you visited and

25   raided their office, because I was going to go through it
```

```
 1   with the company; and I believe he did probably review

 2   something on it.

 3           I knew that I had meetings with the company where

 4   the management had walked me through in detail how this new

 5   concept of the program worked, basically.

 6   Q   Is it your view that as long as a company provides good

 7   customer service and a fine product, it's okay to sell the

 8   product or service in any way that works?

 9   A   That's a very general question.  I don't think I -- I

10   don't think so.

11   Q   Do you think that a deceptive sales pitch is remedied by

12   providing a great product after the deceptive sales pitch?

13   A   No, the case law is clearly against that.

14   Q   Okay.  You said you listened to calls and observed calls.

15   Did you bill for reviewing those calls?

16   A   Yes.

17   Q   For the time spent?

18   A   Yes.

19   Q   Okay.  And would that -- would that be reflected in the

20   bills that you are --

21   A   It would probably be meeting at office, something like

22   that.

23   Q   So there would be no way for us to look at the bills to

24   see the time that you spent reviewing sales calls?

25   A   I'll tell you in a sec.  No, because we weren't -- no, I
```

```
 1   wasn't planning to put that in there.  Probably -- I mean,
 2   there might be, I just don't remember.  You're welcome to
 3   look at all the billing entries, but generally it would say,
 4   meeting at client office to review compliance issues,
 5   something like that.
 6   Q    Okay.
 7   A    And I can tell you even at one point -- and when you
 8   visited the office, the reason I was there is because the
 9   company said, hey, Robby, we want to continue pushing this
10   compliance issue.  We're either going to hire an in-house
11   general counsel -- and I said, wait, guys, I can do this
12   really well.  Why don't I come in, so let's just set Thursday
13   or Friday for three hours in the morning or whatever, and
14   I'll just come in and work on compliance issues.  That was
15   one of the reasons I was there, sitting there listening to
16   calls.
17   Q    Okay.  Did you have to withdraw as counsel in the case of
18   CFPB v. Hoffman Law Group?
19   A    Yes.
20   Q    Did you provide proactive guidance to that company?
21   A    CFPB versus Hoffman Law Group?
22   Q    Uh-huh.
23   A    It was a law firm, and I think it's still a hotly
24   contested case, and we had to withdraw, yes.
25        To your question, I'm sorry, did we provide
```

```
 1   counsel --

 2   Q   Yes.

 3   A   Yeah.

 4   Q   Okay.

 5   A   I don't necessarily know if that was a good comparison to

 6   this case, though, because it's a much different case.

 7           MS. BURTON:  That's all I have.  Thank you.

 8           THE COURT:  Thank you.

 9           Any redirect?

10           MR. FERGUSON:  Briefly, Your Honor.

11                       Redirect Examination

12   BY MR. FERGUSON:

13   Q   Good afternoon, Mr. Birnbaum.

14   A   Good afternoon.

15   Q   Don't have a lot, so it will be quick.

16           You said that you listened to some calls at my

17   clients' company's office; is that correct?

18   A   Yes.

19   Q   Was that at the Banyan facility?

20   A   That was on Banyan Trail Road, yes.

21   Q   In Boca Raton?

22   A   Yes.

23   Q   Were those live calls that you were listening to?

24   A   Yes.

25   Q   Are you aware that CallMiner was being rolled out and
```

```
 1   wouldn't allow access to live calls and in fact, you were

 2   using a system called Five9, f-i-v-e, number 9?

 3   A   Yes, that was their system at the time.

 4   Q   Are you aware that Five9 provides the capability to

 5   listen to calls live?

 6   A   Yes.

 7   Q   And you're aware that's used by the company?

 8   A   Yes.

 9   Q   In your professional endeavors over the last couple of

10   years, have you become aware of any outfits or heard about

11   any enforcement action by the FTC against outfits

12   particularly emanating from -- outbound calls emanating from

13   India, where companies would call and say -- cold call

14   outbound -- Hello, sir, my name is Sylvester Stallone, I'm

15   with Microsoft.  We're getting event reports from your Event

16   Viewer, and you're infected, and you better pay us some money

17   or you're going to lose your computer and your data?

18           Are you aware of those companies doing that?

19   A   I'm aware of -- yes.

20   Q   And you're aware that probably back in 2012, there was a

21   flurry of enforcement actions by the FTC with regard to those

22   activities?

23   A   Yes.

24           MR. FERGUSON:  I don't have anything further.

25   Thanks for your time.
```

```
 1                 THE WITNESS:  Thank you.
 2                 THE COURT:  Any other recross -- I mean redirect
 3     from counsel?
 4                 MR. NICHOLSON:  No, Your Honor.
 5                 THE COURT:  Anything else?
 6                 MS. BURTON:  Nothing, Your Honor.
 7                 THE COURT:  Thank you, sir.
 8                 THE WITNESS:  Thank you.
 9                 MR. FERGUSON:  One second, Your Honor.
10                 Your Honor, the Defendants call Scott Grushoff.
11     He's number 4 in our binder.
12                 MR. STREISFELD:  Your Honor, he's in the other
13     volume.
14                 THE COURT:  I've got it.
15                 MR. STREISFELD:  Okay.  Thank you.
16                 THE COURT:  Sir, would you raise your right hand,
17     please.
18          Kenneth Scott Grushoff, Defendants' witness, sworn.
19                 THE COURT:  Please be seated.
20                 Sir, if you could tell us your name and spell your
21     last name, please.
22                 THE WITNESS:  Sure.
23                 Kenneth Scott Grushoff, G-r-u-s-h-o-f-f, like Frank.
24                 THE COURT:  Thank you.
25                 Cross-examination.
```

```
 1              MS. BURTON:  Thank you.
 2                     Cross-examination
 3    BY MS. BURTON:
 4    Q    Good morning, Mr. Grushoff.
 5    A    Good morning.
 6    Q    I'm Emily Burton.  I'm an attorney for the Federal Trade
 7    Commission.
 8              What's your current title at Inbound Call Experts?
 9    A    My title as of August 1st is president.
10    Q    And what was your title before that?
11    A    Senior vice president of operations.
12    Q    And so you were promoted from senior VP of operations to
13    president?
14    A    Yes.
15    Q    And in, you said August of 2014?
16    A    This year, uh-huh.
17              THE COURT:  I'm sorry?
18              THE WITNESS:  August of this year.
19              THE COURT:  Thank you.
20    BY MS. BURTON:
21    Q    What was the reason for your promotion?
22    A    The reason for my promotion is they wanted me more
23    involved with the day-to-day operations of the business and
24    the future of the business.
25    Q    And who was the president before you?
```

```
 1   A    Justin Wright.

 2   Q    I'm going to ask you some questions about your

 3   declaration.  You have it in front of you.  On page 4,

 4   paragraph 14B -- actually, let me grab my copy.  Hold on one

 5   moment.  Sorry about that.

 6            MR. FERGUSON:  Your Honor, is it okay if I tell the

 7   witness he can put that notebook in his lap for convenience?

 8   He don't have to stretch over there.

 9   BY MS. BURTON:

10   Q    So paragraph 14B, when you say customer service calls, do

11   you mean calls where a consumer called for help activating

12   software?

13   A    No, customer service calls are calls that come from

14   active customers that have already purchased a support plan

15   from us that are calling in to use it.

16   Q    Okay.  And of those 2.1 million calls, were any of those

17   calls in which a telemarketer pitched ICE's services or

18   products?

19   A    No.

20   Q    On page -- same page, paragraph 14C, you say:

21   "Investment costs for technicians and customer service for

22   year to date."

23            Again, are you using the same definition of customer

24   service there?

25   A    That's correct.  Those are the technicians and the
```

```
 1   customer service agents, the support personnel.
 2   Q   Who are speaking only to people who have already
 3   purchased services; is that correct?
 4   A   Correct, speaking to or repairing computers of those
 5   customers.
 6   Q   Are you, in your position as president of operations --
 7   sorry, president of Inbound Call Experts, aware that ICE's
 8   revenues for 2014 have been about a hundred million dollars
 9   so far?
10   A   Yes.
11   Q   Let's go to paragraph 27.  You're talking about the
12   refund policy.
13           Isn't it true that a zero resistance refund policy
14   of the kind you describe is a good way to keep angry
15   customers from calling their credit card company and seeking
16   a charge-back?
17   A   Is that part of the reason?  Yes.
18   Q   Okay.  Do you know what Inbound Call Experts' refund rate
19   was for 2014?
20   A   I know roughly what it was.
21   Q   And what was it?
22   A   I would say it was around 12 percent.
23   Q   So -- okay.  Do you know for any prior years what the
24   refund rate was, 2013, for example?
25   A   I wouldn't be accurate.  I'd be guessing.
```

```
 1   Q    For calls -- for activation calls that initially came

 2   into the sales team and then were transferred, the remote

 3   session was transferred to the technicians, isn't it true

 4   that it was -- in that instance, the technician would not

 5   speak to the customer directly?

 6   A    In some cases they would.

 7   Q    In what cases would they talk to them directly?

 8   A    There were many cases where there was what we termed

 9   action required, where the technician would have to speak to

10   the customer to get questions answered or action on their

11   end, has the paper printed out, is the modem working, is this

12   plugged in.  So there were many times where the technician

13   did have to speak to the customer.

14   Q    Would the technician then just call the customer --

15   A    Yes.

16   Q    -- to get those questions answered?

17   A    We contacted the customer.  We had a tool within Ninjato

18   that was called the action required tool, and when they

19   pressed that button, it would send the customer an e-mail and

20   they would also contact the customer via telephone.

21   Q    But when those calls were initially transferred, the

22   technician would initially be relying on what the salesperson

23   had put in the notes as to what was wrong with the computer

24   and what needed to be fixed, correct?

25   A    Correct.
```

1    Q    In paragraph 33, you say that you contracted with a firm

2    to become PCI level one compliant with regard to customer

3    data protection.  Was this decision based on Mr. Birnbaum's

4    legal advice?

5    A    No.

6    Q    Do any of the technicians, the ICE technicians, or

7    customer service reps sell products or additional services to

8    customers?

9    A    Rarely.

10   Q    But they do at times sell products and services?

11   A    They take orders for products and services.  Generally, a

12   customer may not have purchased something on the front end,

13   and when they speak to a customer service agent they may want

14   it, and that customer service agent would process that sale,

15   yes.

16   Q    What do they sell?

17   A    Generally, it would be a software product, or they may

18   want to add an additional computer that's in their household

19   or with their family.

20   Q    Are there scripts for these sales, these up-sells?

21   A    On the customer service floor, I do not believe so.

22   Q    And where was the customer service floor located?

23   A    Customer service floor was in the middle room.

24   Q    Are we talking about the Banyan site or the T-Rex site?

25   A    I'm sorry.  The customer service floor was in the middle

```
 1    room of Banyan, which just switched to the T-Rex site.

 2    Q    So at the time of the immediate access, when the FTC

 3    showed up, customer service was located where?

 4    A    T-Rex.

 5    Q    And just so I'm clear, were there scripts regarding

 6    up-sells?

 7    A    There were scripts on the floor for the process of

 8    handling inbound customer calls.

 9    Q    Okay.

10    A    I don't recall 100 percent whether there was any sales

11    language on there, but I'm fairly sure there wasn't.

12    Q    Have there been policies in place regarding -- suggesting

13    that technicians should pitch certain products or services in

14    connection with their -- sorry, not technicians, customer

15    service representatives should pitch particular products or

16    services on each call?

17    A    There was not.

18    Q    There were no such policies to your knowledge?

19    A    There were no policies where customer service agents

20    would directly pitch a customer products.  There was no

21    policy for them to do it.  Did some of them do it?  Yes.

22    Q    Did they get commissions for products that they sold?

23    A    Yes.

24    Q    Did they get bonuses or additional prizes for selling a

25    particular amount of additional products?
```

```
1    A    No.

2    Q    Was there a prize wheel at the T-Rex location?

3    A    If there was a prize wheel at the T-Rex location, it was

4    from the sales team that was there before customer service

5    got there.

6    Q    But technicians receive a commission on any sales they

7    make, correct?

8    A    Technicians or customer service agents did.

9    Q    What's their commission?

10   A    Ten percent.

11   Q    How much revenue is generated by the up-sells made by

12   customer service representatives and technicians?

13   A    Under a hundred thousand dollars per month, probably.  It

14   was minimal.

15   Q    But over a million dollars a year?

16   A    Yes, uh-huh.  So about less than one percent of our

17   revenue, yes.

18   Q    What are spiffs?

19   A    A spiff is a prize or a promotion for a contest or doing

20   well.

21   Q    Were technicians or customer service agents ever given

22   spiffs?

23   A    They were, but not for commissions.  They were given

24   spiffs for performance.

25   Q    And only for performance?
```

```
 1    A    That's correct.

 2    Q    Was the amount of products sold considered part of

 3    performance?

 4    A    It had no weight on the spiff.

 5    Q    Okay.  I apologize for not having an extra copy of this

 6    for you.  I'll hand it to you in a binder.  But I'm referring

 7    to Plaintiffs' exhibit 37, pages 1861 to 1871, and I want you

 8    to take a look at these.

 9             Can you just take a look at page 1861 to 1871?

10             Have you had a chance to look that over?

11    A    Yes.

12    Q    Do you recognize these?

13    A    I do.

14    Q    What are they?

15    A    This is the sales guideline for the satisfaction sales

16    department.

17    Q    So would this -- would the satisfaction sales department

18    fall into the customer service group that you were talking

19    about?

20    A    Completely separate division.

21    Q    Where does that division sit?

22    A    That division sits in Banyan.

23    Q    Okay.  Do you have any idea why these documents would

24    have been at the T-Rex location?

25    A    That division used to be at that location but hasn't been
```

```
 1    for the better part of five or six months.  There would be no

 2    reason for this script to be at T-Rex.  Nobody there uses it.

 3    Q    Sorry.

 4           Can you remind me what you said about who would use

 5    this script?

 6    A    Satisfaction sales department.

 7    Q    And what do they do?

 8    A    The satisfaction sales department talks to customers that

 9    are -- have had their work completed and that are happy and

10    satisfied with the work, and they're offered additional

11    products and services that may be of value to them.

12    Q    And you see it starts out by saying:  "Your computer was

13    in pretty bad shape, and the senior tech identified a

14    weakness in your current security setup"?

15    A    Uh-huh.

16    Q    Was this script read only to people where a senior tech

17    had actually identified such a weakness, or would it have

18    been read to possibly anyone?

19    A    That script was written after they reviewed the notes

20    and, in fact, saw that that had happened.  It wasn't read

21    every time the same way.

22    Q    So the -- your testimony is that the satisfaction sales

23    department would review the notes from the senior tech?

24    A    Uh-huh, yes.

25    Q    Identify people to call, to up-sell --
```

```
 1   A    They did not make outbound phone calls, no.
 2   Q    So they would wait for someone to call in and then read
 3   this script to them?
 4   A    That's correct.
 5   Q    Okay.
 6   A    The division made no outbound phone calls unless a
 7   customer had asked them to call them back.
 8   Q    If a customer asks someone to call them back to confirm
 9   that work had been completed, would this script have been
10   read to them?
11   A    I don't understand the question, I'm sorry.
12   Q    If a customer requested a call back just to confirm that
13   the technician had finished working on their computer, is
14   that an instance in which this script may be read to them?
15   A    This division wouldn't call them back to confirm whether
16   the work was done or not.  The customer service division
17   would.
18   Q    Okay.  Are you familiar with a service called ID
19   Watchdog?
20   A    Yes, very.  I'm a member.
21   Q    And at the conclusion of customer service calls, was
22   there a wrap-up script involving pitching ID Watchdog?
23   A    The script was not a pitch.  It was, would you be
24   interested in learning more about ID Watchdog.
25   Q    And if the customer said yes, what would happen?
```

```
1    A    They would be transferred to the satisfaction sales
2    department.
3    Q    And the satisfaction sales department would then pitch
4    them a paid service; is that correct?
5    A    They would offer them ID Watchdog, yes.
6    Q    So each of the technicians would ask a consumer if they
7    were interested in that product, correct?
8    A    If the customer was satisfied within the customer service
9    department and we had fixed their problem, then they would be
10   offered the opportunity to learn more about ID Watchdog.
11   Q    And then passed to the satisfaction sales department, who
12   would then pitch them a paid service, correct?
13   A    Yes.
14        We discontinued that process probably about a year
15   ago.
16   Q    And how long was that process in place?
17   A    I would be guessing, but I would say approximately six
18   months.
19   Q    And to your knowledge, so -- sorry.
20        You ended that service approximately a year ago, so
21   the end of 2013?
22   A    Roughly.
23   Q    And so it was offered from the middle of 2013 to the end
24   of 2013 roughly?
25   A    I would say roughly.  Probably the end of the first
```

```
 1    quarter last year and probably 'til the end of the third

 2    quarter last year, right around that timeframe.

 3    Q    And during the time that the satisfaction sales

 4    department was engaging in this up-sell, did they, in fact,

 5    sell, I guess it's a subscription to ID Watchdog to

 6    consumers?

 7    A    The customer service agent did not.  The satisfaction

 8    sales agent did, yes.

 9            MS. BURTON:  Okay.  I think that's all.  Thank you.

10            THE WITNESS:  Thank you.

11            THE COURT:  Redirect?

12            MR. FERGUSON:  Yes, Your Honor.  Brief direct.

13                       Redirect Examination

14    BY MR. FERGUSON:

15    Q    Hello, sir.

16            Do you have any ownership interest or options in the

17    company?

18    A    I do not.

19    Q    You talked about tech, the technicians operating out of

20    the T-Rex facility in Boca Raton, correct?

21    A    The customer service agents and technicians resided

22    there, yes.

23    Q    And where else are there technicians?

24    A    There are technicians in Jamaica.

25    Q    And at the time the TRO was served on the company, the
```

```
 1    company was taken over by the receiver, tell the Court about

 2    the significance of Nice's operation with regard to tech

 3    support.

 4    A    So we were very, very pleased with what we had found in

 5    Jamaica.  We found an incredible workforce that was patient

 6    and kind and really had aspirations of learning and becoming

 7    as technical as they possibly could, and many of them were

 8    already very technical.

 9    Q    Who oversaw that operation?

10    A    A gentleman by the name of Shavey (phonetic).

11    Q    And were they a significant component of ICE's technical

12    support operations?

13    A    Month after month they grew, but, yes.

14    Q    And the satisfaction department, is there a screen that

15    leads customers to that department after the work is

16    completed?

17    A    Yes.

18            MR. FERGUSON:  No further questions.  Thank you.

19            MR. STREISFELD:  David.

20            MR. FERGUSON:  Wait, one.

21    BY MR. FERGUSON:

22    Q    Okay.  At the time the TRO was served, what, just

23    roughly, percentage of the company's technical services were

24    being provided by the Nice operation?

25    A    On the customer service side, I would say they were
```

```
 1   answering about 60 percent of the inbound customer service

 2   calls from active customers, and on the technician side, we

 3   were slowly growing that, but I believe we were in the

 4   20-something range of technicians out of close to 200.  So it

 5   was a lower percentage.

 6             MR. FERGUSON:  Thank you.  Nothing further.

 7             THE COURT:  Anything else?

 8             MR. EDMONSON:  No, Your Honor.

 9             THE COURT:  Any recross?

10             MS. BURTON:  No, Your Honor.

11             THE COURT:  Thank you, sir.

12             THE WITNESS:  Thank you.

13             THE COURT:  Let's take a five-minute recess.

14        (A recess was taken from 11:17 a.m. to 11:31 a.m., after

15   which the following proceedings were had:)

16             THE COURT:  Please be seated, everyone.

17             All right.  Who's next?

18             MR. FERGUSON:  Your Honor, we are down to our -- my

19   three clients and our expert witness, and our codefendants

20   have their client and two expert witnesses.

21             I understand from counsel for the FTC that

22   Mr. Skoudis' plane was delayed, but they think he's in the

23   air right now.  And I don't want to speak for them if I'm

24   wrong, jump in, because they're not getting on the phone.  So

25   they believe he's in the air, and they believe he'll be here
```

1    around 1:00 o'clock.

2            What I would request is that we just break early now

3    for lunch and come back at 1:15 and deal with Mr. -- put

4    Mr. Skoudis on.

5            THE COURT:  That's a pretty long lunch break.

6            MR. FERGUSON:  It is, Your Honor, but I really --

7    and I'm not -- I know this isn't by design, I understand it,

8    and planes get delayed and whatnot, but my clients, I

9    think -- I want them to hear what Mr. Skoudis has to say

10   about them, and they have a right to do that, and so, that's

11   why.

12           THE COURT:  All right.  Is it likely we're going to

13   finish today?

14           MR. FERGUSON:  Well, you know, we rolled through the

15   morning, but we've got four experts.  It is possible, but I

16   can't imagine -- no, four total, including Mr. Skoudis.  I

17   can't imagine we're going to get through everybody and close

18   today anyway.

19           So I'm doubtful of that.  But it's possible we could

20   get through all the witnesses today even with such a break,

21   but I doubt it.

22           THE COURT:  I doubt it, too.

23           MR. FERGUSON:  And I doubt if we didn't take the

24   break that we would get through today anyway.

25           THE COURT:  I agree.  I don't think the break's

```
 1    going to make that much difference.

 2            All right.  I guess that's fair to have them finish

 3    their case before your clients testify.

 4            MR. FERGUSON:  Could we come back at 1:15, if that's

 5    fine?

 6            THE COURT:  What's wrong with 1:00?  If he's going

 7    to be here at 1:00?

 8            MS. ROBBINS:  He was supposed to get in originally

 9    11:30 and he said his plane was delayed an hour.  I'm

10    assuming he could be here by 1:00 but I haven't heard from

11    him.  Hopefully, that is a good sign.

12            THE COURT:  Why don't we shoot for 1:00, and if he's

13    not here, he's not here.

14            So let's try for 1:00 o'clock.

15            MR. FERGUSON:  Thank you, Judge.

16        (A recess was taken from 11:33 a.m. to 1:01 p.m., after

17    which the following proceedings were had:)

18            THE COURT:  Please be seated, everyone.

19            All right.  We're ready to proceed?

20            MS. ROBBINS:  Yes, Your Honor.  The Plaintiffs call

21    Edward Skoudis.  And we would like to introduce his two

22    exhibits into evidence at this time.

23            MR. FERGUSON:  No objection, Your Honor.

24            MS. ROBBINS:  Those are exhibits 18 and 35.

25            THE COURT:  They'll be admitted without objection.
```

```
 1          (Plaintiffs' Exhibit No. 18 and 35 entered into
 2     evidence.)
 3          MR. FERGUSON:  Not at this juncture, but we do have
 4     some questions about the expert's opinion with regard to
 5     something's intentionally designed to mislead or is likely to
 6     be misleading.  So his attempt to proffer expert testimony on
 7     consumer behavior is something that we do intend to challenge
 8     as we question him.
 9          THE COURT:  Okay.  Let's bring him in, please.
10          Sir, raise your right hand, please.
11        Edward F. Skoudis, Plaintiffs' witness, sworn.
12          THE COURT:  Please be seated.
13          Sir, if you would tell us your name and spell your
14     last name, please.
15          THE WITNESS:  My name is Edward F. Skoudis,
16     S-k-o-u-d-i-s.
17          THE COURT:  Thank you.
18          THE WITNESS:  Thank you.
19          THE COURT:  Cross-examination.
20          MR. FERGUSON:  Thank you.
21                    Cross-examination
22     BY MR. FERGUSON:
23     Q    Good afternoon, Mr. Skoudis.
24     A    Hello.
25     Q    How are you doing?
```

```
1    A    Good, thank you.

2    Q    Do you have a copy of your declaration handy?  If not --

3    A    I do not, no, sir.

4              MR. FERGUSON:  May I approach, Your Honor?

5              THE COURT:  Yes.

6              THE WITNESS:  Thank you.

7    BY MR. FERGUSON:

8    Q    I am going to just walk through your declaration.  I've

9    read it maybe 50 times or so.

10   A    Yes, sir.

11   Q    I understand what I can understand.  I've got a few

12   questions, so I'll walk through.  It's pretty much in order

13   here and just ask you some questions, if you don't mind.

14   A    Certainly.

15   Q    I see that you are a SANS Fellow.  Could you tell the

16   Court what SANS is and what being a SANS Fellow means?

17   A    Sure.  SANS is the System Administration Audit and

18   Network Security Institute.  It is a research and educational

19   institution that provides information security training,

20   system administration training to thousands of people around

21   the world every year.

22             SANS Fellows are those recognized by the SANS

23   Institute for unique contributions to the industry.  I

24   believe there are eight fellows.  It's approximate.  There

25   might be six, there might be 10; and I'm one of them.
```

1    Q    Understood.

2         I -- in preparing for this, you provided a list of

3    things you've written, and I spent a great deal of time on

4    the SANS.org website.  Is that the same institute?

5    A    Yes.

6    Q    There seems to be a lot of material on there.  They have

7    a reading room.  I see that you've got pieces in there, and I

8    guess the other pieces that are in there, are those other

9    fellows?

10   A    No, those pieces are typically written by SANS students

11   in the SANS reading room, and the fellows as well as other

12   SANS instructors supervise the writing of those research

13   papers.

14   Q    I see.  So if something makes it into the SANS reading

15   room it was more than likely written by a student but vetted

16   by a fellow and --

17   A    Not necessarily a fellow.  It could be an instructor.

18   Q    I see.  Very good.

19         I've read everything about your expertise and more

20   online.  I think it's fair to say you are an expert in

21   computer technical issues particularly with regard to threat

22   analysis and protecting large companies and networks from

23   intrusion, is that fair to say?

24   A    I do spend a lot of time working on that, sir.

25   Q    And forgive me.  I'm probably not as good at hitting your

1    lingo as you might even be at playing a lawyer.  So if I

2    misspeak or get something wrong, let me know.

3    A    Certainly.

4    Q    I'll do my best to make sure we can talk the same

5    language.

6    A    Likewise.

7    Q    I didn't see any expertise in the area of, say, like

8    you're not a behaviorist or an expert in consumer behavior,

9    are you?

10   A    I am not.

11   Q    In a few places in your declaration, and I can get to

12   them, but you make -- you draw conclusions or offer an

13   opinion that something was intentionally designed to mislead

14   or could be highly misleading to a consumer.  Are those --

15   can we say those are your personal opinions but not

16   necessarily --

17   A    No, no.  I do believe I have the ability to analyze a

18   statement and determine whether it matches the facts,

19   independent of consumer things.

20   Q    And I'll give you that.  I don't challenge that.  I guess

21   my question is when you opine that something is intentionally

22   designed to deceive, you don't -- you haven't done anything

23   to understand exactly -- other than check if something's true

24   or not, say, in a script --

25   A    My focus is on whether it's deceptive based on whether

```
 1    the statement matches the facts.
 2    Q   Okay.  Understood.
 3              Will you turn to -- give me one second.
 4              Oh, before I get into the substance, I understand
 5    you're being compensated.  Is your rate 200 an hour?
 6    A   220.
 7    Q   220.
 8              And you've been compensated a total of $11,000?
 9    A   Approximately.  In preparation for this seating here,
10    there's some extra hours that I've spent.  But for the
11    original declaration that is the truth.
12    Q   Understood.
13              THE COURT:  Mr. Skoudis, can you wait for him to
14    finish before you start answering, please?
15              THE WITNESS:  Sure.  I apologize.
16    BY MR. FERGUSON:
17    Q   And I understand from your declaration, that as of the
18    date of your declaration, while you have served as an expert,
19    you hadn't testified in trial as an expert before?
20    A   That is correct.
21    Q   And now that's changed, because I'm aware you have
22    testified in a hearing involving Boost Software in this very
23    court?
24    A   Yes, sir.
25    Q   So that's the one time you've testified in open court as
```

1    an expert?

2    A    Correct.

3    Q    Very good.

4            If you would turn to page 2 please.

5            In the second paragraph you talk about the test

6    calls, the first two test calls, and then the third test

7    call.

8            I'm not asking you to go into this paragraph.  The

9    only reason I'm there is because it reminds me of my

10   question, and I want to make sure we're on the same page.

11   But it's your understanding there were three undercover calls

12   that -- substantive undercover calls that were used in this

13   investigation, and they're referenced in the filings in this

14   case, correct?

15   A    I was provided with information about three calls.  There

16   may have been other calls, but I wasn't involved with it.

17   Q    So if there were more, you don't know?

18   A    That's correct.

19   Q    Do you know -- so do you have any way to know you were

20   given all of the evidence in this case or just selective

21   evidence that was given to you by the FTC and the Florida

22   Attorney General?

23   A    I have no way of knowing.

24   Q    Who was your principal point of contact with the

25   Plaintiffs?  Walk me through how you came to be an expert in

1   this case, if you would.

2   A   I was -- I had been doing work for the FTC for the last

3   12 years on a variety of different cases, doing analysis,

4   technical work and so forth.  For this particular project,

5   the attorney Colleen Robbins contacted me and asked if I

6   would be interested in participating with this project with

7   me and my team doing the analysis.  We said yes, and that's

8   how it came to be.

9   Q   And as your role in this case, you didn't supervise the

10   preparation of the laptops used in this investigation, did

11   you?

12   A   Not the laptops used by the FTC that made the calls, no.

13   Q   Do you know how many laptops were used in this

14   investigation?

15   A   I don't know how many physical pieces of hardware were

16   used.  They were different -- there was three virtual

17   machines, one used for each call, but the physical pieces of

18   hardware I don't know.

19   Q   So you presume there's three separate hard drives, but

20   you don't know if they were encased in different laptops or

21   the same over time as the investigation --

22   A   I know there were three different virtual machines.  They

23   could have all been from the same hard drive and the same

24   physical computer.  With virtualization, you can't really

25   tell.

1    Q    Understood.

2         So you'll defer to the FTC investigators as to how

3    many actual machines were used?

4    A    Indeed.

5    Q    Very good.

6         The third paragraph on page 2, the last sentence

7    states:  "The superficial maintenance and cleanup actions of

8    the representatives, especially given the clean state of the

9    FTC computers, should not have had an appreciable effect on

10   the FTC employee's computers performance or stability."

11        You wrote that?

12   A    Yes, sir.

13   Q    In reading that, I'm left to sort of say, of course,

14   isn't that what you expected, because there was, according to

15   the FTC and you, nothing wrong with those machines?

16   A    The software product indicated that there were problems

17   with the computer, but we saw no change based on the

18   application of any of the changes from that.

19   Q    And if you put aside the fact that the investigators

20   reported that the computers were working, running slowly, if

21   they weren't, you wouldn't expect any appreciable change in

22   the performance --

23   A    That is correct.

24   Q    -- if the baseline is, it's performing fine?

25   A    That is correct.

```
 1   Q   Do you have any experience -- let me back up.

 2           I understand if I had a computer problem and you

 3   were my house guest, you could probably help me with my

 4   laptop if maybe it was infected with malware or running

 5   slowly.

 6   A   I'd be happy to help you out sometime, sir.

 7   Q   And I need help, but I'm on the verge of getting a new

 8   machine anyway.  But I understand you could definitely fix

 9   everyone's computer in this room if they needed it.  What I

10   want to know is, do you have any experience repairing

11   consumers' machines along the lines of what my client's

12   company does?

13   A   Sure.

14           In the process of teaching my SANS classes, we have

15   many different people, different kinds of people that take my

16   classes.  Some of the people who take the classes are in the

17   IT industry and therefore do this kind of work, and I teach

18   them how to do it better.  But I also frequently have people

19   in my class who are brand new to this space, and they're

20   trying to build their information security skills.  I teach

21   over 3000 people a year.  I have hundreds of people who come

22   to the class brand new, fresh, without IT experience, without

23   information security experience.

24           My job is to help instill that into them, and I do

25   get to see their computers as they bring them in, and repair
```

```
 1   them, fix the problems that they have there.  Sometimes they

 2   come with malware in class, and I work with them to

 3   irradicate that.

 4   Q   So you're not doing it on a retail level or in a

 5   commercial level, but you come across many machines, and I

 6   would say there's no reason to conclude that students aren't

 7   consumers of sort, right?

 8   A   Yes, sir.

 9   Q   Okay.  Understood.

10        Throughout your report, you talk about certain

11   things that you think are problematic, or false, or an issue,

12   and the Event Viewer comes up.  And we'll talk a little bit

13   about the Event Viewer.  But in general -- not in general,

14   specifically as you sit here today, are you aware that my

15   client doesn't use the Event Viewer on the sales side of its

16   operation?

17   A   I am not aware of that.  I had some scripts that seem to

18   indicate that in the sales side that they did use Event

19   Viewer, as I indicated in my second declaration.

20   Q   And in your second declaration, you were also, I guess in

21   preparation for that called upon by the FTC, to test a

22   product called System Advisor, which you opined about.

23   A   Yes, sir.

24   Q   Are you aware or do you understand that my client, for

25   three, four months, has been using System Advisor in lieu of
```

1    that last phase of the presentation involving the Event

2    Viewer?

3    A    I am.

4         It seems to me that they were using the Event Viewer

5    before, while I was working on the first declaration, and

6    they were also using it for some of the scripts in the second

7    declaration.  But there seems to have been a transition, I'm

8    not sure of its timing, from the Event Viewer to just a

9    cursory analysis by the sales representative of looking for

10   40 different kinds of malware, to now using the System

11   Advisor tool.

12   Q    Okay.

13   A    So a transition over time from Event Viewer to System

14   Advisor.

15   Q    So if my clients have or were to testify that they

16   haven't used the Event Viewer in sales for three or four

17   months, and that the scripts you saw referencing the Event

18   Viewer are from that period from prior, you would have no

19   reason to dispute that as you sit here today?

20   A    It's consistent with my understanding.

21   Q    Okay.  On page 5, if you will, the paragraph towards the

22   bottom, it says:  "In my opinion, the tasks performed by the

23   representatives on the three calls with the customer were

24   based on a pre-written script and designed to conceive" --

25   I'm sorry -- "designed to deceive the customer into falsely

1  believing the computer had a number of serious issues."

2          First of all, you don't suggest that the use of a

3  script in and of itself is necessarily misleading or a

4  problem, do you?

5  A   No, sir.  I do believe a script can establish a

6  methodology for analysis.  However, due to the diversity of

7  issues that can come up on a computer system, a script can

8  only cover the basic flow.  You have to have decision points

9  in the script based on the evidence as you find it.

10  Q   And my question was a little more pointed than that.  You

11  don't have an opinion that the use of scripts, just that

12  concept, is necessarily misleading or a bad thing.  It

13  depends on the content of the script and how --

14  A   It depends on the content and the context on which the

15  script is applied.  But I'm not against written scripts to

16  help codify and build a methodology.

17  Q   Understood.

18          And the second part of that sentence, "designed to

19  deceive," again, that's not your expert opinion, that it was

20  intentionally designed to deceive.  Basically, you're saying

21  that it could deceive the way it was written?

22  A   No, sir.  I actually believe that the script was designed

23  to lead the consumer through a series of actions that -- and

24  a series of statements on the part of the script that

25  actually are not diagnosing the state of the computer system.

1    Q    Okay.

2    A    But instead, are designed to show things to the user to

3    evoke an emotional response in the user.

4    Q    Emotional response?

5    A    Indeed.

6    Q    And how is it -- what is it in your background that

7    allows you to opine that my clients intentionally did

8    something to evoke an emotional response in a consumer?

9    A    If you look at my second declaration, you'll see that

10   they, for some of the scripts, mention the Russian Mafia,

11   they mention how common and significant the piece of malware

12   might be, they talk about the blue screen and use terms like

13   that as something you definitely don't want to get.

14        The scripts are designed to amplify any concerns

15   that might be displayed on the screen.  The scripts are not

16   designed to ascertain the state of the computer system.

17   Q    Well, let's talk about the Russian Mafia comment.

18   A    Yes, sir.

19   Q    That was in the context of what we'll call -- it was

20   script four in your declaration.

21   A    Yes, sir.

22   Q    And it's dealing with viruses.  And in there, you opine

23   that the agent receiving the call, my client's employee,

24   would have no way to know what virus the person was calling

25   in about.

1    A    I don't think that's quite what I've stated.  I think

2    you've misread perhaps what I said.

3    Q    Okay.  Well, let me ask you this.  Are you aware that

4    that script was, first of all, a limited use script?

5    A    I wasn't aware of that.

6    Q    And it hasn't been used since January of 2014?

7    A    That is news to me.

8         MS. ROBBINS:  Objection, Your Honor.  This isn't in

9    evidence.

10        THE COURT:  Sustained.

11   BY MR. FERGUSON:

12   Q    My clients, that script, do you know how the call~-- the

13   person receiving the call would know which virus the caller

14   was calling about?

15   A    I believe I do, because if you look at the script itself,

16   it says wait for it -- I can quote it.  It's in my

17   declaration.  If you'd like, I can give you the exact wording

18   from it.

19   Q    You can go ahead and tell me generally.

20   A    But generally it says wait for the consumer to tell you

21   what their virus is and then respond back to them saying, the

22   virus you just said is very common, it's a new strain of it.

23   Q    So when I hear that I'm thinking if someone called in and

24   said I just spilled water on my keyboard, that the person on

25   the other end using that script might say, well, spilling

 1   water on my keyboard is the virus of the day?

 2   A    Perhaps.

 3   Q    Do you have any reason to dispute my client's contention

 4   that they used that script for very limited campaigns when

 5   there would be a particular virus --

 6            MS. ROBBINS:  Objection, Your Honor, this isn't in

 7   evidence.

 8            THE COURT:  Your clients will say what they did or

 9   didn't do.

10            MR. FERGUSON:  That's right.

11            THE COURT:  You're testifying now.  Okay.  So you

12   can't -- you know, your question's based on facts not in

13   evidence thus far.

14            MR. FERGUSON:  Understood.

15   BY MR. FERGUSON:

16   Q    You're aware that from time to time, certain viruses will

17   sweep the Internet?

18   A    Yes, sir.

19   Q    For example, the FBI virus.  Are you familiar with that

20   one?

21   A    Yes, sir.

22   Q    We heard from a client of my client's company today,

23   Dr. Cannon.  You weren't here obviously.  But he testified

24   that he had observed on his machine before he ever talked to

25   us the FBI virus and was locked out of his machine.

```
 1   A    Uh-huh.

 2   Q    And do you understand that businesses like my client's

 3   could bid on words for specific viruses to launch a campaign,

 4   for example, the FBI virus --

 5   A    Yes, sir.

 6   Q    -- and then by bidding on that search term with, say,

 7   Google, it would help direct traffic to them?

 8   A    Absolutely.  I understand that.

 9   Q    And if that is what my clients did, then the receiver of

10   the call would know what the virus of the day was if it was

11   launched in a specific campaign aimed at a particular virus,

12   like the FBI virus.

13   A    That would catch a certain percentage of those calls

14   coming in, but you may get other calls.  While there might be

15   a virus of the day that represents a significant percentage

16   of the issue, there are tens of thousands, hundreds of

17   thousands of different malware specimens that plague users on

18   a regular basis.  So while the virus of the day might capture

19   25, 30, 50 percent of that, there's the remaining fraction

20   that could be viruses from two months ago, six months ago.

21        The virus of the day from three months ago is still

22   a very significant issue.

23   Q    Sure.  Like the FBI virus is still a significant issue.

24   A    Sure.

25   Q    Let's go to the section where you talk about the comment
```

```
1    about the Russian Mafia.  Is that in your supplemental

2    declaration?

3    A    Yes.

4    Q    Let's go to that.  I believe it's on~--

5    A    PX35 1036.

6    Q    Yes, sir.

7              And there you state:  "Misleading statement."  With

8    regard to script four.  This is pretty much in the middle of

9    the page.

10             "The groups that produce and profits" -- error there

11   -- " (sic) from this infection, are sometimes backed by the

12   Russian Mafia."

13             That's a problem, that statement, to you, you

14   believe it's designed to alarm the consumer and it's false?

15   A    I do, given that we don't have the context of the

16   specific virus that the consumer called in with.  If they had

17   called -- my concern is there wasn't an analysis step.  The

18   consumer called in with something.  Was there a step to

19   ensure that it was associated with this allegation or not?

20   The script doesn't hold such a step.

21   Q    I see.

22             But you're not taking the position that it's not

23   well-known that Russian organized crime has taken a large --

24   taken large steps in the cyber crime and malware industry?

25   A    Oh, yes, sir, undoubtedly.
```

1    Q    And I even saw on the SANS Institute, SANS.org, there was

2    a phrase -- at first when I saw it, I thought it was

3    innocuous.  It's called the Russian Business Network and I

4    thought it was like the Russian Chamber of Commerce.  And

5    then I saw a link and I clicked it and I realized it's hardly

6    the Chamber of Commerce.  It's a Russian organized crime

7    outfit that is responsible for a large production of cyber

8    crime and malware today; is that right?

9    A    They're called the RBN for short, the Russian Business

10   Network, and they have been very busy over the last several

11   of years.

12   Q    And not to elevate Wikipedia, but they've got their own

13   Wikipedia page, RBN and when you type in RBN --

14        MS. ROBBINS:  Objection, Your Honor.

15        THE COURT:  Sustained.

16   BY MR. FERGUSON:

17   Q    But you're well familiar with Russian organized crimes

18   actions in the cyber crime and malware industry, if you will?

19   A    Sure, but I think it's worth noting that there are many

20   other contributors to the malware problem, including China,

21   including illicit businesses within the United States.  I

22   mean this is a worldwide problem.  Russia has a particular

23   role in it, there's no question about that, Russian organized

24   crime, but this is something that comes from around the

25   world.

```
1    Q    And it looks like North Korea might be getting into the

2    fray, as well, doesn't it?

3    A    Perhaps.  The jury's still out on that one, I suppose.

4    Q    I understand.

5              Give me one second.  I'm looking for one particular

6    area that I wanted to go ahead and skip to.

7              On page 20 of your initial declaration.

8    A    Yes, sir.

9    Q    In the middle of the page you talk about the use of the

10   term -- throughout, but specifically you talk about the term

11   "trace elements" as a nonindustry term.

12   A    Uh-huh.

13   Q    Is that right?

14   A    Yes, and it's actually two related terms that you see in

15   escalation of -- in the dialogue in the scripts.  It starts

16   by talking about trace elements, and then escalates to trace

17   damage.

18   Q    Well, right now let's focus on trace elements.

19   A    Yes, sir.

20   Q    That term, have you ever seen "trace elements" used to

21   refer to remnants or artifacts of a deleted piece of software

22   remaining behind on the machine?

23   A    I have occasionally seen the word "trace."  That's

24   reasonable.  But trace elements and its significant use

25   within the scripts surprised me.  It's not widely used in the
```

```
 1    industry.  And then the escalation from trace elements, to

 2    put that seed out there in the consumer's mind, and then

 3    escalating to trace damage pretty seamlessly as the script

 4    advances.

 5    Q   Did you review Mr. Kraemer's declaration as part of your

 6    preparation for this case?

 7    A   I don't remember.  Do you have Mr. Kraemer's declaration

 8    for me to take a look at?

 9    Q   I do, yes.

10         MR. FERGUSON:  Can I approach, Your Honor?

11         THE COURT:  Yes.

12  BY MR. FERGUSON:

13    Q   I'll draw your attention to --

14    A   I do not believe I have seen this, no.

15    Q   Okay.  Well, if you would, turn to page 5.  And we've --

16    at page 5, we are dropping into the middle of what

17    Mr. Kraemer did to prepare the machines.

18    A   Okay.

19    Q   And at Item L he says:  "Un-installed one or both of the

20    antivirus programs and removed traces of them from the C

21    program file folders that were not removed during the

22    un-install process.  Do you see that?

23    A   Yes.

24    Q   Is it fair to say it's unambiguous what he's referring

25    to?  At least Mr. Kraemer -- I understand he's not
```

1  necessarily a computer expert of your caliber, if at all, but

2  he's clearly using the term "trace" to discuss the same

3  concept that my client's script discussed as with regard to

4  remnants or artifacts of software left behind after the

5  un-install process.

6  A   He uses the word traces here, not trace elements or trace

7  damage.  A much more common use of the term is forensics

8  artifacts.

9  Q   I don't -- no need to ask that.

10        But looking just at trace elements for a second, I

11  understand you got a problem with the two together, but I

12  want to focus on trace elements, is adding the word

13  "elements" to trace in and of itself problematic?  The word

14  "elements" is pretty neutral, isn't it?

15  A   Not problematic other than as it escalates to trace

16  damage.

17  Q   But if you said trace stuff instead of trace elements,

18  that wouldn't change your analysis with regard to that term?

19  A   Correct.

20  Q   Turn a page backwards on Kraemer's declaration.  And I

21  just want to talk to you a little bit about his preparation

22  of the machines, because my understanding, before we get into

23  this just big picture, is that your contention, your opinion

24  is that the machines, or machine used, was near pristine, and

25  that's based upon the way it was prepared by the FTC, and

1    then antivirus software was run.

2          And then by the time it got to, say, PC Cleaner

3    being run on it, PC Cleaner shouldn't have picked up

4    anything; is that right?

5    A   My understanding was that these were fresh installs of

6    the operating system, and therefore would be akin to what

7    you'd get them from the manufacturer.

8          That said, PC Cleaner searches for many, many

9    things, and may find some anomalies on a machine even brand

10   new from the manufacturer.  I don't have a concern with that.

11   I have a concern with calling the anomalies problems on a

12   fresh install of the machine.

13   Q   Okay.

14   A   So PC Cleaner may very well find things on a fresh

15   install.  In fact, it did.

16   Q   Well, let's talk about what might be problems in the way

17   the machines were prepared.  And I understand you didn't have

18   a hand in it, and you haven't -- you said you hadn't reviewed

19   this declaration before?

20   A   This is the first time I've seen it.

21   Q   Okay.  Do you agree that, at least for your purposes,

22   it's important to know that the machines were pristine or

23   near pristine condition when they got to you?

24   A   That seems reasonable.

25   Q   Okay.  And do you think that it would be important and

1    best practices for the FTC employees who are preparing the

2    machines to keep detailed -- a detailed record of what they

3    did to prepare the machines?

4    A    That seems reasonable, as well.

5    Q    So let's look at what Mr. Kraemer did.  And I understand

6    Mr. Kraemer is -- I believe he's a -- let me make sure I

7    don't get him confused with somebody else.  Hold on.  He's a

8    paralegal specialist with the FTC, and he prepared the

9    machines.

10            It says:  "For each of the three" --

11   A    Can you show me where you're reading from?

12   Q    I'm sorry.  Paragraph 12, at page 4.

13   A    Okay.

14   Q    "For each of the three calls, I received the laptops from

15   the Internet lab and litigation support staff roughly three

16   business days before each call.  I connected the laptop to

17   the Internet, powered up the computer, performed several

18   actions, including but not limited to"-- and here comes the

19   list.

20   A    All right.

21   Q    So right there, that "not limited to," I guess that tells

22   us that the list that follows is not exhaustive of everything

23   that he has done; is that right?

24   A    It's a plain --

25            MS. ROBBINS:  Objection, Your Honor.  Calling for

 1   him to speculate as to what Michael Kraemer thought or said.

 2         THE COURT:  Overruled.

 3   BY MR. FERGUSON:

 4   Q   You agree?

 5   A   It's the plain meaning of the language.

 6   Q   And in fact, he testified, and he provided us some of the

 7   other things that he did, but he never kept a record of

 8   everything he did that would fall into that but limited to

 9   category.  Are you aware of that?

10   A   I have no knowledge of it.

11   Q   Okay.  He ran initial virus scans which never found any

12   virus or issue.  One or two of the scans only found a nominal

13   amount of cookies.

14         Don't you think it would be more important there to

15   be a little more precise and say --

16         MS. ROBBINS:  Objection, Your Honor.

17         THE COURT:  Overruled.

18         MR. FERGUSON:  May I finish the question?

19   BY MR. FERGUSON:

20   Q   Don't you believe that could be a little more precise?

21   Do you think it's best practices to say one or two?  How

22   about one; if it's two, say two; and list the amount of

23   cookies instead of saying nominal cookies, or you think that

24   would be best practices, a little more informative?

25   A   I'm sure --

```
 1              MS. ROBBINS:  Objection, Your Honor.

 2              THE COURT:  What's the objection?

 3              MS. ROBBINS:  That he's asking him to comment on

 4    something that the paralegal at the FTC thought or did.

 5              THE COURT:  Well, I would like to know whether he

 6    thinks he would need more information than what was provided

 7    by Mr. Kraemer in order to evaluate the condition of the

 8    machine in order to give his opinion.  So . . .

 9              THE WITNESS:  It would be helpful to have more

10    information about these cookies.  They were very likely

11    placed there by the antivirus company when he updated the

12    antivirus tool.

13    BY MR. FERGUSON:

14    Q   Okay.  And that's -- you're assuming, then, that

15    everything is in sequential order of when he did it,

16    chronological order?

17    A   So far I've only read A and B, and they seem to be in

18    order, yes.

19    Q   Okay.  So let's keep going.

20              "Installed files, including photos of various travel

21    destinations, Word and Excel documents, and recipes."

22              You see that?

23    A   Yes, sir.

24    Q   Do you think it would be a little more useful and

25    informative, particularly for you to make opinions about the
```

1    state of the machine, to know what the photos were and where

2    they came from?

3    A    Actually, I don't believe it's particularly important in

4    the case, or I don't believe that the PC Cleaner really did

5    anything with those particular photos or Word or Excel

6    documents.

7    Q    Well, but you, as you sit here now, with that scant

8    information can't opine or have any knowledge of whether, for

9    example, what the source of the photo was and whether it

10   infected the machine with malware.

11   A    Possibly.

12   Q    Right?

13   A    I suppose.

14        It's unlikely for a photo to infect a machine with

15   malware.  That would be quite an unusual circumstance, a

16   fascinating one from a research perspective.  I don't think

17   you'll see it.

18        Your argument maybe holds more water, sir, for Word

19   or Excel documents.  They're much more likely to be infected

20   than a photo.

21   Q    Okay.  So wouldn't that be a good idea, then, to be a

22   little more specific about what the document is and the

23   source of it?

24   A    Fair enough.

25   Q    "Opened Microsoft Word and edited documents."

```
1     A    Yes, sir.

2     Q    You don't have copies of those documents, and you don't

3     have any knowledge of the source of those documents?

4     A    I do not.

5     Q    So we'd have to rely on Mr. Kraemer, and hopefully, he

6     could shed some light on that, right?

7     A    Right.

8     Q    "G, surfed the Internet by visiting popular and specialty

9     websites, including but not limited to epicurious.com,

10    Amazon.com, CNN.com, MSN.com, TripAdvisor.  You see that?

11    A    Yes, sir.

12    Q    You see the "but not limited to" in that sentence?

13    A    I do.

14    Q    So unless Mr. Kraemer's got a side list somewhere or has

15    remembered them all in his head, none of us in this courtroom

16    have any way to know what other and all of the websites he

17    went to.

18    A    You'll have to ask him, but I certainly have no idea of

19    the additional sites.

20    Q    Go to J.  "Watched videos on CNN.com and YouTube.com."

21    A    Yes, sir.

22    Q    Now, I'm pretty sure you can get malware watching a video

23    on YouTube.com.  I'm not here to say you can always get it,

24    but do you agree it's possible?

25    A    I think it's really unlikely.  YouTube is run by Google,
```

```
1    who has a security team that is quite on top of their game.

2    I don't think you'll find that you're going to get infected

3    from YouTube.  You might get infected by something as an

4    imposter to YouTube, but getting infected by YouTube, I don't

5    think you're going to see that, sir.

6    Q   So you say it's impossible?

7    A   It's very unlikely.

8    Q   But very unlikely means it's possible.

9    A   With computers almost anything is possible.  These are

10   human created things that can be manipulated in arbitrary

11   ways.  It's possible but very unlikely.

12   Q   But how many times a day do you guess that people are

13   watching videos on YouTube?

14   A   Oh, hundreds of millions of times every day.

15   Q   And you believe it's impossible that every day someone is

16   not getting some infection from watching a video on YouTube?

17   A   I believe that every day someone is not getting infected

18   by YouTube.  If they were, this would be a huge problem for

19   Google, and we would be in the court talking about Google,

20   sir.

21   Q   Let's go down to K, "conducted a second round of

22   antivirus scans, finding no viruses any time, and fully

23   cleaning the computer."

24        What do you understand fully cleaning the computer

25   to mean?
```

```
1    A    I don't know what it means.  It could mean that he

2    removed the documents we were discussing earlier, the photos,

3    it could mean that he cleared his cookies, but I don't know

4    for sure.

5    Q    Or it could mean that the antivirus scan didn't find

6    viruses but found other issues, something that he went ahead

7    and deleted or removed --

8    A    That's a possibility, as well.

9    Q    So we don't know if fully cleaning the computers means

10   that the virus, antivirus software that he was using, did it,

11   or he did something else beyond just using those programs?

12   A    That is correct.  You can't tell from item K.

13   Q    Okay.  And then M.  Let's go to M.  "Emptied the

14   computer's recycle bin and removed any files from the

15   downloads folder."

16   A    Right.

17   Q    Unless that's out of sequence, he'd have to go back to

18   the recycle bin one more time, wouldn't he?

19          MS. ROBBINS:  Objection, Your Honor.  He's

20   misstating the testimony that Michael Kraemer gave yesterday.

21          THE COURT:  Overruled.

22   BY MR. FERGUSON:

23   Q    I'm asking you, sir, to just, based on your

24   interpretation of that sentence, let's go through it.

25   A    Yes, I understand where you're going with it.
```

1           So emptied the computer's recycle bin, which will

2     throw those documents away.   Then removed many files from the

3     download folder.   Its plain meaning would be that it moved

4     those into the recycle bin, yes.

5     Q   So if this is not out of sequence and it's in sequence,

6     without one more back to the -- back to the recycle bin, it's

7     not empty, is it?

8     A   That's correct.

9     Q   Let's go back in Mr. Kraemer's report and look at the

10    page 4.   We've got a little information about the three

11    different laptops or three machines used here.   You see that

12    chart?

13    A   Yes, sir.

14    Q   The first machine has Malwarebytes and Symantec Endpoint,

15    as does the second machine, and this third machine has

16    Malwarebytes and Avast Antivirus.

17    A   I don't want to interrupt.   It's pronounced Avast.

18    Q   Thank you.   Probably say it different every time I say

19    it.   McAfee gives me a problem, too.   Did I get that right?

20    A   You got it right.   But it gives a lot of people problems,

21    too.

22    Q   So let's -- when he says ran the antivirus software on

23    the other page, he didn't specify which -- what he did, but

24    let's assume it's Malwarebytes.   Okay?

25    A   Or it could very well mean both.

```
1    Q    Or both.  Or the other, right?

2    A    Sure.

3    Q    But he doesn't specify.

4    A    That's correct.

5    Q    Why, if you know, would he use these two antivirus

6    programs as opposed to the one that's built into the

7    Microsoft Windows 7 product itself?

8              MS. ROBBINS:  Objection, Your Honor, it's calling

9    him to speculate as to what he would have done.

10             THE COURT:  Sustained.

11   BY MR. FERGUSON:

12   Q    Are these programs, these two programs, better than the

13   antivirus protection that comes built into Windows 7?

14   A    So, I have a potential to get in trouble with the folks

15   at Symantec here or the folks at Microsoft.

16   Q    Malwarebytes is going to get the vote?

17   A    No.  Actually, the fact is, Microsoft includes with its

18   operating system Windows Defender which provides a baseline

19   of security.  It does a fine job.  I don't want to upset

20   anybody at Microsoft here.  That said, Malwarebytes and

21   Symantec, those organizations focus on antivirus, and

22   therefore their solutions tend to be more comprehensive than

23   the built-in Windows Defender.

24   Q    Is Malwarebytes the best?

25   A    I wouldn't say that.
```

```
1    Q    What would you say is the best?

2    A    I wouldn't say what was the best.

3    Q    Why not?

4    A    Because it's a constant leapfrog game here.  McAfee,

5    Symantec, Avast, these companies, I work with them, I analyze

6    their tools on a constant basis, and at any given time it

7    changes who's the best.  So each of these is a very credible

8    program that is widely used in the industry.  People work

9    very hard keeping these things up to date and adding new

10   features to them all the time.

11        But I cannot render an opinion on who's best at any

12   given moment because it changes.

13   Q    And, in fact, you said on any given date one could be the

14   best or the other, but even on any given day, one could be

15   better than the other at a particular infection.

16   A    Which is why this is typically done with multiple

17   samples.  You'll see my own work was done with three separate

18   antivirus tools.

19   Q    Well, and I see you used, at page 8 of your declaration,

20   you used Malwarebytes, which is on there.

21   A    Yes, sir.

22   Q    McAfee Stinger, and ClamWin?

23   A    Yeah, ClamWin.

24   Q    Are those better than, say -- are Stinger and ClamWin

25   better than Symantec Endpoint?
```

 1    A    They're all very fine tools.

 2    Q    And I've used this analogy before.  Correct me if I'm

 3    wrong, but in my -- in trying to talk to the Court or a

 4    witness or anyone about how these operate with regard to

 5    identifying malware, I liken it to, for example, the FBI

 6    fingerprint database, where you got to catch the guy and roll

 7    his prints and get him into that database before he'll get

 8    flagged.

 9         Those prints, if you found them out in the wild, you

10    wouldn't know whose they were unless the person had been

11    keyed into the system; is that right?

12    A    That's a rough analogy.

13    Q    I'm sure.

14    A    Let me explain in a little more detail different ways to

15    detect malware.  One way matches very closely with what

16    you've just described.  It's referred to in the industry as

17    signature based.

18    Q    In the signature base if no one's yet identified a

19    particular piece of malware in a wild, it's not going to get

20    flagged on a signature base?

21    A    That's correct.

22    Q    Now if that malware was based on some prior malware and

23    had some similarities, it might get flagged because those --

24    the prior bits of malware were already profiled, is that --

25    A    That second -- now you're moving from the first,

```
 1   signature based, into a second form of detection, which some
 2   people refer to as heuristic based detection.  You could
 3   almost consider it fuzzy matching of the signatures.  You're
 4   matching, instead of across an entire file, you're looking at
 5   pieces of the file.  Malware authors will often reuse their
 6   work and will pull in pieces from earlier specimens that they
 7   have generated.  So the heuristic check is designed to get
 8   that.
 9   Q   I understand.
10   A   There is another way to detect malware, as well.
11   Q   Go ahead.
12   A   And that would be behavior based.  That's where you're
13   not looking for a strict sequence of bits on the hard drive
14   or in memory.  That would be signature based or it would be
15   heuristic based.  Instead, you're analyzing what a running
16   program is doing and trying to determine whether the running
17   program is consistent with what malware would do on the
18   machine.
19   Q   So meaning the observed conduct of the machine indicates
20   that it's not normal, something bad is going on?
21   A   Something has gone wrong, yes.
22   Q   Now, you used three bits of anti-spyware, anti-malware.
23   Why not four?
24   A   Well, three separate opinions on the matter seemed a
25   reasonable approach.  Commonly do that in our analysis of
```

```
 1    infected machines when we're trying to prove that a system is
 2    uninfected by malware.  Usually a second opinion does it.  We
 3    went with a third opinion here.
 4    Q   Do you know why Kraemer didn't go with a third opinion in
 5    his preparation?
 6            MS. ROBBINS:  Objection, Your Honor.
 7            THE COURT:  Sustained.
 8    BY MR. FERGUSON:
 9    Q   You gave some opinions about PC Cleaner, and we've got
10    some other counsel that will talk to you a little more length
11    about that, counsel for PC Cleaner, but I just want to know,
12    as you sit here today, can you unequivocally say that PC
13    Cleaner does not and cannot provide any benefit to consumers'
14    computers?
15    A   Oh, I do not say that.  I do believe it provides some
16    benefit to consumers.  My concern with is how it represents
17    the state of the computer system in advance.  But I do
18    believe that it can provide for some systems cleaning
19    operation that has benefit.
20    Q   Okay.  Could you -- I want to talk to you about a comment
21    you made about registry cleaners.  Let me find it.  On
22    page 22.
23    A   Yes, sir.
24    Q   In the middle you state that in regards to the
25    recommendation for a registry cleaner, Microsoft and
```

```
 1   Microsoft-recognized experts generally recommend not to use
 2   registry cleaners.
 3   A   I think -- I'm sorry to interrupt, sir, but I think we
 4   should point out this is not what I state.  This is a quote
 5   from the representative, right?  Where are you reading from
 6   exactly?  Sounds like you're paraphrasing.
 7   Q   Do you see right in the middle of the document it says
 8   explanation?
 9   A   Okay, I gotcha.  I thought you were reading from the
10   quote prior, sir.
11   Q   That's you there, right?
12   A   Yes.
13   Q   And I'm focusing in on you basically saying that
14   Microsoft and Microsoft-recognized experts generally
15   recommend not to use registry cleaners.  Is that your
16   position?
17   A   Registry cleaners are a point of some controversy in our
18   industry.  Many, including Microsoft itself, have
19   recommendations not to use them.  Others will recommend using
20   them.
21   Q   Could you -- go ahead.
22           Go back to page 10, because you've got a blurb there
23   from Microsoft about registry cleaners.
24   A   Yes, sir.
25   Q   You see that?
```

```
 1    A    I do.

 2    Q    I'll ask you to read it in a second, but before I do, let

 3    you know what I'm looking for.  I've read this, and I don't

 4    see that it recommends not to use them.  I see that it warns

 5    people to be careful because it's dangerous to do so, and if

 6    problems go wrong they're not going to warranty it.  But I'm

 7    asking you to read this and help me understand where in there

 8    Microsoft says, as opposed to warning to be careful, where

 9    they recommend or say not to use a registry cleaner.

10    A    Shall I read the whole thing?

11    Q    You can if you want, or you could read it to yourself and

12    then point me to the section, or you could read the whole

13    thing.  It's up to you.

14    A    "So some products, such as registry cleaning utilities,

15    suggest that the registry needs regular maintenance or

16    cleaning."

17         We should point out that Microsoft itself does not

18    suggest that, despite what the representative said early on

19    page 22.

20    Q    Understood.

21    A    "However, serious issues can occur when you modify the

22    registry incorrectly using these type of utilities.  These

23    issues might require users to reinstall the operating system

24    due to instability.  Microsoft cannot guarantee that these

25    problems can be solved without a reinstallation of the
```

```
 1   operating system, as the extent of the change made by

 2   registry cleaning utilities varies from application to

 3   application."

 4           Microsoft is waving its hands at this to say if your

 5   registry cleaner hurts you, it's not on our fault.

 6   Q   It's on you.

 7   A   It's on you, right.

 8   Q   But in fairness, that doesn't say --

 9   A   Don't use it.  You're correct, it doesn't say don't use

10   it.  It does provide --

11           THE COURT:  Only one of you can talk at a time.

12           MR. FERGUSON:  That was my fault.  I apologize.

13   BY MR. FERGUSON:

14   Q   Go ahead.

15   A   I'm done.

16   Q   Give me one second.

17           I'm just going to finish flipping through my notes.

18   I'm almost done.  I want to just make sure I don't sit down

19   and realize that --

20   A   Feel free, please.

21   Q   Let's take a look at 13.  Just got a few questions

22   about --

23   A   Page 13?

24   Q   Of your original declaration.

25   A   Yes, sir.
```

1    Q    It says, under every web browsing cookie, that section

2    right there --

3    A    Yes.

4    Q    -- towards the end:  "While some cookie behaviors can be

5    malicious, all of the cookies on the system during the

6    initial analysis were, in fact, benign."

7    A    Uh-huh.

8    Q    I guess my point is, since some cookies can be malicious,

9    if they're picked up in, say, a product scan, would you

10   recommend going ahead and deleting them?  Is there any good

11   reason to keep the cookies?

12   A    Yes.  Cookies for widely used services, such as the ones

13   I cite in my declaration, like Facebook or gmail or a variety

14   of other organizations, these cookies are actually

15   maintaining state.  It's a technical jargon term, meaning

16   that you're logged into the application so you don't have to

17   retype your password again and again and again.

18           If you wipe those cookies out, those useful and good

19   cookies, those users will not be logged in automatically when

20   they go back.  This actually causes some users to not know

21   their passwords anymore, because they were stored as a

22   representation in the cookie.  Those are wiped out now.  The

23   user has to maybe ask for a password reset.  It requires more

24   user time and effort.

25           So before characterizing a cookie as a problem on a

```
 1    computer system, some analysis should be done as to the

 2    nature of the cookie.  Is it for Facebook or gmail or others,

 3    or is it a cookie that is commonly associated with perhaps

 4    the Russian Business Network or some other malicious

 5    activity.

 6    Q    So some cookies could be malicious, but most cookies are

 7    not?

 8    A    Correct.

 9    Q    And deleting all cookies could create somewhat of an

10    inconvenience?

11    A    Yes, sir.

12    Q    But, on the other hand, given the information that's

13    stored in cookies, they could, for example, if you were in an

14    Internet cafe, someone could steal your cookie and have

15    access to your log-in information or passwords that were

16    contained in that cookie?

17    A    If they were to hack into your cookie.  But I think the

18    salient point here is the product calls all cookies problems,

19    whereas most cookies are not a problem at all and are, in

20    fact, just a feature there for the user.

21    Q    And which product are you talking about now?

22    A    I'm sorry, the PC Cleaner.

23    Q    I'm about to turn it over to PC Cleaner's lawyer and give

24    him a signal to get ready.

25    A    I appreciate that clarification.
```

```
 1    Q    No.

 2            And the last thing is Panda, the Panda product at

 3    issue here.  Are you of the opinion that Panda is of no value

 4    to consumers?

 5    A    No, Panda is a fine antivirus tool.

 6    Q    Okay.  Thank you.

 7            Oh, wait.

 8            MR. FERGUSON:  Thank you.

 9            THE WITNESS:  Thank you, sir.

10                         Cross-examination

11            MR. NICHOLSON:  Bear with me one second while I get

12    set up.

13            THE WITNESS:  Sure thing.

14    BY MR. NICHOLSON:

15    Q    Good afternoon, Mr. Skoudis.

16    A    Hello, sir.

17    Q    My name's Robert Nicholson.  I'm one of the attorneys for

18    PC Cleaner Pro.

19    A    Yes, sir.

20    Q    I have a few questions for you.  I have had the benefit

21    of reading your testimony from the Boost hearing, and

22    hopefully in the interest of not having to go through all the

23    questions and answers that were had in that hearing, I'd like

24    to see if I can get you to agree to some of your prior

25    testimony on some of those points.  Okay?
```

```
 1    A    Okay.

 2    Q    In your prior testimony --

 3    A    Is it possible for me to get a copy of this?

 4    Q    Absolutely.

 5    A    So that I can look at the context regarding what I said?

 6    Q    There you go.

 7    A    Thank you, sir.

 8         Thank you.

 9         If you could cite page numbers to help speed the

10    process I would appreciate that.

11    Q    Sure.  Why don't I ask you the questions, and if you

12    agree with the point, great.  If not, we can go back to the

13    testimony.  How about that?

14    A    That sounds wonderful.  Thank you, sir.

15    Q    Okay.  Sir, in your prior testimony, one of the things

16    you testified to was that as part of your computer duties or

17    what you do for a living is that you deal with registry

18    issues several times a week?

19    A    Oh, at least, yes.

20    Q    So you would agree with me that computers can develop

21    registry issues which can be detrimental to safety, security,

22    and the functionality of the computer?

23    A    Sure.  Especially if the computer is infected with

24    malware.  But even short of that it could cause issues on the

25    machine.  Microsoft itself and what we read earlier says the
```

1    same.

2    Q    One of the things you also testified to at the last

3    hearing, or correct me if I'm wrong, is that typically the

4    longer a period of time that a consumer, customer or computer

5    user is using their computer, the greater the likelihood that

6    they may develop registry issues in their computer?

7    A    I'd have to see the context of the quote, sir.

8    Q    Sure, if you look at page 137, starting at, I believe,

9    line 17.

10   A    So the context of what you just described is a consumer

11   that is installing and removing computers on their --

12   programs on their computer on a regular basis, and the

13   quality of the removal software is not very good.  That would

14   lead to the accumulation of things in the registry on the

15   computer system.

16        The reason I asked for the clarification for the

17   context is, first of all, this is not every user on a

18   computer system.  It's not a common use case.  And it doesn't

19   necessarily build up over time.

20        The context that I offered in my previous testimony

21   was for the top 10 percent of computer users.

22   Q    Understood.  And that was the second part of my question

23   was specifically did you say that the top 10 percent of

24   computer users, typically those that are adding or removing

25   software, are more likely to experience these registry

1   issues?

2   A   Yes, sir.

3   Q   Okay.  Now, it doesn't necessarily have to be someone

4   that's had their computer a long period of time.  You may

5   have an active user, if you will, that is doing more in a

6   shorter period of time; is that correct?

7   A   Sure.

8         Or it might be -- they might be using particularly

9   bad software that they're installing or removing, or as I

10   mentioned before, the machine might be infected with malware

11   that introduces registry anomalies.

12   Q   And so the second part of my question, or the third part,

13   I guess, that you anticipated, is similar to registry issues,

14   a consumer, customer, computer user, over a period of time,

15   if they're active, the longer period of time that they're

16   using it the more likely that they could pick up malware at

17   some point in time?

18   A   Depends on the use case.  This is probabilistic in

19   nature, so at any given day a given user could be infected

20   with something.  Users that go to riskier sites or engage in

21   riskier activities are more likely to have that happen.

22         Over time that would add up.  That's just the nature

23   of probabilities.

24   Q   Right.

25         We're talking about probabilities here.

```
1    A    Yes, sir.

2    Q    But you would agree with me that a person that has a

3    computer a longer period of time, given standard usage rates,

4    by the percentage of probabilities is more likely to have

5    this issue than someone who pulls the computer out of the

6    box?

7    A    Depends on their use case.

8    Q    Understood.  I agree.  But I was asking you to make an

9    assumption about regular usage over a period of time

10   increasing the probabilities.

11   A    Yes, sir.

12   Q    Okay.

13   A    Well, not increasing the probabilities, but the

14   probabilities add up.  There's a difference in statistics.

15   Q    Agreed.  But I don't think we should get into game theory

16   statistics here.

17   A    Agreed.

18   Q    Now, one of the other points that you testified at the

19   prior hearing was that a PC could be optimized but not have a

20   virus or malware on the computer.

21   A    Yes, sir.  Depends on the definition you want for

22   optimization, but there are things that you could tweak on a

23   Windows machine to improve its performance.

24   Q    Which goes to the next one.  There are things that one,

25   such as yourself or another computer expert, can do in the
```

```
1    right case to improve computer performance?

2    A    There are.  An example, and this is an example that is

3    actually used by your client's product, is to tweak the way

4    Windows are drawn on the graphical user interface of the

5    computer system.  Microsoft, when it ships its product, is

6    trying to optimize across performance and esthetic appeal.

7    They want it to look pretty.  If you're willing to take a hit

8    in how pretty the interface looks, according to Microsoft,

9    you can gain better performance.

10   Q    So I think the answer to my question was yes?

11   A    Yes.

12   Q    Okay.  If -- one of the things you testified was if a

13   consumer is suffering slow performance, then computer

14   optimization may be in order?

15   A    I'd like to see the specific context, if you don't mind,

16   but it seems reasonable.

17   Q    Sure.  Page 111, line 3.

18   A    Yes, that looks like -- yeah, that's what I believe and

19   know to be true.

20   Q    Okay.  Fair enough.

21          And, again, pulling from your prior testimony, you

22   listed a variety of PC optimization programs that exist, and

23   specifically you mentioned -- well, actually, I'll let you

24   mention some of them.  Can you name some of the PC

25   optimization programs that exist out there on the
```

```
 1   marketplace?

 2   A    Sure.

 3              I believe in my prior testimony some --

 4   Q    It's on page 114.

 5   A    Thank you.

 6              But I believe they were brought up by the attorney,

 7   but there are many out there.  For example, Symantec has one

 8   that they put under their Norton imprint.  There's a product

 9   from AVG.  There's several different ones out.  There's one

10   called Winferno and so forth.

11   Q    The Norton one in particular is Norton Utilities?

12   A    Norton Utilities has in it a PC Cleaner.

13   Q    McAfee also has a product, as well?

14   A    Well, that's interesting.  From my testimony last time,

15   the opposing attorney talked about McAfee Winferno, and if

16   you read the details here I hadn't heard of it, because it's

17   actually not by McAfee.  McAfee does sell it, but it's not

18   their software.  There are some references to it on the

19   McAfee site, but Winferno comes from a different company.

20   Q    Okay.  Fair enough.

21              Now, you got into a discussion during the prior

22   hearing that there were certain types of issues that these

23   programs can appropriately and properly address, and one of

24   those was something called shared DLLs?

25   A    Yes, sir.
```

1    Q    Something called file association?

2    A    Yes, sir.

3    Q    Okay.  And you commented something about doing something

4    with the system tools?

5    A    I'd have to look up the specific context.

6    Q    Page 127, line 17, please?

7    A    Thank you, sir.  I appreciate your pointing me to this.

8    127, line?

9    Q    Seventeen.

10   A    Yes.  Okay.

11   Q    And I think you went on to comment that even in your

12   estimation, it would be appropriate to refer to problems or

13   issues in these areas as errors?

14   A    Yes.

15   Q    And --

16   A    I should clarify.

17         Certainly for file associations, certainly for

18   shared DLLs.  I'd have to look at the context of system tools

19   here, because this is just a display on the screen.  But I

20   can wholeheartedly say with file associations and shared

21   DLLs, that those are errors.  They're inconsistencies in the

22   registry.  They're pointing to things that aren't there.

23   Q    Okay.  And would you also agree that Active X control

24   fixes are also a useful feature of these computer

25   optimization programs?

```
1   A   Some Active X control fixes can be.  I have some concerns

2   with some of the Active X checking that is done by the

3   product PC Cleaner.  It looks for --

4   Q   Can I just -- we're going to get to that.

5   A   Okay.

6   Q   If you don't mind just working with me a little bit here,

7   it's just to get these points and I'm happy to come back and

8   address that issue.

9   A   There are some Active X control things that are done by

10  PC Cleaner that are useful on the system.

11  Q   Now, one of the things that you testified in the prior

12  hearing that you had a particular concern with the Boost

13  product was that it lumped the errors and issues into a

14  single screen; is that correct?

15  A   And called them all errors.  I'm okay with the single

16  screen, it's just adding those numbers together, when they're

17  talking about vastly different things that represent

18  different categories.  Some I agree are errors or problems.

19  Others are merely the behavior of Windows under normal

20  operation.  My concern, as you rightly point out, was

21  aggregating those together.

22          Not the fact that they're on the same screen, but

23  putting that single number together and treating them as

24  though they're all the same kind of thing.

25  Q   Now, I haven't seen the Boost screen, but would you agree
```

1   with me that PC Cleaner Pro tracks these out into the

2   categories that they are associating the issues or problems

3   with?

4   A   It does, but it still adds them together right at the top

5   and refers to them -- well, different versions refer to it at

6   different things over time, but still calls them problems or

7   errors.

8   Q   And I certainly understand that you find that

9   problematic, that you have issues with that representation,

10  and we'll get to that in a minute.  But I'm asking you in

11  terms of just setting out the layout here, would you agree

12  with me that PC Cleaner Pro identifies the issues by

13  different categories?

14  A   Yes, sir, it does.

15  Q   And would you agree with me that PC Cleaner Pro then

16  allows the user to drill down, that is, identify the specific

17  items that that category is picking up?

18  A   Yes, which I actually very much like about the product.

19  I think that is a feature to be extolled.

20  Q   And, so, for you, as a computer expert, if you were to

21  use this program, you would be able to drill down to exactly

22  the item in question and determine whether it is or is not an

23  issue in your mind?

24  A   Correct.

25  Q   And do you have any evidence that PC Cleaner exaggerates

1    that list of items?  In other words, it populates in that

2    drill-down things that aren't there?

3    A    No.  I do believe, and based on my analysis, that PC

4    Cleaner Pro is indicating what it has found on the system.

5    My concern is how it characterizes that.

6    Q    I understand.  I understand it's the characterization

7    issue, but I just -- for the purpose of the Judge, I need him

8    to understand exactly what this program does or doesn't do,

9    and we'll talk about the representation.

10   A    Understood.

11   Q    So essentially, what this program does is it is reporting

12   the things that the program has been told to go look for and

13   put in the list?

14   A    Correct.

15   Q    Okay.  It's not making stuff up?

16   A    Correct.

17   Q    Okay.  Now, you've spent some time, at least a little bit

18   of time, with PC Cleaner, correct?  PC Cleaner Pro?

19   A    Yes.

20   Q    Would you agree with me that it has a number of functions

21   within the program?  In other words, it's not just a registry

22   cleaner.

23   A    Yes.

24   Q    In fact, although I don't think you set them out, there's

25   a list of nine, 10, a dozen different functions that the

```
 1    software has?

 2    A   Sure.

 3            My focus was on the -- I was asked to investigate

 4    and look at the details of the scan itself.

 5    Q   I understand.  I understand.  I just want to make sure

 6    that we're on the same page in terms of the program.

 7            And would you agree with me that those functions --

 8    would you at least agree with me that at least some of those

 9    functions in your estimation would have value to a computer

10    user?

11    A   Yes, sir.

12    Q   And in your examination of PC Cleaner Pro, did you find

13    any evidence that that program could -- or that it did damage

14    a~-- the registry on any of the computers you looked at?

15    A   No, sir.

16    Q   And, sir, were you aware that the program has a built-in

17    registry backup function to it?

18    A   Before it makes any changes, yes.

19    Q   Okay.  And can you explain what that is and why that's

20    either a good or bad thing?

21    A   So a registry backup tool creates essentially a snapshot

22    of the registry with its settings so that at a later time you

23    could restore the registry to its original settings.  And as

24    I had testified in my previous testimony in this Court, that

25    is a very useful feature should something go awry, as we saw
```

1    earlier, with Microsoft statements about how something could

2    go bad.

3    Q   So, in other words, if a consumer bought PC Cleaner Pro,

4    ran it and hit the fix button and something went awry, they

5    didn't like the outcome, the program has a built-in feature

6    to essentially undo what the program did?

7    A   Yes, sir.

8    Q   Now, this is a little out of place here, but one of the

9    things that -- and when you were talking to Mr. Ferguson, I

10   thought I heard you say that even on a hypothetical or

11   theoretical clean machine that the FTC was using, that a PC

12   optimization or registry software program like PC Cleaner Pro

13   could legitimately find issues, and I'm doing air quotes

14   there.

15   A   It may find some inconsistencies in the registry that the

16   user doesn't experience either as a performance hit,

17   instability.  That's why I think we could refer to the

18   machine as a fresh machine.  I use fresh often in my

19   declarations.  I also use clean, but clean seems to have some

20   complexity associated with it.

21        So with a fresh install there may be things that it

22   finds, first of all, for optimization.  The software may have

23   a difference of opinion as to performance versus esthetics

24   that Microsoft has.  But additionally there may be other

25   optimizations that it could do.

```
 1   Q   I just want to break that down a little bit, because --
 2   so in a sense, using the term clean machine here is, in
 3   essence, somewhat of a misnomer?
 4   A   Well, we'd have to have a discussion and go forward and
 5   try to debate what clean means.  That's why I prefer using
 6   fresh, because it implies it's in the state it was when you
 7   purchased it.
 8   Q   And if I understand your testimony correctly, even this
 9   fresh machine, a software in a nondeceptive manner, could
10   still find issues with either how that registry currently
11   exists or in terms of how the system settings are currently
12   optimized.
13   A   It could find issues, but those issues will have no
14   performance stability or other impact to the user.
15   Q   Well, that's certainly an assumption you're making,
16   because I guess we're talking about a hypothetical machine.
17   So as you said, in the computer world anything's possible,
18   correct?
19   A   That is true.  I'm talking about a machine that you've
20   purchased from a reputable vendor who has configured the
21   machine in a way that makes it, you know, a sellable system.
22   Q   Presumably it comes out of the box and operates?
23   A   Right.
24   Q   So since you mentioned this, this machine that we're
25   buying from a seller, a retail seller --
```

```
 1    A    Sure.

 2    Q    -- one of the things that happens with those boxes is

 3    they ship with a number of additional pieces of software on

 4    them, don't they?

 5    A    Yes, sir, they do.

 6    Q    And I think the term in the last hearing was crapware?

 7    A    That was a term that was used.  It was quoting a reporter

 8    who was asking for the industry to lower the amount of that.

 9    Q    Okay.  And without analyzing each of the -- a particular

10    computer or each of those pieces of software, it would be

11    impossible for you to know what impact that would have on the

12    registry and on the optimization of that machine?

13    A    Yes.  And I think the same could be said for the PC

14    Cleaner product.

15    Q    Okay.  And I'm going to get to that, because I'm going to

16    ask you if you checked that.

17              Now, you talked about the cookies.

18    A    Is this in my previous testimony or my testimony --

19    Q    I'm sorry.  What you just testified to a few minutes ago.

20    A    Thank you.

21    Q    So I'm actually done with that, so you can close that up

22    if you like.

23              Mr. Ferguson asked you something about cookies, and

24    one of the things you said is they can be malicious, yes?

25    A    Some cookies could be used for malicious purposes.  I
```

```
 1   think it's an important point here.  The cookie itself is

 2   merely some data that's put on your computer system.  That

 3   data put on the computer system itself is not going to hack

 4   your computer, cause problems for your computer.  It can be

 5   used in a malicious fashion in that when you go to websites,

 6   the cookie is passed back to the websites.  The maliciousness

 7   could be used to target you as individual, it could be used

 8   to violate your privacy.

 9           So calling the cookie malicious is I think

10   misleading.  Instead, it's the use of the cookie by certain

11   websites that could be malicious.

12   Q   I accept your clarification, sir, and it's apropos to my

13   point.

14   A   Thank you.

15   Q   The existence of the cookie on the computer could be

16   exploited by someone who sought to exploit it?

17   A   If that someone put the cookie on the system or if they

18   were affiliated with whomever put the cookie on the system.

19   Q   Or if someone got access to your computer and you had a

20   cookie on there that secured or that remembered all your

21   passwords and automatically logged into things like your bank

22   accounts, that could be problematic, could it not?

23   A   If someone hacks into your computer and grabs the cache

24   of cookies that were on your machine, that would be certainly

25   a concern.  They would be able to use those cookies in many
```

```
 1    applications to access the application.
 2              However, from an industry perspective, the general
 3    trend is for ease of use and not requiring users to type in
 4    their password again and again and again.  Facebook wants to
 5    make it easy for you to log into Facebook.  Google wants to
 6    make it easy for you to access your Google accounts.  Amazon
 7    wants to make it very easy for you to buy things on Amazon.
 8    So storing cookies is very commonplace for all of these big
 9    Internet services.
10              Calling it a problem, I think, is deceptive.
11    Q    So notwithstanding the fact that the computer industry or
12    the vendors, like Amazon or eBay or whomever, might like to
13    facilitate quick access for purchase purposes, the existence
14    of that cookie with your personal information potentially
15    exposes it to third parties, yes?
16    A    If the computer itself were to be hacked.  By itself, no.
17    But potentially is the crux of it.
18    Q    Thank you.  Thank you.  That word was purposeful, sir.
19              It potentially exposes personal information to a
20    third party, yes?
21    A    Potentially, if the computer were to be hacked or taken
22    over by an attacker.  That said, calling a common feature of
23    every major Internet service a problem and then adding up
24    every single one of those problems and presenting that to the
25    user is where my concern lies.
```

```
1    Q    I understand that, and maybe if we could just chat for a
2    minute, because we all get that your concern is what all of
3    these things are called.  What I am --
4    A    How they're aggregated.
5    Q    How they're aggregated and how they're reflected.  I get
6    that.  Okay?  But this will go a lot faster if we can get
7    through the base points here in terms of, you know, simply
8    answering for me whether or not that item, the existence of a
9    cookie with your personal information could potentially be
10   exploited, yes or no.
11   A    Potentially.  But with computers all things are possible.
12   Q    Do you find it imprudent for a computer user to be
13   informed of the fact that the existence of that cookie with
14   their personal information might be a security risk?
15   A    Well, the product doesn't really differentiate between
16   cookies that have --
17   Q    I'm not asking you what the product did.  I'm asking you,
18   forget PC Cleaner Pro here for a minute.
19   A    But you're making --
20   Q    I'm asking you a generic question.  Is it imprudent for a
21   consumer to be made aware that that is a potential security
22   threat?
23   A    If there is a cookie that includes personal information
24   for that user, I agree with you.  However, the sheer number
25   of cookies, most cookies do not have personal information in
```

1    them, and yet, the product which you don't want to talk about

2    all refer to any cookie on the machine, regardless of whether

3    it's storing personal information or anything else.

4    Q    Whether you think I want to talk about it or not, we're

5    going to be talking about it.  But I'm just asking you, sir,

6    on those general points, to answer the question directly.

7    Okay?

8    A    If the cookie has personal information, I think it is

9    useful to inform the user, but not to call it a problem,

10   because that's the way E-commerce works.

11   Q    Again, we all get it.  You don't like the

12   characterization.  I'm not asking you about the

13   characterization right now.  I'm asking about the underlying

14   items.  Okay?

15   A    And I will answer only in the context of a cookie with

16   personal information is useful to provide, to tell the user,

17   but not calling it a problem.

18   Q    Right.

19        But I didn't ask you to call it a problem, say

20   you're calling it a problem.  I asked you whether it's

21   prudent for a consumer to be informed that that -- their

22   personal information is potentially subject to compromise.

23   A    I've answered the question five times.

24        MS. ROBBINS:  Objection, asked and answered.

25        THE COURT:  Sustained.

```
 1   BY MR. FERGUSON:

 2   Q   Okay.  So let's talk about --

 3   A   There's subtitlies here, sir, and sometimes I have to

 4   answer with those suttleties pointed out so that someone

 5   doesn't take the wrong conclusion from this.

 6   Q   Let's talk about malware for a minute.

 7   A   Yes, sir.

 8   Q   Specifically, let's talk about -- well, strike that.

 9           Let's talk about Active X controls.

10   A   Okay.

11   Q   Would you agree with me that Active X controls are, have

12   been and are, a potential security risk for computers?

13   A   Some Active X controls are very useful features; some

14   have been malware, yes.

15   Q   Okay.  And one of the things in your declaration is, you

16   make the point of saying that in your opinion, that in the

17   last five years, the import of these malicious acts --

18   malicious Active X controls, have diminished.

19   A   Can you --

20   Q   I'm paraphrasing a little.

21   A   I don't think I have any statement about that in the last

22   five years, but it seems reasonable.  I mean, there's still

23   issues with Active X controls.

24           I think maybe what you're referring to is I talk

25   about how the specific product blocks the execution of some
```

```
 1   Active X controls from 2004 and earlier, but I don't recall
 2   ever saying something about the last five years and a change
 3   in malware behavior.  Perhaps you're thinking of another
 4   witness or something.
 5   Q   So let me ask you.  You familiar with various Microsoft
 6   operating systems?
 7   A   Oh, yes.
 8   Q   Windows XP.  You're familiar with Windows XP?
 9   A   Yes, sir.
10   Q   Is it true that Windows XP, in particular, had a problem
11   with being susceptible to malicious Active X controls?
12   A   In particular.
13           Microsoft did get better after Windows XP with
14   Windows Vista and Windows 7, but if you compare Windows XP
15   with what came before, which would be to say Windows 2000, I
16   wouldn't make a characterization you're making.  Microsoft
17   got better over time from 2000 to XP, continuing with Vista
18   and 7 and 8.
19   Q   Let me make it even simpler.
20   A   Yes, sir.
21   Q   Was Windows XP susceptible to malicious Active
22   X controls?
23   A   Oh, yes.
24   Q   Was Windows Vista susceptible to malicious Active
25   X controls?
```

1    A    Yes.

2    Q    Now, the improvements that Microsoft started making was

3    something in terms of the dot net framework; is that correct?

4    A    Dot net framework, yes, which improved over time, as

5    well.

6    Q    When did the dot net framework start to come in play?

7    A    I'd have to research where it first was released, but

8    it's been out for at least 10 years.  I'd have to look up the

9    specific timeframe.  I'm sorry, I don't know off the top of

10   my head.

11   Q    Fair enough.

12        Would you agree with me that software programs still

13   in operation today that were not created in the dot net

14   framework may still be susceptible to malicious Active

15   X controls?

16   A    Yes, and I would go even further.  I think even modern

17   Windows machines built with the dot net framework in mind,

18   are subject to malicious Active X controls.

19   Q    Okay.  So we can all agree it's still a threat?

20   A    Yes, sir.

21   Q    Now, were you aware that two of the consumers that were

22   called by the FTC to testify in this hearing were using

23   computers that were five and eight years old respectively?

24   A    No, I saw no information about that.

25   Q    Okay.  Didn't know if anybody told you about that or not.

```
 1    A    Sure.

 2    Q    One of the gentlemen was using a Microsoft operating

 3    system that the testimony was is no longer supported by

 4    Microsoft.

 5    A    Right.

 6    Q    Is it correct that Windows XP is presently no longer

 7    supported by Microsoft?

 8    A    It was, I believe in April of this year that Microsoft

 9    dropped support for that.  They had supported it for over 12

10    years.  They still do have support available for pay, but

11    it's typically only for large customers.

12    Q    So with respect to the scans that PC Cleaner Pro did --

13    and now I'm asking you specifically about PC Cleaner Pro.

14    A    Yes, sir.

15    Q    Was -- do you have any evidence that its scanning for the

16    926 Active X controls in any way caused harm to the computers

17    that you analyzed?

18    A    It did not cause harm to the computers.

19    Q    Would blocking those 926 malicious Active X controls

20    cause harm to a computer in your estimation?

21    A    It would not cause harm to a computer.

22    Q    You just think it's unnecessary?

23    A    Yes.

24             Here's the idea behind that.  Most Active X controls

25    are released on a regular basis.  A short-term industry
```

1    solution for dealing with the malware de jure as the

2    gentleman referred to earlier, is to push a specific Active

3    X control block for it.  I and my friends have written some

4    of these little blockers.  There are some people that

5    aggregate them together, including the PC Cleaner Pro

6    product.

7            However, representing a lack of one of these blocks

8    that was created 10 years ago for malware that you don't see

9    in the wild, and for which there's already a defense on

10   Windows with Windows Defender I think is misleading.

11           So, for example, on a Windows 7 machine, which is

12   the version of Windows that the FTC was using, to

13   characterize lack of blocking of an Active X control, when

14   you have a defense in Windows Defender already built into the

15   operating system, I think is misleading.

16   Q   Let's talk about Windows Defender.  When did that come

17   about?

18   A   Windows Defender, I believe it was 2006, 2007.  Again,

19   I'd have to look up the specific dates of it, but it was a

20   while ago.  Could have been as late as 2009.

21   Q   So your comment just now in terms about the relative

22   threat of these Active X controls, presupposes that the

23   computer user has Windows Defender on their computer?

24   A   The comment is based on systems that have Windows

25   Defender.

1    Q    And if a consumer did not have that, for instance, in

2    our -- one of the gentlemen that testified with his

3    eight-year-old computer, he wouldn't have the benefit of

4    that, of Windows Defender.

5    A    Right.  He may have another antivirus tool installed that

6    would handle that problem, blocking the execution of those

7    Active X controls, yet the PC Cleaner Pro product would still

8    add 926 findings -- I'm sorry, problems to the results.

9    Q    Wait a minute.  Are you telling me that you have made an

10   independent determination through analysis, that a computer

11   that has already had a block in place for these Active

12   X controls, that PC Cleaner will report those as being in

13   existence?

14   A    No, no.  Gosh, no.  I'm sorry if I was unclear in what I

15   said.

16   Q    That's what it sounded like what you said.

17   A    No, no.

18        If it has another tool included in the system, which

19   might be Windows Defender, if we're talking Windows Vista and

20   later, or another antivirus tool, which could be on XP, or

21   even before XP, it is going to report that it's missing a

22   block, which is true.  It's missing a block in the browser,

23   but the system is still defended against the specific Active

24   X control by other software on the machine.

25   Q    Have you done a test on a machine with some other blocker

```
 1   program on there to determine whether or not PC Cleaner Pro
 2   would still report those 926 items as a potential threat?
 3   A    I believe that the Windows Defender system itself that
 4   was included on the FTC machines was that test that you're
 5   suggesting.
 6   Q    You've not done a specific test on that point?
 7   A    I personally have not, no.
 8   Q    So for those consumers that do not have Windows Defender
 9   or have not already had these malicious Active X controls
10   blocked, would you agree with me that they would at least
11   potentially benefit from the blocking of these known
12   malicious Active X controls?
13   A    I would agree unless they had another antivirus tool
14   installed.
15   Q    And that was my hypothetical.  They didn't have Windows
16   Defender or have already handled it at some other point in
17   time.
18   A    Well, we can't put everything on Windows Defender.  But,
19   yes, Windows Defender or an equivalent antivirus product.
20   Yes, I would agree to that.
21   Q    Okay.  And would you agree with me that you have not
22   analyzed the customer base of Windows -- or PC Cleaner Pro to
23   determine the status of any of our customers' computers?
24   A    That is correct.  I have not looked at the customers'
25   computers.
```

```
 1    Q    As you sit here today, you have no idea what software any
 2    of our customers had or what virus protection they had at the
 3    time they purchased the software?
 4    A    My analysis was focused on the FTC machines plus a
 5    laboratory machine I used myself.
 6    Q    So that's a yes, you don't have any information about the
 7    status of our customers' computers?
 8    A    I wasn't provided any for my analysis.
 9    Q    So is that a "yes"?
10    A    Yes.
11    Q    Now, there are -- well, let me ask you.  Are you aware
12    whether or not there are commercially available databases
13    that publish known malicious Active X controls?
14    A    Certainly.  Not only commercial, but also free.
15    Q    Those are published for the purpose of informing persons
16    like yourself and software developers of the types of threats
17    that they might protect against, yes?
18    A    Yes, sir.
19    Q    Let me just talk about a couple of the other functions of
20    PC Cleaner Pro.
21          One of the things it does is defrag a hard drive,
22    correct?
23    A    Yes, sir.
24    Q    Helpful utility?
25    A    Certainly, although already built into Windows.
```

1   Q    And not every consumer is aware of that and knows how to
2   use that, correct?
3   A    Yes, and I think it's unfortunate that Microsoft left it
4   that way, but they did.
5   Q    It is what it is, right?
6   A    Indeed.
7   Q    And would you agree with me that it's important for
8   computer users to update the security updates that Microsoft
9   puts out for their operating system?
10  A    It is vitally important to do so, yes, sir.
11  Q    But yet not every consumer does it, do they?
12  A    That is correct.  That's why several years ago Microsoft
13  gave consumers the ability to turn on automatic updates, but
14  many consumers have not turned that on.
15  Q    So, again, would you agree with me that the security
16  update function of PC Cleaner Pro could be vitally helpful to
17  a consumer?
18  A    Yes.
19  Q    Now, let's talk about semantics for a minute.
20  A    Okay.
21  Q    You've made it very clear that you have a personal
22  problem with the description of some of these items that PC
23  Cleaner Pro picks up as being problems, correct?
24  A    I do, yes.
25  Q    Would you agree with me that a person whose computer was

1   infected, if that's the right term, with a malicious Active X

2   control, has a problem?

3   A    Yes.

4   Q    Would you agree with me that a consumer whose registry

5   has become corrupted has a problem?

6   A    Depends on how the manifestation of that corruption is

7   displayed.  There are inconsistencies in the registry that

8   the user may never see.  However, I will agree with the

9   point.  If the user is experiencing crashes or problems like

10  that due to inconsistencies in the registry, the consumer can

11  be benefited by fixing those problems.

12  Q    Now, you've made it clear that you think a more

13  appropriate term, in your estimation, is to use a word such

14  as item or issue.

15  A    I think that perhaps, having multiple categories that sum

16  together -- my concern is -- I do have a concern with the

17  word, calling it an error or problem, but as you've just

18  pointed out, correctly so, some of these are errors or

19  problems.  Bundling in things that are not and giving it one

20  number I think is confusing.

21       So instead, you could have errors and problems and

22  then you could have a separate count of issues, which could

23  include Windows temporary files, which we haven't described

24  here yet, or the cookies.  You might even break the cookies

25  out into a separate category, such as privacy and so forth.

```
1    Q    And have you had the opportunity to look at PC Cleaner

2    Pro 15?

3    A    I have, yes.  I received it last Friday evening.

4    Q    I understand it got to you fairly recently.

5    A    Yes.

6    Q    Would you agree with me that it's changed the

7    terminology?

8    A    It has changed the terminology.

9         And the reason I think this is good to have the

10   terminology precise so that the consumer understands the

11   state of their computer system, it's almost if you think

12   about it this way.  I might have three oranges on the table

13   here and two apples next to it.  PC Cleaner Pro does its

14   scan.  I don't doubt that it is counting the number of apples

15   and the number of oranges.  That is fine.  I believe it is

16   counting them correctly.  I believe it is identifying them

17   correctly.

18        My concern is when it displays to the user and says

19   you have five pieces of fruit, which are obviously different

20   things, and then it says, pardon the analogy, oranges are a

21   problem, or they're all problems, all fruit is a problem on

22   your machine.  It's this -- I don't have any concern the way

23   it is counting or the fact it is counting specific things.

24   It's the aggregation leading to a misleading diagnosis of the

25   computer system.
```

1    Q    And I understand that's your interpretation of it.

2         Would you agree with me, and you said you looked at

3    2015, that it uses different verbiage now?  It uses the word

4    "issues," correct?

5    A    It does use the word "issues," but it's still an

6    aggregate number.

7    Q    I understand.

8         Would you agree with me that there's also a color

9    coded speedometer, if you will, that's associated with those

10   subcategories?

11   A    They're actually two.  They're all included in one

12   circle, but there's one associated with performance and

13   another one associated with security.

14   Q    And on those items, they rank the severity, if you will,

15   of each of those sub items from low, low medium, medium, high

16   of great concern, correct?

17   A    Yes, sir.

18   Q    One of the other issues that have been mentioned in this

19   case is the activation key.

20        Did you review the screen shots of the -- when the

21   FTC downloaded PC Cleaner Pro?

22   A    I don't recall those screen shots, sorry.

23   Q    Okay.  Did you review the installation to see where,

24   after it was purchased, there was an activation code?

25   A    No.  That was separate from the analysis that I did.  I

1    don't recall seeing the activation code being put in.

2    Q   So nobody showed that to you.  You don't have any

3    information about whether an activation code was or was not

4    provided?

5    A   My analysis was independent of that.

6            I did receive post-activation and run images from

7    the computer systems.  That's what I analyzed.

8    Q   Okay.  When you say images, you're talking about images

9    of the hard drive?

10   A   That's correct, yes, sir.

11   Q   Not photographs.

12   A   Thank you for the clarification.  I was using computer

13   industry jargon there.

14   Q   That's fine.  I've been around just enough to know that.

15           Okay.  So in terms of the FTC computers, what part

16   of the analysis that was done on those computers or those

17   imaged hard drives did you personally conduct?

18   A   It was me, as well as my team.  I have a team at my

19   company that does this analysis, and we looked at each of the

20   three file system images.  I was supervising the gentleman

21   who did that analysis.  I talked with him every day as he was

22   working on the analysis, and I personally analyzed piece

23   parts of it to verify the integrity of his work.

24           So we looked at the three images from each of the

25   three calls, and for the fourth call we had an additional

```
 1    image.

 2    Q    So you kinda answered my question.

 3    A    Uh-huh.

 4    Q    You actually had a member of your team that did the

 5    analysis from beginning to end?

 6    A    Yes.  With my supervision and direct involvement.

 7    Q    I understand you're supervising, but I'm asking you, it

 8    was a member of your team that did the analysis from A to Z?

 9    A    Yes.

10    Q    You supervised, as you said, I think to use your word,

11    pieces and parts of that?

12    A    Yes, and did hands-on analysis of those pieces and parts.

13    It's what we commonly do on our team.  This is very common in

14    the industry.

15    Q    And when you did that analysis, you observed that the FTC

16    had installed programs in addition to the Windows operating

17    system; is that correct?

18    A    Yes.

19    Q    Do you recall what other programs were installed?

20    A    I don't recall off the top of my head.

21    Q    Did you determine whether there was any temporary files

22    as a result of their browsing on the Internet?

23    A    There were, yes.

24    Q    Did you examine the registry to determine whether or not

25    there had been any changes made to the computer registry from
```

 1  the, if you will, fresh install of the Windows operating

 2  system, 'til the time it got to you?

 3  A   Yes, there were changes there based on a variety of

 4  activities on the machine.

 5  Q   And one of the things that you did was, at the conclusion

 6  of your analysis, or your team, is you ran a malware program

 7  on those imaged hard drives, correct?

 8  A   A malware detection program.

 9  Q   Sorry, malware detection program.  A important

10  distinction, right?

11  A   Actually, we ran three, yes.

12  Q   And you did not find any evidence that PC Cleaner Pro did

13  harm akin to malware to any of these computers?

14  A   Oh, we found none whatsoever.  I do not believe PC

15  Cleaner Pro is malware.

16  Q   Now, let me ask you --

17          THE COURT:  Mr. Nicholson, how much more do you

18  think you have?

19          MR. FERGUSON:  I've got a little bit more, Judge.

20  I'm happy to take a break here.

21          THE COURT:  Let's take a break, then.  Let's take a

22  15-minute recess.

23      (A recess was taken from 2:40 p.m. to 2:58 p.m., after

24  which the following proceedings were had:)

25          THE COURT:  Please be seated, everyone.

```
 1              MR. NICHOLSON:  May I proceed?

 2              THE COURT:  Mr. Nicholson.

 3              MR. NICHOLSON:  Thank you.

 4   BY MR. NICHOLSON:

 5   Q   Mr. Skoudis, we're talking about the examination you did

 6   of the FTC's imaged hard drives.

 7              You testified also about, I guess, some of the

 8   interaction between ICE and the FTC person, correct?

 9   A   We refer to them as the representative and the customer

10   respectively, yes.

11   Q   But in this case that would happen to be a representative

12   of the FTC and ICE or Advanced Tech Support?

13   A   Right.

14   Q   So one of the things that was talked about was an Event

15   Viewer.

16   A   Yes.

17   Q   Can you tell us what an Event Viewer is?

18   A   So the Event Viewer is a program included in Microsoft

19   Windows operating system that allows you to look at the logs

20   on the computer.

21   Q   And when you say the logs, what is it logging?

22   A   It's logging various activities on the machine,

23   particularly the operating system itself.  It logs security

24   issues, it logs issues associated with applications on the

25   machine.
```

```
 1    Q    How does it go about doing that logging?  What
 2    information does it gather and where does it gather the
 3    information from?
 4    A    It's gathering information from thousands of activities
 5    on the computer system, such as the downloading of the
 6    updates or if an application crashes.  Each one of these will
 7    write an entry into the log file.  An Event Viewer allows you
 8    to view those logs.
 9    Q    So the Event Viewer is a view of an event log, hence the
10    name Event Viewer?
11    A    Yes, sir.
12    Q    So when it populates this entry on the event log, does it
13    note that -- a time associated with that event?
14    A    Yes, sir.
15    Q    And where does it get that time from?
16    A    It's inside the Event Viewer file itself, and it's the
17    system time when the log was created.
18    Q    So, for instance, if we open up an event log, we open up
19    the viewer for the event log, and there were 10 items on
20    there, would they be presented chronologically?  The answer
21    is yes, chronologically?
22    A    Yes, chronologically.
23    Q    If we looked at those individual entries, we could
24    determine, according to the system clock, when that event
25    occurred relative to any other event?
```

1    A    Provided the system clock is set accurately.

2    Q    Understood.  But even if it was set inaccurately, they

3    would still flow chronologically from whatever that date and

4    time was?

5    A    They can be sorted in other ways, but generally one sorts

6    them chronologically because it makes sense as a narrative of

7    what's happening on the machine.

8    Q    Got it.

9          So what you expect to see if all the events occurred

10   on a particular date, a single date, that all the events

11   would reflect that date in the event log?

12   A    Very likely.

13   Q    For instance, if I took a fresh install, using I think

14   our new terminology, of Windows 7 and put it on a, quote,

15   clean machine, and then I started doing things today, and

16   that's all I've ever done on this, and I loaded Microsoft

17   Excel, I went on the Internet, I loaded some programs,

18   et cetera, and those were all done on today's date, would you

19   expect to see the Event Viewer showing those events listed

20   only on today's date?

21   A    Sure, provided no one changed the clock while it was

22   happening.

23   Q    Okay.  So let me show you what's been admitted as exhibit

24   L to -- I'm sorry, attachment L to exhibit 28, page 370.

25          MS. ROBBINS:  What's the exhibit number?

```
 1              MR. FERGUSON:  Sure.  It's exhibit 28.

 2              MS. ROBBINS:  You have my copy.

 3              MR. FERGUSON:  I have your copy?

 4              MS. ROBBINS:  Yeah.

 5              MR. NICHOLSON:  Attachment L.  Can you share them

 6   with ours?

 7              Bear with me one second while I allow counsel to

 8   find our copy.  Okay?

 9              MS. ROBBINS:  Which page was it?

10              MR. NICHOLSON:  It's page 370.

11              May I approach the witness, Your Honor?

12              THE COURT:  Yes.

13              MR. NICHOLSON:  Sorry to belabor this.

14              THE COURT:  That's all right.

15   BY MR. NICHOLSON:

16   Q   So let me ask you to look at this.  I'm going to ask you

17   a few questions.  Okay?

18   A   Okay.  It's hard to read, but I shall do my best.

19   Q   I sympathize, even with my glasses.

20              First of all, sir, do you recognize generally what

21   that screen is?

22   A   It's the Event Viewer.

23   Q   Okay.  Who designs the Event Viewer and the format of the

24   Event Viewer?

25   A   Microsoft.
```

1    Q    Okay.  So that's a Microsoft set thing?

2    A    Yeah, it appears to be.  I can't see the title of the

3    screen because it's obscured behind some things, but it looks

4    like the Event Viewer.

5    Q    Okay.  Can you do me a favor?  Can you look at the

6    entries on there and tell us generally what type of entries

7    appear on that particular log?

8    A    What do you mean by type?

9    Q    Well, the log captures different information, correct?

10   A    Right.

11   Q    So, for instance, what type of information is captured in

12   the first screen?  I don't have it in front of me.  That's

13   why I'm asking.

14   A    I'm sorry.

15        So there's a variety of warnings and errors on the

16   machine.  It also indicates the source.  It should be noted

17   this is the application log specifically that we're viewing,

18   as opposed to the security, setup and system logs that you

19   can see on the left-hand side.  But we're focused in here on

20   the application log.

21   Q    Are there different dates that appear relative to the

22   entries in this log?

23   A    Yes.  It appears to be March 13th up to March 18th, as I

24   can tell.  I see some earlier dates.  It's just too hard to

25   tell.  I think it's March 18th and March 13th.

1    Q    You sure there's not one also there from March 19th down

2    at the bottom?  I'm sorry, at the top.

3    A    Oh, top?  Sorry.  Yes, I think it does.

4    Q    Okay.

5    A    You almost need a magnifying glass.  Sorry.

6    Q    Let me ask you a question.

7          Are you sufficiently familiar with the Event Viewer

8    screen to offer an opinion as to the contents of that screen?

9    A    Yes.

10   Q    Would it be consistent, in your expert opinion, for those

11   entries to appear on three different dates, would that be

12   consistent with a witness' testimony that they conducted all

13   those actions on the same date?

14         MS. ROBBINS:  Objection, Your Honor.  That actually

15   is not the testimony that came in.

16         THE COURT:  Overruled.

17         MS. ROBBINS:  Those questions were never asked.

18         THE COURT:  Overruled.

19         THE WITNESS:  It could be that they had a base

20   image, a base computer system hard drive image, that was

21   created on a particular date, and then later they made --

22   they ran the computer system and ran some applications on it.

23   That would give you multiple dates.  If you had a base image

24   for the build and then later, say, from March 13th, then

25   later March 18th you get some additional things on the

```
 1   computer system.  But those are two different dates.
 2   BY MR. NICHOLSON:
 3   Q    Actually three different dates, et cetera?
 4   A    Oh, three, right.
 5   Q    Would that be consistent or inconsistent with someone
 6   making a fresh install of Windows 7 and installing other
 7   software, et cetera, on a single date?
 8   A    The software may have --
 9        MS. ROBBINS:  Objection, Your Honor, that's not the
10   evidence, and that's not what's in evidence, the date that
11   the installation was created.
12        MR. NICHOLSON:  Judge, I understand they can argue
13   what they want, but I'd like to ask my question.
14        THE COURT:  She can object and I can overrule it,
15   which is what I'm doing.  So go ahead.
16        THE WITNESS:  Can you repeat the question, please?
17        MR. NICHOLSON:  Yes, sir.
18   BY MR. NICHOLSON:
19   Q    With the entries that you see, would those be consistent
20   with a fresh install on a particular date, followed by on the
21   same date someone installing, operating software and going
22   out on the Internet all on the same day?
23   A    It is not consistent with the installation of the
24   operating system, but as for the installation of additional
25   software, I can't tell without analyzing each one of these.
```

```
 1              Using that software, though, was done on a different
 2    date.  So the installation of the software I would have to do
 3    more detailed analysis, but the first and the third of your
 4    points I can confirm.
 5    Q   Okay.  Thank you.
 6              Okay.  I'd like to ask you a few more questions
 7    about your examination of PC Cleaner Pro.
 8    A   Yes, sir.
 9    Q   Did you perform any tests on PC Cleaner Pro to determine
10    whether or not it would improve or speed up the performance
11    of a -- any particular computer?
12    A   We looked at PC Cleaner Pro only on the fresh installs
13    that were provided by the FTC, as well as our own machines.
14    Q   Did you conduct any test on the FTC's computer to
15    determine whether there was a performance increase from
16    before they installed PC Cleaner Pro to after they ran it?
17    A   We did not.
18    Q   Did you conduct that analysis on any other computer?
19    A   We did not.
20    Q   You weren't asked to do that?
21    A   That's correct.
22    Q   Did you conduct any test or comparison to PC Cleaner Pro
23    to any of the other PC optimizer programs that are
24    commercially available?
25    A   We didn't do that as part of this project, but we run
```

 1    those programs periodically to analyze their behavior in the

 2    lab, specifically Norton and AVG, although occasionally we'll

 3    look at other ones.

 4    Q   Did you conduct a comparison of PC Cleaner Pro in

 5    connection with this case, or at any other time for that

 6    matter, to Norton or any of those other programs?

 7    A   No, sir, we did not.

 8    Q   You were not asked to do that?

 9    A   That's correct.

10    Q   Did you have the occasion to review the source code of PC

11    Cleaner Pro?

12    A   We did not review the source code for PC Cleaner Pro.

13    Our analysis did not require the source code, because, well,

14    we had no reason to question whether it was measuring the

15    things that it said it measured and counting them

16    appropriately.  You can do that without the source code.

17    Q   Fair enough.

18          So your -- examination you did conduct of PC Cleaner

19    Pro was is that it accurately counts up and reports the items

20    that the software is designed to count and report?

21    A   That's correct.  And as I said before, I'm concerned with

22    how it displays those to the user and characterizes them.

23    Q   Understood.

24          And with respect to that, one of the points that you

25    made with Mr. Ferguson was that you can only analyze the

1   facts, correct?  You have made a statement to that effect?

2   A   I can analyze statements and compare them to facts, yes.

3   Q   Okay.  So the statement that PC Cleaner Pro makes, if you

4   will, we'll call it a statement, that aggregate number at the

5   top --

6   A   Uh-huh.

7   Q   -- okay.  Is that an inaccurate, meaning factually

8   erroneous statement?

9   A   Calling it errors or problems I do believe is factually

10  erroneous.

11  Q   So let's break that down.

12          Does it accurately report the number of items that

13  the software was designed to count?

14  A   Yes, but by aggregating them, it leaves the -- it leaves

15  the impression that all of the problems or all of the items

16  or issues are at the same level of severity.

17  Q   And that would be an opinion, not a fact, wouldn't it?

18  A   Yes.

19  Q   Okay.  So I'm asking you, since you said you can only

20  analyze the facts and determine whether a statement is

21  truthful, if it had 100, 200, 300, 400, and we added those

22  up, and that was 900, I think, and it had a 900 at the top,

23  would it be accurately reporting the numbers below it?

24  A   It accurately sums up the numbers of items that it found,

25  yes, sir.

```
 1    Q    You've made it very clear you don't like the

 2    characterization, but that's your impression of the

 3    characterization, correct?

 4              MS. ROBBINS:  Objection, Your Honor.  He's

 5    testifying as an expert.

 6              THE COURT:  Overruled.

 7              THE WITNESS:  It -- it's very misleading to bundle

 8    together different kinds of information to indicate that

 9    there's a bigger problem with the computer system than there

10    really is.

11   BY MR. NICHOLSON:

12    Q    And, again, not to belabor the point, that's your

13    personal opinion, that's not a fact?

14    A    Seems to me a statement of fact.  You may disagree, sir.

15    Q    Now, one of the -- you did do an examination of PC

16    Cleaner Pro, and you did that on a computer running Windows

17    XP, correct?

18    A    Yes, sir.

19    Q    Why did you pick Windows XP instead of a more modern

20    program?

21    A    There's a variety of different systems we could have

22    analyzed it on.  We wanted to choose one control system just

23    to see how the tool would behave on that control system.  The

24    images we received from the FTC are all Windows 7.  We wanted

25    to see how it performed on another version of Windows,
```

1   especially one that still has a considerable market share,

2   and we used Windows XP Service Pack 3.

3   Q   And isn't it true that, by definition, because Windows XP

4   is an older version, that the software, PC Cleaner Pro, was

5   likely to identify more issues than if you had run it

6   against, say, Windows 7?

7   A   Perhaps.  We had a fresh install of Windows XP Service

8   Pack 3, so there wasn't a lot of software installed on it,

9   there wasn't inconsistencies in the registry.  So I don't

10  think that the age of the operating system itself would be at

11  issue.  It's the amount of use, as we had talked about

12  earlier.

13  Q   Isn't Windows XP, and in particular Service -- what's the

14  SP stand for?

15  A   Service Pack 3.

16  Q   Service Pack 3, hasn't that been associated with registry

17  errors?

18  A   All of Windows has been associated with various errors

19  over time.

20  Q   I'm asking you --

21  A   Yes, but that's due to the fact that it is the most

22  common version of Windows that is older that is still in

23  relatively wide use.  So, yes.

24  Q   In fact, there was a particular issue that came out with

25  Symantec and Windows XP Service Pack 3 where there was quite

```
1    a number of registry errors created, so much so that both

2    software companies had to put out a patch, right?

3    A    That happens from time to time, yes.

4    Q    Okay.  And you picked Service Pack 3 for XP, correct?

5    A    Because it was at the time a very common version of

6    Windows in use and still relatively older, so we could see

7    how the software would perform on it.

8    Q    And it still is a very common version, correct?

9    A    Yes, much to Microsoft's consternation.  They begged

10   their customers to move off of it.

11   Q    Sure, in fact, they've got a program, they've now put out

12   a notice every week on people's computers saying, hey, you

13   really need to upgrade this, right?

14   A    Yes.

15   Q    And the reason that is is because there are security

16   vulnerabilities with XP that do not exist with the current

17   versions, right?

18   A    Right.  Microsoft has stated as of April 2014 it will not

19   push any more patches for Windows XP.  They did release some

20   patches, though, because of some particularly egregious

21   malware examples that followed their discontinuation.  Still,

22   longterm, they're not going to be patching it.

23   Q    Now, did you, in your analysis of PC Cleaner Pro, try to

24   determine whether or not the software had been subjected to

25   analysis by any certification agencies that operate within
```

1    the computer world?

2    A    We did not.

3    Q    Are you familiar with a company by the name of ICSA Labs?

4    A    Yes, I am.

5    Q    Can you tell us what ICSA Labs is?

6    A    ICSA Labs is an independent lab that does analysis of

7    various kinds of software.  They tend to focus on security

8    software.  They analyze things such as firewalls, antivirus

9    tools and a variety of other types of software.

10   Q    And if a piece of computer software has been submitted to

11   ICSA Labs and received a certificate, what, if anything, does

12   that indicate?

13   A    It indicates that the software matches the functionality

14   that it advertises.

15   Q    Let me --

16           MR. NICHOLSON:  May I have one second?

17   BY MR. NICHOLSON:

18   Q    And, sir, are you familiar with a company by the name of

19   Tolly, T-o-l-l-y?

20   A    I'm not.

21   Q    Not familiar with Tolly?

22   A    No.

23   Q    Now, with respect to PC Cleaner Pro 2015, you said you've

24   had the opportunity to look at that software, correct?

25   A    I looked at it briefly because I received it very last

1   minute before I had to leave on a business trip.

2   Q   And you would agree with me that it has changed the scan

3   presentation, correct?

4   A   It has.

5   Q   And one of the things that it's changed is the verbiage

6   is now "issues" as opposed to "problems," correct?

7   A   I believe it said issues, yes.

8   Q   And that was an item that was of concern to you, correct?

9   A   Uh-huh.

10   Q   Is that a "yes"?

11   A   Yes.

12   Q   And, sir, did you also make note of whether or not the

13   program reports as individual items the 982, you know,

14   malware or Active X -- sorry, Active X control items that I

15   guess you noted in your prior report?

16   A   I did note that the 2015 version has started to aggregate

17   some of those items together.  Some of the cookies seem to be

18   aggregated together.  In other words, it's collapsed down

19   into a smaller number of items.  But I did not have enough

20   time to do the analysis to see exactly how that collapsing

21   and counting was being done.

22   Q   Okay.

23   A   But I did note that that was being done.

24   Q   Okay.  So you don't know whether or not those items are

25   still not -- that the Active X items are no longer reported

```
 1    in the security screen?

 2    A    Right.

 3          MR. NICHOLSON:  One second.

 4          I pass the witness.

 5          THE COURT:  Thank you.

 6          Any redirect?

 7          MS. ROBBINS:  Yes.

 8                     Redirect Examination

 9    BY MS. ROBBINS:

10    Q    Hi, Mr. Skoudis.

11    A    Hello.

12    Q    So I just want to clarify something.

13          So the FTC sent you hard drives of three undercover

14    calls in this case; is that correct?

15    A    Yes, ma'am.

16    Q    Okay.  And two of the calls were with PC Cleaner Pro and

17    ICE, and then one of the calls was ICE calling about a Panda

18    problem; is that correct?

19    A    Calling into ICE with a problem with Panda, yes, ma'am.

20    Q    Okay.  And those are the only ones that you've analyzed?

21    A    Correct.

22          As well as our own Windows XP Service Pack 3 image,

23    as we discussed earlier.

24    Q    Correct.  Your own analysis.

25    A    That's right.
```

```
1    Q    Now, several hours ago, defense counsel asked you about

2    the scripts that you reviewed.

3    A    Yes, ma'am.

4    Q    I just want to go back to that.

5            You were talking about how with the Event Viewer

6    portion of the script and the task manager portion of the

7    script, and I just wanted to ask you, does it appear in the

8    script at all that the salesperson is directing -- is

9    directed to do any kind of further analysis other than look

10   at the Event Viewer or the task manager?

11   A    I would suggest it doesn't really have them look at the

12   Event Viewer/task manager, as opposed to it has them show it

13   to the customer.  But based on what's in the Event Viewer,

14   task manager or MS config., they don't seem to be doing any

15   analysis of the system itself.  It's more to just show the

16   user.

17   Q    And in order to use that as a tool to diagnose the

18   computer, what would someone do with that?  Would they just

19   show it to the consumer?

20   A    No, no.

21           For Event Viewer specifically, if I could focus

22   that, you would have to look at each event, analyze its event

23   ID and determine what caused that event, what specific piece

24   of software, what configuration on Windows, what potential

25   attack that happened across the network, what is it that
```

```
 1    caused those specific events.  You'd start by looking at the
 2    most critical events first.
 3    Q    But then you would have to dig in further to find out
 4    more information about that?
 5    A    Yes, ma'am.
 6    Q    And in the scripts that you read, were the salespeople in
 7    those scripts directed to do any of that that you just
 8    described?
 9    A    They were not.
10    Q    Now, I want to ask you a little bit about the hard drives
11    that the FTC sent to you.
12    A    Yes.
13    Q    There was some talk about the preparation that Michael
14    Kraemer did with the computers that were used in the
15    undercover calls, and then you were sent copies of those
16    images; is that correct?
17    A    That is correct, yes.
18    Q    And when you received those images, you said in your
19    opinion, in your report, you say on page 5 --
20    A    This is of the first declaration?
21    Q    Of the first declaration.  You say:  "My pre-call
22    analysis of the computer system image indicates that the
23    customer's computer was completely clean and free of any
24    malware or malicious activity prior to the call."
25    A    Can you tell me where that is on the page?
```

1    Q    On page 5, the last paragraph.

2    A    Yes, that is correct.

3    Q    What did you base that on?

4    A    I based that on our analysis of the machine, looking at

5    the image itself, going through the various settings in the

6    registry, as well as three scans of an antivirus -- of

7    different antivirus tools on each one of the images that we

8    were presented.

9    Q    So when defense counsel asked you about Michael Kraemer's

10   preparation of the laptop and you heard what the preparation

11   was, including putting on the photos and the documents, does

12   that change your opinion in any way that you've stated in

13   this report?

14   A    No, it doesn't.  The machine was uninfected at the time

15   of the calls, and after.

16   Q    Okay.  So there was some talk about -- sorry, one

17   moment -- about the 926 pieces of malware that PC Cleaner

18   checks for, PC Cleaner 2014 checked for?

19   A    Specific Active X controls that it checks to see whether

20   the system was blocked.  It's not looking to see if the

21   machine's infected.

22   Q    Right.  Sorry.  I made a mistake.

23              THE COURT:  One at a time.

24              MS. ROBBINS:  Sorry.

25   BY MS. ROBBINS:

1    Q    So -- and when PC Cleaner is run on a computer and is

2    looking to see whether those pieces are blocked, does PC

3    Cleaner, the software itself, distinguish between whether

4    it's running on an XP computer, whether it's running on

5    Windows 7, whether it's running on Windows Vista?

6           MR. NICHOLSON:  Objection, foundation.  The witness

7    has testified that he didn't look at the source code of the

8    software.

9           THE COURT:  Overruled.

10          THE WITNESS:  I looked at it only on Windows XP, our

11   system, as well as Windows 7.  I haven't looked at it on

12   other versions of Windows.  But the 2014 version was counting

13   them on both Windows XP and Windows 7.

14   BY MS. ROBBINS:

15   Q    Okay.  And whether or not that's the case, are these 926

16   malware, or blocks of malware, are those pieces of malware

17   still in the wild today?  Is that . . .

18   A    Very rarely.  The older they are the less likely you are

19   to see them, and many of them were over 10 years old.  So the

20   number was quite higher than what you would see in the wild

21   today, but some of those you still see in the wild.

22   Q    Okay.  So what is the likelihood that you would see any

23   of that today?  Do you have an opinion about that?

24   A    I'd have to do a detailed analysis of each individual

25   one, but there's a chance that it could occur.

```
 1    Q    Okay.  So you were asked about the Event Viewer log and
 2    about the different dates in the log.
 3    A    Yes.
 4    Q    So would it be consistent if a base image was made on one
 5    day, and then it was given to someone to prepare on another
 6    day, and then it was given back to image again and used on a
 7    call on different days?  Would that event log that you saw
 8    that had different dates on it, would that be consistent with
 9    that situation?
10    A    Absolutely.  That is, in fact, what I believe happened.
11    Q    And were you given any information about the process that
12    the FTC used in terms of the timing of when it imaged the
13    computer or when the calls happened?  Were you given any of
14    that information?
15    A    We didn't get any details of that, but instead were given
16    the images themselves, as well as a verification, essentially
17    like a signature that those images were intact from when they
18    were sent to us.
19              MS. ROBBINS:  Okay.  Excuse me one moment.  I'm
20    sorry.  One moment, Your Honor.
21              Here it is.
22    BY MS. ROBBINS:
23    Q    Okay.  So did you have the opportunity to read
24    Mr. William Easttom's declaration?
25    A    Yes, I did.
```

```
 1          MS. ROBBINS:  Your Honor, I'd like to show him
 2   Mr. Easttom's declaration and ask him some questions about
 3   that.  He's the expert for the PC Cleaner Defendants who's
 4   going to be testifying today.
 5          MR. NICHOLSON:  It's not in evidence as of yet.
 6          MS. ROBBINS:  Your Honor, he won't be available for
 7   rebuttal.  I'm sorry.  He won't be available tomorrow, so I'd
 8   like to just ask him some questions about what was said in
 9   that declaration.
10          THE COURT:  Who will be available tomorrow, or won't
11   be available?
12          MS. ROBBINS:  Mr. Skoudis has a flight out at
13   8:00 a.m. tomorrow morning.
14          THE COURT:  So you want him to respond to their
15   expert's declaration?
16          MS. ROBBINS:  I would like to, yes.
17          MR. FERGUSON:  Your Honor, if I may join in the
18   objection.  This is the exact same objection that was dropped
19   on me in my cross.  My clients, they haven't testified yet,
20   and she objected when I wanted to talk about what they were
21   going to say about the targeted script campaigns for viruses.
22          The fact that this witness is going to be sitting in
23   these bleachers or on a plane going somewhere tomorrow is
24   irrelevant, because once he leaves the stand they have no
25   right to call him back, and if we don't, he's not going to be
```

 1   heard from again.  If this is a good objection for her, it

 2   should be a good objection for the defense.

 3          THE COURT:  Why are we going to be using experts to

 4   rebut each other?

 5          MS. ROBBINS:  Your Honor, the expert, their experts

 6   talk about the state of the computer and the cleanliness of

 7   the machine and his procedures in doing that, and so I wanted

 8   to ask him about certain things that that expert had talked

 9   about to talk to him about his opinions and how -- why the

10   machine was, in fact, clean.

11          THE COURT:  Yes?

12          MR. NICHOLSON:  I'll renew the objection.  She

13   doesn't have to refer to my expert's testimony, which isn't

14   in evidence yet, to ask about some particular fact.  She

15   doesn't need to refer to that declaration.  If she wants to

16   talk about something he did or didn't do, I don't have an

17   objection to that.  But as far as asking him to critique my

18   expert's declaration of what he's going to testify, I do have

19   an objection.

20          THE WITNESS:  If it would help the Court --

21          MR. FERGUSON:  Hold on.

22          I would like to be heard as well.

23          Again, it's the exact same objection that she

24   dropped on me about my clients.  In their declaration they

25   specifically talk about what they did to campaign for

```
 1   specific viruses.  I wanted to ask him about that.  She
 2   objected, facts not in evidence, it got sustained, and here
 3   we are, it's a two-way street, and I do not think that the
 4   witness can clear up this objection, and I just join in a
 5   request that you not let her do this, and if she has
 6   questions she wants to ask, ask them, but not about something
 7   that's not in evidence.
 8            THE COURT:  We didn't set this up for rebuttal of
 9   witnesses, so I don't want him to be now critiquing the other
10   expert's opinions.  You gave me your opinions, they're giving
11   me their opinions, and we're going to rest with the -- you
12   know, the declarations that were submitted.
13            So I'm going to sustain the objection.
14            THE WITNESS:  Would changing my meetings and such
15   tomorrow to delay my flight help the situation?
16            THE COURT:  Well, then we're going to be in a
17   situation we're going to call him in rebuttal.
18            MS. ROBBINS:  I don't think so.  I think that's
19   fine.  Thank you, though, for the offer.
20   BY MS. ROBBINS:
21   Q   So I wanted to go back, then, to your first declaration.
22   A   Yes.
23   Q   About -- and we're talking about PC Cleaner now.
24   A   Yes.
25   Q   And I want to show you, this is -- this is an exhibit
```

```
 1    that is already --

 2           MS. ROBBINS:  This was an exhibit from our exhibits.

 3    I'll show the defense counsel.  We just blew it up so he

 4    would be able to take a look at it.  We'll mark it as

 5    exhibit 40.

 6           Your Honor, may I put it on the easel, please?

 7           THE COURT:  What exhibit number is this?

 8           MS. ROBBINS:  It's going to be exhibit number 40.

 9           THE COURT:  Is there any objection to it?

10           MR. NICHOLSON:  If it's in the declaration, which

11    they're representing, then I don't have a basis.

12           MS. ROBBINS:  The only thing that's not in the

13    declaration is that this part is blown up.  So it's just

14    bigger to read it.  This is in the declaration.  Not in his,

15    in Martha Vera's.  This part is blown up so you can read it.

16           THE COURT:  It's already part of the declarations?

17           MS. ROBBINS:  Yes.

18           THE COURT:  Any objection?

19           MR. FERGUSON:  None here, Your Honor.  We're looking

20    for it, but I don't doubt that counsel's accurate, that it's

21    a part of the declaration.

22           MR. NICHOLSON:  Can they at least tell us where it

23    is in the declaration so we can just crosscheck it?

24           THE COURT:  I'll admit it without objection.

25      (Plaintiffs' Exhibit No. 40 entered into evidence.)
```

```
 1              MR. NICHOLSON:  Your Honor, may I just walk up to it
 2   and compare it real quick?
 3              THE COURT:  Yes.
 4              MR. NICHOLSON:  Thank you.
 5              THE COURT:  Is this the one that we were using
 6   yesterday?
 7              MR. NICHOLSON:  No, it's not.
 8              THE COURT:  It's not?
 9              MR. FERGUSON:  May I approach, Your Honor?
10              THE COURT:  Yes.
11              MS. ROBBINS:  It's page 362 in exhibit number 28.
12   BY MS. ROBBINS:
13   Q    So Mr. Skoudis, you testified that the undercover
14   computers that were used for the buy of PC Cleaner were clean
15   computers?
16   A    They were fresh installs.
17   Q    Fresh installed computers.
18   A    Without malware infection.
19   Q    And so can you just tell the Court how is it that on a
20   fresh install, that PC Cleaner Pro 2014 was able to find 8056
21   errors?
22   A    It found 8056 errors because it was counting under the
23   security defense each one of the individual Active X controls
24   that were not blocked.
25   Q    Right.
```

```
 1    A    But also in the privacy cleaner section, it was counting

 2    each one of the cookies associated with that individually.

 3            Also, under junk files and clutter, it was counting

 4    each Windows temporary file that had created by the operating

 5    system just under normal behavior as it runs, as well as the

 6    applications that run on it, it was counting each one of

 7    those individually.  That results in an inflated number about

 8    the actual number of problems on the computer.

 9    Q    And is it your opinion that it is deceptive to

10    characterize those cookies that way?

11    A    Yes.

12    Q    Okay.  And then is it also your opinion that it is

13    deceptive to characterize the blocking of those 926 items in

14    the -- in that way?

15    A    Yes.

16            MR. FERGUSON:  Your Honor, I'm going to object.  I

17    think it's your job to determine what is and is not

18    deceptive.  Accurate, or truthful, or false, but I think

19    they're just pushing this expert out to basically be the

20    adjudicator of fact here on this disputed issue, highly

21    disputed.

22            THE COURT:  I'll decide the ultimate issue.  All

23    right?  He can help me decide whether it's --

24            MR. FERGUSON:  Fair enough.

25            THE COURT:  So overruled.
```

```
 1              THE WITNESS:  I believe that to be the case, yes.
 2   BY MS. ROBBINS:
 3   Q    And --
 4   A    Especially, to give it some additional clarification and
 5   context, it says warning with an exclamation point after it.
 6   It's got a yellow triangle next to it with an exclamation
 7   point in it, something like a yield sign, or there's a
 8   significant concern, and it says 8056 problems require
 9   attention.
10              These temporary files are really not impacting the
11   computer at all and will be created every day that that
12   computer runs on a continual basis.  As users log into things
13   like Google or log into Amazon.com, those cookies will
14   continue to be there.  So I think it is untrue to say that
15   these problems, all of them, require attention.
16   Q    I want to go back to something defense counsel talked to
17   you about, the source code, he had mentioned source code.
18   A    Yes.
19   Q    Would source code help you analyze how the software
20   represents the results that you see?
21   A    No, no.  Source code would allow you to look at how it's
22   calculating those results, how it's measuring things, but I
23   don't have any reason to believe it is not measuring the
24   individual things correctly or calculating them correctly.
25   So therefore we were able to do our analysis without the
```

```
 1   source code by running the program using a form of analysis
 2   called dynamic analysis.
 3   Q   Okay.  And so the issue is more that it's the way in
 4   which it's categorized, as opposed to that it's not finding
 5   the right amount of numbers?
 6   A   That is --
 7   Q   It's not counting properly?
 8   A   That is my concern, that the way that it is
 9   characterizing, which you don't need the source code to see
10   that, because it's displayed right on the screen.
11   Q   Okay.  And I want to show you -- did you also have an
12   opportunity to analyze PC Cleaner Pro 2015?
13   A   I did, but briefly.
14        MS. ROBBINS:  Your Honor, I'd like to --
15   BY MS. ROBBINS:
16   Q   And did you, when you were analyzing PC Cleaner Pro 2015,
17   did you take any screen shots of what you analyzed?
18   A   Yes, I did.  I ran it over the space of about 30 to 60
19   minutes, just ran it again, and again, and again, as it
20   scanned my system repeatedly, just to look for if the results
21   would change each time it was run.
22        MS. ROBBINS:  Your Honor, I'd like to show the
23   witness the screen shots and mark this as Plaintiffs' exhibit
24   number 41.  And I'll give defense counsel copies.
25        MR. NICHOLSON:  Judge, I'm going to object.  This
```

```
 1    isn't the subject of prior declaration, and we're just now
 2    seeing these for the first time.
 3              MS. ROBBINS:  Your Honor, he brought it up on
 4    direct, and he asked the expert to -- he asked us to ask the
 5    expert to review PC Cleaner Pro 2015.  So I'd like to ask him
 6    questions about the difference in the program now as opposed
 7    to the 2014 version.
 8              THE COURT:  Who asked you to do what?
 9              MS. ROBBINS:  Sorry.  Defense counsel.
10              THE COURT:  They asked you what?
11              MS. ROBBINS:  To have the expert look at PC Cleaner
12    Pro 2015.
13              THE COURT:  When did they do that?
14              MS. ROBBINS:  Last week.
15              THE COURT:  Okay.  Why did you ask her to do it, and
16    then you don't want to know the information that he gathered
17    from it?
18              MR. NICHOLSON:  It's not a problem about knowing the
19    information, it's a problem about knowing the information
20    after I've cross-examined the witness without any advanced
21    notice that they had taken screen shots and that he had even
22    analyzed it.
23              MS. ROBBINS:  He has the opportunity to redirect or
24    recross.
25              THE COURT:  Well, either one or both of you asked
```

```
 1   him about the new updated version.

 2            MR. NICHOLSON:  I did.

 3            THE COURT:  Okay.  So if you asked that he look at

 4   it, then I guess, you know, you should find out what he

 5   learned about it.

 6            MR. NICHOLSON:  Well, that's why I asked him on

 7   cross-examination.

 8            THE COURT:  You'll get to recross him on whatever

 9   new information comes out.

10            MR. NICHOLSON:  Okay.

11            THE COURT:  All right.  I'll overrule the objection.

12            MS. ROBBINS:  I'll hand the Court the exhibit.

13   BY MS. ROBBINS:

14   Q    Does that look like the screen shots that you took when

15   you analyzed PC Cleaner Pro 2015?

16   A    Yes, it does.

17   Q    And do those look like true and correct copies of those

18   screen shots?

19   A    Yes.

20   Q    Could you please tell the Court what you did to analyze

21   PC Cleaner Pro 2015?

22   A    I downloaded it from the URL that was provided to me by

23   the FTC, and I installed it on a computer system and ran a

24   scan, and then I ran a scan again, and I ran a scan again,

25   and I did it several times between 30 and 60 minutes.
```

1    Q    And what did you find?

2    A    I found that it discovered a large number of issues, but

3    that it had -- instead of calling them problems or errors, I

4    guess is the case, problems, it had renamed them to issues.

5          The yellow sign with the exclamation point remains,

6    but I also noticed an interesting trend.  The number of

7    issues fluctuated significantly on my computer system.  And

8    you can see that as it varies each time I ran it.  I ran it

9    once and it gave me 389 issues.  I ran it again, it gave me

10   461.  I ran it again and I got 463.  I think that gradual

11   increase from 461 to 463 was due to temporary files.

12         I do believe it's important to point out I was doing

13   nothing with this computer system at all other than just

14   running this tool every several minutes.

15         It then went down to 391 issues, 395.  So you see

16   that gradual increase.

17   Q    Did you have the opportunity at all to find out exactly

18   what it was counting and whether it was counting accurately?

19   A    I did not have the time available to find out what it was

20   counting, but I have no reason to believe that it was

21   counting inaccurately.

22   Q    And does it still -- do those screen shots still show

23   the --

24         MS. ROBBINS:  Excuse me.  If I might go to the

25   exhibit.

```
 1   BY MS. ROBBINS:

 2   Q    Does it still show this severity bar?

 3   A    Yes, it does show the severity bar, which is, again, I'll

 4   point out, two different measurements.  One is performance,

 5   the other is security.

 6   Q    And what did you find when you looked at the severity bar

 7   for performance?

 8   A    The performance severity bar was consistently in the red,

 9   but the security severity bar went from green, up to red and

10   so forth.

11   Q    So, did it fluctuate?

12   A    It did.

13            The performance one did not fluctuate, but the

14   security one did.

15            MS. ROBBINS:  Okay.  I don't have anything further,

16   Your Honor.

17            THE COURT:  All right.  Any recross?

18            MR. FERGUSON:  None here, Your Honor.

19            MR. NICHOLSON:  Yes.  May I have a moment?

20            THE COURT:  Well, if you'd like, since you just got

21   these, to take a few minutes to look at them, I'll let you

22   before you recross.

23            MR. NICHOLSON:  Yeah, I need a few minutes just to

24   review them.

25            THE COURT:  Let's take a 10-minute recess.
```

```
1              MR. NICHOLSON:  Thank you, Judge.

2         (A recess was taken from 3:43 p.m. to 3:54 p.m., after

3     which the following proceedings were had:)

4              THE COURT:  Please be seated, everyone.

5              Are you ready?

6              MR. NICHOLSON:  I am, Judge.

7                         Recross-examination

8     BY MR. NICHOLSON:

9     Q   All right.  Mr. Skoudis, hopefully, just a few more

10    minutes and we'll wrap this up.

11    A   Yes, sir.

12    Q   I want to make sure that I didn't mishear something,

13    because I thought I heard counsel for the FTC ask you a

14    question about whether this program inflated the numbers.

15             Is it your testimony that this program in any way

16    inflates or artificially increases the number?

17    A   It is not, no.

18    Q   I want to make sure we're crystal clear on that.

19    A   Yes, sir.

20    Q   Now, with respect to the 2014 edition, you noted that in

21    the top it had the word "warning," correct?

22    A   Right.

23    Q   Now, you've already agreed with me that some of the items

24    that PC Cleaner Pro checks for are potential security risks

25    for the computer?
```

```
1    A    Yes, sir.

2    Q    But it's your testimony that somehow using the word

3    "warning" to alert the customer of the existence of a

4    potential security risk is misleading?

5    A    No, it's not the use of "warning" by itself, it's the use

6    of "warning" with the aggregate number right next to it,

7    which implies that the aggregate number of problems as it

8    labels them are associated with the warning.

9    Q    So it's not the word "warning" itself, it's, again, your

10   concern about the way the numbers are represented?

11   A    Which makes them seem larger, a larger number of problems

12   that require action.

13   Q    I understand that's your opinion.  You've made that very

14   clear.

15   A    Yes, sir.

16   Q    Now, clearly, some of the items that PC Cleaner Pro

17   checks for, and if they exist, reports, are -- do require

18   attention --

19   A    Sure.

20   Q    -- for a computer user, correct?

21   A    Yes.  For example, Windows patches.

22   Q    Okay.  And --

23   A    Security patches.  I should be clear.

24   Q    Now, when we were talking about the software earlier, we

25   went through the fact that when PC Cleaner Pro does its scan
```

1    and identifies the various issues, that it has a drill down

2    for what each of those things are, right?

3    A    That is correct.  And in the screen shots that we

4    recently received, I tried to show that drill down as I was

5    trying to determine whether it was aggregating those things

6    together.  You can see that from the screen shots.

7    Q    Let me ask you, in your opinion, would the average

8    computer user be qualified to go through that detailed list

9    and determine which ones were issues for them or not issues

10   for them?

11   A    Not in the deep drill down.  However, if there were more

12   information available for each one of these particular items,

13   I do think they would get a sense of what was particularly

14   important from a security of the system or the performance of

15   the system, whereas the issues associated with junk files and

16   clutter are not, or the cookies as we've talked back and

17   forth about so much earlier.

18   Q    And if they had someone like yourself sitting next to

19   them, certainly you would be able to explain to them in your

20   opinion which ones were important, which ones weren't, right?

21   A    Well, certainly that's the case, but I think the tool

22   needs to lend itself to allowing them to understand the true

23   state of their computer.

24   Q    But since it's not practical for each customer to have

25   someone like yourself sitting next to them, and since we

1    cannot expect every customer to appreciate the relative

2    import of each of these items, how would PC Cleaner or any

3    program possibly differentiate that for the customer, other

4    than reporting the list of potential problems?

5    A    By separating out those things that aren't problems from

6    those things that are problems.

7    Q    And, again, we've gone through some of these things you

8    absolutely agree with me are problems, correct?

9    A    Yes.

10   Q    And some of which you've testified, actually the Boost

11   hearing, that you didn't think they were of that much

12   concern, correct?

13   A    Because they happen in the normal nature of using the

14   computer system and characterizing them as a problem is

15   extremely misleading.

16   Q    And notwithstanding what you just said, those items can

17   nonetheless affect the performance of the computer, at least

18   some subset of them, correct?

19   A    For some computers the junk files and clutter could

20   impact performance.  It depends on if there's a lot of

21   additional free space, which the tool doesn't really check,

22   it just counts the number of those temporary files.

23          The cookies likely would not impact performance at

24   all, but do have the privacy potential, as you talked about

25   earlier, sir.

```
 1   Q    Okay.  Thank you.

 2          So again, someone like yourself would certainly be

 3   able to differentiate all of these things and make an

 4   intelligent decision which ones to act upon and which ones

 5   not, but would you agree with me that the average consumer

 6   doesn't have the ability to go through and identify which

 7   cookie might be a problem and which cookie might not be a

 8   security risk?

 9   A    Exactly.

10          I agree with that, and that's why the tool could

11   identify which of the cookies are a security problem and

12   which ones are not.

13   Q    And in --

14   A    Rather than counting them all as a problem.

15   Q    And let me ask you this.  As a computer security expert,

16   when you're advising your clients on computer security

17   issues, do you recommend that the virus protection, or

18   whatever measures they put in place, be over-inclusive, or

19   would it be better for them to be under-inclusive?

20   A    That's actually a very complex question.  It's a good

21   question.

22          We have an issue in our industry with false

23   positives and false negatives.  False positives is where it

24   identifies a problem that's not actually there.  False

25   negative is where it misses a problem.  We try to achieve a
```

1    balance between the two.  If you have too many false

2    positives you have people chasing their tails.  If you have

3    too many false negatives you have a lot of computer systems.

4         So what you have just described is indeed a

5    difficult problem that the various vendors work to optimize

6    against.

7    Q   Okay.  And is it unreasonable in your opinion for PC

8    Cleaner Pro, for the benefit of its customers, to choose to

9    have an over -- a slightly or a lot over-inclusive software

10   program instead of an under-inclusive program?

11   A   Yes, for cookies.  Because most of those cookies are not

12   a problem in any way, and certainly, this is an issue for

13   junk files and clutter.

14        So I would disagree with your previous statement for

15   some specific categories.  I think it's pretty clear that

16   that's the case, given how most cookies are not a problem.

17   Q   Okay.

18   A   Most clutter and junk files are just temporary and are

19   generated in the normal course of use of the system.

20   Q   Without going back through cookies and clutter ad

21   nauseam --

22   A   Thank you.

23   Q   -- you've agreed with me that at least some cookies are

24   problematic for security reasons?

25   A   Yes.

1   Q   Would you agree with me that the average consumer is not

2   capable of necessarily figuring out which ones might or might

3   not be a security risk for them?

4   A   Yes, I agree.

5   Q   Would you agree with me that the average consumer does

6   not have the technical expertise to determine which

7   extraneous clutter items might be beneficial in speeding up

8   their computer and which ones might not?

9   A   Correct, but software could help make that determination.

10  Q   The kind of software like PC Cleaner Pro?

11  A   It could, but by counting everything, it doesn't, and

12  that's the problem.

13  Q   I understand that's your view, but if a software

14  manufacturer makes the determination to be over-inclusive

15  instead of under-inclusive, when they're on the hook for

16  selling this product and on the hook for refunding the money

17  if the consumer's not happy, why is it unreasonable for them

18  to be over-inclusive?

19  A   Because I think it misrepresents the state of the

20  computer system.

21  Q   Again, that's your opinion in terms of this security

22  screen, right?

23  A   Yes.

24  Q   Okay.  And were you aware that PC Cleaner Pro had an

25  unconditional money back guarantee?

1    A    Yes, I was.

2    Q    Okay.  When you were doing the scans that you did of PC

3    Cleaner Pro 2015, what processes did you have running in the

4    background on the computer?

5    A    I had no spare processes running on the machine.  It was

6    just a Windows box by itself.

7    Q    So let me ask you, when you looked at these screens, can

8    you tell us what order these were done?

9    A    I believe -- and I don't have my source system to -- with

10   me.  It's not in the court right now, it's outside.  I

11   believe these are in the order that I took them, but I can't

12   confirm that.  You would have to ask counsel.

13   Q    May I retrieve that one from you for a moment?

14   A    Sure.

15   Q    Because -- thank you.

16          Okay.  I'd like to go through --

17   A    Is this the same set back or . . .

18   Q    It is the same set I just handed you back, yes.

19   A    Okay.  Thank you.

20   Q    So let me ask you to look at these four screens.

21   A    Okay.  By four screens, you mean the PC Cleaner Pro main

22   screen, right?

23   Q    And would you agree with me, if you can put them side by

24   side --

25   A    Yes, sir.

```
 1    Q    And let's go through the individual categories.
 2              Let's start with system issues.
 3    A    Yes.
 4    Q    Which I believe is the top one in each one.
 5    A    Yes.
 6    Q    With me?
 7    A    Yes.  I'm just checking to make sure it's the top one in
 8    each one.
 9    Q    Would you agree with me that the number is consistent
10    across each of the four scans?
11    A    Indeed.
12    Q    Thirty-seven items?
13    A    Yes, sir.
14    Q    Would you look at the PC optimizer screen.
15    A    Yes.  Column or row, I guess.
16    Q    Or row.
17              Would you agree with me that each of those are 24?
18    A    Yes.
19    Q    Okay.  Would you look at the privacy cleaner column, or
20    row, I guess.
21    A    Yes.
22    Q    And would you agree with me that three of them are 10 and
23    one of them is 11?
24    A    I agree, yes.
25    Q    So fairly consistent across the board there?
```

```
 1   A   Very similar, although I did not have the time to drill

 2   into what the difference was between those.

 3   Q   And would you look with me at the row for system

 4   performance.

 5   A   Yes.

 6   Q   Okay.  And would you agree with me that, again, three of

 7   these are 16 and one of them's 15?

 8   A   Yes, sir.

 9   Q   And, again, you didn't -- I assume you also did not have

10   the time to look at what the one variation there was?

11   A   Correct.

12   Q   Okay.  The junk files row.

13   A   Yes.

14   Q   Would you agree with me that two of these are 301, one's

15   302, one's 304?

16   A   Yes.

17   Q   Okay.  So fairly consistent across the board there?

18   A   Right.

19          And I believe that the later ones -- this is the

20   thing that helps to kind of indicate that they're probably in

21   order -- is that the system was creating temporary files as

22   it was just sitting there.

23   Q   And that was my next question.

24   A   Yes.

25   Q   Indeed, the fact that as it was sitting there, these
```

1    numbers increasing slightly would not be inconsistent with

2    what a computer might do naturally?

3    A    Correct.

4    Q    Okay.  So if we look, the one item that has a significant

5    variation is the Windows security screen --

6    A    Yes, sir.

7    Q    -- or row.  Would you agree with me?

8    A    I would agree.

9    Q    And two of these show 74 items, correct?

10   A    Yes.

11   Q    And the two where there's the significant, or the

12   difference, I'm not going to say significant, but the

13   numerical difference, that reports zero?

14   A    Yes.

15   Q    Okay.  Now, sir, in analyzing the software, you're aware

16   that when you run these scans, you can turn off portions of

17   that scan, correct?

18   A    I did not look at that capability or feature, no.

19   Q    And that if you don't run the security system scan, that

20   it would indeed read zero?

21   A    I ran the same scan configuration for each of those four

22   scans.  There was no difference between them.

23   Q    Do you have screen captures or video of what you did when

24   you ran these scans?

25   A    I do not.  I have the screen shots that I produced here.

```
 1    Q    Did you take a log key entry record --

 2    A    I did not, no.

 3    Q    Okay.  So we have to take your word that you somehow

 4    didn't accidentally turn off the security screen scan?

 5    A    I didn't reconfigure it at all.  I just relaunched the

 6    scan again and again and again.  No change in configuration.

 7              MR. NICHOLSON:  I have no further questions.

 8              Well, actually, yes, I do.  Sorry, I forgot.

 9    BY MR. NICHOLSON:

10    Q    When you were doing the review --

11    A    Yes, sir.

12    Q    -- did you also observe that in the 2015 version, there

13    are now hover boxes that discuss the specific nature of each

14    of these issues?

15    A    I did, yes.

16    Q    Did you look at those explanations?

17    A    I did.

18    Q    Were they accurate?

19    A    I found they were helpful, yes.

20    Q    Did you also observe that the 2015 version has an

21    explanation of the concern level?

22    A    Yes.

23    Q    In fact, there's extra color coding now, at least one

24    different additional shade to represent the relative concern

25    level of these items, correct?
```

1   A    Yes.

2   Q    In fact, the screens that you ran, with the exception of

3   the Windows securities issue, which you would have already

4   said Windows security issue would be an area of concern if

5   the computer wasn't properly protected, right?

6   A    Yes.

7   Q    That one detecting the items read medium-high?

8   A    Uh-huh.

9   Q    And that the other one was junk files clutter saying a

10  little over four gigabytes of junk files, that that one was

11  rated high?

12  A    Yes.

13  Q    The others were actually rated on the lower end of the

14  range, correct?

15  A    Sure.  But, again, remember my hesitancy to compare

16  apples to oranges.  So these numbers are not absolute.  To

17  your point, one single Windows security issue might be much

18  more important than a large grouping of junk files.

19  Q    And one last thing.  Did you observe that there was

20  difference in the verbiage on the top reporting the overall

21  scan results?

22  A    I noticed the difference in -- from before.  We went from

23  problems to issues, the word "warning" was removed, and the

24  verbiage, that sentence that's there does differ.

25  Q    For instance, in the scans where no security issue,

```
 1    system security issue, was found, the language says PC
 2    Cleaner Pro has found the following issues that may decrease
 3    your computer's performance, correct?
 4    A    Indeed, yeah.
 5    Q    Not alarmist, correct?
 6              THE COURT:  I'm sorry, did you answer that?
 7              THE WITNESS:  Yes.
 8              THE COURT:  What did you say?
 9              THE WITNESS:  I said yes, sorry.
10    BY MR. NICHOLSON:
11    Q    With respect to those screens that detected a potential
12    Windows security issue, the verbiage is:  PC Cleaner Pro has
13    found the following issues that may decrease -- oops, sorry,
14    decrease your -- try that again in English.
15              PC Cleaner Pro has found the following issues that
16    may decrease your computer's performance or compromise its
17    security.
18    A    Yes, the phrase "or compromise its security" is added.
19    Q    And if, indeed, there was a security, potential security,
20    system security issue found, that would be a fair
21    characterization, yes?
22    A    Indeed.
23              And I think what has changed in the tool is the
24    sentence there where there are both performance and security
25    issues as identified and characterized by the tool, the
```

```
 1    sentence is very similar to what was there in the 2014

 2    version.

 3           When there are no security issues, the 2015 version

 4    does not have the mention of security.

 5           MR. NICHOLSON:  I have nothing further, Judge.

 6    Thank you.

 7           MS. ROBBINS:  Your Honor, may I ask one more

 8    question?

 9           THE COURT:  Okay.

10                      Redirect Examination

11    BY MS. ROBBINS:

12    Q    You were just talking about the categorizing the

13    performance of the computer in the red zone?  That was one of

14    the issues that came up?

15    A    Yes.

16    Q    What was the performance like on the computer you were

17    running this on?

18    A    It was a very fast computer.  I had noticed no

19    performance issues.  It was not an issue at all.

20           MS. ROBBINS:  Okay.  Nothing -- nothing further.

21           THE COURT:  Can I ask a couple of questions?  Any

22    objection?  No?

23           MR. FERGUSON:  None, Your Honor.

24                          Examination

25    BY THE COURT:
```

```
1   Q   I thought I heard you say earlier in your testimony that
2   there was a fourth call that you --
3   A   No, it was a fourth image for the third call.  So there
4   were three calls.  Each of them had three images, but for the
5   call that we refer to as the Panda call, there was a fourth
6   image provided by the FTC.  It was another snapshot just
7   before and after they ran the antivirus tool.
8   Q   So there were only three calls?
9   A   There were only three calls, but there was three images
10  per call with the exception of the Panda call where there was
11  a fourth image.
12  Q   I thought you said call, but I may --
13  A   I may have misspoke.  I'm sorry, sir.
14  Q   I just wanted to clarify that.
15          With respect to your concern about the images, the
16  way that the issues are being portrayed on the screen shots,
17  and your concern that they, I guess, suggest that all of the
18  issues are equal weight or concern, when some are more
19  troublesome than others --
20  A   Yes, sir.
21  Q   -- or some may not be any concern at all, is it possible
22  for the computer program to actually focus on the ones that
23  are truly problematic in your judgment and exclude the ones
24  that are of no concern or little moment?
25  A   I believe it is.  I wouldn't have it exclude those other
```

```
 1    issues.  Those might be for some consumers something

 2    important to tell them.  My concern is conflating them.  It's

 3    aggregating them together.  But focusing on the issues that

 4    require immediate and important attention and then separating

 5    out the separate issues, such as the clutter and the cookies.

 6    Q   So is it possible for the -- a program to be designed

 7    that will do that, or do you need a human being to be able to

 8    actually tell you which ones are the ones to be concerned

 9    about and which ones aren't?

10    A   A program could be designed to do that, yes.

11              THE COURT:  All right.  Any follow-up?

12              MS. ROBBINS:  No, Your Honor.

13              THE COURT:  Any follow-up on my questions?

14              MR. FERGUSON:  Hold on.  I'll leave it to them.

15              MR. NICHOLSON:  Actually, Judge, I do have a couple.

16              THE COURT:  Okay.

17                        Recross-examination

18    BY MR. NICHOLSON:

19    Q   You're familiar with Norton System Utilities, correct?

20    A   Sure.

21    Q   And a couple of other programs we've talked about that do

22    similar functions?

23    A   AVG and others, yes.

24    Q   They have very similar reports regarding the items that

25    they scan for and find, correct?
```

```
 1    A    Yes.
 2              The larger vendors, though, tend to be more careful
 3    in separating out things into categories, or not using terms
 4    like problems or errors.
 5    Q    Are you sure about that?
 6    A    Well, it's not in every case.  I said generally.
 7    Q    Okay.
 8    A    There are many versions of Norton.
 9    Q    Do you recall during your testimony in the Boost hearing
10    that, indeed, you were cross-examined on two programs, two of
11    those major programs, that actually used the word "error" and
12    "problem," correct?
13    A    Yes.  But I believe, and we would have to look at the
14    details, that the errors and problems were associated with
15    actual registry inconsistencies, and they were separating out
16    the cookie issue and the clutter issue, if you want to call
17    it that.
18    Q    Okay.
19    A    Yeah.
20    Q    And 2015 uses the word "issues," correct?
21    A    Yes, sir.
22    Q    Okay.  The Judge has asked you is it possible to
23    construct a program that would somehow glean which of the
24    temporary Internet files are problematic, somehow glean which
25    of the cookies a person might want to remove.  Is that your
```

1    testimony?

2    A    Yes.

3           I could get more specific if you'd like, but I don't

4    know if you would.

5    Q    Does such a program exist on the market today?

6    A    Sure.  There are a variety of antivirus tools themselves

7    that characterize the different findings that they have on

8    the machine, but they're full blown Endpoint security suites.

9    Norton sells one, McAfee sells one.

10          PC Cleaner Pro is moving in the direction of a

11    full-blown security suite, but it's not there yet.

12   Q    So when you say a full-blown security suite, are you

13    talking about an enterprise level product?

14   A    No, they sell them for consumers, too.

15   Q    Okay.

16   A    You probably have one installed on your computer system.

17   Q    I doubt that, but, okay.

18          So when you say suite, now you're talking about

19    multiple programs?

20   A    That work together and are sold as a single product.

21   Q    And you're telling me that such a program can determine

22    which cookie a customer might want to remove?

23   A    Well, it could identify cookies that are planted there by

24    malicious websites to track that user and then separate those

25    things from other cookies that are just normally included on

1    the system.

2    Q    You would agree PC Cleaner Pro identifies the problematic

3    ones, as well.

4    A    It identifies all cookies.

5    Q    You're concerned about it being over-inclusive?

6    A    I'm concerned that it counts all cookies, when the vast

7    majority of cookies are not a problem at all.

8    Q    When you say there's a program that can do this, what

9    program in particular are you telling us can determine which

10   cookie and which temporary Internet file should be removed

11   versus not?

12   A    I don't have an example for you I'm sorry to say, but you

13   could -- you could have an inventory.  Just like it has an

14   inventory of malware, you could have an inventory of

15   malicious cookies, you could also have an inventory of

16   non-malicious cookies.  In other words, if it treated the

17   malware category and separated out the cookie category into

18   those that are truly a concern versus those that were routine

19   usage of the computer system, it would be giving an accurate

20   statement about the computer system.

21   Q    Okay.  So let me just make sure I got the last question

22   and answer right.

23   A    Yep.

24   Q    You're saying theoretically such a program can exist, but

25   you can't name one?

```
 1    A    That is correct.

 2              MR. NICHOLSON:  Thank you.  I have no further

 3    questions.

 4              THE COURT:  All right.  Thank you, sir.

 5              THE WITNESS:  Thank you.

 6              THE COURT:  I'm sorry, can I ask another follow-up

 7    question based upon Mr. Nicholson's questions?

 8                            Examination

 9    BY THE COURT:

10    Q    And this is just -- I'm not expecting you to necessarily

11    have an answer to this.

12    A    Okay.

13    Q    But if you say it's possible to design a program that

14    would do what you would like to see their program do, but

15    you're not sure if one exists --

16    A    I don't believe one actually does exist.

17    Q    Okay.  Then economically feasibly, is it feasible to put

18    such a product on the market that would be economic and for

19    someone to actually buy?

20    A    I do believe it would be feasible.  The reason that the

21    industry hasn't created a tool like that is because the

22    industry is not aggregating all cookies and marking them as a

23    problem on an industry perspective.

24              Most cookies, 98 percent on your typical computer,

25    are completely benign.  They're there for purposes of keeping
```

```
 1    that user logged into Google and so forth.

 2           We have the capability and the option included in

 3    the browsers to wipe out all of the cookies.  The problem is

 4    when you count all those cookies together as a problem.

 5           But I do believe, to answer your question directly,

 6    that a product like that could be created, could be released

 7    in the industry, but the industry deals with the problem

 8    either by individual cookie editing, the browsers include the

 9    ability to turn off or on cookies, add or remove a cookie, or

10    to delete the cookies entirely.

11    Q   All right.  So you think it's economically feasible to

12    produce such a product?

13    A   Yes.  In fact, it'd be easier to do than to create an

14    anti-malware product.

15           THE COURT:  Any additional follow-up?

16           MR. FERGUSON:  No, Your Honor.

17           MR. NICHOLSON:  No, Your Honor.

18           THE COURT:  Okay.  Thank you, sir.

19           THE WITNESS:  Thank you, sir.

20           THE COURT:  So are we going back to the defense

21    witnesses?

22           MR. NICHOLSON:  I think they rest at this point.

23           MS. ROBBINS:  Your Honor, yeah.  So the only thing

24    before we rest is that there are two exhibits that we just

25    need to admit.  These actually have to do with the Rule 807,
```

```
 1    the motion in limine.  So these were -- it's just the

 2    business declarations from the BBB woman, which is

 3    exhibit 19, and then exhibit 42, which is the actual BBB

 4    complaints that were too voluminous to put in paper.  So I

 5    want to just move those into evidence pending Your Honor's

 6    ruling.

 7              THE COURT:  All right.  Is there any objection to

 8    the affidavit?

 9              MR. NICHOLSON:  There is, Your Honor.

10              THE COURT:  To the affidavit?

11              MR. EDMONSON:  Yes, it's an affidavit that was

12    presented as an affidavit of a witness who was going to

13    testify.  The witness never testified, was never made

14    available for cross-examination and was never here, which

15    clearly contravenes the Court's order.  To put in a

16    declaration as direct testimony in this case, the witness has

17    to be available for cross.

18              THE COURT:  This is just a records custodian.

19              MR. EDMONSON:  Well, the declaration contains a

20    number of statements that I would hardly characterize as just

21    a records testimony -- excuse me, records verification,

22    including on, opining on the BBB rating of the Defendant at a

23    given time, things of that nature which are the hardly in the

24    nature of records.

25              MS. ROBBINS:  Your Honor --
```

```
 1            THE COURT:  I thought the affidavit you were

 2   referring to was just authenticating the record of the

 3   complaints.

 4            MS. ROBBINS:  That authentication is in the

 5   affidavit, and that's all that we're relying on.  We're not

 6   relying -- there are some other paragraphs in there, but we

 7   are not relying on those.  Merely just to authenticate the

 8   BBB records.

 9            THE COURT:  Is there any reason I shouldn't accept

10   the affidavit just to authenticate the records and then later

11   decide whether I'm going to accept the record?

12            MR. FERGUSON:  Well, the first thing I think of is

13   if that's the case, can they redact out the paragraphs

14   they're not relying on?  You've got a lot to read, and I know

15   this is the type of thing you're not going to sit on for a

16   long time because of the nature of the posture of this case.

17   So could they just redact out the paragraphs?

18            THE COURT:  Could you redact the paragraphs?

19            MS. ROBBINS:  Sure.

20            MR. EDMONSON:  That would result in redacting the

21   entire declaration because none of the records are attached

22   here.

23            THE COURT:  I assume that this woman, I think it's a

24   woman you said, maybe it's a man, whoever it is, this affiant

25   is saying these are copies of the -- our complaints that we
```

```
 1    received on the so-and-so of the business -- Better Business

 2    Bureau, and we've received these complaints, and these are

 3    true copies of the complaints we received.

 4         MS. ROBBINS:  Your Honor, if they would like to

 5    stipulate that these are the records without having this in

 6    evidence, that's fine.

 7         MR. EDMONSON:  I don't know why we would be asked to

 8    stipulate.  I think what you're asking is paragraph 7 of this

 9    declaration says that the San Diego BBB received at least 26

10    complaints, and that they provided copies of the complaints

11    to the FTC.  If all they're asking is that subject to all of

12    the other objections that we will and have already indicated

13    we'll raise to those complaints, the only purpose of this

14    declaration is to allow them to later try to admit those 26

15    complaints, no more, and none of the other evidence that is

16    contained in the declaration is ever going to be admitted,

17    then with -- you know, we won't stipulate to that, but the

18    only objection we'd have then is they didn't make the witness

19    available.

20         THE COURT:  But why do you need the witness

21    available?  Are you going to challenge this witness as not --

22    these are really not the complaints that we received?

23         MR. EDMONSON:  If that's the only thing it's for, is

24    to authenticate those 26 documents, then we'll withdraw the

25    objection.
```

```
 1                THE COURT:  That's what I understood.

 2                MS. ROBBINS:  That is the only thing.

 3                THE COURT:  Okay.

 4                MR. EDMONSON:  As long as everything else in the

 5     declaration is stricken.

 6                THE COURT:  We don't need the declaration if you

 7     would just agree that those are true copies of the complaints

 8     that they got.

 9                MR. EDMONSON:  That's fine, Your Honor.

10                THE COURT:  And I will decide later whether to rely

11     on them and accept them into evidence.

12                MR. EDMONSON:  That's fine, Your Honor.

13                THE COURT:  Okay.  Is there anything else you need

14     before you rest?

15                MS. ROBBINS:  No, Your Honor.

16                THE COURT:  What's the number of the exhibit of the

17     actual complaints?

18                MS. ROBBINS:  Forty-two.

19                THE COURT:  Forty-two.  Okay.  Forty-two has been

20     identified as authentic.  I will decide later whether to rely

21     upon those complaints at a later date.

22                All right.  Anything else from the FTC and the State

23     of Florida?

24                MS. KIZIAH:  No, Your Honor.

25                MS. BURTON:  No, Your Honor.
```

```
 1                THE COURT:  Okay.  Thank you.
 2                MR. FERGUSON:  As much as I want to blurt out motion
 3      for directed verdict, I won't do that because I know that
 4      that's not appropriate at this -- in this proceeding.  But I
 5      do have one thing that I'd like to move into evidence that I
 6      thought was going to be moved into evidence by the
 7      Plaintiffs.
 8                This is the declaration of John Konopka.  He is an
 9      investigator with the Florida Office of Attorney General.
10      This was originally presented as a witness, I guess it was
11      going to be live, we can cross-examine or the declaration
12      will come in.  Apparently they didn't bring him and they
13      don't want to rely on this.  We do.  It's a declaration of a
14      party opponent.
15                Talks about going out to our offices and seeing big
16      huge signs with our names on it and easily locating us, and
17      there's woven throughout the pleadings are insinuations that
18      my guys are hiding from law enforcement and the public.
19                So we would like to move this affidavit in as
20      evidence on the admission of a party opponent rule.
21                THE COURT:  The Plaintiffs have chosen not to
22      present this witness?
23                MR. FERGUSON:  Yes, Your Honor.
24                THE COURT:  Okay.
25                MR. FERGUSON:  They chose not to submit the
```

```
 1    declaration.  Originally it was given to us in a pile that

 2    would be submitted for this proceeding, and we would have

 3    stipulated that this witness did not need to come, but we do

 4    want you to consider this declaration, because we think it

 5    contains evidence that is -- rebuts much of the allegations

 6    of hiding and whatnot that they've levied against my clients.

 7              THE COURT:  Do you have any objection?

 8              MS. BURTON:  We have no objection to admitting this

 9    into evidence.  The reason we didn't put him on the stand was

10    just efficiency.  And he's available if anyone would like to

11    cross-examine him.

12              MR. FERGUSON:  I wasn't planning on cross-examining

13    him.

14              THE COURT:  There's no objection, so it's admitted.

15              MR. FERGUSON:  I'm just passing on the opportunity

16    to bring him up for no reason.

17              THE COURT:  All right.  So what exhibit is that

18    going to be?

19              MR. FERGUSON:  I believe it would be Defendant's 21,

20    Your Honor.

21              Oh, I'm sorry.  It's Plaintiffs' exhibit 21.

22              THE COURT:  No, this is now a defense exhibit.  So

23    you tell me what defense number is it?

24              MR. FERGUSON:  Defendant's --

25              THE COURT:  How about 50, okay?  Defendant's
```

```
 1    exhibit 50.  How is that?

 2            MS. BURTON:  Your Honor, if it's easier, we're happy

 3    to submit it as our own exhibit and just keep the exhibit

 4    number.

 5            THE COURT:  We're making this a lot more

 6    complicated.

 7            MR. FERGUSON:  We'll leave it at that.

 8            THE COURT:  What number is it for the Plaintiffs'?

 9            MS. ROBBINS:  Twenty-one.

10            THE COURT:  Plaintiffs' 21 is admitted without

11    objection.

12         (Plaintiffs' Exhibit No. 21 entered into evidence.)

13            MR. FERGUSON:  May I bring it up, Your Honor?

14            THE COURT:  Sure.

15            All right.  So where are we as far as the defense?

16            MR. NICHOLSON:  I'm going to go out of turn at this

17    point.  With the Court's permission, I have an expert that

18    can only be here today, and I would like to go out of order

19    and call him with -- I think I already have the other party's

20    consent.

21            MR. FERGUSON:  We have no problem with that, Your

22    Honor.

23            THE COURT:  Are we going to finish him today is the

24    question.

25            MR. NICHOLSON:  I certainly hope so.
```

```
 1              THE COURT:  Who is this witness?

 2              MR. NICHOLSON:  This is William C. Easttom, II.  I

 3     believe the Court's already familiar with him.

 4              THE COURT:  All right.  Bring him in.

 5        William Charles Easttom, II, Defendant's witness, sworn.

 6              THE COURT:  Please be seated.

 7              Sir, if you could tell us your name and spell your

 8     last name, please.

 9              THE WITNESS:  William Charles Easttom, II.  The last

10     name is spelled E-a-s-t-t-o-m.

11              THE COURT:  Thank you, sir.

12              MR. NICHOLSON:  We would move the declaration of

13     William C. Easttom into evidence.  I don't know if the Court

14     needs a physical copy.  It was previously filed with the

15     Court.

16              THE COURT:  I have it somewhere.

17              Any objection?

18              MS. BURTON:  No objection.

19              THE COURT:  Admitted without objection.  What number

20     is that?

21              MR. NICHOLSON:  Well, let's call it defense -- I

22     believe we're up to Defense 2.

23          (Defendant's Exhibit No. 2 entered into evidence.)

24              THE COURT:  Thank you.

25              All right.  Cross-examination.
```

```
 1              MS. BURTON:  Yes, please.
 2                       Cross-examination
 3  BY MS. BURTON:
 4   Q   Good morning, Mr. Easttom.  Actually, good late
 5  afternoon, I should say.
 6   A   Good afternoon.
 7   Q   Do you have a copy of your declaration?
 8   A   Not with me.
 9              MS. BURTON:  May I approach the witness?
10              THE WITNESS:  Thank you.
11  BY MS. BURTON:
12   Q   Mr. Easttom, I'm an attorney for the Federal Trade
13  Commission.  I'm going to be asking you a couple of questions
14  about your declaration and your opinion in this case.
15              Let's start by turning to paragraph 6 of your
16  declaration.  So in paragraph 6 through approximately --
17  well, exactly 27, looks like you spend a fair amount of time
18  discussing whether registry cleaners and PC optimizers are
19  generally useful; is that correct?
20   A   That's correct.
21   Q   But you understand that the issue in this case is the way
22  these products are sold, not the general utility of this type
23  of product, correct?
24              MR. NICHOLSON:  I'm going to object to the
25  characterization.  It's to the Court to determine what the
```

```
 1    issue is on an expert witness.

 2              THE COURT:  Overruled.

 3    BY MS. BURTON:

 4    Q    Did you do any analysis of the way these products were

 5    sold?

 6    A    No, I did not do a marketing analysis, no.

 7    Q    Did you see -- were you aware that the PC Cleaner scan is

 8    run in two very different -- two different circumstances.

 9    The first being before a consumer purchases the product and

10    the second being after they've purchased it, and then they

11    can run scans whenever they want?  Are you aware that there's

12    that distinction?

13    A    Well, I'm aware you can run different scans at different

14    times.  I don't know that I would characterize those as very

15    different as you just did.

16    Q    Okay.  But did you, in your analysis, distinguish between

17    a scan that a consumer might run prior to purchasing the

18    product and a scan that the person might run subsequent to

19    purchasing the product?

20    A    No, I saw no significant technical differences.

21    Q    Are you aware that -- were you aware that there are --

22    that it does occur in both of those circumstances?

23    A    I'm aware that as with many products, you can run a

24    limited version prior to purchasing, and then purchase and

25    run a more full featured version, yes.
```

1    Q    And do you know whether what you were testing was a

2    limited version or a full version?

3    A    Well, I read it once with the limited, and then I ran the

4    full version to get the additional features.

5    Q    And was -- were the results any different between the

6    limited version, as you call it, and the full version?

7    A    The full version checked more areas basically.

8    Q    Okay.  So your opinion is that there is a difference

9    between the limited version that a consumer might experience

10   before they purchase the product and the more full version of

11   PC Cleaner that they might use after they had purchased the

12   product?

13   A    There's a difference in the breadth of items checked,

14   yes.

15   Q    And just to clarify, did you test both of those

16   circumstances?

17   A    Yes.

18   Q    Okay.  Can you look at paragraph 21 of your declaration?

19   A    I have it open.

20   Q    Okay.  You say that software un-installation often leaves

21   fragments behind, correct?

22   A    That's correct.

23   Q    And then in paragraph 23, you said it also left behind

24   significant fragments, correct?

25   A    Yes.

```
 1    Q    And then in paragraph 24 you say that Bonjour also left

 2    behind artifacts in the Windows registry, correct?

 3    A    That's correct.

 4    Q    Is there a difference between fragments and artifacts?

 5    A    Well, in this particular case, the fragments, as you can

 6    see in the screen shot, are specific files that you can find

 7    on the computer by using Windows Explorer.  What I refer to

 8    as artifacts are items left in the registry, which would not

 9    be quite the same thing as finding a file on your computer,

10    it would be a key left in the registry.

11    Q    Okay.  Thank you for clarifying that.

12          In paragraph 21, going back to that, you said that

13    Norton Utilities left fragments behind.  Did it leave running

14    services?

15    A    Yes.  In fact, what you see in the picture there, the SSD

16    monitor is a service that actually continually runs.  I had

17    to manually shut it down.

18    Q    What about -- sorry.  Is there a difference between

19    what's running in paragraph 21 and what's running in

20    paragraph 22?  Are those both the same Norton Utilities?

21    A    They're both the same Norton Utilities.  In 21, what

22    you're seeing is an actual full program.  Most applications

23    that a user purchases today are actually several little

24    programs.  What you're seeing in 21 is a full program that

25    was left totally un-installed and running on the system after
```

1    I used Windows un-installation.

2          What you're seeing in paragraph 22 are specific

3    registry keys that were left even after I ran the Windows

4    un-installation.

5    Q    But those registry keys are not running services,

6    correct?

7    A    Well, that's not the nature of a registry key, no.

8    Q    Okay.  And when you tested Bonjour, what you talk about

9    in paragraph 23, you talk about fragments, and in

10   paragraph 24 you talk about artifacts, again, are those

11   running services that are left behind?

12   A    Well, under the paragraph 23, yes, some of that was

13   running services.  In 24, we're talking about registry keys.

14   A registry key and a Windows service are two different

15   things.

16   Q    Thank you.

17          In paragraph 28, you state that in order to sort of

18   simulate the normal user, you took a virtual machine and you

19   spent about an hour or so doing some things that a consumer

20   might normally do, correct?

21   A    That's correct.

22   Q    In your view, is that a -- is that an accurate way to

23   prepare a computer to run a scan?  Setting aside that

24   obviously there would be less activity on the computer.

25   A    Not only is it accurate, it's really the only way, as I

```
 1    discuss elsewhere in my report.  Simply opening up a computer

 2    out of the box is not going to give you an accurate result.

 3    Q   But if, subsequent to opening that computer out of the

 4    box, you then spent some time downloading a few things, going

 5    to some websites, having some files open, that would better

 6    replicate the consumer experience, or a typical computer?

 7    A   Yes.  And the more such activity you do, the more closely

 8    it would emulate what end users would experience.

 9    Q   So if you did that over the course of several days, for

10    example, would it be more accurate than if you did it over

11    the course of one hour?

12    A   It certainly would be closer to a real user's experience.

13    Q   Okay.  Thank you.

14            So let's go to --

15            So first, you ran Norton Utilities 16, correct?

16    A   Yes.

17    Q   And according to your declaration, that found 136

18    registry errors, correct?

19    A   That's correct.

20    Q   And then after that, you ran Windows Registry Power

21    Cleaner, correct?

22    A   That's correct.

23    Q   And it found 1070 errors?

24    A   Well, it was not just registry errors.  But, yes, that's

25    correct, 1070.
```

```
1    Q    And then you installed PC Cleaner Pro 2014, correct?

2    A    That's correct.

3    Q    Where did you get that version of PC Cleaner Pro?

4    A    From the vendor.

5    Q    What do you mean from the vendor?  Did you download it

6    online?

7    A    No, I believe the link was sent to me.

8    Q    Okay.  By Defendants?

9    A    Counsel.

10   Q    And do you know whether what you were looking at at that

11   point was a -- the sort of free trial version or the full

12   version?

13   A    Well, at that point, I had the full version.  I was told

14   that this is what a person might purchase.

15   Q    Okay.  And so you -- at this point, you're replicating

16   what a consumer would experience after they had purchased the

17   program?

18   A    That's correct.

19   Q    And you said that you tested the free scan version at

20   some point.  At what point was that testing done?

21   A    Well, once I had completed all this testing and had

22   pretty accurate results, just for my own curiosity I went

23   out, independent of counsel, and downloaded and ran, and I

24   saw significantly that basically it tested fewer areas.  And

25   that's pretty normal for Symantec or any of them.
```

1          Your trial version will either work for a shorter

2    period of time or it will test a certain limited number of

3    areas, and the full version tests everything.  I didn't see

4    anything alarmingly different.

5    Q   But the full version, do you believe, is a more accurate

6    version, has more accurate results?

7    A   I don't know if it's more accurate.  It tests more areas.

8    Q   Okay.  Other than testing more areas, did you identify

9    anything else about the free scan that makes it any different

10   than the full version?

11   A   No.

12   Q   So when you ran this PC Cleaner version -- and just to be

13   clear, this was the 2014 version that you are talking about

14   running here in these paragraphs?

15   A   Yes.  And later in my report I mention also doing 2015.

16   Q   Okay.  And the PC Cleaner scan identified 2217 problems,

17   correct?

18   A   That's correct.  As I point out later in my report with a

19   chart, PC Cleaner Pro tests a few areas other products don't

20   test.

21   Q   Okay.  But the total number reported was more than twice

22   the number of problems identified by Windows Registry Pro

23   Cleaner -- Power Cleaner?

24   A   Yes, because, again, it checks several areas that Windows

25   Registry Cleaner doesn't.

1    Q    Uh-huh.

2         And it was more than 2000 more problems than the

3    Norton scan, just to be clear?

4    A    No, the Norton scan, all I showed here were the registry

5    problems.  It found other problems, but I identified and

6    highlighted the registry issues.  Norton had other issues it

7    had found.

8    Q    Do you remember what that total number was?

9    A    It was in the hundreds.  It was under a thousand, but it

10   was several hundred.

11   Q    Okay.  So this number is still substantially higher than

12   what one might see when running Norton?

13   A    Exactly as I would expect, since it tests additional

14   areas.

15   Q    Okay.  Can I ask you about the screen shot in

16   paragraph 43?  Sorry.  That's the wrong screen shot.

17        No, it is the correct one, I'm sorry, 43.

18        So if you look at screen shot in paragraph 43, it

19   identifies five instances of malware or five -- there is a

20   number 5 in the malware line.  Do you see that?

21   A    That's correct.

22   Q    In your one hour of replicating a normal user behavior,

23   do you believe that you managed to somehow infect your

24   virtual machine with five pieces of malware?

25   A    Yes.  If you'll read the description there, it says

```
 1    viruses, spyware and adware.  In the installation of one of

 2    the utilities, particularly iTunes, if you're not careful and

 3    click "no" to the right things, you will install pop-up ads.

 4    There's lots of things in the Internet that give you adware,

 5    which are very annoying to most end users.

 6    Q   Is it dangerous, these ads that iTunes puts on everyone's

 7    computer?

 8    A   Ads in general are dangerous.  They're incredibly

 9    annoying, and they can inhibit your productivity because

10    you're trying to work, and you're responding to all these

11    silly ads that you're not interested in.

12    Q   And did you actually drill down to see what these five

13    instances of malware were, or are you just saying generally

14    your opinion would be it's probably iTunes' associated

15    adware?

16    A   I might say my many years of experience you get adware

17    all the time.  It's very easy to.  So, yes, it seems to be

18    this was most likely adware.

19    Q   Just to be clear, this screen does not distinguish

20    between adware or malware, or I think it also includes

21    spyware -- sorry, viruses, spyware and adware?

22    A   Well, actually it does.

23         If you'll notice on the right there's a bar that's

24    color coded and tells you how severe the issue is.  And in

25    this case another indication it was just adware is it ranks
```

1    it as pretty low severity, a minor issue.  Had it been

2    spyware or virus, it would have ranked medium high or high.

3         So it tells the end user, yes, this is a problem,

4    but for example in this case it's not a really big problem.

5    Q   Okay.  If you look at the line, two lines down, PC

6    optimizer new exclamation point.

7    A   I'm sorry, I'm not sure where you're at.

8    Q   Sorry.  Same screen shot.

9    A   Okay.  Yes.  I was trying to look at the paragraphs and I

10   couldn't find that.

11   Q   So we were looking at malware.  If you drop down to

12   there's PC itemizer new?

13   A   Yes.

14   Q   And that line seems to indicate that there are 23 issues?

15   A   Yes.

16   Q   Correct?  And it has a high or red in color level.  I

17   don't know if you have color shots.  I do not.

18   A   I can see it filled all the way to the end, so, yes.

19   Q   You'll notice there is a speedometer, I believe that's

20   what you call it, or what the PC Cleaner Defendants have

21   called it, a speedometer in the under right-hand corner that

22   is sort of a gage, correct?  And it goes red to green.

23         And that also is on, I believe, the high slash red

24   end of the spectrum; is that correct?

25   A   Well, actually the gage is on the low, because it's the

1    opposite.  The gage is showing you you're currently getting

2    lower than optimal performance, and when you look at that

3    section down below the PC optimizer, it's telling you the

4    issues with your performance are actually quite high.

5    Q   Let me clarify.

6         The red zone on the performance gage is actually the

7    bad place to be, correct?

8    A   Yes.

9    Q   You would like to be on the high end where it's green so

10   that your performance is high, correct?

11   A   Yes.

12   Q   Okay.  In your one hour of replicating normal user

13   behavior, do you believe that those actions crippled your

14   computer's performance to the extent that your computer would

15   be performing at its minimal level?

16   A   Well, in this case it's not a matter of what I believe,

17   as I have screen shots here that show after cleaning we freed

18   up significant amounts of memory, significant amounts of

19   performance improvement.  So it's measurably proven that,

20   yes, my simulation did enough to reduce performance and that

21   the PC Cleaner Pro corrected that.

22   Q   But based on your experience as an expert with computers,

23   a normal user running their computer for one hour under

24   normal circumstances, would that be sufficient to bring their

25   computer from maximum level productivity down to minimum

1    level of productivity?

2    A   Certainly can be.  A lot depend on factors.

3              For example, if you tend to use Internet Explorer as

4    your browser instead of Chrome, Internet Explorer leaves lots

5    of junk.

6              If you did as I did and installed certain tools,

7    some tools, like iTunes, come with a lot of extra junk,

8    others don't.

9              So, yes, an hour of use could really dramatically

10   reduce the performance you're getting out of your PC.

11   Q   And the things that you did in that one hour where you

12   were replicating that experience, you feel like those were

13   things that would have crippled the productivity of the

14   computer to this extent?

15   A   Well, I don't know if I'd use the word "crippled," but,

16   yes, they did reduce the productivity.  And, again, that's

17   not a matter of opinion.  It's measured in my report.  It's a

18   fact.

19   Q   But most consumers, you would agree, use their computer

20   for many, many hours without running any sort of cleaner or

21   optimizer.  Not even hours, but days, weeks, years without

22   doing so, correct?

23   A   Well, I think a lot of people don't run optimizers, but I

24   know from personal experience with not so computer savvy

25   relatives, such as my mother who I'm going to see next week,

```
 1    that by the time I see their computer it's in terrible

 2    condition, and a large part of my holiday is spent cleaning

 3    it up.  So maybe they should.

 4    Q   So would you recommend that someone run a program like PC

 5    Cleaner on an hourly basis to ensure that their computer

 6    stays at optimal levels?

 7    A   I don't know if I would say hourly, but after conducting

 8    these tests, I am actually considering installing this very

 9    product on my mother's computer next week.

10    Q   Under security defense in that same paragraph, you see

11    that there it identifies 982 problems?

12    A   Yes, I see that.

13    Q   Did you look any deeper to see how that number was

14    generated?

15    A   No.

16    Q   Would this -- do you believe that this is where the

17    software would check to see whether certain pieces of malware

18    were blocked?

19    A   Well, it's going to check several things, and it's

20    actually defined in that paragraph there.

21          Active X components are a big problem because

22    they're so easy to subvert for some malicious purpose.  Flash

23    Player has been hit so many times with malware that subverts

24    it to transmit spyware or virus or something of that nature.

25          It also mentions in here checking for general
```

1   Windows vulnerabilities.

2          Something interestingly enough I was just telling to

3   a security class last week.  Microsoft Windows has some very

4   good recommendations, but their default configuration for

5   their product is horribly un-secure (sic), and usually you

6   need to change that and fix it.  And this section is

7   checking, in addition to spyware and adware and Active X,

8   it's checking for some of those Windows issues.

9   Q   Just to clarify.  Wouldn't spyware and adware fall into

10  the malware category, or would it be double counted in both

11  of these?

12  A   It's not a double count.  It's two different issues you

13  have.  You have general malware that could cause a problem.

14  Then you have Active X who could be behaving or supporting

15  the activity of malware.

16          As I mentioned, Flash is a great example.  The Flash

17  Player is not malware.  You can't watch Flash animations

18  without it.  But because of the way it's built, and it's

19  vulnerable to various scripting attacks, it becomes a

20  springboard for malware.  So you could look at the malware

21  that infects it as being one problem, and its own

22  vulnerability as being yet a second separate problem.

23  Q   But in this section, if it were to search for blocks of

24  malware, for example, that isn't active anymore and hasn't

25  been for many years, would it be important for a customer to

1  know that their computer doesn't block malware that is not

2  active or out there at all?

3  A   Well, active and out there are two different issues.  If

4  it's on your computer, it's obviously out there by

5  definition.

6        As far as inactive malware, I would absolutely find

7  that important.

8  Q   So is it your opinion that in order to accurately count

9  these numbers, PC Cleaner Pro should actually search for

10  every piece of known malware, make sure that the registry is

11  blocking every single piece of known malware since the

12  beginning of time?

13  A   Well, you've conflated two issues.  The registry doesn't

14  block malware.  That's a separate issue, the registry.

15        As far as blocking malware, that's not what it's

16  saying here.  It's saying there are vulnerabilities to make

17  it possible for the malware to operate.

18        Give you a really great example.  Windows 2000, when

19  it shipped, the web server, if you installed Windows 2000

20  server, whether you knew it or not, the web server was turned

21  on, running and allowing anonymous access.

22        Now, whether anyone used that or not, it's still a

23  very serious problem that you needed to correct.  So that's

24  an example of a vulnerability that may be currently dormant,

25  no one's using it.

```
 1              To make a nontechnical example, if someone checked

 2    out your home and discovered that your backdoor didn't really

 3    lock and was opened, just because no one's burglarized you

 4    yet doesn't mean it's a good idea to leave that door

 5    unlocked.

 6    Q    But if there were no burglars to burglarize you, would

 7    you still need to know that your backdoor was unlocked?

 8    A    If no burglars exist in the entire world, in that utopia

 9    world, no.

10    Q    Thank you.

11              In the version you used of Norton Utilities 16 and

12    Windows Registry Power Cleaner, were these also paid

13    versions?

14    A    I went out and bought them the day of the testing.

15    Q    Okay.  And when you purchased those, how did you purchase

16    them, online?

17    A    I went online and filled out a form, gave them my credit

18    card, and they downloaded the product.

19    Q    And before you purchased those products, did they run a

20    scan in advance of you purchasing it, or did you purchase it

21    and then it ran the scan that you had purchased?

22    A    Well, Norton actually gives you the option of downloading

23    a free trial and using it.  Since I previously used that, I

24    didn't in this case.

25    Q    You did not?
```

```
1   A    Not in this case.
2             But, yes, you can download a free and run a scan,
3   and it will work for X number of days before you have to pay
4   for it.
5             With the McAfee product, they don't give you that
6   option.  You just pay for it.  You don't get a chance to even
7   try it and see if it will work.  You just pay for it and take
8   your chances.
9   Q    So those results are not given to you until you've
10  actually purchased the product, correct?
11  A    With McAfee.
12  Q    With McAfee.
13            When you used Norton Utilities, you did not run the
14  free scan, you simply purchased the product first?
15  A    That's correct, because I previously used the free scan
16  and was very familiar with it.
17  Q    Can you look at page 26?
18            Seems to be a screen shot of the results screen for
19  the Norton tool.
20  A    Yes.
21  Q    And it says:  Your system has been cleaned.
22            Did you run the Norton Utilities program to clean
23  it?
24  A    Well, if you -- the paragraphs before this explain what
25  I'm doing.  Essentially, I've already checked and tested the
```

1    PC Cleaner Pro, and now what I would like to do is to rerun

2    both of these machines, and my question is very simple.  If

3    they still say there's a lot of stuff wrong but PC Cleaner

4    Pro says it cleaned them, then we have a problem.

5    Q    Right.

6    A    And, yes, this screen shot here on page 26 is running

7    Norton Utilities after having run the other tool, and it

8    showed that it found everything was pretty well clean with

9    four very minor issues.

10   Q    But it says your system has been cleaned, which indicates

11   to me that the Norton program is what cleaned it?

12   A    That's just the message they give me when I ran the scan.

13   Q    So you ran the scan but -- and this is the screen that

14   popped up?

15   A    Yes.

16   Q    Was the scan fixing the problems?

17   A    No.

18   Q    So --

19   A    That's why you have the "continue" button at the bottom,

20   to continue if you wanted to check everything.  I am

21   guessing, because I'm not privy to the source code of Norton

22   in this case, that your system has been cleaned is their

23   indication that it's already clean, there's nothing on there,

24   we're good to go.

25           Put another way, prior to running PC Cleaner Pro,

1    Norton Utilities found a bunch of problems.  After running PC

2    Cleaner Pro, Norton Utilities found only four tiny privacy

3    issues to do with website cookies.

4    Q   But is there any way that the Norton program would know

5    that the PC Cleaner program had been run and had cleaned the

6    computer?

7    A   Well, perhaps I'm misunderstanding.

8            We wouldn't want it to.

9    Q   Right.

10   A   The idea of this second test is if PC Cleaner Pro really

11   cleaned things up --

12   Q   Right.

13   A   -- then Norton should look and go, yes, it looks pretty

14   clean.

15           If, on this second run, Norton had found all the

16   same errors it did the first time, then that would indicate

17   PC Cleaner Pro did not clean those errors.

18   Q   And I guess my confusion here is that it seems to

19   indicate that Norton Utilities somehow knows that the

20   computer has been cleaned, and it seems unlikely that it knew

21   that PC Cleaner did the cleaning.  So I'm just asking you,

22   are you certain that Norton did not do any cleaning to get

23   you to this result, saying your system has been cleaned?

24   A   Now I understand your question.

25           Yes, I'm absolutely certain.  And, again, I find

```
 1    analogy is the easiest way to explain things.
 2              If I hired someone to detail my car and they looked
 3    at it, it was pristine, they might very well, if they were
 4    honest, look at me and say your car is already cleaned, you
 5    don't need me to clean it.
 6    Q   Your interpretation of this screen is this is Norton
 7    saying you don't have any problems, and so I'm not going to
 8    do anything more?
 9    A   That's correct.
10    Q   But you're confident that Norton did not run any sort of
11    fix prior to this screen?
12    A   Yes, I'm confident.
13              And unfortunately, there's a limit to how much
14    detail I can give, but in a patent case many years ago I
15    actually got to read the Symantec code in detail.  I know
16    exactly what Symantec does.  So I'm very confident, but
17    because of protective orders in that case I can't give any
18    more detail.
19    Q   Okay.  When -- let's go to paragraph 52.
20              You conclude that you found no evidence of fake or
21    exaggerated results; is that correct?
22    A   That's correct.
23    Q   And by that, do you mean that the numbers were an
24    accurate report of things that it searched?
25    A   I mean that and more.
```

1          The source code review clearly showed that there was

2     no mechanism in the code to register fake or inflated

3     numbers.  On top of that, it didn't exaggerate the severity.

4     As we talked about earlier on that main screen, it's letting

5     you know that this particular problem, like in my test, the

6     malware was probably adware, and it even let me know this

7     isn't that serious, don't worry about it, but other issues

8     are serious.  If it had made everything seem extremely

9     important, that might have been exaggerated.

10          So there were several things that made me conclude

11     that there was no evidence that any results were either faked

12     or inflated or exaggerated in any way.

13     Q   By that, you simply mean that it counts everything it

14     says it is counting and provides an accurate number at the

15     end of that process?

16     A   Well, that's one of the things I mean.  But the second

17     one is, as we were just discussing, with that screen that's

18     color coded, it doesn't inflate the severity.  In other

19     words, it doesn't tell you, well, there's only two problems,

20     but you have to fix these right now or your computer will

21     explode in the middle of you using it or some silliness like

22     that.  It gives you an indication that some things are really

23     serious and some things not so much.

24     Q   So in paragraph 43, that screen shot, where, after one

25     hour of doing normal things on a computer, it indicates that

1   your computer is running at its minimal level of performance

2   and that its security is in the red zone --

3   A   Well, as you notice, there's only one area, the PC

4   optimizer, that gave the maximum.  Two areas gave on the

5   minor, and the others gave medium, that didn't seem

6   exaggerated.

7          And my analysis from my years of experience would

8   indicate this is pretty accurate.  As we discussed, the

9   malware was probably spyware, which would be minor.  But the

10  performance, as my testing showed, was pretty badly

11  compromised, and that would be pretty serious, at least to

12  me.  I'd like to get the most out of my computer.

13  Q   So you think that it is accurate to say that the computer

14  that was tested, its performance was running at a minimal

15  level, and its security was in the red zone?

16  A   Yes.

17  Q   That is not an inflated result in your opinion?

18  A   No, that's very accurate.

19  Q   Let's go to -- why didn't you include any screen shots

20  from the 2015 testing that you said you did?

21  A   There is a screen shot in here I believe at one point.

22  Q   Oh, I'm sorry, there is a "Congratulations, your PC is in

23  good shape" shot, but there is no results screen shot,

24  correct?

25  A   Well, actually, that is the results screen.  It's the

1   same screen we've been looking at, only if you don't have any

2   problems, it says congratulations, your PC is in good shape.

3   Q   So you never tested the 2015 version on a non-cleaned

4   computer, correct?

5   A   I believe I actually discussed this at some detail in the

6   report.

7   Q   And what's the answer to the question?  You did -- you

8   ran the 2015 version -- you ran a scan?

9   A   Yes.

10  Q   On the computer before it was cleaned; is that correct?

11  A   Yes.

12  Q   But you did not produce a screen shot of that result, did

13  you?

14  A   Yes.

15          If you look at the very next page, you're seeing --

16  now, this was done after a cleaning, I'm sorry, but it

17  changes~-- the only difference is, essentially, to answer

18  your question, in 2014, it says damage level and 2015 it says

19  concern level.  That was the only difference I could detect

20  in my testing.

21  Q   So just to be clear, in paragraph 58, you include a

22  screen shot of the 2014 version that says congratulations,

23  your PC is in good shape?

24  A   Yes.

25  Q   In the next paragraph you include the PC Cleaner Pro

1    screen shot that says congratulations, your PC is in good

2    shape?

3    A    Yes.

4    Q    But you do not discuss the results or include a screen

5    shot of the corollary to what's in paragraph 43, which is

6    running it on a computer that has issues, or, you know,

7    that's been operated for an hour, to see how many issues are

8    identified, correct?

9    A    Well, I have to identify the specific paragraph.  And

10   pardon me, I don't have it committed to memory.  But I

11   believe there is a place where I do state that the results

12   were pretty much the same.

13   Q    Right.

14        And what I'm trying to get from you is do we have

15   any way of knowing what those results were?  Do you have

16   actual numbers, screen shots, anything for us to look at?

17   A    Well, since they were virtually identical, there didn't

18   seem a need to put the screen shots in there.

19   Q    Is that your testimony, that they're virtually identical?

20   A    In my testing, yes.

21   Q    That the actual number that was produced was basically

22   the same between the 2014 and the 2014 version?

23   A    Any differences were statistically insignificant.  They

24   were very similar.

25   Q    Okay.  Paragraph 58.  You say:  After having cleaned the

1    problems on the test machine -- and I just want to clarify --

2    is that cleaned it with PC Cleaner Pro or cleaned it with

3    some other product?

4    A    I'm sorry, where are you at?

5    Q    Paragraph 58, second sentence:  "Therefore, after having

6    cleaned the problems from the test machine."

7    A    Yes.

8    Q    Is that cleaning with PC Cleaner Pro or some other

9    product?

10    A    Well, as you had seen in the previous report, I had

11    cleaned it with PC Cleaner Pro and ran other tools to see if

12    they found any problem, they didn't.  And then I came back to

13    run PC Cleaner Pro again.  As detailed in this paragraph, the

14    hypothesis there is that PC Cleaner Pro is some sort of

15    scareware.  Even if I just clean this machine, it will tell

16    me there's something wrong; and it did not.  Said everything

17    was fine.

18    Q    And just to be clear, in both of these circumstances you

19    believe you are running the full paid version and not a

20    prepurchase free trial scan version, correct?

21    A    That's correct.

22    Q    Did you have to register it and input a license key in

23    any of this process, or were you just given a prepurchased

24    version?

25    A    No, I had to give a license key.

1    Q   In paragraph 64 you talk about how a new fresh out of the

2    box machine might already have issues.

3    A   In which paragraph?

4    Q   Paragraph 64.

5    A   I'm sorry, I was one too soon.  Yes.

6    Q   A new machine might have existing issues, even a new

7    virtual machine.

8          If a scan like PC Cleaner Pro routinely finds

9    performance and security issues on brand new machines, how

10   reliable and helpful is that to a typical consumer?

11   A   Well, you kind of omitted what I talked about here in my

12   report.  A new computer typically comes with a whole bunch of

13   stuff on it, and unfortunately, there is a unflattering term

14   for that in industry.

15   Q   We've heard it before.  Feel free.

16   A   They call it crapware.

17          And one of the first things you want to do is get

18   all the junk off your computer.  So I would expect almost any

19   computer out of the box is going to have all these sorts of

20   issues because of all the junk that people pay the vendors

21   like Dell and HP to put on the computer.

22          In addition, as I detail in this and the subsequent

23   paragraphs, Microsoft's own service packs frequently cause

24   havoc with their systems, particularly XP Service Pack 3

25   actually caused terrible, terrible problems on the systems.

1          So the only way to really have a clean system is to

2     have just cleaned it.

3     Q   So is it your opinion, then, that a brand new fresh out

4     of the box computer comes to the consumer with massive

5     security and performance issues already on it?

6     A   Well, that's not only an opinion, that, again, is a fact.

7     Aside from the junkware that we indicated a while ago,

8     Microsoft's default settings --

9          For example, they recommend that all passwords be a

10    minimum of eight characters.  The default setting is you can

11    have it blank.  They recommend you change your password every

12    42 days.  The default setting is you could leave it on

13    forever.

14         So, yes, out of the box it's in terrible security

15    position.  And I have publicly stated many times I have no

16    idea why they don't ship it with all of their own

17    recommendations already implemented.

18    Q   And so your advice to consumers is they should purchase a

19    registry cleaner the instant they purchase their computer and

20    run it?

21    A   Depends on their technical abilities.  If they're really

22    savvy they might make the configuration change themselves.  I

23    would also add it's probably a mistake to say this is a

24    registry cleaner.  As I point out in my report, that's one

25    subsection of one heading it checks.  It checks a bunch of

1    other stuff that have nothing to do with the registry, like

2    the Active X vulnerabilities and things like that, that, yes,

3    you absolutely should scan for, whether you use this, or

4    Norton or McAfee, you should check for.

5    Q    So other than a person who has just run a product like PC

6    Cleaner, every other computer user in the country needs to be

7    running one immediately?

8    A    Whether you need to be running it immediately or not

9    depends on how satisfied you are with the computer.  A

10   mechanic would tell you you need to have oil changes every

11   2000 miles, but we can all let it go five or six.  It may

12   perform a little less well, but it's good enough for going to

13   the grocery store.

14   Q    But would a mechanic tell you that the day you purchase

15   your car you need to get an oil change?

16   A    Not an oil change, but he might say if you want maximum

17   performance, you might change certain things.  I know people

18   that like high performance sports cars will usually make

19   modifications to get the best performance.

20   Q    Turning to paragraph 72.

21   A    Yes.

22   Q    You looked at the code, and it looks like you looked at

23   the code specifically for the registry cleaner portion of PC

24   Cleaner; is that right?

25   A    Well, that's only part.

```
 1              Paragraph 73 mentions the file responsible for CP
 2     usage.  Paragraph 74 starts with the main function that
 3     launches several other sub functions.  Paragraph 75 talks
 4     about functions that scan for shared DLLs, scan services,
 5     scan un-install.  I looked at quite a bit.
 6     Q   So did you analyze the source code -- sorry.
 7              Did you analyze the code for the entire program?
 8     A   Yes.
 9     Q   Okay.  And did you include your results for every part of
10     the code in this report?  Does this reflect all of the code
11     analysis that you performed?
12     A   Well, the issue here is it's hard to display a negative.
13              What I was looking for was does this program do
14     something other than what it says?  Does it inflate numbers?
15     Does it report a problem that's not there?  And despite
16     having looked through all the code, there was absolutely zero
17     evidence of that.  So it's kind of hard to put nothing into a
18     report.
19              So what I did instead is I put in various key parts,
20     like the scan un-install function in paragraph 76 and various
21     similar things to indicate what the code actually did do.
22     But to answer your question more directly, the only way to do
23     what you just suggested would be to have replicated every
24     line of code into this report, which would have made this
25     report about seven or 8000 pages long.
```

```
 1    Q    So you did that analysis, though?

 2    A    Absolutely.

 3    Q    Is that what you're saying?

 4           Okay.  And you say in paragraph 81 that the question

 5    at hand is whether the software performed as it should.  Is

 6    that an accurate summary of what you were asked to do by

 7    the -- by counsel for the Defendants?

 8    A    Yes.

 9    Q    But you did not -- you were not asked to review the free

10    scan portion of either PC Cleaner Pro 2014 or 2015, correct?

11    A    Well, I think you're missing a point here.

12           The source code, for example, is the same for both

13    products.

14    Q    And how do you know that?

15    A    There's not a different product.

16    Q    How do you know that?

17    A    Well, you can see in the source code where there are what

18    are called "if then" statements or checks to see is this the

19    full version, then run these extra things.  If not, don't.

20    So it's obviously the same source code.

21           So, yes, I looked at both versions.

22    Q    For the source code?

23    A    Yes.

24    Q    But for running the scans you did not do that, correct?

25    A    I think you asked that earlier and I said, yes, I have.
```

```
 1              MS. BURTON:  Thank you very much.  That's all I
 2    have, I think.  Wait.  Hold on.
 3    BY MS. BURTON:
 4    Q   Okay.  Just a couple of clarifications.
 5              So there's nothing in this report that talks about
 6    the free scan that you analyzed, you said kind of on your own
 7    after the report?
 8    A   No, I didn't say after the report, I said after the
 9    initial analysis.  And as I've indicated already, there was
10    no significant difference, and the source code is exactly the
11    same.  To try to differentiate the two products is
12    inaccurate.
13    Q   Okay.  But we don't have any screen shots of your results
14    from that examination, correct?
15    A   That's correct.
16    Q   And --
17              MS. BURTON:  That's all.  Thank you.
18              THE COURT:  How much do you think you have?
19              MR. NICHOLSON:  Very brief.
20              THE COURT:  Okay.
21              MR. NICHOLSON:  Partly because I realize the time of
22    the day.
23                        Redirect Examination
24    BY MR. NICHOLSON:
25    Q   Mr. Easttom, I just have a couple of questions.
```

1          You testified that the full version of PC Cleaner

2    Pro looks for other items or additional items, let me clarify

3    that, additional items than what the free scan did, correct?

4    A    That's correct.

5    Q    As a consequence, is it a fair statement that, generally

6    speaking, the free scan would identify less issues than the

7    full scan?

8    A    It would almost have to.

9    Q    Is it true that a freshly installed version of Windows

10   ships optimized?

11   A    No, not at all.

12   Q    So is it fair to say that all of the items that PC

13   Cleaner Pro found when you ran the test against the fresh

14   install were created in that one hour of usage?

15   A    Not necessarily.

16          As I had mentioned earlier, Windows has a number of

17   default settings that just aren't secure.  They're not safe.

18   And this is one of the complaints many computer scientists

19   have about the Windows operating system in general.  So I

20   wouldn't say they were created.  They were in addition to

21   whatever vulnerabilities Windows already had.

22   Q    So, for instance, if you did the fresh install, as you

23   did, and did an hour's worth of work and ran PC Cleaner Pro,

24   you came up with whatever number it was, right?

25   A    Yes.

1    Q    And if you clicked "fix" and then you ran the computer

2    another hour, simulating usage, would you expect to see it

3    come back with that same list of items?

4    A    No, it would be a much smaller list.

5    Q    Why is that?

6    A    Because, as we've been discussing throughout my

7    testimony, Microsoft Windows ships with a lot of

8    vulnerabilities, and those would have been fixed.

9             In a subsequent run, all you're hitting are the

10   issues you created in that hour, two hours or whatever

11   timeframe.

12   Q    Thank you.

13            One last area.

14            As between the current versions -- well, let me ask

15   it a different way.

16            Active X controls.  You were asked about that.  Do

17   they remain an issue today, a security concern?

18   A    Very much so.  And the Flash one I've used as an example

19   is still an Active X control, still embedded in many web

20   pages and still vulnerable to a host of attacks.

21   Q    Is there a variation between the threat level of these

22   malicious Active X programs or controls over different

23   versions of the Microsoft operating systems?

24   A    Well, what Microsoft has done for the programs you

25   install on the machine is they've tried to move to the new

1   dot net framework and tried to force all programmers to do

2   that.  And the more programs that are written in that

3   framework, the less vulnerabilities there are to Active X.

4          We have a couple of issues still existing.  Older

5   programs, they're everywhere.  Lots of people have software

6   that's 10 years old which would still be written the old way.

7          Secondly, Active X controls are frequently embedded

8   in websites.  So even if everything on your computer is not

9   using Active X controls, when you visit certain websites that

10  are, well, now you have the same issues come up.

11         So I would say that perhaps today, say Windows 8 may

12  have a little less vulnerability to this issue, but it's not

13  nonexistent, it's still a significant problem.

14  Q   Final question.

15         Are the Active X blockers that PC Cleaner Pro does

16  relevant to the typical consumer?

17  A   Very much so.

18  Q   Why is that?

19  A   Because the Active X issue, it's hard to describe without

20  getting very, very technical.  It is not simply -- if you get

21  a virus, you've got a virus, you take care of it, it's gone.

22  If you have an Active X vulnerability, you're now vulnerable

23  to perhaps dozens of different types of viruses and spyware.

24         A popular way to create spyware is to latch onto one

25  of these Active X vulnerabilities and read all of your

```
 1   activity.  So an Active X vulnerability actually opens you up

 2   to many, many vulnerabilities.

 3        So I would say that's probably more serious than a

 4   simple virus infection.

 5        MR. NICHOLSON:  Fair enough.  I said that was the

 6   last question.  I'll stick to it.

 7        Oh, maybe not.

 8        No further questions.

 9        THE COURT:  Thank you.

10        Anything else?

11        MR. FERGUSON:  Not from here, Your Honor.

12        MS. BURTON:  I just have one additional question.

13                    Recross-examination

14   BY MS. BURTON:

15   Q   Just now, was it your testimony that the first time a

16   consumer would run this scan they would likely get probably

17   the highest number they would ever get, and then because none

18   of the fixes had been made, none of -- but then after

19   purchasing it, in subsequent runs, it's already fixed a lot

20   of the issues, and so the numbers are going to be lower?

21   A   Well, that wasn't actually the question he asked me.  He

22   asked me if there was an hour gap after running it, I would

23   expect a lower number.  If there's a six-month, or 12-month

24   or two-year gap, then that number could get quite high again,

25   perhaps even higher.
```

```
1              But the point was that even before you have
2    installed or surfed the Web or anything, there are some
3    issues that ship with Windows.
4    Q   But a consumer who's never used a product like PC Cleaner
5    before, the first time a scan is run, it's likely to find far
6    more issues than it will after they have used PC Cleaner or
7    another product at very -- you know, for some -- on a regular
8    basis thereafter; is that correct?
9    A   Well, the key issue will be the interim between usage.
10   If they're running this weekly, I would expect the number
11   subsequently to be much smaller.  If they're running it
12   annually, well, maybe not.
13              MS. BURTON:  Okay.  Thank you.
14              THE COURT:  Thank you, sir.
15              MR. NICHOLSON:  Thank you, sir.
16              THE COURT:  All right.  Seems like a good time to
17   break.
18              Are we going to finish tomorrow?
19              MR. FERGUSON:  Just so you know what we've got, Your
20   Honor --
21              THE COURT:  Can we do this off the record?
22              MR. FERGUSON:  Yes, absolutely.
23              THE COURT:  Okay.
24              (Discussion held off the record.)
25              THE COURT:  All right.  We'll see you tomorrow at
```

1    9:00 o'clock.

2         (The evening recess was taken at 5:24 p.m.)

3                        *  *  *  *  *

```
1                          * * * * *

2                        I N D E X

3   Testimony of Louis Martire

4           Cross by Ms. Kiziah                    5

5           Redirect by Mr. Ferguson             10

6           Recross by Ms. Kiziah                11

7   Testimony of Ryan Campeau

8           Cross by Ms. Kiziah                  13

9   Testimony of Dennis Cannon

10          Cross by Ms. Kiziah                  17

11  Testimony of Mark Deviny

12          Cross by Ms. Kiziah                  25

13          Redirect by Mr. Ferguson             35

14          Recross by Ms. Kiziah                37

15          Examination by the Court             37

16          Redirect by Mr. Ferguson             39

17          Recross by Ms. Kiziah                40

18  Testimony of Harold Sobers

19          Cross by Ms. Kiziah                  41

20  Testimony of Robby Hershel Birnbaum

21          Cross by Ms. Burton                  45

22          Redirect by Mr. Ferguson             80

23  Testimony of Kenneth Scott Grushoff

24          Cross by Ms. Burton                  83

25          Redirect by Mr. Ferguson             94
```

```
1                         * * * * *
2                     I N D E X (Cont.'d)
3    Testimony of Edward F. Skoudis
4             Cross by Mr. Ferguson              99
5             Cross by Mr. Nicholson             139
6             Redirect by Ms. Robbins            188
7             Recross by Mr. Nicholson           206
8             Redirect by Ms. Robbins            220
9             Examination by the Court           221
10            Recross by Mr. Nicholson           222
11            Examination by the Court           226
12   Testimony of William Charles Easttom, II
13            Cross by Ms. Burton                236
14            Redirect by Mr. Nicholson          268
15            Recross by Ms. Burton              271
16                        * * * * *
17                    E X H I B I T S
18   Plaintiffs' Exhibits in Evidence:
19            Plaintiffs' 18 and 35              99
20            Plaintiffs' 40                     198
21            Plaintiffs' 21                     234
22                        * * * * *
23
24
25
```

```
1                          * * * * *

2                   E X H I B I T S  (Cont.'d)

3    Defendants' Exhibits in Evidence:

4            Defendants' 1-11                      4

5            Defendants' 2                       236

6                          * * * * *

7

8                        CERTIFICATE

9        I, Stephen W. Franklin, Registered Merit Reporter, and

10   Certified Realtime Reporter, certify that the foregoing is a

11   correct transcript from the record of proceedings in the

12   above-entitled matter.

13       Dated this 2nd day of JANUARY, 2015.

14

15       /s/Stephen W. Franklin
         _____
16       Stephen W. Franklin, RMR, CRR

17

18

19

20

21

22

23

24

25
```

**$**

$11,000 [1] 103/8
$150 [1] 32/16
$19 [5] 37/18 37/23 38/6 38/9 41/3
$228 [2] 38/7 38/18
$250 [19] 29/9 29/14 29/23 30/13 32/15
 32/19 37/18 37/25 38/9 38/12 38/12 38/12
 38/16 38/17 39/1 39/3 39/20 39/21 40/4
$32 [1] 38/24
$478 [1] 38/10
$60 [1] 18/17
$600 [1] 30/2

**'**

'til [3] 3/10 94/1 172/2

**-**

-v [1] 1/6

**/**

/s/Stephen [1] 276/15

**1**

1-11 [1] 276/4
10 [13] 26/17 47/12 50/11 100/25 134/22
 149/25 160/8 162/8 174/19 192/19 214/22
 270/6 274/5
10 percent [2] 141/21 141/23
10-minute [1] 205/25
100 [2] 68/6 182/21
100 percent [1] 88/10
1036 [1] 115/5
1070 [2] 241/23 241/25
11 [8] 3/18 4/4 4/5 4/10 48/20 214/23 274/6
 276/4
111 [1] 144/17
114 [1] 145/4
11:17 [1] 96/14
11:30 [1] 98/9
11:31 [1] 96/14
11:33 [1] 98/16
12 [4] 38/6 105/3 121/12 161/9
12 percent [1] 85/22
12-month [1] 271/23
127 [2] 146/6 146/8
12th [1] 2/13
13 [3] 136/21 136/23 274/8
136 [1] 241/17
137 [1] 141/8
139 [1] 275/5
13th [3] 177/23 177/25 178/24
14-81395-CIV-MARRA [1] 1/2
14B [2] 84/4 84/10
14C [1] 84/20
15 [5] 57/14 71/12 76/3 168/2 215/7
15-minute [1] 172/22
150 [6] 30/23 30/24 31/15 31/18 31/23 33/1
1515 [1] 2/9
16 [4] 50/25 215/7 241/15 252/11
17 [4] 1/9 141/9 146/6 274/10
18 [3] 98/24 99/1 275/19
180 [1] 41/2
1850 [1] 2/18
1861 [2] 90/7 90/9
1871 [2] 90/7 90/9
188 [1] 275/6
1888 [1] 2/18
18th [3] 177/23 177/25 178/25
19 [6] 29/1 29/3 38/17 59/20 59/24 228/3
195 [1] 41/2

**2**

198 [1] 275/20
199 [1] 41/3
19th [1] 178/1
1:00 [3] 98/6 98/7 98/12
1:00 but [1] 98/10
1:00 o'clock [2] 97/1 98/14
1:01 [1] 98/16
1:15 [2] 97/3 98/4
1st [2] 2/12 83/9

**2**

2.1 million [1] 84/16
20 [1] 117/7
20-something [1] 96/4
200 [4] 2/12 96/4 103/5 182/21
2000 [5] 159/15 159/17 244/2 251/18 251/19
2000 miles [1] 264/11
2004 [1] 159/1
2006 [1] 162/18
2007 [1] 162/18
2009 [1] 162/20
2010 [5] 14/7 42/11 42/16 42/17 76/22
2012 [5] 5/25 14/17 26/5 43/9 81/20
2013 [9] 6/12 15/3 26/6 27/7 48/11 85/24
 93/21 93/23 93/24
2014 [24] 1/9 27/10 33/20 43/20 47/17 48/10
 83/15 85/8 85/19 112/6 185/18 191/18
 192/12 198/20 202/7 206/20 220/1 242/1
 243/13 259/18 259/22 260/22 266/22 266/10
2015 [21] 169/3 186/23 187/16 201/12
 201/16 202/25 202/12 203/15 203/21 213/3
 217/12 217/20 220/3 223/20 243/15 258/20
 259/3 259/8 259/18 266/10 276/13
20580 [2] 2/3 2/6
206 [1] 275/7
21 [10] 233/19 233/21 234/10 234/12 238/18
 239/12 239/19 239/21 239/24 275/21
22 [6] 71/3 77/14 133/22 135/19 239/20
 240/2
220 [3] 103/6 103/7 275/8
221 [1] 275/9
2217 [1] 243/16
222 [1] 275/10
226 [1] 275/11
23 [6] 73/20 77/14 238/23 240/9 240/12
 246/14
234 [1] 275/21
236 [2] 275/13 276/5
24 [4] 214/17 239/1 240/10 240/13
25 [2] 114/19 274/12
250 [20] 29/1 29/3 29/4 29/6 29/12 29/16
 29/17 29/18 29/19 30/3 30/24 31/2 32/3 32/5
 32/11 32/22 32/24 39/17 39/23 40/2
250-dollar [1] 30/11
26 [5] 230/9 230/14 230/24 253/17 254/6
268 [1] 275/14
27 [2] 85/11 236/17
271 [1] 275/15
28 [4] 175/24 176/1 198/11 240/17
28th [1] 72/15
2:40 [1] 172/23
2:58 [1] 172/23
2nd [1] 276/13

**3**

30 [3] 114/19 201/18 203/25
300 [1] 182/21
3000 [1] 107/21
301 [2] 2/16 215/14
302 [1] 215/15
304 [1] 215/15

**3**

305 [1] 1/11
33 [1] 87/1
33301 [1] 2/13
33304 [1] 2/16
33401 [2] 1/20 2/9
35 [4] 98/24 99/1 274/13 275/19
362 [1] 198/11
37 [3] 90/7 274/14 274/15
370 [2] 175/24 176/10
3768 [1] 1/19
389 [1] 204/9
39 [1] 274/16
391 [1] 204/15
395 [1] 204/15
3:43 [1] 206/2
3:54 [1] 206/2

**4**

40 [6] 109/10 197/5 197/8 197/25 274/17
 275/20
400 [1] 182/21
41 [2] 201/24 274/19
42 [2] 228/3 263/12
43 [5] 244/16 244/17 244/18 257/24 260/5
45 [1] 274/21
461 [2] 204/10 204/11
463 [2] 204/10 204/11

**5**

50 [7] 67/12 67/13 68/6 69/10 100/9 233/25
 234/1
50 percent [1] 114/19
514-3768 [1] 1/19
52 [1] 256/19
561 [1] 1/19
58 [3] 259/21 260/25 261/5
5:24 [1] 273/2

**6**

60 [2] 201/18 203/25
60 percent [1] 96/1
600 [2] 2/3 2/5
64 [2] 262/1 262/4

**7**

701 [1] 1/20
707 [1] 2/15
72 [1] 264/20
73 [1] 265/1
74 [2] 216/9 265/2
75 [1] 265/3
76 [1] 265/20

**8**

80 [1] 274/22
800 [3] 19/9 19/15 20/2
8000 [1] 265/25
8056 [3] 198/20 198/22 200/8
807 [1] 227/25
81 [1] 266/4
83 [1] 274/24
8528 [1] 2/6
8:00 a.m [1] 194/13

**9**

900 [3] 2/9 182/22 182/22
90067 [1] 2/19
926 [7] 161/16 161/19 163/8 164/2 191/17
 192/15 199/13
94 [1] 274/25
98 percent [1] 226/24

**9**

982 [2] 187/13 249/11
99 [2] 275/4 275/19
9:00 o'clock [1] 273/1
9:35 [1] 25/5
9:45 [1] 25/5

**A**

a.m [6] 25/5 25/5 96/14 96/14 98/16 194/13
abilities [1] 263/21
ability [5] 41/4 102/17 166/13 210/6 227/9
able [16] 23/2 23/8 23/11 49/18 56/6 56/8
72/5 72/22 148/21 154/25 197/4 198/20
200/25 208/19 210/3 222/7
above [3] 60/24 62/2 276/12
above-entitled [1] 276/12
aboveboard [1] 70/9
absolute [1] 218/16
absolutely [13] 35/9 73/10 76/21 114/8 140/4
193/10 209/8 251/6 255/25 264/3 265/16
266/2 272/22
abuse [1] 64/3
accept [4] 154/12 229/9 229/11 231/11
access [14] 20/22 22/9 23/6 23/8 27/24 28/4
81/1 88/2 138/15 154/19 155/1 155/6 155/13
251/21
accessed [3] 21/3 21/13 22/9
accidentally [1] 217/4
according [5] 52/9 106/14 144/8 174/24
241/17
accounts [2] 154/22 155/6
accumulation [1] 141/14
accurate [20] 60/4 85/25 197/20 199/18
217/18 225/19 240/22 240/25 241/2 241/10
242/22 243/5 243/6 243/7 256/24 257/14
258/8 258/13 258/18 266/6
accurately [7] 175/1 181/19 182/12 182/23
182/24 204/18 251/8
achieve [1] 210/25
across [7] 108/5 132/4 144/6 189/25 214/10
214/25 215/17
act [1] 210/4
action [8] 71/6 73/2 73/23 81/11 86/9 86/10
86/18 207/12
actions [8] 64/7 81/21 106/7 110/23 116/18
121/18 178/13 247/13
activate [1] 67/21
activated [2] 67/21 68/3
activating [1] 84/11
activation [7] 67/24 86/1 169/19 169/24
170/1 170/3 170/6
active [55] 84/14 96/2 142/5 142/15 146/23
147/1 147/2 147/9 158/9 158/11 158/13
158/18 158/23 159/1 159/11 159/21 159/24
160/14 160/18 161/16 161/19 161/24 162/2
162/13 162/22 163/7 163/11 163/23 164/9
164/12 165/13 167/1 187/14 187/14 187/25
191/19 198/23 249/21 250/7 250/14 250/24
251/2 251/3 264/2 269/16 269/19 269/22
270/3 270/7 270/9 270/15 270/19 270/22
270/25 271/1
activities [5] 81/22 142/21 172/4 173/22
174/4
activity [6] 138/5 190/24 240/24 241/7
250/15 271/1
actor [2] 34/4 34/10
actors [3] 34/4 34/9 34/14
actresses [2] 34/4 34/10
acts [1] 158/17
actual [12] 36/14 53/5 58/9 58/15 106/3

199/8 223/15 228/3 231/17 239/22 260/16
260/21
actually [65] 6/8 9/7 9/21 21/25 48/10 49/23
53/12 54/1 54/6 57/25 68/14 69/11 75/9
77/24 84/4 91/17 110/22 110/25 117/14
124/3 129/17 137/14 137/20 144/3 144/23
145/17 148/18 153/21 169/11 171/4 172/11
178/14 179/3 209/10 210/20 210/24 217/8
218/13 221/22 222/8 222/15 223/11 226/16
226/19 227/25 236/4 239/16 239/23 245/12
245/22 246/25 247/4 247/6 249/8 249/20
251/9 252/22 253/10 256/15 258/25 259/5
262/25 265/21 271/1 271/21
ad [1] 211/20
add [7] 9/21 87/18 142/22 143/14 163/8
227/9 263/23
added [3] 59/7 182/21 219/18
adding [5] 119/12 130/9 141/24 147/16
155/23
addition [5] 10/20 171/16 250/7 262/22
268/20
additional [23] 11/17 36/24 40/14 75/9 87/7
87/18 88/24 88/25 91/10 125/19 153/3
170/25 178/25 179/24 200/4 209/21 217/24
227/15 238/4 244/13 268/2 268/3 271/12
additionally [1] 151/24
address [3] 48/24 145/23 147/8
adds [1] 148/4
adjudicator [1] 199/20
adjust [1] 56/2
administration [3] 14/15 100/17 100/20
admission [1] 232/20
admit [3] 197/24 227/25 230/14
admitted [8] 4/6 4/9 98/25 175/23 230/16
233/14 234/10 235/19
admitting [1] 233/8
adopted [1] 68/13
ads [4] 245/3 245/6 245/8 245/11
advance [2] 133/17 252/20
advanced [4] 23/6 59/6 173/12 202/20
advances [1] 118/4
advertises [1] 186/14
advice [6] 47/19 48/7 48/16 61/5 87/4 263/18
advising [1] 210/16
Advisor [12] 28/7 28/9 28/12 28/17 33/6
77/10 77/12 77/21 108/22 108/25 109/11
109/14
Advisors [3] 26/14 26/15 26/18
adware [11] 245/1 245/4 245/15 245/16
245/18 245/20 245/21 245/25 250/7 250/9
257/6
affect [1] 209/17
affiant [1] 229/24
affidavit [8] 228/8 228/10 228/11 228/12
229/1 229/5 229/10 232/19
affiliated [1] 154/18
afford [1] 41/10
affordable [1] 41/11
after [51] 20/6 21/10 21/16 22/7 25/5 33/16
34/15 49/15 53/9 55/15 55/16 65/22 67/7
74/5 74/6 78/12 91/19 95/13 95/15 96/14
98/16 119/4 159/13 169/24 172/23 180/16
191/15 200/5 202/20 206/2 221/7 237/10
238/11 239/25 240/3 241/20 242/16 247/17
249/7 254/7 255/1 257/24 259/15 260/5
261/5 267/7 267/8 267/8 271/18 271/22
272/6
afternoon [7] 3/10 80/13 80/14 99/23 139/15
236/5 236/6
AG's [2] 47/12 47/18
again [52] 18/5 18/17 23/11 27/24 30/6 34/7

36/14 39/23 45/10 45/12 84/23 110/19
137/17 137/17 137/17 144/21 155/4 155/4
155/4 157/11 162/18 166/15 183/12 193/6
195/1 195/23 201/19 201/19 201/19 203/24
203/24 204/9 204/10 205/3 207/9 209/7
210/2 212/21 215/6 215/9 217/6 217/6 217/6
218/15 219/14 240/10 243/24 248/16 255/25
261/13 263/6 271/24
against [11] 47/25 71/6 78/13 81/11 110/15
163/23 165/17 184/6 211/6 233/6 268/13
age [1] 184/10
agencies [3] 66/2 71/13 185/25
agency [1] 71/25
agency's [1] 66/3
agent [9] 7/21 10/15 27/16 69/1 87/13 87/14
94/7 94/8 111/23
agent's [1] 9/23
agents [6] 28/19 85/1 88/19 89/8 89/21 94/21
aggregate [6] 162/5 169/6 182/4 187/16
207/6 207/7
aggregated [3] 156/4 156/5 187/18
aggregating [5] 147/21 182/14 208/5 222/3
226/22
aggregation [1] 168/24
aggressively [1] 74/9
ago [20] 5/14 6/23 6/24 17/25 18/25 21/21
23/14 72/10 93/15 93/20 114/20 114/20
114/21 153/19 162/8 162/20 166/12 189/1
256/14 263/7
agree [53] 3/10 97/25 120/21 122/4 125/24
139/24 140/12 140/20 143/2 143/8 146/23
147/18 147/25 148/11 148/15 149/20 150/7
150/8 156/24 158/11 160/12 160/19 164/10
164/13 164/20 164/21 166/7 166/15 166/25
167/4 167/8 168/6 169/2 169/8 187/2 209/8
210/5 210/10 212/1 212/4 212/5 213/23
214/9 214/17 214/22 214/24 215/6 215/14
216/7 216/8 225/2 231/7 248/19
agreed [4] 143/15 143/17 206/23 211/23
ahead [14] 3/11 17/19 18/10 61/3 70/12
72/25 112/19 117/6 127/6 132/11 134/21
136/14 137/10 179/15
aimed [1] 114/11
air [3] 96/23 96/25 151/13
akin [2] 120/6 172/13
AL [1] 1/7
alarm [1] 115/14
alarmingly [1] 243/4
alarmist [1] 219/5
alert [1] 207/3
allegation [1] 115/19
allegations [1] 233/5
alleged [5] 64/16 65/13
allow [5] 23/9 81/1 176/7 200/21 230/14
allowed [1] 20/22
allowing [4] 3/19 3/20 208/22 251/21
allows [4] 111/7 148/16 173/19 174/7
almost [7] 126/9 132/3 136/18 168/11 178/5
262/18 268/8
along [5] 60/21 60/22 61/18 65/4 107/11
already [38] 7/20 11/25 12/1 12/18 23/21
24/1 34/1 45/6 48/3 51/4 51/13 66/15 84/14
85/2 95/8 131/24 162/9 162/14 163/11 164/9
164/16 165/25 197/1 197/16 206/23 218/3
230/12 234/19 235/3 253/25 254/23 256/4
262/2 263/5 263/17 267/9 268/21 271/19
also [47] 5/19 5/22 6/11 6/20 9/3 9/22 10/5
11/2 20/1 32/3 32/23 33/17 39/5 56/2 76/17
86/20 107/18 108/20 109/6 141/2 145/13
146/23 146/24 151/19 165/14 169/8 173/7
177/16 178/1 187/12 199/1 199/3 199/12

**A**

also... [14]  201/11 204/6 215/9 217/12 217/20 225/15 238/23 239/1 243/15 245/20 246/23 249/25 252/12 263/23
although [4]  149/24 165/25 181/2 215/1
always [9]  6/19 13/1 15/8 22/22 27/20 29/6 31/16 59/3 125/23
am [11]  38/7 56/22 100/8 102/10 108/17 109/3 156/3 186/4 206/6 249/8 254/20
Amazon [3]  155/6 155/7 155/12
Amazon.com [2]  125/10 200/13
amendment [1]  76/22
Amir [1]  2/18
amount [17]  20/9 29/4 29/8 29/9 30/5 30/8 30/14 32/9 32/12 88/25 90/2 122/13 122/22 153/8 184/11 201/5 236/17
amounts [2]  247/18 247/18
amplify [1]  111/14
analogy [4]  131/2 131/12 168/20 256/1
analysis [51]  54/18 55/8 64/22 101/22 105/3 105/7 109/9 110/6 115/17 119/18 132/25 137/6 138/1 149/3 163/10 165/4 165/8 169/25 170/5 170/16 170/19 170/21 170/22 171/5 171/8 171/12 171/15 172/6 180/3 180/18 181/13 185/23 185/25 186/6 187/20 188/24 189/9 189/15 190/22 191/4 192/24 200/25 201/1 201/2 237/4 237/6 237/16 258/7 265/11 266/1 267/9
analyze [14]  52/14 102/17 130/5 181/1 181/25 182/2 182/20 186/8 189/22 200/19 201/12 203/20 265/6 265/7
analyzed [10]  161/17 164/22 170/7 170/22 183/22 188/20 201/17 202/22 203/15 267/6
analyzing [7]  53/6 65/9 132/15 153/9 179/25 201/16 216/15
Angeles [1]  2/19
angry [1]  85/14
animations [1]  250/17
annoying [2]  245/5 245/9
annually [1]  272/12
anomalies [3]  120/9 120/11 142/11
anonymous [2]  251/21
another [25]  3/13 18/21 22/3 38/18 57/16 57/17 64/4 69/14 74/12 132/10 143/25 159/3 163/5 163/18 163/20 164/13 169/13 183/25 193/5 221/6 226/6 245/25 254/25 269/2 272/7
answer [20]  5/11 12/9 12/10 49/17 55/4 56/6 63/13 66/6 144/10 157/6 157/15 158/4 174/20 219/6 225/22 226/11 227/5 259/7 259/17 265/22
answered [6]  9/19 86/10 86/16 157/23 157/24 171/2
answering [4]  61/3 96/1 103/14 156/8
answers [1]  139/23
anti [3]  132/22 132/22 227/14
anti-malware [2]  132/22 227/14
anti-spyware [1]  132/22
anticipated [1]  142/13
antivirus [25]  22/18 22/21 118/20 120/1 123/11 123/12 126/22 127/5 127/10 128/16 128/22 129/5 129/13 129/21 130/18 139/5 163/5 163/20 164/13 164/19 186/8 191/6 191/7 221/7 224/6
any [166]
anybody [3]  38/9 129/20 160/25
anymore [2]  137/21 250/24
anyone [4]  91/18 131/4 233/10 251/22
anything [30]  11/13 15/25 22/13 23/2 23/20 36/21 36/22 41/6 41/7 41/8 61/5 71/25 81/24

anything's [1]  152/17
anyway [4]  22/21 97/18 97/24 107/8
aol.com [1]  1/21
AP [1]  5/20
apart [3]  50/15 60/24 63/22
apologize [3]  90/5 103/15 136/12
apparent [4]  11/7 28/18 33/6 33/10
Apparently [2]  19/5 232/12
appeal [1]  144/6
appear [4]  177/7 177/21 178/11 189/7
Appearances [2]  1/16 2/1
appears [2]  27/24 177/23
apples [3]  168/13 168/14 218/16
application [8]  106/18 136/2 136/3 137/16 155/1 174/6 177/17 177/20
applications [5]  155/1 173/24 178/22 199/6 239/22
applied [1]  110/15
apply [2]  50/21 50/21
appreciable [2]  106/9 106/21
appreciate [4]  138/25 140/10 146/7 209/1
approach [6]  100/4 118/10 132/25 176/11 198/9 236/9
appropriate [3]  146/12 167/13 232/4
appropriately [2]  145/23 181/16
approximate [1]  100/24
approximately [5]  17/25 93/17 93/20 103/9 236/16
April [5]  14/7 27/9 33/20 161/8 185/18
April 2010 [1]  14/7
April 2014 [1]  185/18
apropos [1]  154/12
arbitrary [1]  126/10
area [7]  49/4 76/9 102/7 117/6 218/4 258/3 269/13
areas [10]  146/13 238/7 242/24 243/3 243/7 243/8 243/19 243/24 244/14 258/4
aren't [6]  108/6 146/22 149/2 209/5 222/9 268/17
argue [1]  179/12
argument [1]  124/18
around [12]  14/11 18/14 24/9 46/17 69/5 70/20 85/22 94/2 97/1 100/20 116/24 170/14
artifacts [7]  117/21 119/4 119/8 239/2 239/4 239/8 240/10
artificially [1]  206/16
ascertain [1]  111/16
aside [4]  49/18 106/19 240/23 263/7
ask [56]  5/7 5/10 11/4 14/3 17/12 23/19 25/25 30/6 37/10 40/15 45/22 52/20 53/7 63/13 84/2 93/6 100/13 112/3 119/9 125/18 135/2 137/23 140/11 153/16 157/19 159/5 165/11 172/16 176/16 176/16 178/6 179/13 180/6 189/7 190/10 194/2 194/8 195/8 195/14 196/1 196/6 196/6 202/4 202/5 202/15 206/13 208/7 210/15 213/7 213/12 213/20 220/7 220/21 226/6 244/15 269/14
asked [30]  23/16 33/13 92/7 105/5 141/16 150/3 153/23 157/20 157/24 178/17 180/20 181/8 189/1 191/9 193/1 202/4 202/4 202/8 202/10 202/25 203/3 203/6 223/22 230/7 266/6 266/9 266/25 269/16 271/21 271/22
asking [27]  5/10 31/4 39/14 53/24 104/8 123/3 127/23 135/7 143/8 148/10 153/8 156/17 156/17 156/20 157/5 157/12 157/13 161/13 171/7 177/13 182/19 184/20 195/17 230/8 230/11 236/13 255/21
asks [1]  92/8

aspect [2]  46/6 46/7
aspects [2]  66/19 66/20
aspirations [1]  95/6
asserts [1]  74/1
assist [1]  46/4
assistance [1]  47/24
associate [1]  77/22
associated [16]  31/20 115/19 138/3 151/20 169/9 169/12 169/13 173/24 174/13 184/16 184/18 199/2 207/8 208/15 223/14 245/14
associating [1]  148/2
association [1]  146/1
associations [2]  146/17 146/20
assume [4]  3/6 128/24 215/9 229/23
assuming [3]  27/24 98/10 123/14
assumption [2]  143/9 152/15
ATS [6]  20/4 20/22 21/2 21/14 21/22 24/7
attached [1]  229/21
attachment [2]  175/24 176/5
attack [1]  189/25
attacker [1]  155/22
attacks [2]  250/19 269/20
attempt [1]  99/6
attendees [1]  35/8
attention [6]  35/10 118/13 200/9 200/15 207/18 222/4
attorney [20]  2/8 3/16 5/6 13/24 17/8 17/9 25/25 42/6 45/20 56/19 65/25 66/6 74/17 83/6 104/22 105/5 145/6 145/15 232/9 236/12
attorneys [4]  71/20 74/19 76/6 139/17
Audit [1]  100/17
August [6]  42/11 42/16 42/17 83/9 83/15 83/18
August 1st [1]  83/9
August 2010 [3]  42/11 42/16 42/17
authentic [1]  231/20
authenticate [3]  229/7 229/10 230/24
authenticating [1]  229/2
authentication [1]  229/4
authors [1]  132/5
auto [2]  35/23 35/25
automatic [1]  166/13
automatically [5]  55/10 55/14 65/16 137/19 154/21
available [14]  161/10 165/12 180/24 194/6 194/7 194/10 194/11 204/19 208/12 228/14 228/17 230/19 230/21 233/10
Avast [3]  128/16 128/17 130/5
Ave [1]  2/5
Avenue [3]  2/3 2/12 2/15
average [6]  54/20 55/3 208/7 210/5 212/1 212/5
AVG [3]  145/9 181/2 222/23
aware [39]  8/21 46/22 60/1 64/11 66/7 66/9 66/11 70/15 73/2 74/17 80/25 81/4 81/7 81/10 81/18 81/19 81/20 85/7 103/21 108/14 108/17 108/24 112/3 112/5 113/16 122/9 150/16 156/21 160/21 165/11 166/1 212/24 216/15 237/7 237/11 237/13 237/21 237/23
away [1]  128/2
awry [2]  150/25 151/4

**B**

B-i-r-n-b-a-u-m [1]  45/2
back [45]  9/25 20/21 21/13 21/15 23/3 56/9 57/16 62/7 63/17 65/18 65/20 71/8 81/20 85/16 92/7 92/8 92/12 92/15 97/3 98/4 107/1 112/21 127/17 128/6 128/6 128/9 134/22 137/20 140/12 147/7 154/6 189/4 193/6

**B**

back... [12] 194/25 196/21 200/16 208/16
211/20 212/25 213/17 213/18 227/20 239/12
261/12 269/3
backdoor [2] 252/2 252/7
backed [1] 115/11
background [4] 20/13 54/10 111/6 213/4
backgrounds [1] 53/16
backup [2] 150/17 150/21
backwards [1] 119/20
bad [10] 50/12 64/2 70/4 91/13 110/12
132/20 142/9 150/20 151/2 247/7
badly [2] 20/18 258/10
balance [1] 211/1
balanced [3] 54/5 54/7 55/5
bank [1] 154/21
banks [1] 26/21
Banyan [6] 6/20 80/19 80/20 87/24 88/1
90/22
bar [6] 205/2 205/3 205/6 205/8 205/9
245/23
barrier [2] 50/2 63/18
base [9] 131/18 131/20 156/7 164/22 178/19
178/20 178/23 191/3 193/4
based [38] 5/8 8/4 8/5 8/7 14/3 26/1 39/9
41/4 41/8 50/22 54/1 56/19 56/20 56/24 64/7
73/23 87/3 102/25 106/17 109/24 110/9
113/12 119/25 127/23 131/17 131/22 132/1
132/2 132/12 132/14 132/15 149/3 162/24
172/3 189/13 191/4 226/7 247/22
baseline [2] 106/24 129/18
basic [1] 110/8
basically [33] 38/24 39/17 49/3 49/17 50/20
50/24 51/9 51/13 51/14 53/21 54/24 56/12
60/6 60/12 60/21 60/25 61/19 62/20 64/20
65/13 66/8 67/9 69/3 70/24 71/24 74/8 78/5
110/20 134/13 199/19 238/7 242/24 260/21
basis [9] 65/10 114/18 130/6 141/12 161/25
197/11 200/12 249/5 272/8
BBB [5] 228/2 228/3 228/22 229/8 230/9
Beach [3] 1/8 1/20 2/9
Bear [2] 139/11 176/7
became [1] 43/20
because [94]
become [4] 70/15 81/10 87/2 167/5
becomes [1] 250/19
becoming [1] 95/6
bed [1] 21/24
before [61] 1/13 7/13 7/15 8/15 21/2 21/15
22/6 26/7 26/13 26/22 42/16 42/17 42/20
43/7 47/17 55/15 55/16 55/24 59/5 63/13
68/18 71/24 72/24 74/18 83/10 83/25 89/4
98/3 103/4 103/14 103/19 109/5 113/24
119/22 120/19 121/16 131/2 131/7 135/2
137/25 142/10 150/18 159/15 163/21 180/16
181/21 187/1 205/22 218/22 221/7 227/24
231/14 237/9 238/10 252/19 253/3 253/24
259/10 262/15 272/1 272/5
beforehand [1] 14/9
began [1] 5/13
begged [1] 185/9
Begin [1] 72/16
beginning [7] 9/1 9/6 9/12 9/13 24/15 171/5
251/12
behave [1] 183/23
behaving [1] 250/14
behavior [9] 99/7 102/8 132/12 147/19 159/3
181/1 199/5 244/22 247/13
behaviorist [1] 102/8
behaviors [1] 137/4

behind [11] 53/5 65/12 117/22 119/4 161/24
177/3 238/21 238/23 239/2 239/13 240/11
being [26] 3/20 4/5 16/18 48/7 48/16 60/21
67/22 77/8 80/25 95/24 100/16 103/5 120/3
159/11 163/12 166/23 170/1 187/21 187/23
221/16 222/7 225/5 237/9 237/10 250/21
250/22
belabor [2] 176/13 183/12
believe [88] 6/23 18/13 18/22 18/23 20/7
26/17 51/4 52/16 59/24 61/16 61/22 62/8
64/5 64/14 65/8 65/22 68/20 70/19 71/2 73/8
73/11 75/18 75/20 76/2 77/10 78/1 87/21
96/3 96/25 96/25 100/24 102/17 110/5
110/22 112/15 115/4 115/14 118/14 121/6
122/20 124/3 124/4 126/15 126/17 133/15
133/18 141/8 144/18 145/3 145/6 149/3
161/8 162/18 164/3 168/15 168/16 172/14
182/9 187/7 193/10 200/1 200/23 204/12
204/20 213/9 213/11 214/4 215/19 221/25
223/13 226/16 226/20 227/5 233/19 235/3
235/22 242/7 243/5 244/23 246/19 246/23
247/13 247/16 249/16 258/21 259/5 260/11
261/19
believing [1] 110/1
below [3] 28/6 182/23 247/3
benders [2] 35/22 36/1
beneficial [2] 212/7
benefit [7] 133/13 133/16 133/19 139/20
163/3 164/11 211/8
benefited [1] 167/11
benign [2] 137/6 226/25
besides [4] 30/11 31/22 31/23 75/22
best [16] 70/24 74/13 102/4 121/1 122/21
122/24 129/24 130/1 130/2 130/7 130/11
130/14 176/18 264/19
better [16] 20/16 81/16 91/1 107/18 129/12
130/15 130/24 130/25 144/9 159/13 159/17
210/19 230/1 241/5
between [22] 47/11 47/23 58/24 67/12 76/25
156/15 173/8 192/3 203/25 211/1 215/2
216/22 237/16 238/5 238/9 239/4 239/18
245/20 260/22 269/14 269/21 272/9
beyond [1] 127/11
bid [1] 114/3
bidding [1] 114/6
big [6] 76/17 119/23 155/8 232/15 246/4
249/21
bigger [2] 183/9 197/14
bill [2] 72/11 78/15
billing [1] 79/3
bills [3] 72/10 78/20 78/23
bin [5] 127/14 127/18 128/1 128/4 128/6
binder [10] 13/10 16/11 25/11 51/5 51/9
51/11 51/14 72/3 82/11 90/6
binders [2] 3/18 4/4
Birnbaum [8] 44/17 44/23 45/1 45/16 45/16
45/17 80/13 274/20
Birnbaum's [1] 87/3
bit [10] 16/20 68/18 108/12 119/21 147/6
149/17 152/1 172/19 190/10 265/5
bits [3] 131/24 132/13 132/22
blank [2] 54/25 263/11
bleachers [1] 194/23
blew [2] 22/19 197/3
block [6] 162/3 163/11 163/22 163/22 251/1
251/14
blocked [5] 164/10 191/20 192/2 198/24
249/18
blocker [1] 162/4
blockers [2] 162/4 270/15
blocking [7] 161/19 162/13 163/6 164/11

199/13 251/11 251/15
blocks [4] 158/25 162/7 192/16 250/23
blown [5] 197/13 197/15 224/8 224/11
224/12
blue [1] 111/12
blurb [1] 134/22
blurt [1] 232/2
board [2] 214/25 215/17
Boca [2] 80/21 94/20
body [2] 35/23 35/25
bolded [1] 52/17
Bonjour [2] 239/1 240/8
bonuses [2] 37/6 88/24
Boost [6] 103/22 139/21 147/12 147/25
209/10 223/9
both [22] 67/2 69/9 69/11 69/12 69/15 71/2
118/19 128/25 129/1 185/1 192/13 202/25
219/24 237/22 238/15 239/20 239/21 250/10
254/2 261/18 266/12 266/21
bottom [4] 52/25 109/22 178/2 254/19
bought [2] 151/3 252/14
box [9] 143/6 152/22 213/6 241/2 241/4
262/2 262/19 263/4 263/14
boxes [2] 153/2 217/13
brand [5] 107/19 107/22 120/9 262/9 263/3
breadth [1] 238/13
break [11] 25/2 97/2 97/5 97/20 97/24 152/1
167/24 172/20 172/21 182/11 272/17
break's [1] 97/25
breaks [1] 54/22
brief [2] 94/12 267/19
briefly [5] 10/9 39/11 80/10 186/25 201/13
bring [7] 99/9 107/25 232/12 233/16 234/13
235/4 247/24
brokerages [1] 76/9
brought [6] 64/11 71/9 72/8 72/23 145/6
202/3
browser [8] 11/2 34/21 34/23 35/14 35/15
35/19 163/22 248/4
browsers [2] 227/3 227/8
browsing [2] 137/1 171/22
budget [1] 8/13
build [6] 51/9 74/12 107/20 110/16 141/19
178/24
building [2] 6/21 15/13
built [9] 129/6 129/13 129/23 150/16 151/5
160/17 162/14 165/25 250/18
built-in [3] 129/23 150/16 151/5
bulk [1] 27/4
bullet [2] 17/17 17/24
bunch [5] 55/23 69/23 255/1 262/12 263/25
bundle [1] 183/7
Bundling [1] 167/19
Bureau [1] 230/2
burglarize [1] 252/6
burglarized [1] 252/3
burglars [2] 252/6 252/8
Burton [7] 2/4 45/20 83/6 274/21 274/24
275/13 275/15
business [30] 7/17 8/16 14/15 15/15 15/18
15/21 26/14 26/16 26/20 26/22 35/16 43/25
46/25 49/21 50/9 50/22 52/24 70/7 70/22
72/19 83/23 83/24 116/3 116/9 121/16 138/4
187/1 228/2 230/1 230/1
businesses [3] 53/2 114/2 116/21
busy [1] 116/10
button [3] 86/19 151/4 254/19
buttoned [1] 71/18
buttons [1] 69/7
buy [7] 39/7 55/2 55/10 74/13 155/7 198/14
226/19

**B**

buying [1] 152/25

**C**

C-a-m-p-e-a-u [1] 13/16
C-a-n-n-o-n [1] 16/24
CA [1] 2/19
cache [2] 31/7 154/23
cafe [1] 138/14
calculating [2] 200/22 200/24
caliber [1] 119/1
called [36] 19/2 19/10 20/4 20/6 20/21 22/21
24/7 32/23 46/24 48/22 49/7 68/1 68/2 77/10
77/10 81/2 84/11 86/18 92/18 108/21 108/22
112/23 115/16 115/17 115/18 116/3 116/9
145/10 145/24 146/1 147/15 156/3 160/22
201/2 246/21 266/18
caller [2] 39/15 112/13
callers [1] 36/18
calling [26] 23/17 27/23 31/8 45/11 55/13
59/22 67/15 67/17 67/19 84/15 85/15 111/24
112/14 120/11 121/25 129/8 154/9 155/10
155/22 157/17 157/20 167/17 182/9 188/17
188/19 204/3
CallMiner [4] 68/13 68/17 68/22 80/25
calls [64] 60/9 65/10 66/24 67/1 67/2 67/2
67/3 67/4 67/6 67/12 67/13 67/24 68/6 68/9
68/13 68/22 69/10 78/14 78/14 78/15 78/24
79/16 80/16 80/23 81/1 81/5 81/12 84/10
84/11 84/13 84/13 84/16 84/17 86/1 86/1
86/21 88/8 92/1 92/6 92/21 96/2 104/6 104/6
104/11 104/12 104/15 104/16 105/12 109/23
114/13 114/14 121/14 138/18 148/6 170/25
188/14 188/16 188/17 190/15 191/15 193/13
221/4 221/8 221/9
came [15] 18/14 55/16 55/25 64/4 68/18 86/1
104/25 105/8 124/2 159/15 178/15 184/24
220/14 261/12 268/24
campaign [3] 114/3 114/11 195/25
campaigns [2] 113/4 194/21
Campeau [5] 13/10 13/13 13/16 13/21 274/7
can't [19] 7/11 11/10 12/4 18/24 41/10 71/25
97/16 97/17 105/24 113/12 124/8 127/12
164/18 177/2 179/25 213/11 225/25 250/17
256/17
Cannon [7] 16/10 16/14 17/6 18/2 24/23
113/23 274/9
cannot [9] 29/25 30/2 30/3 40/25 41/1 130/11
133/13 135/24 209/1
capability [3] 81/4 216/18 227/2
capable [1] 212/2
capture [1] 114/18
captured [1] 177/11
captures [2] 177/9 216/23
car [3] 256/2 256/4 264/15
card [2] 85/15 252/18
care [3] 21/23 50/3 270/21
careful [5] 54/13 135/5 135/8 223/2 245/2
carrying [1] 77/24
cars [1] 264/18
case [47] 1/2 11/7 21/17 42/8 58/11 72/13
74/1 78/13 79/17 79/24 80/6 80/6 98/3
104/14 104/20 105/1 105/9 118/6 124/4
141/18 142/18 143/7 144/1 169/19 173/11
181/5 188/14 192/15 200/1 204/4 208/21
211/16 223/6 228/16 229/13 229/16 236/14
236/21 239/5 245/25 246/4 247/16 252/24
253/1 254/22 256/14 256/17
cases [10] 47/12 47/14 47/17 64/11 65/13
72/16 86/6 86/7 86/8 105/3

catch [2] 114/13 131/6
categories [8] 60/20 147/18 148/2 148/13
167/15 211/15 214/1 223/3
categorized [1] 201/4
categorizing [1] 220/12
category [7] 67/14 122/9 148/17 167/25
225/17 225/17 250/10
caught [1] 50/10
cause [8] 20/8 140/24 154/4 161/18 161/20
161/21 250/13 262/23
caused [4] 161/16 189/23 190/1 262/25
causes [1] 137/20
causing [2] 20/15 36/1
CC [1] 2/6
CC-8528 [1] 2/6
Century [1] 2/18
certain [19] 11/8 57/15 61/3 61/23 74/16
88/13 108/10 113/16 114/13 145/22 154/10
195/8 243/2 248/6 249/17 255/22 255/25
264/17 270/9
certainly [17] 100/14 102/3 125/18 146/17
146/17 148/8 152/15 154/24 165/14 165/25
208/19 208/21 210/2 211/12 234/25 241/12
248/2
certificate [2] 186/11 276/8
certification [1] 185/25
Certified [1] 276/10
certify [1] 276/10
cetera [3] 175/18 179/3 179/7
CFPB [2] 79/18 79/21
chair [2] 16/16 69/4
challenge [3] 99/7 102/20 230/21
Chamber [2] 114/4 116/6
chance [3] 90/10 192/25 253/6
chances [1] 253/8
change [14] 106/17 106/21 119/18 136/1
159/2 191/12 201/21 217/6 250/6 263/11
263/22 264/15 264/16 264/17
changed [7] 103/21 168/6 168/8 175/21
187/2 187/5 219/23
changes [16] 60/13 60/16 60/18 60/20 60/20
60/21 60/25 61/14 106/18 130/7 130/12
150/18 171/25 172/3 259/17 264/10
changing [1] 196/14
characterization [8] 149/6 157/12 157/13
159/16 183/2 183/3 219/21 236/25
characterize [6] 162/13 199/10 199/13 224/7
228/20 237/14
characterized [1] 219/25
characterizes [2] 149/5 181/22
characterizing [3] 137/25 201/9 209/14
characters [1] 263/10
charge [6] 29/14 30/25 38/22 65/18 65/20
85/16
charge-back [3] 65/18 65/20 85/16
charged [2] 29/12 32/11
charges [2] 30/4 30/7
Charles [3] 235/5 235/9 275/12
chart [2] 128/12 243/19
chasing [1] 211/2
chat [1] 156/1
check [8] 16/6 102/23 132/7 209/21 249/17
249/19 254/20 264/4
checked [7] 15/1 153/16 191/18 238/7 238/13
252/1 253/25
checking [7] 47/25 54/18 147/2 214/7 249/25
250/7 250/8
checks [8] 191/18 191/19 206/24 207/17
243/24 263/25 263/25 266/18
child [2] 18/16 18/20
China [1] 116/20

choose [2] 183/22 211/8
chose [1] 232/25
chosen [1] 232/21
Chrome [1] 248/4
chronological [1] 123/16
chronologically [5] 174/20 174/21 174/22
175/3 175/6
circle [1] 169/12
circumstance [1] 124/15
circumstances [5] 237/8 237/22 238/16
247/24 261/18
cite [2] 137/13 140/9
CIV [1] 1/2
claims [1] 74/3
ClamWin [3] 130/22 130/23 130/24
clarification [5] 138/25 141/16 154/12
170/12 200/4
clarifications [1] 267/4
clarify [13] 11/21 28/9 29/17 33/16 61/1
146/16 188/12 221/14 238/15 247/5 250/9
261/1 268/2
clarifying [1] 239/11
class [4] 107/19 107/22 108/2 250/3
classes [3] 107/14 107/16 107/16
classic [1] 67/3
classified [1] 67/22
clean [28] 106/8 151/11 151/19 151/19 152/2
152/5 175/15 190/23 195/10 198/14 253/22
254/8 254/23 255/14 255/17 256/5 261/15
263/1
cleaned [18] 253/21 254/4 254/10 254/11
254/22 255/5 255/11 255/20 255/23 256/4
259/3 259/10 260/25 261/2 261/2 261/6
261/11 263/2
cleaner [133]
Cleaner's [1] 138/23
cleaners [6] 133/21 134/2 134/15 134/17
134/23 236/18
cleaning [13] 126/23 126/24 127/9 133/18
135/14 135/16 136/2 247/17 249/2 255/21
255/22 259/16 261/8
cleanliness [1] 195/6
cleanup [1] 106/7
clear [24] 19/8 22/4 31/7 49/10 53/15 53/18
61/17 61/20 66/20 67/18 88/5 166/21 167/12
183/1 196/4 206/18 207/14 207/23 211/15
243/13 244/3 245/19 259/21 261/18
cleared [1] 127/3
clearly [5] 78/13 119/2 207/16 228/15 257/1
Clematis [1] 1/20
click [2] 68/15 245/3
clicked [2] 116/5 269/1
clicks [1] 54/23
client [12] 48/18 53/16 60/23 70/1 71/21
72/17 75/5 79/4 96/20 108/15 108/24 113/22
client's [8] 52/24 107/11 111/23 113/3
113/22 114/2 119/3 144/3
clients [23] 47/14 47/18 48/15 50/17 52/20
58/4 65/4 66/1 66/3 66/7 66/11 96/19 97/8
98/3 109/15 111/7 112/12 113/8 114/9
194/19 195/24 210/16 233/6
clients' [1] 80/17
clock [3] 174/24 175/1 175/21
close [4] 59/18 96/4 97/17 153/21
closed [1] 70/20
closely [2] 131/15 241/7
closer [1] 241/12
clothes [1] 69/2
club [1] 5/19
clutter [10] 199/3 208/16 209/19 211/13
211/18 211/20 212/7 218/9 222/5 223/16

**C**

CNN.com [2] 125/10 125/20
code [34] 23/8 72/19 169/24 170/1 170/3
181/10 181/12 181/13 181/16 192/7 200/17
200/17 200/19 200/21 201/1 201/9 254/21
256/15 257/1 257/2 264/22 264/23 265/6
265/7 265/10 265/10 265/16 265/21 265/24
266/12 266/17 266/20 266/22 267/10
coded [3] 169/9 245/24 257/18
codefendants [1] 96/19
codify [1] 110/16
coding [1] 217/23
cold [1] 81/13
collapsed [1] 187/18
collapsing [1] 187/20
Colleen [2] 2/2 105/5
college [4] 5/22 5/22 14/12 14/13
color [6] 169/8 217/23 245/24 246/16 246/17
257/18
column [2] 214/15 214/19
combination [2] 46/11 46/12
comes [11] 38/7 50/11 108/12 116/24 121/18
129/13 145/19 152/22 203/9 262/12 263/4
comfortable [1] 71/17
coming [2] 69/25 114/14
comment [9] 35/14 61/18 111/17 114/25
123/3 133/20 146/11 162/21 162/24
commented [1] 146/3
comments [1] 62/6
commerce [3] 116/4 116/6 157/10
commercial [2] 108/5 165/14
commercially [2] 165/12 180/24
commission [10] 1/3 2/2 2/2 2/5 3/17 45/21
83/7 89/6 89/9 236/13
commissions [3] 37/4 88/22 89/23
committed [1] 260/10
common [11] 19/5 61/22 111/11 112/22
119/7 141/18 155/22 171/13 184/22 185/5
185/8
commonly [3] 132/25 138/3 171/13
commonplace [1] 155/8
communicating [1] 72/6
communication [1] 12/2
companies [37] 46/1 46/4 46/6 46/8 46/10
46/12 47/7 47/9 47/23 48/1 48/6 49/6 49/9
49/14 49/19 50/2 50/11 59/1 63/19 63/23
64/12 64/15 65/21 66/17 66/18 70/4 71/14
74/4 76/9 76/17 76/19 77/2 81/13 81/18
101/22 130/5 185/2
company [42] 18/19 26/24 35/18 46/9 46/24
50/23 51/4 51/6 53/11 54/15 55/23 55/24
58/11 58/16 58/22 60/24 63/20 63/22 65/9
67/5 68/13 70/2 71/1 71/7 74/12 78/1 78/3
78/6 79/9 79/20 81/7 85/15 94/17 94/25 95/1
107/12 113/22 123/11 145/19 170/19 186/3
186/18
company's [3] 71/17 80/17 95/23
comparative [1] 65/21
compare [4] 159/14 182/2 198/2 218/15
compared [2] 32/19 66/19
comparison [4] 54/21 80/5 180/22 181/4
compensated [2] 103/5 103/8
competition [1] 47/6
competitors [13] 47/2 47/4 49/5 49/6 49/22
50/18 58/18 58/24 59/9 59/14 60/22 60/25
69/20
complain [1] 9/2
complaints [14] 228/4 229/3 229/25 230/2
230/3 230/10 230/10 230/13 230/15 230/22
231/7 231/17 231/21 268/18

complete [2] 5/22 33/16
completed [5] 12/3 91/9 92/9 95/16 242/21
completely [5] 23/7 27/25 90/20 190/23
226/25
complex [1] 210/20
complexity [1] 151/20
compliance [29] 47/15 47/23 49/18 50/16
50/19 50/24 51/5 51/12 56/19 62/1 65/25
66/1 66/6 70/1 70/10 71/17 72/3 72/7 73/24
74/14 74/21 74/22 75/2 75/12 75/15 77/2
79/4 79/10 79/14
compliant [1] 87/2
complicated [1] 234/6
complies [1] 72/18
comply [2] 47/19 66/4
component [1] 95/11
components [1] 249/21
comprehensive [1] 129/22
compromise [3] 157/22 219/16 219/18
compromised [1] 258/11
computer [216]
computer's [5] 127/14 128/1 219/3 219/16
247/14
computers [35] 8/8 10/16 14/9 14/10 52/15
53/6 85/4 106/9 106/10 106/20 107/25 126/9
127/9 133/14 140/20 141/11 150/14 156/11
158/12 160/23 161/16 161/18 164/23 164/25
165/7 170/15 170/16 172/13 185/12 190/14
198/14 198/15 198/17 209/19 247/22
conceive [1] 109/24
concept [7] 52/25 62/24 63/22 77/21 78/5
110/12 119/3
concern [38] 48/23 49/2 49/3 49/16 49/20
49/24 115/17 120/10 120/11 133/16 147/12
147/20 149/5 154/25 155/25 156/2 167/16
167/16 168/18 168/22 169/16 187/8 200/8
201/8 207/10 209/12 217/21 217/24 218/4
221/15 221/17 221/18 221/21 221/24 222/2
225/18 259/19 269/17
concerned [6] 49/12 50/5 181/21 222/8 225/5
225/6
concerns [5] 48/25 49/1 63/24 111/14 147/1
conclude [5] 54/2 64/7 108/6 256/20 257/10
conclusion [4] 53/9 92/21 158/5 172/5
conclusions [1] 102/12
condition [3] 120/23 123/7 249/2
conduct [8] 72/19 132/19 170/17 180/14
180/18 180/22 181/4 181/18
conducted [2] 126/21 178/12
conducting [1] 249/7
conferences [1] 76/13
confident [3] 256/10 256/12 256/16
config [1] 189/14
configuration [5] 189/24 216/21 217/6 250/4
263/22
configured [1] 152/20
confirm [5] 92/8 92/12 92/15 180/4 213/12
conflated [1] 251/13
conflating [1] 222/2
confused [3] 65/14 66/22 121/7
confusing [1] 167/20
confusion [1] 255/18
congratulations [4] 258/22 259/2 259/22
260/1
connected [8] 12/4 12/5 12/15 12/17 13/2
13/3 23/22 121/16
connection [3] 59/9 88/14 181/5
consent [1] 234/20
consequence [1] 268/5
consider [2] 132/3 233/4
considerable [1] 184/1

considered [2] 50/1 90/2
considering [1] 249/8
consist [1] 30/8
consistent [12] 109/20 132/17 178/10 178/12
179/5 179/19 179/23 193/4 193/8 214/9
214/25 215/17
consistently [1] 205/8
constant [2] 130/4 130/6
constantly [1] 22/22
consternation [1] 185/9
construct [1] 223/23
consumer [75] 2/8 3/11 11/23 12/11 12/25
16/6 27/23 29/6 29/12 31/2 32/11 51/7 54/8
54/14 54/15 54/20 54/20 55/4 55/7 61/1 61/2
64/22 65/19 66/22 67/4 67/7 67/14 67/17
67/19 67/21 69/9 76/13 76/15 76/16 84/11
93/6 99/7 102/8 102/14 102/19 110/23 111/8
112/20 115/14 115/16 115/18 141/4 141/10
142/14 144/13 151/3 156/21 157/21 163/1
166/1 166/11 166/17 167/4 167/10 168/10
189/19 210/5 212/1 212/5 237/9 237/17
238/9 240/19 241/6 242/16 262/10 263/4
270/16 271/16 272/4
consumer's [9] 27/21 41/4 41/8 53/20 56/3
61/25 62/4 118/2 212/17
consumers [23] 10/2 46/4 49/8 54/9 54/9
60/7 61/17 65/14 65/15 74/8 76/11 94/6
108/7 133/16 139/4 160/21 164/8 166/13
166/14 222/1 224/14 248/19 263/18
consumers' [3] 52/14 107/11 133/13
Cont.'d [2] 275/2 276/2
contact [4] 11/25 18/24 86/20 104/24
contacted [3] 23/21 86/17 105/5
contained [2] 138/16 230/16
containing [1] 52/17
contains [2] 228/19 233/5
content [2] 110/13 110/14
contention [2] 113/3 119/23
contents [1] 178/8
contest [1] 89/19
contested [1] 79/24
context [13] 110/14 111/19 115/15 140/5
141/7 141/10 141/17 141/20 144/15 146/5
146/18 157/15 200/5
continual [1] 200/12
continually [1] 239/16
continue [8] 60/14 70/22 75/3 75/3 79/9
200/14 254/19 254/20
continued [1] 64/8
continuing [1] 159/17
contract [1] 24/6
contracted [1] 87/1
contravenes [1] 228/15
contributions [1] 100/23
contributors [1] 116/20
control [11] 146/23 147/1 147/9 162/3
162/13 163/24 167/2 183/22 183/23 187/14
269/19
controls [26] 158/9 158/11 158/13 158/18
158/23 159/1 159/11 159/22 159/25 160/15
160/18 161/16 161/19 161/24 162/22 163/7
163/12 164/9 164/12 165/13 191/19 198/23
269/16 269/22 270/7 270/9
controversy [1] 134/17
convenience [1] 84/7
conversation [2] 69/11 69/15
cook [1] 42/23
cookie [32] 137/1 137/4 137/22 137/25 138/2
138/3 138/14 138/16 138/17 154/1 154/6
154/9 154/10 154/15 154/17 154/18 154/20
155/14 156/9 156/13 156/23 157/2 157/8

**C**

cookie... [9]  157/15 210/7 210/7 223/16
224/22 225/10 225/17 227/8 227/9
cookies [57]  122/13 122/23 122/23 123/10
127/3 137/5 137/8 137/11 137/12 137/14
137/18 137/19 138/6 138/6 138/9 138/13
138/18 138/19 153/17 153/23 153/25 154/24
154/25 155/8 156/16 156/25 156/25 167/24
167/24 187/17 199/2 199/10 200/13 208/16
209/23 210/11 211/11 211/11 211/16 211/20
211/23 222/5 223/25 224/23 224/25 225/4
225/6 225/7 225/15 225/16 226/14 226/22 226/24
227/3 227/4 227/9 227/10 255/3
copied [1]  59/2
copies [10]  58/20 72/23 125/2 190/15 201/24
203/17 229/25 230/3 230/10 231/7
copy [12]  9/9 45/23 59/5 84/4 90/5 100/2
140/3 176/2 176/3 176/8 235/14 236/7
core [1]  63/17
corner [1]  246/21
corollary [1]  260/5
correct [220]
corrected [1]  247/21
correctly [6]  152/8 167/18 168/16 168/17
200/24 200/24
corrupted [1]  167/5
corruption [1]  167/6
cost [2]  28/23 32/7
costs [1]  84/21
couldn't [6]  18/25 20/18 23/17 24/12 53/14
246/10
counsel [24]  3/17 34/25 50/16 50/19 74/15
79/11 79/17 80/1 82/3 96/21 133/10 133/11
176/7 189/1 191/9 197/3 200/16 201/24
202/9 206/13 213/12 242/9 242/23 266/7
counsel's [1]  197/20
counseled [1]  47/15
counseling [2]  47/24 77/2
count [6]  167/22 181/20 182/13 227/4 250/12
251/8
counted [1]  250/10
counting [19]  168/14 168/16 168/23 168/23
181/15 187/21 192/12 198/22 199/1 199/3
199/6 201/7 204/18 204/18 204/20 204/21
210/14 212/11 257/14
country [1]  264/6
counts [4]  181/19 209/22 225/6 257/13
couple [15]  21/8 21/9 22/24 37/10 45/22 57/9
81/9 165/19 220/21 222/15 222/21 236/13
267/4 267/25 270/4
course [4]  106/13 211/19 241/9 241/11
court [27]  1/1 1/19 3/1 4/12 10/14 36/8 39/16
45/8 72/13 95/1 100/16 103/23 103/25
126/19 131/3 150/24 195/20 198/19 203/12
203/20 213/10 235/13 235/15 236/25 274/15
275/9 275/11
Court's [3]  228/15 234/17 235/3
courtroom [1]  125/15
cover [1]  110/8
coverage [3]  32/25 37/25 39/17
covering [1]  7/6
coworker [1]  43/19
CP [1]  265/1
CPE [1]  1/19
crapware [2]  153/6 262/16
crashes [2]  167/9 174/6
create [4]  7/24 138/9 227/13 270/24
created [11]  126/10 160/13 162/8 174/17
178/21 179/11 185/1 199/4 200/11 226/21
227/6 268/14 268/20 269/10

creates [1]  150/21
creating [1]  215/21
credible [1]  130/7
credit [2]  85/15 252/17
crime [6]  115/23 115/24 116/6 116/8 116/18
116/24
crimes [1]  116/17
crippled [3]  247/13 248/13 248/15
critical [1]  190/2
critique [1]  195/17
critiquing [1]  196/9
cross [41]  3/21 4/25 5/1 13/18 13/19 17/3
17/4 25/19 25/20 36/24 40/14 41/25 42/1
45/4 45/14 82/25 83/2 99/19 99/21 139/10
194/19 202/20 203/7 223/10 228/14 228/17
232/11 233/11 233/12 235/25 236/2 274/4
274/8 274/10 274/12 274/19 274/21 274/24
275/4 275/5 275/13
cross-examination [21]  4/25 5/1 13/18 13/19
17/3 17/4 25/19 25/20 41/25 42/1 45/4 45/14
82/25 83/2 99/19 99/21 139/10 203/7 228/14
235/25 236/2
cross-examine [2]  232/11 233/11
cross-examined [3]  3/21 202/20 223/10
cross-examining [1]  233/12
crosscheck [1]  197/23
CRR [2]  1/19 276/16
crux [1]  155/17
crystal [1]  206/18
cure [1]  23/2
curiosity [1]  242/22
current [6]  6/15 12/7 83/8 91/14 185/16
269/14
currently [9]  6/25 12/21 14/13 15/6 15/11
152/10 152/11 247/1 251/24
cursory [1]  109/9
custodian [1]  228/18
customer [72]  71/6 7/18 7/25 10/18 10/25
11/24 12/4 12/6 13/3 33/13 38/23 49/10 50/8
66/19 74/11 78/7 84/10 84/13 84/21 84/23
85/1 86/5 86/10 86/13 86/14 86/17 86/19
86/20 87/2 87/7 87/12 87/13 87/14 87/21
87/22 87/23 87/25 88/3 88/8 88/14 88/19
88/20 89/4 89/8 89/12 89/21 90/18 92/7 92/8
92/12 92/16 92/21 92/25 93/8 93/8 94/7
94/21 95/25 96/1 109/23 109/25 141/4
142/14 164/22 173/9 189/13 207/3 208/24
209/1 209/3 224/22 250/25
customer's [5]  9/2 28/18 133/7 133/11 190/23
customers [16]  7/4 7/13 8/15 12/1 50/4 84/14
85/5 85/15 87/8 91/8 95/15 96/2 161/11
165/2 185/10 211/8
customers' [3]  164/23 164/24 165/7
cut [2]  61/7 62/12
cuts [1]  8/13
cyber [3]  115/24 116/7 116/18

**D**

D-e-n-n-i-s [1]  17/1
D-e-v-i-n-y [1]  25/17
daily [1]  65/10
damage [8]  56/14 56/17 117/17 118/3 119/7
119/16 150/13 259/18
damages [1]  52/7
dangerous [3]  135/5 245/6 245/8
data [5]  53/21 81/17 87/3 154/2 154/3
database [2]  131/6 131/7
databases [1]  165/12
date [18]  84/22 103/18 130/9 130/13 175/3
175/10 175/10 175/11 175/18 175/20 178/13
178/21 179/7 179/10 179/20 179/21 180/2

231/21
Dated [1]  276/13
dates [9]  162/19 177/21 177/24 178/11
178/23 179/1 179/3 193/2 193/8
David [2]  2/10 95/19
day-to-day [1]  83/23
days [7]  72/10 121/16 193/7 241/9 248/21
253/3 263/12
DC [2]  2/3 2/6
de [1]  162/1
dead [1]  19/1
deal [5]  48/4 50/1 97/3 101/3 140/17
dealing [4]  19/3 53/1 111/22 162/1
deals [1]  227/7
dealt [2]  12/1 50/20
debate [2]  52/15 152/5
debt [1]  76/20
deceive [5]  102/22 109/25 110/19 110/20
110/21
December [2]  1/9 14/17
December 2012 [1]  14/17
deception [1]  65/13
deceptive [13]  56/17 64/15 65/3 65/5 73/21
77/16 78/11 78/12 102/25 155/10 199/9
199/13 199/18
decide [5]  199/22 199/23 229/11 231/10
231/20
decision [3]  87/3 110/8 210/4
declaration [79]  3/21 3/22 5/7 5/9 13/25 14/4
15/14 17/10 26/1 27/15 28/16 42/7 45/21
45/23 46/16 49/8 71/3 72/9 75/23 76/3 84/3
100/2 100/8 102/11 103/11 103/17 103/18
108/19 108/20 109/5 109/7 111/9 111/20
112/17 115/2 117/7 118/5 118/7 119/20
120/19 130/19 136/24 137/13 158/15 190/20
190/21 193/24 194/2 194/9 194/15 195/15
195/18 195/24 196/21 197/10 197/13 197/14
197/21 197/23 202/1 228/16 228/19 229/21
230/9 230/14 230/16 231/5 231/6 232/8
232/11 232/13 233/1 233/4 235/12 236/7
236/14 236/16 238/18 241/17
declarations [5]  3/19 151/19 196/12 197/16
228/2
decrease [4]  219/2 219/13 219/14 219/16
deep [1]  208/11
deeper [1]  249/13
default [5]  250/4 263/8 263/10 263/12
268/17
Defendant [1]  228/22
Defendant's [5]  233/19 233/24 233/25 235/5
235/23
Defendant's 21 [1]  233/19
DEFENDANTS [14]  1/8 2/10 13/9 16/10
25/10 41/15 44/17 63/19 64/4 82/10 194/3
242/8 246/20 266/7
Defendants' [11]  4/10 4/18 13/13 16/14
25/13 41/19 44/23 82/18 276/3 276/4 276/5
defended [1]  163/23
Defender [15]  129/18 129/23 162/10 162/14
162/16 162/18 162/23 162/25 163/4 163/19
164/3 164/8 164/16 164/18 164/19
defense [19]  3/7 11/13 162/9 162/14 189/1
191/9 195/2 197/3 198/23 200/16 201/24
202/9 227/20 232/22 233/23 234/15 235/21
235/22 249/10
defensive [1]  50/14
defer [1]  106/2
define [1]  67/18
defined [1]  249/20
definitely [5]  53/20 55/25 63/10 107/8
111/13

**D**

definition [5] 60/5 84/23 143/21 184/3 251/5
defrag [1] 165/21
Deignan [1] 70/8
delay [1] 196/15
delayed [3] 96/22 97/8 98/9
delete [1] 227/10
deleted [2] 117/21 127/7
deleting [2] 137/10 138/9
delineation [1] 56/23
Dell [1] 262/21
Dennis [4] 16/10 16/14 17/1 274/9
dental [1] 76/10
department [16] 6/3 6/10 6/21 36/15 90/16
90/17 91/6 91/8 91/23 93/2 93/3 93/9 93/11
94/4 95/14 95/15
depend [1] 248/2
depends [11] 38/23 58/11 110/13 110/14
142/18 143/7 143/21 167/6 209/20 263/21
264/9
describe [2] 85/14 270/19
described [6] 67/14 131/16 141/10 167/23
190/8 211/4
describing [1] 22/12
description [3] 8/6 166/22 244/25
design [2] 97/7 226/13
designed [17] 99/5 102/13 102/22 109/24
109/25 110/18 110/20 110/22 111/2 111/14
111/16 115/14 132/7 181/20 182/13 222/6
222/10
designs [1] 176/23
despite [2] 135/18 265/15
destinations [1] 123/21
detail [8] 78/4 131/14 256/2 256/14 256/15
256/18 259/5 262/22
detailed [6] 121/2 121/2 180/3 192/24 208/8
261/13
details [7] 23/20 23/25 51/7 145/16 150/4
193/15 223/14
detect [6] 65/12 65/14 65/15 131/15 132/10
259/19
detected [1] 219/11
detecting [1] 218/7
detection [4] 132/1 132/2 172/8 172/9
determination [3] 163/10 212/9 212/14
determine [20] 102/18 132/16 148/22 164/1
164/23 171/21 171/24 174/24 180/9 180/15
182/20 185/24 189/23 199/17 208/5 208/9
212/6 224/21 225/9 236/25
determines [2] 28/17 33/6
detrimental [1] 140/21
develop [2] 140/20 141/6
developers [1] 165/16
deviate [2] 56/8 60/2
deviation [1] 76/17
Deviny [7] 25/10 25/13 25/17 25/22 33/19
37/3 274/11
diabetic [2] 26/8 26/23
diagnose [2] 60/6 189/17
diagnosing [1] 110/25
diagnosis [5] 21/15 22/5 62/9 62/10 168/24
diagnostic [7] 27/17 27/20 28/2 28/13 28/17
33/6 36/5
dialogue [1] 117/15
didn't [50] 21/6 39/20 50/10 50/14 57/8 63/4
63/8 63/10 65/11 65/12 65/14 65/15 65/23
66/21 70/6 77/15 97/23 102/7 105/9 113/9
120/17 127/5 128/23 133/4 151/5 157/19
160/25 164/15 180/25 192/7 193/15 195/16
196/8 206/12 209/11 215/9 217/4 217/5

230/18 232/12 233/9 243/3 252/2 252/24
257/3 258/5 258/19 260/17 261/12 267/8
Diego [1] 230/9
differ [1] 218/24
difference [17] 98/1 143/14 151/23 202/6
215/2 216/12 216/13 216/22 218/20 218/22
238/8 238/13 239/4 239/18 259/17 259/19
267/10
differences [2] 237/20 260/23
different [57] 31/12 53/2 58/23 59/16 66/7
80/6 105/3 105/16 105/20 105/22 107/15
107/15 109/10 114/17 128/11 128/18 131/14
145/9 145/19 147/17 147/18 148/5 148/6
148/13 149/25 168/19 169/3 177/9 177/21
178/11 179/1 179/3 180/1 183/8 183/21
191/7 193/2 193/7 193/8 205/4 217/24 224/7
237/8 237/8 237/13 237/13 237/15 238/5
240/14 243/4 243/9 250/12 251/3 266/15
269/15 269/22 270/23
differentiate [5] 69/20 156/15 209/3 210/3
267/11
differently [1] 63/16
difficult [2] 26/21 211/5
dig [3] 52/23 54/10 190/3
diminished [1] 158/18
direct [8] 27/14 28/15 47/6 94/12 114/7
171/6 202/4 228/16
directed [3] 189/9 190/7 232/3
directing [1] 189/8
direction [2] 65/1 224/10
directly [6] 86/5 86/7 88/20 157/6 227/5
265/22
director [3] 6/10 34/5 34/10
dirty [1] 49/20
disagree [5] 65/7 66/2 66/5 183/14 211/14
disc [1] 57/3
discontinuation [1] 185/21
discontinued [1] 93/14
discovered [2] 204/2 252/2
discuss [6] 62/15 62/18 119/2 217/13 241/1
260/4
discussed [7] 23/23 24/1 52/5 119/3 188/23
258/8 259/5
discussing [4] 127/2 236/18 257/17 269/6
discussion [5] 23/25 55/16 145/21 152/4
272/24
discussions [3] 23/3 52/23 53/8 53/9 62/14
63/25
disguise [1] 69/3
dish [1] 76/18
dishes [1] 76/18
display [2] 146/19 265/12
displayed [3] 111/15 167/7 201/10
displays [2] 168/18 181/22
dispute [2] 109/19 113/3
disputed [2] 199/20 199/21
dissatisfaction [1] 65/20
distance [1] 71/15
distinction [2] 172/10 237/12
distinguish [5] 49/21 50/17 192/3 237/16
245/19
distinguished [1] 64/15
DISTRICT [3] 1/1 1/1 1/14
diversity [1] 110/6
division [8] 2/8 90/20 90/21 90/22 90/25 92/6
92/15 92/16
DLLs [4] 145/24 146/18 146/21 265/4
document [1] 124/22 134/7
documented [2] 9/7 12/18
documents [14] 51/1 73/3 73/9 90/23 123/21
124/6 124/19 124/25 125/2 125/3 127/2

128/2 191/11 230/24
does [57] 9/19 31/2 35/18 36/1 39/16 45/7
46/24 90/21 107/12 128/15 129/19 133/2
133/13 135/17 136/10 145/17 148/4 148/14
149/8 149/11 165/21 166/11 168/13 169/5
170/19 174/1 174/2 174/2 174/12 174/15
178/3 182/12 186/6 186/11 189/7 191/11
192/2 203/14 203/16 204/22 205/2 205/3
207/25 212/5 218/24 220/4 224/5 226/16
237/22 245/19 245/22 256/16 265/10 265/13
265/14 265/15 270/15
doesn't [29] 16/16 35/25 46/21 54/22 108/15
115/20 117/2 129/3 136/8 136/9 141/18
142/3 149/8 151/16 156/15 158/5 189/11
191/14 195/13 195/15 209/21 210/6 212/11
243/25 251/1 251/13 252/4 257/18 257/19
doing [32] 11/8 11/22 49/9 49/14 65/16 70/4
71/11 72/20 81/18 89/19 99/25 105/2 105/3
105/7 108/4 132/16 142/5 146/3 151/13
174/1 175/15 179/15 189/14 195/7 204/12
213/2 217/10 240/19 243/15 248/22 253/25
257/25
Doll [1] 2/18
dollar [1] 30/11
dollars [5] 20/9 74/9 85/8 89/13 89/15
don't [171]
done [29] 22/2 44/9 71/24 76/11 76/15 92/16
102/22 121/23 129/9 130/16 130/17 136/15
136/18 138/1 147/2 147/9 153/21 163/25
164/6 170/16 175/16 175/18 180/1 187/21
187/23 213/8 242/20 259/16 269/24
door [1] 252/4
dormant [1] 251/24
dot [6] 160/3 160/4 160/6 160/13 160/17
270/1
double [2] 250/10 250/12
doubt [6] 97/21 97/22 97/23 168/14 197/20
224/17
doubtful [1] 97/19
down [31] 9/17 9/18 20/25 23/7 26/20 27/15
27/25 38/20 39/17 50/11 69/4 96/18 126/21
136/18 148/16 148/21 149/2 152/1 178/1
182/11 187/18 204/15 208/1 208/4 208/11
239/17 245/12 246/5 246/11 247/3 247/25
download [3] 128/3 242/5 253/2
downloaded [5] 19/10 169/21 203/22 242/23
252/18
downloading [4] 21/9 174/5 241/4 252/22
downloads [1] 127/15
dozen [1] 149/25
dozens [1] 270/23
Dr. [1] 113/23
Dr. Cannon [1] 113/23
draft [1] 77/23
drafted [1] 77/18
drafting [1] 71/4
dramatically [1] 248/9
draw [2] 102/12 118/13
drawn [1] 144/4
dress [1] 69/2
drill [8] 148/16 148/21 149/2 208/1 208/4
208/11 215/1 245/12
drill-down [1] 149/2
drive [6] 2/9 105/23 132/13 165/21 170/9
178/20
drives [6] 105/19 170/17 172/7 173/6 188/13
190/10
drop [1] 246/11
dropped [3] 161/9 194/18 195/24
dropping [1] 118/16
due [7] 24/17 24/17 110/6 135/24 167/10

**D**

due... [2]  184/21 204/11
during [8]  8/25 47/16 48/9 94/3 118/21 137/5
 145/21 223/9
duties [1]  140/16
dynamic [1]  201/2

**E**

E-a-s-t-t-o-m [1]  235/10
E-commerce [1]  157/10
e-mail [2]  1/21 86/19
each [37]  4/1 34/15 88/16 93/6 105/17
 121/10 121/14 121/16 130/7 153/9 153/10
 169/15 170/19 170/24 174/6 179/25 189/22
 191/7 192/24 195/4 198/23 199/2 199/4
 199/6 201/21 204/8 208/2 208/12 208/24
 209/2 214/4 214/8 214/10 214/17 216/21
 217/13 221/4
earlier [18]  23/4 59/8 127/2 132/6 140/25
 151/1 159/1 162/2 177/24 184/12 188/23
 207/24 208/17 209/25 221/1 257/4 266/25
 268/16
early [2]  97/2 135/18
ease [1]  155/3
easel [1]  197/6
easier [2]  227/13 234/2
easiest [1]  256/1
easily [2]  50/4 232/16
East [1]  2/18
Eastin [1]  2/15
Easttom [8]  235/2 235/5 235/9 235/13 236/4
 236/12 267/25 275/12
Easttom's [2]  193/24 194/2
easy [5]  155/5 155/6 155/7 245/17 249/22
eBay [1]  155/12
economic [1]  226/18
economically [2]  226/17 227/11
edited [1]  124/25
editing [1]  227/8
edition [1]  206/20
Edmonson [1]  2/17
educated [1]  66/14
educational [1]  100/18
Edward [4]  98/21 99/11 99/15 275/3
Edwin [2]  6/8 43/17
effect [2]  106/9 182/1
efficiency [1]  233/10
effort [1]  137/24
egregious [1]  185/20
eight [7]  24/11 27/3 39/3 100/24 160/23
 163/3 263/10
eight-year-old [1]  163/3
either [16]  8/22 10/6 13/1 21/15 22/6 68/15
 70/19 79/10 150/20 151/16 152/10 202/25
 227/8 243/1 257/11 266/10
elements [13]  52/3 117/11 117/16 117/18
 117/20 117/24 118/1 119/6 119/10 119/12
 119/13 119/14 119/17
elevate [1]  116/12
eligible [1]  39/17
else [28]  11/13 15/25 22/16 36/22 41/6 41/7
 41/8 56/25 62/13 62/16 62/23 63/3 63/8
 63/22 64/1 64/3 77/9 82/5 94/23 96/7 121/7
 127/11 157/3 231/4 231/13 231/22 243/9
 271/10
else's [2]  59/2 59/4
elsewhere [1]  241/1
Ely [1]  2/18
emanating [2]  81/12 81/12
embedded [2]  269/19 270/7

Emily [3]  2/4 45/20 83/6
emotional [3]  111/3 111/4 111/8
employed [1]  43/25
employee [1]  111/23
employee's [1]  106/10
employees [15]  6/25 29/14 33/19 33/24 33/25
 34/3 34/8 34/8 34/13 34/17 34/20 35/25 37/4
 44/4 121/1
employment [3]  27/4 43/5 43/12
emptied [2]  127/13 128/1
empty [1]  128/7
emulate [1]  241/8
encased [1]  105/20
end [26]  12/3 20/15 48/7 48/16 51/11 53/19
 66/22 67/9 76/2 86/11 87/12 93/21 93/23
 93/25 94/1 112/25 137/4 171/5 218/13 241/8
 245/5 246/3 246/18 246/24 247/9 257/15
end-all [2]  51/11 53/19
endeavors [1]  81/9
ended [1]  93/20
Endpoint [3]  128/14 130/25 224/8
enforcement [4]  71/25 81/11 81/21 232/18
engage [1]  142/20
engagement [1]  48/21
engaging [1]  94/4
English [1]  219/14
enough [14]  23/8 64/21 124/24 144/20
 145/20 160/11 170/14 181/17 187/19 199/24
 247/20 250/2 264/12 271/5
ensure [3]  65/25 115/19 249/5
ensuring [1]  75/1
entered [5]  4/10 99/1 197/25 234/12 235/23
enterprise [1]  234/13
entire [5]  71/9 132/4 229/21 252/8 265/7
entirely [2]  63/7 227/10
entities [1]  66/10
entitled [1]  276/12
entries [8]  72/12 79/3 174/23 177/6 177/6
 177/22 178/11 179/19
entry [5]  50/2 63/18 174/7 174/12 217/1
environment [1]  15/2
epicurious.com [1]  125/9
equal [1]  221/18
equivalent [1]  164/19
erroneous [2]  182/8 182/10
error [3]  115/10 167/17 223/11
errors [23]  146/13 146/21 147/13 147/15
 147/18 148/7 167/18 167/21 177/15 182/9
 184/17 184/18 185/1 198/21 198/22 204/3
 223/4 223/14 241/18 241/23 241/24 255/16
 255/17
escalates [1]  117/16 119/15
escalating [1]  118/3
escalation [2]  117/15 118/1
especially [9]  22/18 56/23 70/7 71/13 71/14
 106/8 140/23 184/1 200/4
ESQ [8]  2/2 2/4 2/7 2/10 2/11 2/11 2/14 2/17
essence [1]  152/3
essentially [13]  22/10 50/15 63/21 63/25
 67/19 74/3 74/12 149/11 150/21 151/6
 193/16 253/25 259/17
establish [1]  110/5
esthetic [1]  144/6
esthetics [1]  151/23
estimation [4]  146/12 150/9 161/20 167/13
et [4]  1/7 175/18 179/3 179/7
et cetera [2]  175/18 179/7
evaluate [1]  123/7
even [33]  11/10 19/12 21/19 59/18 66/2 69/6
 79/7 97/20 102/1 116/1 120/9 130/14 140/24
 146/11 151/10 152/8 159/19 160/16 160/16

163/21 167/24 175/2 176/19 202/21 240/3
 248/21 253/6 257/6 261/15 262/6 270/8
 271/25 272/1
evening [2]  168/3 273/2
event [80]  28/14 52/9 52/12 52/14 52/18
 52/21 52/25 53/3 53/8 53/10 54/3 54/14
 55/15 56/25 61/1 62/7 62/10 62/21 62/24
 62/24 63/2 63/24 64/1 64/9 64/12 64/16
 64/25 65/3 65/4 65/15 65/16 66/12 72/14
 75/19 77/7 77/12 77/17 81/15 81/15 108/12
 108/13 108/15 108/18 109/1 109/4 109/8
 109/13 109/16 109/17 173/14 173/17 173/18
 174/7 174/9 174/9 174/10 174/12 174/13
 174/16 174/18 174/19 174/24 174/25 175/11
 175/19 176/22 176/23 176/24 177/4 178/7
 189/5 189/10 189/12 189/13 189/21 189/22
 189/22 189/23 193/1 193/7
events [5]  175/9 175/10 175/19 190/1 190/2
eventually [2]  49/12 73/12
ever [22]  7/3 7/6 7/9 8/2 10/4 21/14 21/14
 22/13 37/3 37/6 43/25 44/9 57/23 58/1 75/5
 89/21 113/24 117/20 159/2 175/16 230/16
 271/17
every [32]  21/8 38/16 38/22 40/6 56/16 64/23
 66/22 91/21 100/21 126/14 126/15 126/17
 128/18 137/1 141/17 155/23 155/24 166/1
 166/11 170/21 185/12 200/11 204/14 209/1
 223/6 251/10 251/11 263/11 264/6 264/10
 265/9 265/23
everybody [1]  97/17
everyone [8]  3/2 25/7 63/22 64/23 96/16
 98/18 172/25 206/4
everyone's [2]  107/9 245/6
everything [17]  20/14 61/21 70/9 101/19
 121/22 122/8 123/15 164/18 212/11 231/4
 243/3 254/8 254/20 257/8 257/13 261/16
 270/8
everything's [1]  71/18
everywhere [1]  270/5
evidence [37]  4/11 98/22 99/2 104/20 104/21
 110/9 112/9 113/7 113/13 148/25 150/13
 161/15 172/12 179/10 179/10 194/5 195/14
 196/2 196/7 197/25 228/5 230/6 230/15
 231/11 232/5 232/6 232/20 233/5 233/9
 234/12 235/13 235/23 256/20 257/11 265/17
 275/18 276/3
evoke [2]  111/3 111/8
exact [7]  8/17 24/8 47/21 60/20 112/17
 194/18 195/23
exactly [16]  29/17 31/18 35/24 51/2 57/24
 102/23 134/6 148/21 149/8 187/20 204/17
 210/9 236/17 244/13 256/16 267/10
exaggerate [1]  257/3
exaggerated [4]  256/21 257/9 257/12 258/6
exaggerates [1]  148/25
examination [48]  4/25 5/1 10/10 11/19 13/18
 13/19 17/3 17/4 25/19 25/20 35/6 37/1 37/13
 39/12 40/17 41/25 42/1 45/4 45/14 53/20
 80/11 82/25 83/2 94/13 99/19 99/21 139/10
 150/12 173/5 180/7 181/18 183/15 188/8
 203/7 206/7 220/10 220/24 222/17 226/8
 228/14 235/25 236/2 267/14 267/23 271/13
 274/15 275/9 275/11
examine [3]  171/24 232/11 233/11
examined [3]  3/21 202/20 223/10
examining [1]  233/12
example [24]  56/4 85/24 113/19 114/4 124/9
 131/5 138/13 144/2 144/2 145/7 162/11
 207/21 225/12 241/10 246/4 248/3 250/16
 250/24 251/18 251/24 252/1 263/9 266/12
 269/18

**E**

examples [1] 185/21
Excel [4] 123/21 124/5 124/19 175/17
exception [2] 218/2 221/10
exclamation [5] 52/18 200/5 200/6 204/5
246/6
exclude [2] 221/23 221/25
excuse [6] 18/18 63/6 63/12 193/19 204/24
228/21
execution [2] 158/25 163/6
exhaustive [1] 121/22
exhibit [29] 4/2 4/10 90/7 99/1 175/23
175/24 175/25 176/1 196/25 197/2 197/5
197/7 197/8 197/25 198/11 201/23 203/12
204/25 228/3 228/3 231/16 233/17 233/21
233/22 234/1 234/3 234/3 234/12 235/23
exhibit 19 [1] 228/3
exhibit 21 [1] 233/21
exhibit 28 [2] 175/24 176/1
exhibit 40 [1] 197/5
exhibit 42 [1] 228/3
exhibit 50 [1] 234/1
exhibits [6] 98/22 98/24 197/2 227/24 275/18
276/3
exhibits 18 [1] 98/24
exist [8] 144/22 144/25 185/16 207/17 224/5
225/24 226/16 252/8
existence [6] 154/15 155/13 156/8 156/13
163/13 207/3
existing [4] 31/8 39/6 262/6 270/4
exists [2] 152/11 226/15
expect [9] 106/21 175/9 175/19 209/1 244/13
262/18 269/2 271/23 272/10
expected [2] 71/23 106/14
expecting [2] 71/6 226/10
expensive [1] 21/7
experience [25] 5/18 14/9 27/4 29/11 36/7
51/7 53/17 71/11 73/23 107/1 107/10 107/22
107/23 141/25 151/16 238/9 241/6 241/8
241/12 242/16 245/16 247/22 248/12 248/24
258/7
experiencing [2] 7/20 167/9
expert [28] 3/8 3/8 96/19 96/20 99/6 101/20
102/8 103/18 103/19 104/1 104/25 110/19
119/1 143/25 148/20 178/10 183/5 194/3
195/5 195/8 199/19 202/4 202/5 202/11
210/15 234/17 237/1 247/22
expert's [5] 99/4 194/15 195/13 195/18
196/10
expertise [5] 24/18 56/19 101/19 102/7 212/6
experts [27] 1/7 5/24 6/2 6/6 14/16 14/20
14/23 14/25 15/9 15/12 26/4 26/7 48/21 51/1
64/8 64/14 66/11 69/19 74/15 74/25 83/8
85/7 97/15 134/1 134/14 195/3 195/5
Experts' [1] 85/18
explain [6] 63/15 131/14 150/19 208/19
253/24 256/1
explaining [1] 72/17
explanation [2] 134/8 217/21
explanations [1] 217/16
explode [1] 257/21
exploit [1] 154/16
exploited [2] 154/16 156/10
Explorer [3] 239/7 248/3 248/4
expose [1] 71/21
exposed [1] 67/22
exposes [2] 155/15 155/19
extent [3] 136/1 247/14 248/14
extolled [1] 148/19
extra [7] 60/25 61/1 90/5 103/10 217/23

248/7 266/19
extraneous [1] 212/7
extremely [3] 26/21 209/15 257/8

**F**

f-i-v-e [1] 81/2
Facebook [4] 137/13 138/2 155/4 155/5
facilitate [1] 155/13
facility [2] 80/19 94/20
fact [39] 20/17 21/18 21/21 64/25 72/6 81/1
91/20 94/4 106/19 120/15 122/6 129/17
130/13 137/6 138/20 147/22 149/24 155/11
156/13 168/23 182/17 183/13 183/14 184/21
184/24 185/11 193/10 194/22 195/10 195/14
199/20 207/25 215/25 217/23 218/2 227/13
239/15 248/18 263/6
factors [1] 248/2
facts [7] 102/18 103/1 113/12 182/1 182/2
182/20 196/2
factually [2] 182/7 182/9
fair [17] 27/4 55/12 98/2 101/20 101/23
118/24 124/24 144/20 145/20 160/11 181/17
199/24 219/20 236/17 268/5 268/12 271/5
fairly [6] 54/5 56/9 88/11 168/4 214/25
215/17
fairness [1] 136/8
fake [2] 256/20 257/2
faked [1] 257/11
fall [4] 67/13 90/18 122/8 250/9
false [9] 108/11 115/14 199/18 210/22
210/23 210/23 210/24 211/1 211/3
falsely [1] 109/25
familiar [18] 15/17 18/8 19/3 20/8 44/2 44/4
92/18 113/19 116/17 159/5 159/8 178/7
186/3 186/18 186/21 222/19 235/3 253/16
family [2] 14/10 87/19
far [9] 8/20 85/9 113/13 123/17 195/17
234/15 251/6 251/15 272/5
fascinating [1] 124/16
fashion [1] 154/5
fast [1] 220/18
faster [1] 156/6
fault [2] 136/5 136/12
favor [1] 177/5
FBI [7] 18/15 113/19 113/25 114/4 114/12
114/23 131/5
fear [2] 70/2 70/3
fearful [1] 69/24
feasible [3] 226/17 226/20 227/11
feasibly [1] 226/17
feature [7] 138/20 146/24 148/19 150/25
151/5 155/22 216/18
featured [1] 237/25
features [3] 130/10 158/13 238/4
February [5] 5/25 6/5 15/3 26/5 27/7
February 2012 [2] 5/25 26/5
February 2013 [2] 15/3 27/7
federal [9] 1/3 2/2 2/5 3/17 45/20 66/1 71/14
83/6 236/12
fee [16] 29/12 29/15 29/21 29/23 30/3 30/4
30/7 30/11 32/14 32/15 32/22 32/25 38/25
39/8 39/18 39/22
feel [3] 136/20 248/12 262/15
feeling [1] 49/3
fees [5] 30/10 30/11 30/19 31/20 33/2
fellow [4] 100/15 100/16 101/16 101/17
fellows [4] 100/22 100/24 101/9 101/11
felt [4] 49/4 49/8 64/17 64/24
fender [1] 36/1
Ferguson [10] 2/10 151/9 153/23 181/25
274/5 274/13 274/16 274/22 274/25 275/4

few [16] 17/12 36/25 72/10 72/11 100/11
102/11 136/21 139/20 153/19 176/17 180/6
205/21 205/23 206/9 241/4 243/19
fewer [1] 242/24
field [4] 5/14 5/18 14/7 43/5
fight [1] 50/12
figure [2] 50/20 56/12
figuring [1] 212/2
file [15] 72/3 72/4 118/21 132/4 132/5 146/1
146/17 146/20 170/20 174/7 174/16 199/4
225/10 239/9 265/1
filed [1] 235/14
files [21] 123/20 127/14 128/2 167/23 171/21
199/3 200/10 204/11 208/15 209/19 209/22
211/13 211/18 215/12 215/21 218/9 218/10
218/18 223/24 239/6 241/5
filings [1] 104/13
filled [3] 75/5 246/18 252/17
final [4] 28/6 28/13 62/10 270/14
financial [2] 76/15 76/16
financing [1] 70/21
finder [1] 35/22
finding [3] 126/22 201/4 239/9
findings [2] 163/8 224/7
finds [2] 151/22 262/8
fine [15] 45/13 73/18 78/7 98/5 106/24
129/19 131/1 139/5 168/15 170/14 196/19
230/6 231/9 231/12 261/17
fingerprint [1] 131/6
finish [8] 63/13 97/13 98/2 103/14 122/18
136/17 234/23 272/18
finished [3] 34/25 35/1 92/13
firewalls [1] 186/8
firm [7] 2/12 45/25 46/2 73/3 76/4 79/23 87/1
firms [1] 74/23
first [52] 4/21 10/19 16/25 17/17 17/24 18/22
18/24 23/20 24/16 28/16 38/10 39/20 48/18
53/12 61/17 62/9 65/6 67/14 69/23 70/19
72/6 73/25 74/14 77/19 93/25 104/6 109/5
110/2 112/4 116/2 120/20 128/14 131/25
141/17 151/22 160/7 176/20 177/12 180/3
190/2 190/20 190/21 196/21 202/2 229/12
237/9 241/15 253/14 255/16 262/17 271/15
272/5
firsthand [1] 8/14
five [16] 25/2 27/15 44/18 91/1 96/13 157/23
158/17 158/22 159/2 160/23 168/19 244/19
244/19 244/24 245/12 264/11
five-minute [2] 25/2 96/13
Five9 [2] 81/2 81/4
fix [23] 8/8 20/14 22/14 30/23 30/24 31/8
31/9 31/11 31/14 31/22 31/24 32/16 33/1
38/3 40/25 67/9 107/8 108/1 151/4 250/6
256/11 257/20 269/1
fixed [7] 10/21 32/5 54/12 86/24 93/9 269/8
271/19
fixes [3] 146/24 147/1 271/18
fixing [3] 14/10 167/11 254/16
FL [3] 2/9 2/13 2/16
flagged [3] 131/8 131/20 131/23
Flagler [1] 2/9
Flash [5] 249/22 250/16 250/16 250/17
269/18
flat [6] 29/4 29/5 29/8 29/9 30/4 30/7
flight [2] 194/12 196/15
flip [1] 3/21
flipping [1] 136/17
floor [7] 2/13 36/12 87/21 87/22 87/23 87/25
88/7
FLORIDA [19] 1/1 1/4 1/8 1/20 5/6 13/24
17/9 25/25 42/6 47/8 47/13 47/18 49/4 58/23

**F**

FLORIDA... [5] 63/23 71/15 104/21 231/23 232/9
flow [2] 110/8 175/3
fluctuate [2] 205/11 205/13
fluctuated [1] 204/7
flurry [1] 81/21
focus [10] 49/10 51/8 102/25 117/18 119/12 129/21 150/3 186/7 189/21 221/22
focused [7] 50/23 51/8 70/7 74/3 74/10 165/4 177/19
focusing [3] 65/23 134/13 222/3
folder [3] 77/24 127/15 128/3
folders [1] 118/21
folks [2] 129/14 129/15
follow [6] 7/25 57/24 222/11 222/13 226/6 227/15
follow-up [4] 222/11 222/13 226/6 227/15
followed [2] 179/20 185/21
following [10] 25/6 34/9 39/14 96/15 98/17 172/24 206/3 219/2 219/13 219/15
follows [1] 121/22
foot [1] 70/24
force [1] 270/1
foregoing [1] 276/10
forensics [1] 119/7
forethought [1] 64/21
forever [1] 263/13
forget [1] 156/18
forgive [1] 101/25
forgot [1] 217/8
form [5] 61/21 75/5 132/1 201/1 252/17
format [1] 176/23
former [1] 43/19
forms [1] 62/19
Fort [2] 2/13 2/16
forth [6] 105/4 145/10 167/25 205/10 208/17 227/1
Forty [3] 231/18 231/19 231/19
Forty-two [3] 231/18 231/19 231/19
forward [2] 70/24 152/4
found [33] 18/16 19/9 19/15 20/2 73/21 95/4 95/5 122/11 122/12 127/6 131/9 149/4 172/14 182/24 198/22 204/2 217/19 219/1 219/2 219/13 219/15 219/20 241/17 241/23 244/5 244/7 254/8 255/1 255/2 255/15 256/20 261/12 268/13
foundation [1] 192/6
four [20] 5/20 21/10 28/10 47/7 47/12 77/3 97/15 97/16 108/25 109/16 111/20 115/8 132/23 213/20 213/21 214/10 216/21 218/10 254/9 255/2
fourth [5] 170/25 221/2 221/3 221/5 221/11
FPL [3] 42/21 42/24 43/2
fraction [1] 114/19
fragments [6] 238/21 238/24 239/4 239/5 239/13 240/9
framework [7] 160/3 160/4 160/6 160/14 160/17 270/1 270/3
Frank [1] 82/23
Franklin [4] 1/19 276/9 276/15 276/16
frankly [3] 48/9 60/4 65/7
fray [1] 117/2
free [17] 136/20 165/14 190/23 209/21 242/11 242/19 243/9 252/23 253/2 253/14 253/15 261/20 262/15 266/9 267/6 268/3 268/6
freed [1] 247/17
frequent [1] 56/7
frequently [3] 107/18 262/23 270/7

fresh [22] 107/22 120/5 120/12 120/14 151/18 151/18 151/21 152/6 152/9 172/1 175/13 179/6 179/20 180/12 184/7 198/16 198/17 198/20 262/1 263/3 268/13 268/22
freshly [1] 268/9
Friday [2] 79/13 168/3
friend [2] 35/15 35/22
friends [4] 14/10 34/21 34/23 162/3
front [12] 5/7 5/9 13/25 14/1 17/15 26/2 42/8 45/23 60/19 84/3 87/12 177/12
fruit [2] 168/19 168/21
FTC [55] 45/7 61/19 64/7 65/7 65/22 65/23 66/17 69/24 71/4 71/6 71/23 72/3 72/15 72/17 74/1 76/11 76/12 76/22 77/23 81/11 81/21 88/2 96/21 104/21 105/2 105/12 106/2 106/9 106/10 106/15 108/21 119/25 121/1 121/8 123/4 151/11 160/22 162/12 164/4 165/4 169/21 170/15 171/15 173/8 173/12 180/13 183/24 188/13 190/11 193/12 203/23 206/13 221/6 230/11 231/22
FTC's [4] 65/2 65/6 173/6 180/14
fulfillment [1] 46/13
full [27] 32/6 32/24 55/15 55/16 57/8 57/13 62/4 224/8 224/11 224/12 237/25 238/2 238/4 238/6 238/7 238/10 239/22 239/24 242/11 242/13 243/3 243/5 243/10 261/19 266/19 268/1 268/7
full-blown [2] 224/11 224/12
fully [3] 126/22 126/24 127/9
fun [1] 35/8
function [4] 150/17 166/16 265/2 265/20
functionality [2] 140/22 186/13
functioning [1] 19/22
functions [9] 11/9 149/20 149/25 150/7 150/9 165/19 222/22 265/3 265/4
further [19] 8/9 11/11 15/23 36/21 37/9 41/12 44/11 81/24 95/18 96/6 160/16 189/9 190/3 205/15 217/7 220/5 220/20 226/2 271/8
future [3] 66/13 75/2 83/24
fuzzy [1] 132/3

**G**

G-r-u-s-h-o-f-f [1] 82/23
gage [4] 246/22 246/25 247/1 247/6
gain [1] 144/9
game [3] 126/1 130/4 143/15
gap [2] 271/22 271/24
Garden [2] 42/17 42/22
gather [7] 8/18 8/19 8/23 8/25 51/13 174/2 174/2
gathered [1] 202/16
gathering [1] 174/4
gave [13] 18/22 22/8 22/9 127/20 133/9 166/13 196/10 204/9 204/9 252/17 258/4 258/4 258/5
Geek [1] 74/12
general [21] 2/8 5/6 13/24 17/9 25/25 42/6 58/8 64/17 78/9 79/11 104/22 108/13 108/13 155/2 157/6 232/9 236/22 245/8 249/25 250/13 268/19
General's [1] 3/16
generally [16] 47/22 48/19 79/3 87/11 87/17 112/19 112/20 134/1 134/14 175/5 176/20 177/6 223/6 236/19 245/13 268/5
generated [4] 89/11 132/7 211/19 249/14
generic [1] 156/20
gentleman [4] 19/2 95/10 162/2 170/20
gentlemen [2] 161/2 163/2
German [1] 45/18
gets [1] 3/8

getting [15] 3/10 21/24 22/6 47/25 77/5 81/15 96/24 107/7 117/1 126/4 126/16 126/17 247/1 248/10 270/20
gigabytes [1] 218/10
give [21] 35/18 40/1 48/12 102/20 103/3 112/17 117/5 123/8 136/16 138/23 178/23 200/4 201/24 241/2 245/4 251/18 253/5 254/12 256/14 256/17 261/25
given [80] 8/24 12/16 33/25 36/9 37/3 37/6 89/21 89/23 104/20 104/21 106/8 115/15 130/6 130/12 130/13 130/14 138/12 142/19 142/19 143/3 193/5 193/6 193/11 193/13 193/15 211/16 228/23 233/1 253/9 261/23
gives [5] 32/24 128/19 128/20 252/22 257/22
giving [3] 167/19 196/10 225/19
glass [1] 178/5
glasses [1] 176/19
glean [2] 223/23 223/24
gmail [2] 137/13 138/2
goes [9] 15/14 20/13 37/21 50/9 61/18 71/8 72/19 143/24 246/22
going [104]
gone [3] 132/21 209/7 270/21
good [54] 3/2 5/4 10/12 10/13 13/21 13/22 15/1 17/6 20/17 25/22 25/23 42/3 42/4 45/16 49/4 51/5 62/3 71/18 78/6 80/5 80/13 80/14 83/4 83/5 85/14 98/11 99/23 100/1 101/18 101/25 104/3 106/5 124/21 137/10 137/18 139/15 141/13 150/20 168/9 195/1 195/2 210/20 236/4 236/4 236/6 250/4 252/4 254/24 258/23 259/2 259/23 260/1 264/12 272/16
Google [8] 114/7 125/25 126/19 126/19 155/5 155/6 200/13 227/1
Gosh [1] 163/14
got [47] 6/4 18/24 23/6 24/16 32/22 32/23 40/4 49/2 50/7 54/12 57/13 64/21 72/10 82/14 89/5 97/15 100/11 101/7 116/12 119/11 120/2 120/23 125/14 128/10 128/20 131/6 133/9 134/22 136/21 145/21 154/19 159/17 168/4 172/2 172/19 175/8 185/11 196/2 200/6 204/10 205/20 225/21 229/14 231/8 256/15 270/21 272/19
gotcha [1] 134/9
gotta [1] 69/12
government [2] 50/11 71/13
grab [1] 84/4
grabs [1] 154/23
gradual [2] 204/10 204/16
graduate [1] 14/12
granted [3] 27/16 28/1 28/3
graphical [1] 144/4
great [7] 72/24 78/12 101/3 140/12 169/16 250/16 251/18
greater [1] 141/5
green [3] 205/9 246/22 247/9
grew [1] 95/13
grocery [1] 264/13
grounded [1] 53/13
group [4] 26/23 79/18 79/21 90/18
grouping [1] 218/18
groups [2] 58/23 115/10
grow [2] 70/6 70/22
growing [1] 96/3
Grushoff [5] 82/10 82/18 82/23 83/4 274/23
guarantee [2] 135/24 212/25
guaranteeing [1] 32/7
guess [21] 4/13 38/23 94/5 98/2 101/8 102/20 108/20 121/21 126/12 137/8 142/13 152/16 173/7 187/15 203/4 204/4 214/15 214/20 221/17 232/10 255/18

# G

guessing [4]  47/7 85/25 93/17 254/21
guest [1]  107/3
guidance [1]  79/20
guideline [2]  60/11 90/15
guidelines [1]  59/21
guns [3]  68/19 68/20 68/21
guy [2]  69/7 131/6
guys [6]  50/12 70/3 74/10 74/11 79/11
232/18

# H

hack [2]  138/17 154/3
hacked [2]  155/16 155/21
hacks [1]  154/23
hadn't [3]  103/19 120/18 145/16
Haimovitch [1]  2/11
half [1]  43/4
halfway [1]  27/15
hall [2]  3/12 16/6
hand [15]  4/16 13/11 16/12 25/12 41/17
44/21 82/16 90/6 99/10 120/18 138/12
177/19 203/12 246/21 266/5
handed [1]  213/18
handle [1]  163/6
handled [1]  164/16
handling [1]  88/8
handout [1]  71/10
hands [2]  136/4 171/12
hands-on [1]  171/12
handy [1]  100/2
happen [5]  57/16 92/25 142/21 173/11
209/13
happened [8]  18/13 20/5 20/5 23/14 91/20
189/25 193/10 193/13
happening [3]  20/19 175/7 175/22
happens [3]  8/6 153/2 185/3
happy [8]  22/24 38/23 91/9 107/6 147/7
172/20 212/17 234/2
hard [19]  41/11 66/19 105/19 105/23 130/9
132/13 165/21 170/9 170/17 172/7 173/6
176/18 177/24 178/20 188/13 190/10 265/12
265/17 270/19
hardly [1]  116/5 228/20 228/23
hardware [2]  105/15 105/18
harm [5]  161/16 161/18 161/20 161/21
172/13
Harold [5]  14/24 41/16 41/19 41/23 274/18
hasn't [6]  22/24 90/25 112/6 184/16 226/21
250/24
haven't [11]  23/2 72/22 72/24 98/10 102/22
109/16 120/18 147/25 167/23 192/11 194/19
having [10]  38/22 90/5 139/22 167/15 230/5
241/5 254/7 260/25 261/5 265/16
havoc [1]  262/24
he'd [1]  127/17
he'll [2]  96/25 131/7
he's [27]  3/12 3/12 6/10 13/10 16/7 16/10
25/10 73/11 82/11 82/12 96/22 96/25 98/6
98/12 98/13 118/24 118/25 119/2 121/6
121/7 123/3 127/19 183/4 194/3 194/25
195/18 233/10
head [4]  57/9 125/15 160/10 171/20
headed [1]  65/1
heading [1]  263/25
headway [1]  44/16
healthcare [3]  76/9 76/10 76/17
hear [6]  57/23 69/8 69/9 69/12 97/9 112/23
heard [12]  69/11 81/10 98/10 113/22 145/16
151/10 191/10 195/1 195/22 206/13 221/1

hearing [12]  65/15 103/22 139/21 139/23
141/3 143/19 145/22 147/12 153/6 160/22
209/11 223/9
heavy [1]  58/19
held [1]  272/24
Hello [5]  81/14 94/15 99/24 139/16 188/11
help [25]  4/12 12/19 46/25 48/4 50/17 59/9
63/16 67/8 67/20 72/12 75/12 84/11 107/3
107/6 107/7 107/24 110/16 114/7 135/7
140/9 195/20 196/15 199/23 200/19 212/9
helpful [5]  123/9 165/24 166/16 217/19
262/10
helps [1]  215/20
hence [1]  174/9
here [71]  3/8 13/25 22/1 32/20 44/19 53/6
56/14 56/17 62/1 73/11 74/8 96/25 98/7
98/10 98/13 98/13 100/13 103/9 108/14
109/19 113/23 119/6 121/18 124/7 125/23
128/11 129/15 129/25 132/6 133/3 133/12
138/18 139/3 142/25 143/16 145/16 146/19
147/6 148/11 151/8 152/2 154/1 156/7
156/18 158/3 165/1 167/24 168/13 172/20
177/19 192/1 196/2 197/19 199/20 205/18
216/25 228/14 229/22 234/18 243/14 244/4
247/17 249/25 251/16 254/6 255/18 258/21
262/11 265/12 266/11 271/11
here's [2]  50/23 161/24
Hershel [3]  44/23 45/1 274/20
hesitancy [1]  218/15
heuristic [3]  132/2 132/7 132/15
hey [6]  49/13 50/11 53/5 74/9 79/9 185/12
Hi [2]  17/7 188/10
hide [2]  69/2 69/2
hiding [2]  232/18 233/6
high [14]  5/19 5/21 169/15 218/7 218/11
246/2 246/2 246/16 246/23 247/4 247/9
247/10 264/18 271/24
higher [6]  29/23 29/25 30/3 192/20 244/11
271/25
highest [1]  271/17
highlighted [1]  244/6
highly [3]  65/7 102/14 199/20
hijackers [5]  34/21 34/23 35/14 35/15 35/19
hire [1]  79/10
hired [1]  256/2
hiring [1]  74/10
history [1]  76/3
hit [4]  144/7 151/4 151/16 249/23
hits [1]  54/23
hitting [2]  101/25 269/9
Hoffman [2]  79/18 79/21
hold [6]  84/4 115/20 121/7 195/21 222/14
267/2
holds [1]  124/18
holiday [1]  249/2
home [1]  252/2
honest [1]  23/17
honestly [1]  23/17
Honor [92]  3/5 3/9 3/15 4/7 4/8 8/10 11/15
13/9 16/1 16/3 16/5 16/10 24/24 25/1 25/9
35/5 36/23 37/12 39/11 41/15 44/11 44/14
44/17 45/5 45/13 72/21 73/11 80/10 82/4
82/6 82/9 82/10 82/12 84/6 94/12 96/8 96/10
96/18 97/6 98/20 98/23 100/4 113/8 113/6
116/14 118/10 121/25 122/16 123/1 127/19
129/8 133/6 176/11 178/14 179/9 183/4
193/20 194/1 194/6 194/17 195/5 197/6
197/19 198/1 198/9 199/16 201/14 201/22
202/3 205/16 205/18 220/7 220/23 222/12
227/16 227/17 227/23 228/9 228/25 230/4

231/9 231/12 231/15 231/24 231/25 232/23
233/20 234/2 234/13 234/22 271/11 272/20
Honor's [1]  228/5
HONORABLE [1]  1/13
hook [2]  212/15 212/16
hop [1]  76/14
hope [1]  234/25
hopefully [4]  98/11 125/5 139/22 206/9
horribly [1]  250/5
host [1]  269/20
hotly [1]  79/23
hour [15]  98/9 103/5 240/19 241/11 244/22
247/12 247/23 248/9 248/11 257/25 260/7
268/14 269/2 269/10 271/22
hour's [1]  268/23
hourly [2]  249/5 249/7
hours [6]  79/13 103/10 189/1 248/20 248/21
269/10
house [6]  7/2 18/21 46/14 64/5 79/10 107/3
household [1]  87/18
hover [1]  217/13
However [7]  110/6 135/21 155/2 156/24
162/7 167/8 208/11
HP [1]  262/21
HR [1]  51/17
huge [3]  65/19 126/18 232/16
huh [20]  20/3 40/9 42/12 51/22 56/15 66/25
71/5 79/22 83/16 89/16 91/15 91/24 114/1
117/12 137/7 171/3 182/6 187/9 218/8 244/1
human [2]  126/10 222/7
hundred [6]  67/12 67/13 69/10 85/8 89/13
244/10
hundreds [4]  107/21 114/16 126/14 244/9
hurts [1]  136/5
hypothesis [1]  261/14
hypothetical [3]  151/10 152/16 164/15

# I

I'd [24]  39/21 57/14 85/25 107/6 139/23
141/7 144/15 146/5 146/18 160/7 160/8
162/19 179/13 180/6 192/24 194/1 194/7
201/14 201/22 202/5 213/16 232/5 248/15
258/12
I'll [24]  5/10 17/16 22/17 40/1 78/25 79/14
90/6 100/12 102/4 102/20 118/13 135/2
144/23 195/12 197/3 197/24 199/22 201/24
203/11 203/12 205/3 205/21 222/14 271/6
I'm [167]
I've [24]  17/9 21/7 22/24 40/3 42/8 69/12
82/14 100/8 100/11 101/19 103/10 112/1
120/20 123/17 131/2 135/3 157/23 170/14
172/19 175/16 202/20 253/25 267/9 269/18
i.e [1]  27/25
ICE [19]  6/11 27/16 28/18 29/11 43/9 43/11
43/12 43/13 43/14 48/22 50/5 59/6 62/12
87/6 173/8 173/12 188/17 188/17 188/19
ICE's [11]  47/2 47/4 49/16 58/17 59/3 59/9
59/13 72/18 84/17 85/7 95/11
ICSA [4]  186/3 186/5 186/6 186/11
ID [7]  92/18 92/22 92/24 93/5 93/10 94/5
189/23
idea [12]  38/22 47/10 48/9 59/22 90/23
124/21 125/18 161/24 165/1 252/4 255/10
263/16
identical [5]  58/20 59/15 59/18 260/17
260/19
identified [9]  91/13 91/17 131/18 219/25
231/20 243/16 243/22 244/5 260/8
identifies [7]  148/12 208/1 210/24 225/2
225/4 244/19 249/11
identify [11]  10/18 10/19 91/25 148/16 184/5

**I**

identify... [6]  210/6 210/11 224/23 243/8 260/9 268/6
identifying [2]  131/5 168/16
II [4]  235/2 235/5 235/9 275/12
illicit [1]  116/21
image [12]  171/1 178/20 178/20 178/23 188/22 190/22 191/5 193/4 193/6 221/3 221/6 221/11
imaged [4]  170/17 172/7 173/6 193/12
images [14]  170/6 170/8 170/8 170/20 170/24 183/24 190/16 190/18 191/7 193/16 193/17 221/4 221/9 221/15
imagine [4]  34/4 34/10 97/16 97/17
immediate [2]  88/2 222/4
immediately [2]  264/7 264/8
impact [4]  152/14 153/11 209/20 209/23
impacting [1]  200/10
implemented [1]  263/17
implementing [1]  28/12
implies [2]  152/6 207/7
import [2]  158/17 209/2
importance [1]  10/14
important [21]  10/17 10/18 11/3 51/20 120/22 120/25 122/14 124/3 154/1 166/7 166/10 172/9 204/12 208/14 208/20 218/18 222/2 222/4 250/25 251/7 257/9
impossible [3]  126/6 126/15 153/11
imposter [1]  126/4
impression [3]  65/2 182/15 183/2
imprint [1]  145/8
improve [4]  51/14 143/23 144/1 180/10
improved [1]  160/4
improvement [1]  247/19
improvements [1]  160/2
imprudent [2]  156/12 156/20
in-house [4]  7/2 46/14 64/5 79/10
in-person [2]  68/8 68/10
inaccurate [2]  182/7 267/12
inaccurately [2]  175/2 204/21
inactive [1]  251/6
inbound [25]  1/7 5/24 6/2 6/6 14/16 14/19 14/22 14/25 15/8 15/12 26/4 26/7 48/21 51/1 64/7 64/14 66/11 69/19 74/15 74/25 83/8 85/7 85/18 88/8 96/1
Inc [1]  72/16
include [9]  38/2 77/16 167/23 227/8 258/19 259/21 259/25 260/4 265/9
included [12]  9/23 31/4 31/9 51/21 76/20 77/20 163/18 164/4 169/11 173/18 224/25 227/2
includes [4]  41/2 129/17 156/23 245/20
including [11]  65/21 97/16 116/20 116/21 121/18 123/20 125/9 134/18 162/5 191/11 228/22
inclusive [8]  210/18 210/19 211/9 211/10 212/14 212/15 212/18 225/5
inconsistencies [6]  146/21 151/15 167/7 167/10 184/9 223/15
inconsistent [2]  179/5 216/1
inconvenience [1]  138/10
incorrect [1]  73/10
incorrectly [1]  135/22
increase [3]  180/15 204/11 204/16
increases [1]  206/16
increasing [3]  143/10 143/13 216/1
incredible [1]  95/5
incredibly [1]  245/8
increments [1]  40/11
indeed [11]  106/4 111/5 166/6 211/4 214/11

215/25 216/20 219/4 219/19 219/22 223/10
indefinitely [1]  37/21
independent [5]  102/19 163/10 170/5 186/6 242/23
India [1]  81/13
indicate [9]  108/18 183/8 186/12 215/20 246/14 255/16 255/19 258/8 265/21
indicated [5]  106/16 108/19 230/12 263/7 267/9
indicates [6]  132/19 177/16 186/13 190/22 254/10 257/25
indicating [1]  149/4
indication [3]  245/25 254/23 257/22
indicator [3]  62/3 62/5 65/19
individual [8]  154/7 174/23 187/13 192/24 198/23 200/24 214/1 227/8
individually [2]  199/2 199/7
industries [3]  49/25 75/21 75/24
industry [31]  46/22 49/25 53/1 53/17 63/18 65/21 66/14 71/20 76/12 76/23 100/23 107/17 115/24 116/18 118/1 130/8 131/16 134/18 153/8 155/2 155/11 161/25 170/13 171/14 210/22 226/21 226/22 226/23 227/7 227/7 262/14
infect [2]  124/14 244/23
infected [16]  19/12 21/1 81/16 107/4 124/10 124/22 126/2 126/3 126/4 126/17 133/1 140/23 142/10 142/19 167/1 191/21
infection [6]  31/7 115/11 126/16 130/15 198/18 271/4
infects [1]  250/21
inflate [2]  257/18 265/14
inflated [5]  199/7 206/14 257/2 257/12 258/17
inflates [1]  206/16
inform [1]  157/9
information [42]  8/14 8/18 8/19 8/23 75/6 100/19 104/15 107/20 107/23 123/6 123/10 124/8 128/10 138/12 138/15 155/14 155/19 156/9 156/14 156/23 156/25 157/3 157/8 157/16 157/22 160/24 165/6 170/3 174/2 174/3 174/4 177/9 177/11 183/8 190/4 193/11 193/14 202/16 202/19 202/19 203/9 208/12
informative [2]  122/24 123/25
informed [3]  7/18 156/13 157/21
informing [1]  165/15
inherently [1]  46/6
inhibit [1]  245/9
initial [16]  7/6 7/9 7/12 20/21 22/13 30/24 31/2 60/23 61/18 70/20 71/8 77/19 117/7 122/11 137/6 267/9
initially [4]  12/20 86/1 86/21 86/22
injunction [2]  1/12 72/15
injured [1]  66/22
innocuous [1]  116/3
input [1]  261/22
inside [1]  174/16
insignificant [1]  260/23
insinuations [1]  232/17
instability [2]  135/24 151/17
install [17]  118/22 119/5 120/12 120/15 151/21 172/1 175/13 179/6 179/20 184/7 198/20 245/3 265/5 265/20 268/14 268/22 269/25
installation [9]  169/23 179/11 179/23 179/24 180/2 238/20 240/1 240/4 245/1
installed [17]  118/19 123/20 163/5 164/14 171/16 171/19 180/16 184/8 198/17 203/23 224/16 239/25 242/1 248/6 251/19 268/9 272/2

installing [5]  141/11 142/9 179/6 179/21 249/8
installs [3]  120/5 180/12 198/16
instance [8]  86/4 92/14 163/1 174/18 175/13 177/11 218/25 268/22
instances [2]  244/19 245/13
instant [1]  263/19
instead [16]  71/18 77/12 111/2 119/17 122/23 132/4 132/15 154/10 167/21 183/19 193/15 204/3 211/10 212/15 248/4 265/19
instill [1]  107/24
institute [4]  100/18 100/23 101/4 116/1
institution [1]  100/19
instructed [3]  36/3 36/14 52/20
instructions [1]  49/16
instructor [1]  101/17
instructors [1]  101/12
insurance [2]  51/18 76/10
insurance-type [1]  76/10
intact [1]  193/17
integrity [1]  170/23
intelligent [1]  210/4
intend [1]  99/7
intent [6]  73/21 73/22 74/2 74/7 74/8 77/15
intention [1]  45/11
intentionally [5]  99/5 102/13 102/21 110/20 111/7
interaction [1]  173/8
interest [2]  94/16 139/22
interested [5]  76/16 92/24 93/7 105/6 245/11
interesting [2]  145/14 204/6
interestingly [1]  250/2
interface [2]  144/4 144/8
interim [1]  272/9
internal [1]  51/17
Internet [15]  113/17 121/15 121/17 125/8 138/14 155/9 155/23 171/22 175/17 179/22 223/24 225/10 245/4 248/3 248/4
interpretation [4]  53/24 127/24 169/1 256/6
interpreted [1]  66/2
interrupt [2]  128/17 134/3
introduce [1]  98/21
introduces [1]  142/11
intrusion [1]  101/23
inventory [4]  225/13 225/14 225/14 225/15
investigate [1]  150/3
investigation [4]  104/13 105/10 105/14 105/21
investigations [1]  47/12
investigator [1]  232/9
investigators [2]  106/2 106/19
investment [3]  50/6 50/7 84/21
investors [2]  70/16 70/25
involve [2]  47/14 47/18
involved [6]  15/14 47/14 60/25 76/21 83/23 104/16
involvement [1]  171/6
involving [5]  47/13 64/16 92/22 103/22 109/1
irradicate [1]  108/3
irrelevant [1]  194/24
irritate [1]  66/10
iS3 [15]  5/15 5/17 6/2 6/3 6/5 6/10 8/12 14/7 14/19 14/24 42/11 43/7 43/11 43/12 43/19
isn't [16]  51/11 53/3 65/25 85/13 86/3 97/7 106/14 112/8 113/6 119/14 184/3 184/13 195/13 202/1 250/24 257/7
issue [55]  10/18 12/18 26/21 48/23 53/3 54/23 55/9 59/21 63/4 63/17 65/24 67/15 67/17 67/20 68/1 71/10 79/10 108/11 114/16 114/22 114/23 122/12 139/3 143/5 147/8

## I

issue... [30]  148/23 149/7 167/14 184/11
  184/24 199/20 199/22 201/3 210/22 211/12
  218/3 218/4 218/17 218/25 219/1 219/12
  219/20 220/19 223/16 223/16 236/21 237/1
  245/24 246/1 251/14 265/12 269/17 270/12
  270/19 272/9
issues [100]
it'd [1]  227/13
it's [233]
item [8]  61/22 118/19 127/12 148/22 156/8
  167/14 187/8 216/4
itemizer [1]  246/12
items [41]  51/20 61/1 61/19 61/24 148/17
  149/1 157/14 164/2 166/22 169/14 169/15
  174/19 181/19 182/12 182/15 182/24 187/13
  187/14 187/17 187/19 187/24 187/25 199/13
  206/23 207/16 208/12 209/2 209/16 212/7
  214/12 216/9 217/25 218/7 222/24 238/13
  239/8 268/2 268/2 268/3 268/12 269/3
itself [25]  52/6 60/24 110/3 112/15 119/13
  129/7 134/18 135/17 140/25 150/4 154/1
  154/3 155/16 155/16 164/3 173/23 174/16
  184/10 189/15 191/5 192/3 207/5 207/9
  208/22 213/6
iTunes [3]  245/2 245/6 248/7
iTunes' [1]  245/14

## J

Jamaica [2]  94/24 95/5
January [4]  40/3 40/3 112/6 276/13
jargon [2]  137/15 170/13
job [9]  6/4 10/23 50/16 50/19 52/23 66/6
  107/24 129/19 199/17
jobless [1]  6/4
John [1]  232/8
join [2]  194/17 196/4
Jonathan [1]  2/11
JUDGE [12]  1/14 39/14 98/15 149/7 172/19
  179/12 201/25 206/1 206/6 220/5 222/15
  223/22
judgment [1]  221/23
July [1]  43/9
July 2012 [1]  43/9
jump [2]  50/4 96/24
jumping [2]  63/21 65/17
juncture [1]  99/3
junk [13]  199/3 208/15 209/19 211/13
  211/18 215/12 218/9 218/10 218/18 248/5
  248/7 262/18 262/20
junkware [1]  263/7
jure [1]  162/1
jury's [1]  117/3
just [197]
Justin [1]  84/1

## K

Katherine [6]  2/7 5/5 13/23 17/8 25/24 42/5
keep [9]  21/9 35/10 37/23 38/13 85/14 121/2
  123/19 137/11 234/3
keeping [2]  130/9 226/25
KENNETH [4]  1/13 82/18 82/23 274/23
kept [1]  122/7
key [9]  169/19 217/1 239/10 240/7 240/14
  261/22 261/25 265/19 272/9
keyboard [2]  112/24 113/1
keyed [1]  131/11
keys [3]  240/3 240/5 240/13
kind [18]  7/19 10/18 10/24 10/25 16/16
  22/19 23/3 77/6 85/14 95/6 107/17 147/24

kinda [1]  171/2
kinds [4]  107/15 109/10 183/8 186/7
Kiziah [14]  2/7 5/5 13/23 17/8 25/24 42/5
  274/4 274/6 274/8 274/10 274/12 274/14
  274/17 274/19
knew [10]  58/13 58/13 66/15 66/16 66/16
  66/17 66/18 78/3 251/20 255/20
know [159]
knowing [7]  20/16 60/21 71/19 104/23
  202/18 202/19 260/15
knowledge [15]  7/15 7/18 8/4 8/5 8/13 8/17
  8/19 35/18 36/17 74/14 88/18 93/19 122/10
  124/8 125/3
known [5]  115/23 164/11 165/13 251/10
  251/11
knows [2]  166/1 255/19
Konopka [1]  232/8
Kopelowitz [1]  2/12
Korea [1]  117/1
Kraemer [10]  118/17 118/25 121/5 121/6
  122/1 123/7 125/5 127/20 133/4 190/14
Kraemer's [6]  118/5 118/7 119/20 125/14
  128/9 191/9

## L

L-o-u-i-s [1]  4/22
lab [3]  121/15 181/2 186/6
labels [1]  207/8
laboratory [1]  165/5
Labs [4]  186/3 186/6 186/6 186/11
lack [2]  162/7 162/13
laid [3]  6/3 8/12 66/21
language [4]  88/11 102/5 122/5 219/1
lap [1]  84/7
laptop [3]  107/4 121/16 191/10
laptops [6]  105/10 105/12 105/13 105/20
  121/14 128/11
large [8]  101/22 115/23 115/24 116/7 161/11
  204/2 218/18 249/2
larger [3]  207/11 207/11 223/2
last [38]  4/21 13/15 16/23 25/16 41/22 44/25
  45/2 71/12 72/11 76/3 77/3 81/9 82/21 94/1
  94/2 99/14 105/2 106/6 109/1 116/10 139/2
  141/2 145/14 153/6 158/17 158/21 159/2
  168/3 186/25 191/1 202/14 218/19 225/21
  235/8 235/9 250/3 269/13 271/6
latch [1]  270/24
late [2]  162/20 236/4
later [15]  67/7 68/13 150/22 163/20 178/21
  178/24 178/25 215/19 229/10 230/14 231/10
  231/20 231/21 243/15 243/18
Lauderdale [2]  2/13 2/16
launch [1]  114/3
launched [1]  114/11
launches [1]  265/3
law [13]  47/20 60/5 66/1 72/18 73/3 74/1
  74/23 76/4 78/13 79/18 79/21 79/23 232/18
laws [3]  47/25 50/21 51/8
lawsuit [1]  71/1
lawsuits [1]  70/5
lawyer [3]  73/24 102/1 138/23
layout [1]  148/11
lead [4]  15/4 66/12 110/23 141/14
leading [1]  168/24
leads [1]  95/15
leapfrog [1]  93/10
learn [3]  58/12 64/18 93/10
learned [1]  203/5
learning [2]  92/24 95/6
least [16]  64/20 72/5 118/25 120/21 140/19

149/17 150/8 150/8 160/8 164/10 197/22
  209/17 211/23 217/23 230/9 258/11
leave [8]  22/2 63/7 187/1 222/14 234/7
  239/13 252/4 263/12
leaves [5]  182/14 182/14 194/24 238/20
  248/4
left [12]  106/13 119/4 166/3 177/19 238/23
  239/1 239/8 239/10 239/13 239/25 240/3
  240/11
left-hand [1]  177/19
legal [4]  48/15 51/6 64/8 87/4
legitimate [1]  53/12
legitimately [1]  151/13
lend [1]  208/22
length [1]  133/10
less [7]  89/16 192/18 240/24 264/12 268/6
  270/3 270/12
let [37]  11/4 17/18 19/6 27/18 29/17 39/15
  63/13 84/4 102/2 107/1 112/3 121/6 131/14
  133/21 135/2 144/23 159/5 159/19 165/11
  165/19 172/16 175/23 176/16 178/6 186/15
  196/5 205/21 208/7 210/15 213/7 213/20
  225/21 247/5 257/6 264/11 268/2 269/14
let's [42]  47/17 49/5 49/9 61/1 62/7 65/18
  79/12 85/11 96/13 98/14 99/9 111/17 114/25
  115/4 117/18 120/16 121/5 123/19 126/21
  127/13 127/24 128/9 128/22 128/24 136/21
  158/2 158/6 158/8 158/9 162/16 166/19
  172/21 172/21 182/11 205/25 214/1 214/2
  235/21 236/15 241/14 256/19 258/19
letter [4]  71/4 72/2 72/17 77/23
letting [1]  257/4
level [17]  71/14 87/2 108/4 108/5 182/16
  217/21 217/25 224/13 246/16 247/15 247/25
  248/1 258/1 258/15 259/18 259/19 269/21
levels [2]  65/12 249/6
levied [1]  233/6
liability [1]  64/8
license [2]  261/22 261/25
lies [1]  155/25
lieu [1]  108/25
lifetime [1]  39/17
light [3]  3/9 58/20 125/6
liked [2]  14/25 24/11
likelihood [2]  141/5 192/22
likely [16]  97/12 99/5 101/15 123/10 124/19
  141/25 142/16 142/21 143/4 175/12 184/5
  192/18 209/23 245/18 271/16 272/5
liken [1]  131/5
Likewise [1]  102/6
limine [1]  228/1
limit [1]  256/13
limitations [1]  53/13
limited [13]  112/4 113/4 121/18 121/21
  122/8 125/9 125/12 237/24 238/2 238/3
  238/6 238/9 243/2
line [11]  21/7 42/23 61/8 141/9 144/17 146/6
  146/8 244/20 246/5 246/14 265/24
line 17 [2]  141/9 146/6
line 3 [1]  144/17
lines [5]  60/21 60/23 61/18 107/11 246/5
lingo [1]  116/5 242/7
link [2]  116/5 242/7
list [15]  10/24 51/21 76/2 101/2 121/19
  121/22 122/22 125/14 149/1 149/13 149/25
  208/8 209/4 269/3 269/4
listed [3]  75/22 144/22 175/19
listen [7]  57/12 65/12 68/8 68/15 69/4 70/10
  81/5
listened [8]  8/2 66/24 67/1 67/11 68/5 68/22
  78/14 80/16

# L

listening [7] 57/15 65/10 65/11 68/25 69/15 79/15 80/23
litigation [1] 121/15
little [28] 16/20 23/15 63/15 68/18 108/12 110/10 119/21 122/15 122/20 122/24 123/24 124/22 128/10 131/14 133/10 147/6 149/17 151/8 152/1 158/20 162/4 172/19 190/10 218/10 221/24 239/23 264/12 270/12
live [7] 68/12 68/16 69/8 80/23 81/1 81/5 232/11
living [2] 22/25 140/17
LLC [1] 1/7
LLP [2] 2/15 2/18
loaded [2] 175/16 175/17
loan [5] 26/19 70/21 76/13 76/23 77/2
located [2] 87/22 88/3
locating [1] 232/16
location [8] 6/17 6/19 6/20 7/1 89/2 89/3 90/24 90/25
lock [1] 252/3
locked [4] 11/8 11/10 18/15 113/25
log [21] 11/10 138/15 155/15 174/7 174/9 174/12 174/17 174/18 174/19 175/11 177/7 177/9 177/17 177/20 177/22 193/1 193/2 193/7 200/12 200/13 217/1
log-in [1] 138/15
logged [4] 137/16 137/19 154/21 227/1
logging [3] 173/21 173/22 174/1
logs [6] 173/19 173/21 173/23 173/24 174/8 177/18
long [20] 21/21 26/11 26/15 27/2 29/8 37/22 37/23 39/18 39/24 42/18 43/1 45/9 52/22 78/6 93/16 97/5 142/4 229/16 231/4 265/25
longer [6] 141/4 142/15 143/3 161/3 161/6 187/25
longterm [1] 185/22
looked [23] 59/6 61/25 65/18 65/22 77/22 150/14 164/24 169/2 170/19 170/24 174/23 180/12 186/25 192/10 192/11 205/6 213/7 256/2 264/22 264/22 265/5 265/16 266/21
looking [17] 50/3 71/18 109/9 117/5 119/10 132/4 132/13 135/3 190/1 191/4 191/20 192/2 197/19 242/10 246/11 259/1 265/13
looks [9] 117/1 144/8 144/18 147/3 177/3 236/17 255/13 264/22 268/2
Los [1] 2/19
lose [1] 81/17
lot [42] 12/2 49/25 50/2 52/15 53/1 53/8 53/17 54/21 55/23 56/14 56/16 58/24 63/20 63/20 63/23 66/24 68/21 70/3 71/12 71/13 71/20 74/23 76/8 76/11 77/4 80/15 101/6 101/24 128/20 156/6 184/8 209/20 211/3 211/9 229/14 234/5 248/2 248/7 248/23 254/3 269/7 271/19
lots [3] 245/4 248/4 270/5
Louis [3] 4/18 4/22 274/3
low [10] 40/21 41/2 48/10 50/2 63/18 65/20 169/15 169/15 246/1 246/25
lower [10] 16/19 40/19 40/25 41/1 96/5 153/8 218/13 247/2 271/20 271/23
lump [1] 39/21
lumped [1] 147/13
lunch [2] 97/3 97/5

# M

M-a-r-t-i-r-e [1] 4/23
ma'am [5] 44/1 188/15 188/19 189/3 190/5
machine [57] 107/8 113/24 113/25 117/22 119/24 120/9 120/12 123/8 124/1 124/10
124/14 128/14 128/15 128/15 132/18 132/19 140/25 142/10 143/23 151/11 151/18 151/18 152/2 152/9 152/16 152/19 152/21 152/24 153/12 154/24 157/2 162/11 163/24 163/25 165/5 168/22 172/4 173/22 173/25 175/7 175/15 177/16 191/4 191/14 195/7 195/10 213/5 224/8 240/18 244/24 261/1 261/6 261/15 262/2 262/6 262/7 269/25
machine's [1] 191/21
machines [12] 105/17 105/22 106/3 106/15 107/11 108/5 118/17 119/22 119/24 120/17 120/22 121/2 121/3 121/9 128/11 133/1 160/17 164/4 165/4 180/13 254/2 262/9
Mafia [4] 111/10 111/17 115/1 115/12
magnifying [1] 178/5
mail [3] 1/21 2/6 86/19
main [3] 213/21 257/4 265/2
mainly [1] 10/20
maintain [1] 15/6
maintaining [1] 137/15
maintenance [7] 28/20 28/24 32/23 39/8 41/2 106/7 135/15
major [5] 5/22 14/14 21/6 155/23 223/11
majority [7] 47/21 67/16 67/23 68/5 68/12 69/12 225/7
makes [10] 7/21 38/23 101/14 150/18 152/21 175/6 182/3 207/11 212/14 243/9
making [13] 44/16 50/6 53/15 53/18 60/9 66/9 149/15 152/15 156/19 159/16 160/2 179/6 234/5
malicious [27] 137/5 137/8 138/4 138/6 153/24 153/25 154/5 154/9 154/11 158/17 158/18 159/11 159/21 159/24 160/14 160/18 161/19 164/9 164/12 165/13 167/1 190/24 224/24 225/15 225/16 249/22 269/22
maliciousness [1] 154/6
malware [82] 10/25 11/2 11/4 11/7 11/9 18/22 18/22 19/10 19/11 19/23 107/4 108/2 109/10 111/11 114/17 115/24 116/8 116/18 116/20 124/10 124/15 125/22 131/5 131/15 131/19 131/22 131/22 131/24 132/5 132/10 132/17 132/22 133/2 140/24 142/10 142/16 143/20 158/6 158/14 159/3 162/1 162/8 172/6 172/8 172/9 172/13 172/15 185/21 187/14 190/24 191/17 192/16 192/16 192/16 198/18 225/14 225/17 227/14 244/19 244/20 244/24 245/13 245/20 246/11 249/17 249/23 250/10 250/13 250/15 250/17 250/20 250/20 250/24 251/1 251/6 251/10 251/11 251/14 251/15 251/17 257/6 258/9
Malwarebytes [7] 128/14 128/16 128/24 129/16 129/20 129/24 130/20
man [1] 229/24
manage [1] 48/4
managed [1] 244/23
management [5] 42/23 64/20 64/21 74/4 78/4
manager [5] 43/21 189/6 189/10 189/12 189/14
manifestation [1] 167/6
manipulated [1] 126/10
manner [1] 152/9
manually [1] 239/17
manufacturer [3] 120/7 120/10 212/14
March [8] 6/12 177/23 177/23 177/25 177/25 178/1 178/24 178/25
March 13th [3] 177/23 177/25 178/24
March 18th [3] 177/23 177/25 178/25
March 19th [1] 178/1
March 2013 [1] 6/12
mark [8] 3/24 25/10 25/13 25/17 33/22 197/4
201/23 274/11
market [3] 184/1 224/5 226/18
marketing [1] 237/6
marketplace [1] 145/1
marking [1] 226/22
MARRA [2] 1/2 1/13
Mart [1] 18/18
Martha [1] 197/15
Martire [4] 4/18 4/22 5/3 274/3
massive [2] 55/1 263/4
matches [4] 102/18 103/1 131/15 186/13
matching [2] 132/3 132/4
material [1] 101/6
materials [5] 51/12 51/13 51/18 51/19 62/2
math [1] 38/20
matter [8] 22/11 27/23 29/6 132/24 181/6 247/16 248/17 276/12
matters [6] 47/15 74/21 74/22 75/13 75/15 75/16
maximum [3] 247/25 258/4 264/16
maybe [14] 39/3 47/7 57/14 60/7 100/9 107/4 124/18 137/23 156/1 158/24 229/24 249/3 271/7 272/12
McAfee [14] 22/17 128/19 130/4 130/22 145/13 145/15 145/17 145/17 145/19 224/9 253/5 253/11 253/12 264/4
me [151]
mean [45] 22/25 28/1 28/3 29/5 29/19 32/2 35/25 41/7 46/2 46/7 52/13 54/7 55/12 56/17 56/22 56/24 57/14 59/17 59/18 60/10 60/20 60/22 66/3 67/4 68/2 74/6 76/5 79/1 82/2 84/11 116/22 126/25 127/1 127/3 127/5 128/25 158/22 177/8 213/21 242/5 252/4 256/23 256/25 257/13 257/16
meaning [9] 49/13 50/2 62/25 76/12 122/5 128/3 132/19 137/15 182/7
means [5] 100/16 126/8 127/1 127/9 152/5
meant [1] 55/5
measurably [1] 247/19
measured [2] 181/15 248/17
measurements [1] 205/4
measures [1] 210/18
measuring [3] 181/14 200/22 200/23
mechanic [2] 264/10 264/14
mechanism [1] 257/2
Medcare [2] 26/8 26/13
medical [3] 26/8 26/23 26/24
medium [5] 169/15 169/15 218/7 246/2 258/5
medium-high [1] 218/7
meeting [4] 60/23 71/8 78/21 79/4
meetings [3] 74/7 78/3 196/14
member [3] 92/20 171/4 171/8
memorization [1] 58/3
memorize [1] 58/2
memory [3] 132/14 247/18 260/10
mention [5] 111/10 111/11 144/24 220/4 243/15
mentioned [7] 142/10 144/23 152/24 169/18 200/17 250/16 268/16
mentions [2] 249/25 265/1
merely [3] 147/19 154/2 229/7
Merit [1] 276/9
message [2] 20/19 254/12
met [2] 36/8 70/19
meter [1] 42/25
methodology [2] 110/6 110/16
Miami [1] 22/25
Michael [1] 122/1 127/20 190/13 191/9
microphone [4] 16/19 18/3 25/15 41/21
Microsoft [42] 74/10 81/15 124/25 129/7

## M

Microsoft... [38] 129/15 129/17 129/20
133/25 134/1 134/14 134/14 134/18 134/23
135/8 135/17 135/24 136/4 140/25 144/5
144/8 151/1 151/24 159/5 159/13 159/16
160/2 161/2 161/4 161/7 161/8 166/3 166/8
166/12 173/18 175/16 176/25 177/1 185/18
250/3 269/7 269/23 269/24
Microsoft's [3] 185/9 262/23 263/8
Microsoft-recognized [2] 134/1 134/14
middle [9] 87/23 87/25 93/23 115/8 117/9
118/16 133/24 134/7 257/21
might [52] 7/23 63/16 79/2 100/25 100/25
102/1 111/12 111/15 112/25 114/14 114/18
117/1 120/16 126/3 131/23 135/23 142/8
142/8 142/10 155/12 156/14 163/19 165/17
167/24 168/12 204/24 210/7 210/7 212/2
212/2 212/7 212/8 216/2 218/17 222/1
223/25 224/22 237/17 237/18 238/9 238/11
240/20 242/14 244/12 245/16 256/3 257/9
262/2 262/6 263/22 264/16 264/17
miles [1] 264/11
million [3] 84/16 85/8 89/15
millions [1] 126/14
mind [7] 35/21 100/13 118/2 144/15 147/6
148/23 160/17
minimal [4] 89/14 247/15 258/1 258/14
minimum [2] 247/25 263/10
minor [4] 246/1 254/9 258/5 258/9
minority [1] 48/19
minute [11] 25/2 96/13 148/10 156/2 156/18
158/6 163/9 166/19 172/22 187/1 205/25
minutes [11] 57/9 57/11 57/11 57/14 153/19
201/19 203/25 204/14 205/21 205/23 206/10
mischaracterization [2] 49/24 52/12
mishear [1] 206/12
mislead [2] 99/5 102/13
misleading [12] 99/6 102/14 110/3 110/12
115/7 154/10 162/10 162/15 168/24 183/7
207/4 209/15
misnomer [1] 152/3
misread [1] 112/2
misrepresents [1] 212/19
misses [1] 210/25
missing [3] 163/21 163/22 266/11
misspeak [1] 102/2
misspoke [1] 221/13
misstating [1] 127/20
mistake [2] 191/22 263/23
misunderstanding [1] 255/7
misunderstood [1] 73/15
mix [1] 67/2
mod [1] 77/2
mode [2] 19/1 19/13
modem [1] 86/11
modern [2] 160/16 183/19
modification [1] 76/23
modifications [2] 26/19 264/19
modify [1] 135/21
moment [9] 16/6 84/5 130/12 191/17 193/19
193/20 205/19 213/13 221/24
money [11] 21/2 31/14 35/12 35/16 50/3
63/20 70/9 70/23 81/16 212/16 212/25
monitor [1] 239/16
month [13] 29/1 29/3 37/18 37/23 38/6 38/9
38/18 38/22 89/13 95/13 95/13 271/23
271/23
monthly [17] 30/5 30/8 30/14 32/7 32/9
32/12 32/14 32/15 32/22 32/25 38/22 38/25
39/6 39/8 39/18 39/22 40/10

months [17] 6/23 6/24 21/9 26/17 26/17 27/3
28/10 38/6 57/14 72/11 91/1 93/18 108/25
109/17 114/20 114/20 114/21
morning [18] 3/2 5/4 10/12 10/13 13/21
13/22 17/6 25/22 25/23 42/3 42/4 45/16
79/13 83/4 83/5 97/15 194/13 236/4
Mortgage [3] 26/14 26/15 26/18
most [21] 10/18 54/9 56/7 69/14 76/5 76/7
138/6 138/19 156/25 161/24 184/21 190/2
211/11 211/16 211/18 226/24 239/22 245/5
245/18 248/19 258/12
mostly [1] 8/18
mother [1] 248/25
mother's [1] 249/9
motion [2] 228/1 232/2
mouse [1] 21/18
move [9] 16/16 66/9 70/10 185/10 228/5
232/5 232/19 235/12 269/25
moved [4] 6/24 15/2 128/3 232/6
moving [3] 3/18 131/25 224/10
Mr [11] 97/3 274/5 274/13 274/16 274/22
274/25 275/4 275/5 275/7 275/10 275/14
Mr. [48] 3/10 5/3 13/21 17/6 18/2 24/23
25/22 33/19 36/8 37/3 42/3 70/8 80/13 83/4
87/3 96/22 97/4 97/9 97/16 99/23 103/13
118/5 118/7 118/17 118/25 121/5 121/6
123/7 125/5 125/14 128/9 139/15 151/9
153/23 172/17 173/2 173/5 181/25 188/10
193/24 194/2 194/12 198/13 206/9 226/7
236/4 236/12 267/25
Mr. Birnbaum [1] 80/13
Mr. Birnbaum's [1] 87/3
Mr. Campeau [1] 13/21
Mr. Cannon [3] 17/6 18/2 24/23
Mr. Deignan [1] 70/8
Mr. Deviny [3] 25/22 33/19 37/3
Mr. Easttom [3] 236/4 236/12 267/25
Mr. Easttom's [1] 194/2
Mr. Ferguson [3] 151/9 153/23 181/25
Mr. Grushoff [1] 83/4
Mr. Kraemer [6] 118/17 118/25 121/5 121/6
123/7 125/5
Mr. Kraemer's [4] 118/5 118/7 125/14 128/9
Mr. Martire [1] 5/3
Mr. Nicholson [2] 172/17 173/2
Mr. Nicholson's [1] 226/7
Mr. Skoudis [12] 3/10 97/4 97/9 97/16 99/23
103/13 139/15 173/5 188/10 194/12 198/13
206/9
Mr. Skoudis' [1] 96/22
Mr. Sobers [1] 42/3
Mr. Tomich [1] 36/8
Mr. William [1] 193/24
MS [15] 189/14 274/4 274/6 274/8 274/10
274/12 274/14 274/17 274/19 274/21 274/24
275/6 275/8 275/13 275/15
MSN.com [1] 125/10
much [35] 24/11 30/22 31/14 32/2 35/16
35/17 52/24 53/3 54/9 77/1 80/6 89/11 98/1
100/12 115/8 119/7 124/19 148/18 172/17
185/1 185/9 208/17 209/11 218/17 232/2
233/5 256/13 257/23 260/12 267/1 267/18
269/4 269/18 270/17 272/11
multiple [5] 58/2 130/16 167/15 178/23
224/19
must [1] 73/14
myself [4] 54/19 55/3 69/3 165/5

## N

name [35] 4/20 4/22 5/5 9/23 13/15 13/15
16/22 16/23 16/25 17/8 25/16 25/16 38/3

41/22 41/22 42/5 44/24 44/25 45/1 45/2
81/14 82/20 82/21 95/10 99/13 99/14 99/15
144/24 174/10 186/3 186/18 225/25 235/7
235/8 235/10
name's [3] 13/23 25/24 139/17
named [1] 33/22
names [3] 4/13 4/21 232/16
narrative [1] 175/6
National [1] 26/23
naturally [1] 216/2
nature [10] 138/2 142/19 142/22 209/13
217/13 228/23 228/24 229/16 240/7 249/24
nauseam [1] 211/21
near [2] 119/24 120/23
necessarily [22] 49/5 51/6 51/11 55/9 55/22
56/1 62/4 63/19 64/2 67/3 74/2 80/5 101/17
102/16 110/3 110/12 119/1 141/19 142/3
212/2 226/10 268/15
necessary [2] 4/14 4/15
need [32] 9/4 12/19 17/15 20/17 42/9 48/3
50/23 51/9 62/1 67/6 107/7 119/9 123/6
149/7 178/5 185/13 195/15 201/9 205/23
222/7 227/25 230/20 231/6 231/13 233/3
250/6 252/7 256/5 260/18 264/8 264/10
264/15
needed [8] 12/3 24/12 57/24 58/1 63/3 86/24
107/9 251/23
needs [6] 56/3 70/22 135/15 208/22 235/14
264/6
negative [2] 210/25 265/12
negatives [2] 210/23 211/3
neighbors [1] 14/10
net [6] 160/3 160/4 160/6 160/13 160/17
270/1
network [5] 100/18 116/3 116/10 138/4
189/25
networks [1] 101/22
neutral [1] 119/14
never [14] 23/1 29/11 29/12 39/23 52/21
122/7 122/11 167/8 178/17 228/13 228/13
228/14 259/3 272/4
new [25] 39/5 39/7 39/8 55/2 57/2 77/20 78/4
107/7 107/19 107/22 112/22 120/10 130/9
175/14 203/1 203/9 246/6 246/12 262/1
262/6 262/6 262/9 262/12 263/3 269/25
news [1] 112/7
next [15] 25/8 40/3 63/14 96/17 143/24
168/13 200/6 207/6 208/18 208/25 215/23
248/25 249/9 259/15 259/25
Nice [1] 95/24
Nice's [1] 95/2
niche [1] 75/21
Nicholson [9] 2/14 2/15 139/17 172/17 173/2
275/5 275/7 275/10 275/14
Nicholson's [1] 226/7
night [3] 20/18 21/22 24/12
nine [3] 26/17 39/3 149/25
Ninjato [1] 86/17
no [206]
nobody [2] 91/2 170/2
nominal [2] 122/12 122/23
non [4] 12/15 13/2 225/16 259/3
non-cleaned [1] 259/3
non-connected [2] 12/15 13/2
non-malicious [1] 225/16
nondeceptive [1] 152/9
none [10] 44/14 125/15 172/14 197/19
205/18 220/23 229/21 230/15 271/17 271/18
nonetheless [1] 209/17
nonexistent [1] 270/13
nonindustry [1] 117/11

**N**

noninfected [1]  19/16
nontechnical [1]  252/1
normal [12]  132/20 147/19 199/5 209/13
211/19 240/18 242/25 244/22 247/12 247/23
247/24 257/25
normally [3]  10/22 224/25 240/20
North [2]  2/9 117/1
Northeast [1]  2/15
Northwest [2]  2/3 2/5
Norton [36]  22/19 145/8 145/11 145/11
145/12 181/2 181/6 222/19 223/8 224/9
239/13 239/20 239/21 241/15 244/3 244/4
244/6 244/12 252/11 252/22 253/13 253/19
253/22 254/7 254/11 254/21 255/1 255/2
255/4 255/13 255/15 255/19 255/22 256/6
256/10 264/4
Nos [1]  4/10
not -- I [1]  97/7
note [7]  9/8 9/22 22/2 174/13 187/12 187/16
187/23
note-taking [2]  9/8 9/22
notebook [4]  25/11 41/16 44/18 84/7
noted [5]  8/1 59/3 177/16 187/15 206/20
notes [18]  7/22 9/1 9/6 9/9 9/11 9/15 9/16
9/19 9/21 10/14 10/17 10/23 10/24 13/4
86/23 91/19 91/23 136/17
nothing [16]  11/11 11/14 15/23 22/23 37/9
82/6 96/6 106/15 204/13 220/5 220/20
220/20 254/23 264/1 265/17 267/5
notice [5]  185/12 202/21 245/23 246/19
258/3
noticed [3]  204/6 218/22 220/18
noting [1]  116/19
notwithstanding [2]  155/11 209/16
number [70]  4/2 18/23 19/9 19/15 20/2 20/6
24/8 47/21 48/25 49/4 52/4 52/22 56/25
61/23 62/2 63/19 64/19 81/2 82/11 110/1
147/23 149/20 153/3 156/24 167/20 168/14
168/15 169/6 175/25 182/4 182/12 185/1
187/19 192/20 197/7 197/8 198/11 199/7
199/8 201/24 204/2 204/6 206/16 207/6
207/7 207/11 209/22 214/9 228/20 231/16
233/23 234/4 234/8 235/19 243/2 243/21
243/22 244/8 244/11 244/20 249/13 253/3
257/14 260/21 268/16 268/24 271/17 271/23
271/24 272/10
number 28 [1]  198/11
number 4 [1]  82/11
number 40 [1]  197/8
number 41 [1]  201/24
number 5 [1]  244/20
number 9 [1]  81/2
numbered [1]  4/4
numbered 1 [1]  4/4
numbers [17]  48/12 65/20 140/9 147/16
182/23 182/24 201/5 206/14 207/10 216/1
218/16 251/9 256/23 257/3 260/16 265/14
271/20
numerical [1]  216/13

**O**

o'clock [3]  97/1 98/14 273/1
object [5]  72/21 177/14 199/16 201/25
236/24
objected [2]  194/20 196/2
objection [46]  4/9 37/10 45/8 73/6 98/23
98/25 112/8 113/6 116/14 121/25 122/16
123/1 123/2 127/19 129/8 133/6 157/24
178/14 179/9 183/4 192/6 194/18 194/18

195/1 195/2 195/12 195/17 195/19 195/23
196/4 196/13 197/9 197/18 197/24 203/11
220/22 228/7 230/18 230/25 233/7 233/8
233/14 234/11 235/17 235/18 235/19
objections [2]  4/5 230/12
obscured [1]  177/3
observations [1]  7/22
observe [5]  13/3 77/15 217/12 217/20 218/19
observed [7]  8/20 9/18 57/6 78/14 113/24
132/19 171/15
obvious [1]  52/13
obviously [5]  113/23 168/19 240/24 251/4
266/20
occasion [1]  181/10
occasionally [2]  117/23 181/2
occur [3]  135/21 192/25 237/22
occurred [2]  174/25 175/9
October [1]  72/15
October 28th [1]  72/15
off [13]  4/13 6/3 8/12 57/8 160/9 171/20
185/10 216/16 217/4 227/9 262/18 272/21
272/24
offer [8]  28/19 32/14 55/17 76/10 93/5
102/12 178/8 196/19
offered [7]  33/4 33/7 33/10 91/10 93/10
93/23 141/20
offering [1]  49/7
office [21]  2/8 3/17 5/6 13/24 17/9 25/24 42/6
47/13 47/18 57/21 62/18 66/18 76/6 77/4
77/22 77/25 78/21 79/4 79/8 80/17 232/9
offices [1]  232/15
Official [1]  1/19
often [3]  132/5 151/18 238/20
Oh [24]  9/21 46/20 48/9 54/5 57/13 58/11
59/17 68/18 71/2 77/18 103/4 115/25 126/14
133/15 139/7 140/19 159/7 159/23 172/14
178/3 179/4 233/21 258/22 271/7
oil [3]  164/10 264/15 264/16
okay [234]
old [5]  160/23 163/3 192/19 270/6 270/6
older [5]  184/4 184/22 185/6 192/18 270/4
Olive [2]  42/17 42/22
OMG [3]  46/25 59/8 75/12
omitted [2]  75/5 262/11
once [6]  7/24 71/16 194/24 204/9 238/3
242/21
one [181]
one percent [1]  89/16
one's [5]  131/18 215/14 215/15 251/25 252/3
one-time [10]  30/23 30/24 31/9 31/11 31/14
31/22 31/24 32/16 32/25 40/8 40/25
one-year [3]  32/24 38/19 40/25
ones [20]  65/22 137/12 145/9 181/3 188/20
208/9 208/20 208/20 210/4 210/4 210/12
212/2 212/8 215/19 221/22 221/23 222/8
222/8 222/9 225/3
ongoing [1]  67/10
online [5]  17/21 101/20 242/6 252/16 252/17
only [44]  28/1 29/14 29/16 39/21 65/3 68/22
85/2 89/25 91/16 104/9 110/8 122/12 123/17
136/11 157/15 161/11 165/14 175/20 180/12
181/25 182/19 188/20 192/10 197/12 221/8
221/9 227/23 230/13 230/18 230/23 231/2
234/18 240/25 240/25 255/2 257/19 258/3
259/1 259/17 259/19 263/1 263/6 264/25
265/22
oops [1]  219/13
open [8]  54/14 54/15 69/4 103/25 174/18
174/18 238/19 241/5
opened [2]  124/25 252/3
opening [2]  241/1 241/3

opens [2]  54/15 271/1
operate [3]  131/4 185/25 251/17
operated [1]  260/7
operates [1]  152/22
operating [19]  94/19 120/6 129/18 135/23
136/1 159/6 161/2 162/15 166/9 171/16
172/1 173/19 173/23 179/21 179/24 184/10
199/4 268/19 269/23
operation [7]  95/2 95/9 95/24 108/16 133/19
147/20 160/13
operations [9]  43/21 47/25 74/6 75/1 83/11
83/12 83/23 85/6 95/12
opine [4]  102/21 111/7 111/22 124/8
opined [1]  108/22
opining [1]  228/22
opinion [36]  99/4 102/13 109/22 110/11
110/19 119/23 123/8 130/11 133/2 133/3
133/4 139/3 151/23 158/16 178/8 178/10
182/17 183/13 190/19 191/12 192/23 199/9
199/12 207/13 208/7 208/20 211/7 212/21
236/14 238/8 245/14 248/17 251/8 258/17
263/3 263/6
opinions [8]  102/15 123/25 132/24 133/9
195/9 196/10 196/10 196/11
opponent [2]  232/14 232/20
opportunity [8]  93/10 168/1 186/24 193/23
201/12 202/23 204/17 233/15
opposed [8]  32/9 129/6 135/8 177/18 187/6
189/12 201/4 202/6
opposing [1]  145/15
opposite [2]  247/1
optimal [2]  247/2 249/6
optimization [8]  143/22 144/14 144/22
144/25 146/25 151/12 151/22 153/12
optimizations [1]  151/25
optimize [2]  144/6 211/5
optimized [3]  143/19 152/12 268/10
optimizer [6]  180/23 214/14 246/6 247/3
248/21 258/4
optimizers [2]  236/18 248/23
option [5]  20/11 37/25 227/2 252/22 253/6
options [3]  37/15 39/15 94/16
oranges [4]  168/12 168/15 168/20 218/16
order [17]  3/1 69/24 100/12 123/7 123/8
123/15 123/16 123/18 144/14 189/17 213/8
213/11 215/21 228/15 234/18 240/17 251/8
orders [2]  87/11 256/17
organizations [2]  129/21 137/14
organized [4]  115/23 116/6 116/17 116/23
original [5]  48/21 54/3 103/11 136/24 150/23
originally [3]  98/8 232/10 233/1
Ostrow [1]  2/12
others [9]  59/23 129/14 138/2 147/19 218/13
221/19 222/23 248/8 258/5
our [49]  3/18 7/19 13/10 16/6 16/11 25/8
25/10 41/16 44/18 48/19 50/19 54/21 58/3
60/23 62/1 63/17 71/8 72/10 72/10 76/6 76/8
77/4 82/11 89/16 96/18 96/19 96/19 132/25
134/17 136/5 163/2 164/23 165/2 165/7
171/13 175/14 176/8 180/13 181/13 188/22
191/4 192/10 197/2 200/25 210/22 229/25
232/15 232/16 234/3
ours [1]  176/6
outbound [5]  60/9 81/12 81/14 92/1 92/6
outcome [1]  151/5
outfit [1]  116/7
outfits [2]  81/10 81/11
outlines [1]  58/8
outlining [1]  72/17
outside [5]  30/16 30/17 31/22 31/23 213/10
outstanding [1]  12/19

## O

over [49]  6/2 7/13 7/16 8/15 11/22 14/24 15/2
18/5 29/2 34/14 34/14 40/10 46/4 52/15
57/13 63/25 76/3 81/9 84/8 89/15 90/10 95/1
105/21 107/21 109/13 116/10 138/23 141/19
142/14 142/22 143/9 148/6 155/22 159/17
160/4 161/9 184/19 192/19 201/18 210/18
211/9 211/9 212/14 212/18 218/10 225/5
241/9 241/10 269/22
over-inclusive [5]  210/18 211/9 212/14
212/18 225/5
overall [1]  218/20
overriding [1]  49/2
overrule [2]  179/14 203/11
overruled [10]  72/25 122/2 122/17 127/21
178/16 178/18 183/6 192/9 199/25 237/2
oversaw [1]  95/9
own [13]  24/17 26/14 116/12 130/17 180/13
188/22 188/24 234/3 242/22 250/21 262/23
263/16 267/6
owned [2]  26/14 26/22
owners [2]  51/6 51/8
ownership [1]  94/16

## P

p.m [6]  98/16 172/23 172/23 206/2 206/2
273/2
PA [1]  2/12
Pack [8]  184/2 184/8 184/15 184/16 184/25
185/4 188/22 262/24
package [24]  28/19 28/23 28/24 28/25 30/8
30/12 30/13 30/17 31/1 31/3 31/11 31/22
31/23 32/13 32/15 32/22 32/23 33/4 33/8
33/10 37/15 37/18 40/22 41/1
packs [1]  262/23
page [44]  1/17 17/16 17/24 27/14 28/15 84/3
84/20 84/20 90/9 104/4 104/10 106/6 109/21
115/9 116/13 117/7 117/9 118/15 118/16
119/20 121/12 128/10 128/23 130/19 133/22
134/22 135/19 136/23 140/9 141/8 144/17
145/4 146/6 150/6 175/24 176/9 176/10
190/19 190/25 191/1 198/11 253/17 254/6
259/15
page 10 [1]  134/22
Page 111 [1]  144/17
page 114 [1]  145/4
Page 127 [1]  146/6
Page 13 [1]  136/23
page 137 [1]  141/8
page 1861 [1]  90/9
page 2 [3]  27/14 104/4 106/6
page 20 [1]  117/7
page 22 [1]  133/22 135/19
page 26 [1]  253/17 254/6
page 3 [1]  28/15
page 362 [1]  198/11
page 370 [2]  175/24 176/10
page 4 [3]  84/3 121/12 128/10
page 5 [5]  109/21 118/15 118/16 190/19
191/1
page 8 [1]  130/19
pages [4]  1/11 90/7 265/25 269/20
pages 1861 [1]  90/7
paid [7]  7/25 21/2 39/18 93/4 93/12 252/12
261/19
Pairsys [1]  72/16
Palm [3]  1/8 1/20 2/9
Panda [10]  22/21 24/14 139/2 139/2 139/3
139/5 188/17 188/19 221/5 221/10
paper [2]  86/11 228/4

papers [1]  101/13
paragraph [62]  27/15 28/16 33/5 33/13
42/10 45/25 47/11 48/20 50/25 59/20 59/23
59/24 71/3 73/20 77/14 84/4 84/10 84/20
85/11 87/1 104/5 104/8 106/6 109/21 121/12
191/1 230/8 238/15 236/16 238/18 238/23
239/1 239/12 239/19 239/20 240/2 240/9
240/10 240/12 240/17 244/16 244/18 249/10
249/20 256/19 257/24 259/21 259/25 260/5
260/9 260/25 261/5 261/13 262/1 262/3
262/4 264/20 265/1 265/2 265/3 265/20
266/4
paragraph 11 [1]  48/20
Paragraph 12 [1]  121/12
paragraph 14B [2]  84/4 84/10
paragraph 14C [1]  84/20
paragraph 16 [1]  50/25
paragraph 19 [2]  59/20 59/24
paragraph 2 [1]  42/10
paragraph 21 [3]  238/18 239/12 239/19
paragraph 22 [4]  71/3 77/14 239/20 240/2
paragraph 23 [4]  73/20 238/23 240/9 240/12
paragraph 24 [2]  239/1 240/10
paragraph 27 [1]  85/11
paragraph 28 [1]  240/17
paragraph 33 [1]  87/1
paragraph 4 [1]  45/25
paragraph 43 [4]  244/16 244/18 257/24
260/5
paragraph 52 [1]  256/19
paragraph 58 [3]  259/21 260/25 261/5
paragraph 6 [2]  236/15 236/16
paragraph 64 [2]  262/1 262/4
paragraph 7 [4]  28/16 33/5 47/11 230/8
paragraph 72 [1]  264/20
Paragraph 73 [1]  265/1
Paragraph 74 [1]  265/2
Paragraph 75 [1]  265/3
paragraph 76 [1]  265/20
paragraph 8 [1]  33/13
paragraph 81 [1]  266/4
paragraph five [1]  27/15
paragraphs [8]  229/6 229/13 229/17 229/18
243/14 246/9 253/24 262/23
paralegal [2]  121/8 123/4
paraphrasing [2]  134/6 158/20
pardon [2]  168/20 260/10
Park [1]  2/18
participating [1]  105/6
particular [30]  18/19 48/22 50/25 88/15
88/25 105/14 113/5 114/11 116/22 117/5
124/5 130/15 131/19 145/11 147/12 153/9
159/10 159/12 175/10 177/7 178/21 179/20
180/11 184/13 184/24 195/14 208/12 225/9
239/5 257/5
particularly [11]  15/19 81/12 101/21 123/25
124/3 142/8 173/23 185/20 208/13 245/2
262/24
parties [2]  66/7 155/15
Partly [1]  267/21
parts [4]  170/23 171/11 171/12 265/19
party [3]  155/20 232/14 232/20
party's [1]  234/19
pass [1]  188/4
passed [2]  93/11 154/6
passing [1]  233/15
password [4]  137/17 137/23 155/4 263/11
passwords [4]  137/21 138/15 154/21 263/9
past [2]  28/9 64/11
patch [1]  185/2
patches [4]  185/19 185/20 207/21 207/23

patching [1]  185/22
patent [1]  256/14
patient [1]  95/5
pay [19]  20/10 32/13 38/6 38/9 38/12 38/17
38/25 39/17 39/21 39/23 40/8 41/4 41/9
81/16 161/10 253/3 253/6 253/7 262/20
paying [3]  37/23 38/16 38/25
PC [135]
PCI [1]  87/2
pending [3]  47/12 47/17 228/5
Pennsylvania [2]  2/3 2/5
people [31]  14/11 35/18 38/16 38/20 38/21
55/23 56/23 60/5 60/11 63/21 85/2 91/16
91/25 100/20 107/15 107/15 107/16 107/18
107/21 107/21 126/12 128/20 130/8 132/2
135/5 162/4 211/2 248/23 262/20 264/17
270/5
people's [1]  185/12
per [4]  37/18 37/23 89/13 221/10
percent [9]  85/22 88/10 89/10 89/16 96/1
114/19 141/21 141/23 226/24
percentage [7]  47/8 69/10 95/23 96/5 114/13
114/15 143/4
perform [5]  10/16 28/2 180/9 185/7 264/12
performance [48]  34/15 89/24 89/25 90/3
106/10 106/22 143/23 144/1 144/6 144/9
144/13 151/16 151/23 152/14 169/12 180/10
180/15 205/4 205/7 205/8 205/13 208/14
209/17 209/20 209/23 215/4 219/3 219/16
219/24 220/13 220/16 220/19 247/2 247/4
247/6 247/10 247/14 247/19 247/20 248/10
258/1 258/10 258/14 262/9 263/5 264/17
264/18 264/19
performed [5]  109/22 121/17 183/25 265/11
266/5
performing [2]  106/24 247/15
performs [1]  27/16
perhaps [11]  112/2 113/2 117/3 138/3 159/3
167/15 184/7 255/7 270/11 270/23 271/25
period [14]  47/16 48/10 48/11 57/13 68/23
109/18 141/4 142/4 142/6 142/14 142/15
143/3 143/9 243/2
periodically [1]  181/1
permission [5]  22/9 27/16 28/3 28/4 234/17
permission's [1]  28/1
permitted [1]  74/25
person [16]  23/12 23/22 35/22 68/8 68/10
111/24 112/13 112/24 131/10 143/2 166/25
173/8 223/25 237/18 242/14 264/5
person's [1]  27/24
personal [14]  102/15 155/14 155/19 156/9
156/14 156/23 156/25 157/3 157/8 157/16
157/22 166/21 183/13 248/24
personally [9]  37/3 37/6 71/13 76/4 76/5
76/6 164/7 170/17 170/22
personnel [1]  85/1
persons [1]  165/15
perspective [3]  124/16 155/2 226/23
persuaded [1]  55/14
phase [1]  109/1
phone [11]  9/20 12/2 12/11 12/15 12/25 60/6
65/10 69/7 92/1 92/6 96/24
phonetic [1]  95/10
photo [3]  124/9 124/14 124/20
photographs [1]  170/11
photos [5]  123/20 124/1 124/5 127/2 191/11
phrase [2]  116/2 219/18
phrases [1]  51/25
physical [4]  105/15 105/17 105/24 235/14
pick [2]  142/16 183/19
picked [3]  120/3 137/9 185/4

**P**

picking [1]  148/17
picks [1]  166/23
picture [3]  55/8 119/23 239/15
piece [9]  53/19 111/11 117/21 131/19 170/22
 186/10 189/23 251/10 251/11
pieces [17]  101/7 101/8 101/10 105/15
 105/17 132/5 132/6 153/3 153/10 168/19
 171/11 171/12 191/17 192/2 192/16 244/24
 249/17
pile [1]  233/1
pitch [12]  7/21 8/22 52/9 52/11 78/11 78/12
 88/13 88/15 88/20 92/23 93/3 93/12
pitched [1]  84/17
pitching [1]  92/22
place [11]  29/8 29/9 61/9 64/19 88/12 93/16
 151/8 163/11 210/18 247/7 260/11
placed [1]  123/11
places [1]  102/11
plague [1]  114/17
plain [4]  69/2 121/24 122/5 128/3
PLAINTIFFS [5]  1/5 98/20 104/25 232/7
 232/21
Plaintiffs' [15]  3/7 3/8 90/7 99/1 99/11
 197/25 201/23 233/21 234/8 234/10 234/12
 275/18 275/19 275/20 275/21
Plaintiffs' 21 [1]  234/10
plan [2]  38/19 84/14
plane [3]  96/22 98/9 194/23
planes [1]  97/8
planning [2]  79/1 233/12
plans [1]  66/20
planted [1]  224/23
play [2]  34/14 160/6
Player [2]  249/23 250/17
playing [1]  102/1
pleadings [1]  232/17
please [42]  3/2 4/17 4/19 4/21 13/12 13/15
 16/13 16/15 16/23 25/7 25/12 25/14 25/16
 34/22 41/18 41/20 41/22 44/22 44/25 55/6
 63/14 82/17 82/19 82/21 96/16 98/18 99/9
 99/10 99/12 99/14 103/14 104/4 136/20
 146/6 172/25 179/16 197/6 203/20 206/4
 235/6 235/8 236/1
pleased [2]  22/18 95/4
plugged [1]  86/12
plus [4]  32/11 37/18 41/3 165/4
point [44]  17/17 17/24 22/8 29/20 69/12 72/2
 72/5 79/7 104/24 134/4 134/17 135/12
 135/17 137/8 138/18 140/12 142/17 147/20
 154/1 154/13 158/16 164/6 164/16 167/9
 183/12 200/5 200/7 204/5 204/12 205/4
 218/17 227/22 234/17 242/11 242/13 242/15
 242/20 242/20 243/18 246/6 258/21 263/24
 266/11 272/1
pointed [1]  110/10 158/4 167/18
pointing [2]  146/7 146/22
points [10]  52/18 61/3 110/8 139/25 143/18
 147/7 156/7 157/6 180/4 181/24
policies [6]  51/17 51/19 72/18 88/12 88/18
 88/19
policy [3]  85/12 85/13 88/21
pop [2]  57/9 245/3
pop-up [1]  245/3
popped [1]  254/14
popular [2]  125/8 270/24
populates [2]  149/1 174/12
pornography [2]  18/16 18/20
portion [12]  61/14 62/7 62/8 62/12 62/15
 62/22 64/9 77/8 189/6 264/23 266/10

portions [2]  61/7 216/16
portrayed [1]  221/16
posing [1]  34/18
position [18]  6/15 12/7 12/20 12/24 15/6 26/9
 26/25 27/12 42/22 42/24 43/23 50/14 65/2
 65/6 85/6 115/22 134/16 263/15
positives [3]  210/23 210/23 211/2
possibility [1]  127/8
possible [17]  25/1 52/8 52/24 97/15 97/19
 125/24 126/8 126/9 126/11 140/3 152/17
 156/11 221/21 222/6 223/22 226/13 251/17
possibly [4]  91/18 95/7 124/11 209/3
post [1]  170/6
post-activation [1]  170/6
posture [1]  72/11
potential [12]  64/8 129/14 156/21 158/12
 164/2 189/24 206/24 207/4 209/4 209/24
 219/11 219/19
potentially [10]  50/21 71/19 155/14 155/17
 155/19 155/21 156/9 156/11 157/22 164/11
Power [3]  241/20 243/23 252/12
powered [1]  121/17
practical [1]  208/24
practice [2]  47/22 48/19
practices [4]  64/16 121/1 122/21 122/24
pre [3]  72/11 109/24 190/21
pre-bill [1]  72/11
pre-call [1]  190/21
pre-written [1]  109/24
precise [3]  122/15 122/20 168/10
predict [1]  61/2
prefer [1]  152/5
PRELIMINARY [1]  1/12
preparation [9]  103/9 105/10 108/21 118/6
 119/21 133/5 190/13 191/10 191/10
prepare [4]  118/17 121/3 193/5 240/23
prepared [5]  17/10 48/12 119/25 120/17
 121/8
preparing [2]  101/2 121/1
prepurchase [1]  261/20
prepurchased [1]  261/23
present [3]  11/1 70/23 232/22
presentation [3]  66/23 109/1 187/3
presented [5]  39/15 174/20 191/8 228/12
 232/10
presenting [1]  155/24
presently [1]  161/6
president [6]  83/9 83/11 83/13 83/25 85/6
 85/7
pressed [1]  86/19
Presumably [1]  152/22
presume [1]  105/19
presupposes [1]  162/22
pretty [32]  32/2 52/13 55/12 91/13 97/5
 100/12 115/8 118/3 119/14 125/22 144/7
 144/8 211/15 242/22 242/25 246/1 254/8
 255/13 258/8 258/10 258/11 260/12
preventative [1]  28/19
preventive [3]  28/24 32/23 41/1
previous [6]  12/1 141/20 150/24 153/18
 211/14 261/10
previously [3]  235/14 252/23 253/15
price [2]  29/20 31/5
prices [1]  40/19
primary [2]  49/2 49/16
principal [1]  104/24
principals [1]  86/11
printed [1]  86/11
prints [2]  131/7 131/9
prior [31]  5/17 28/12 36/12 43/5 64/7 65/13
 66/18 68/25 72/13 72/16 74/19 85/23 109/18

131/22 131/24 134/10 139/24 140/2 140/15
 143/19 144/21 145/3 145/21 147/11 187/15
 190/24 202/1 237/17 237/24 254/25 256/11
pristine [4]  119/24 120/22 120/23 256/3
privacy [6]  154/8 167/25 199/1 209/24
 214/19 255/2
privy [1]  254/21
prize [3]  89/2 89/3 89/19
prizes [2]  37/7 88/24
Pro [83]  139/18 148/1 148/12 148/15 149/4
 149/18 150/12 151/3 151/12 156/18 161/12
 161/13 162/5 163/7 164/1 164/22 165/20
 166/16 166/23 168/2 168/13 169/21 172/12
 172/15 180/7 180/9 180/12 180/16 180/22
 181/4 181/11 181/12 181/19 182/3 183/16
 184/4 185/23 186/23 188/16 198/20 201/12
 201/16 202/5 202/12 203/15 203/21 206/24
 207/16 207/25 211/8 212/10 212/24 213/3
 213/21 219/2 219/12 219/15 224/10 225/2
 242/1 242/3 243/19 243/22 247/21 251/9
 254/1 254/4 254/25 255/2 255/10 255/17
 259/25 261/2 261/8 261/13 261/13 261/14
 262/8 266/10 268/2 268/13 268/23 270/15
proactive [8]  47/24 48/2 48/7 48/15 72/17
 77/1 77/2 79/20
proactively [4]  47/15 47/19 47/23 71/22
probabilistic [1]  142/18
probabilities [6]  142/23 142/25 143/4 143/10
 143/13 143/14
probably [28]  21/4 38/19 57/20 57/22 67/11
 67/11 70/4 71/11 77/21 78/1 78/21 79/1
 81/20 89/13 93/14 93/25 94/1 101/25 107/3
 128/18 215/20 224/16 245/14 257/6 258/9
 263/23 271/3 271/16
problem [74]  7/20 10/20 16/18 19/5 20/8
 21/6 21/21 21/23 24/16 48/3 54/12 55/1
 55/13 62/4 72/4 93/9 107/2 110/4 115/13
 116/20 116/22 119/11 126/18 128/19 137/25
 138/19 155/10 155/23 157/9 157/17 157/19
 157/20 159/10 163/6 166/22 167/2 167/5
 167/17 168/21 168/21 183/9 188/18 188/19
 202/18 202/19 209/14 210/7 210/11 210/14
 210/24 210/25 211/5 211/12 211/16 212/12
 223/12 225/7 226/23 227/3 227/4 227/7
 234/21 246/3 246/4 249/21 250/13 250/21
 250/22 251/23 254/4 257/5 261/12 265/15
 270/13
problematic [9]  108/11 119/13 119/15 148/9
 154/2 211/24 221/23 223/24 225/2
problems [60]  18/23 20/15 31/8 32/5 46/5
 49/13 54/25 60/6 106/16 108/1 120/11
 120/16 128/20 135/16 135/25 138/18 146/12
 147/18 148/2 148/6 154/4 155/24 163/8
 166/23 167/9 167/11 167/19 167/21 168/21
 182/9 182/15 187/6 199/8 200/8 200/15
 204/3 204/4 207/7 207/11 209/4 209/5 209/6
 209/8 218/23 223/4 223/14 243/16 243/22
 244/2 244/5 244/5 249/11 254/16 255/1
 256/7 257/19 259/2 261/1 261/6 262/25
procedures [3]  51/17 72/18 195/7
proceed [3]  3/4 98/19 173/1
proceeding [2]  224/2 233/2
proceedings [7]  1/12 25/6 96/15 98/17
 172/24 206/3 276/11
process [17]  7/15 8/6 44/2 44/3 53/5 62/22
 87/14 88/7 93/14 93/16 107/14 118/22 119/5
 140/10 193/11 257/15 261/23
processes [5]  56/25 61/24 62/8 213/3 213/5
produce [3]  115/10 227/12 259/12
produced [2]  216/25 260/21
product [56]  46/10 64/5 67/8 67/8 78/7 78/8

**P**

product... [50]  78/12 87/17 93/7 106/16
108/22 129/7 137/9 138/18 138/21 139/2
144/3 144/5 145/8 145/13 147/3 147/13
148/18 153/14 156/15 156/17 157/1 158/25
162/6 163/7 164/19 212/16 224/13 224/20
226/18 227/6 227/12 227/14 236/23 237/9
237/18 237/19 238/10 238/12 249/9 250/5
252/18 253/5 253/10 253/14 261/3 261/9
264/5 266/15 272/4 272/7
production [1]  116/7
productivity [5]  245/9 247/25 248/1 248/13
248/16
products [21]  7/3 10/2 84/18 87/7 87/10
87/11 88/13 88/15 88/20 88/22 88/25 90/2
91/11 135/14 236/22 237/4 237/23 243/19
252/19 266/13 267/11
professional [1]  81/9
proffer [1]  99/6
profiled [1]  131/24
profits [1]  115/10
program [59]  9/8 19/18 19/21 19/23 40/6
64/23 77/10 78/5 118/21 130/8 132/16
132/17 148/21 149/8 149/11 149/12 149/21
150/6 150/13 150/16 151/5 151/6 151/12
164/1 172/6 172/8 172/9 173/18 183/20
185/11 187/13 201/1 202/6 206/14 206/15
209/3 211/10 211/10 221/22 222/6 222/10
223/23 224/5 224/21 225/8 225/9 225/24
226/13 226/14 239/22 239/24 242/17 249/4
253/22 254/11 255/4 255/5 265/7 265/13
programmed [1]  61/19
programmers [1]  270/1
programming [2]  5/20 5/21
programs [26]  118/20 127/11 129/6 129/12
129/12 141/12 144/22 144/25 145/23 146/25
160/12 171/16 171/19 175/17 180/23 181/1
181/6 222/21 223/10 223/11 224/19 239/24
269/22 269/24 270/2 270/5
project [3]  105/4 105/6 180/25
promoted [4]  6/12 15/3 27/9 83/12
promotion [3]  83/21 83/22 89/19
pronounced [1]  128/17
pronunciation [1]  45/18
properly [5]  50/4 50/9 145/23 201/7 218/5
propose [3]  60/13 60/16 60/18
protect [1]  165/17
protected [1]  218/5
protecting [1]  101/22
protection [6]  2/8 51/7 87/3 129/13 165/2
210/17
protective [1]  256/17
prove [1]  133/1
proven [1]  247/19
provide [16]  7/12 15/20 37/16 46/10 46/12
48/7 48/15 51/2 53/21 74/11 79/20 79/25
133/13 133/18 136/10 157/16
provided [19]  26/19 47/19 73/5 73/7 73/9
77/20 95/24 101/2 104/15 122/6 123/6 165/8
170/4 175/1 175/21 180/13 203/22 221/6
230/10
provides [7]  46/9 78/6 81/4 100/19 129/18
133/15 257/14
providing [1]  78/12
prudent [1]  157/21
public [1]  232/18
publicly [1]  263/15
publish [1]  165/13
published [1]  165/15
pull [3]  25/15 72/4 132/6

pulling [1]  144/21
pulls [1]  143/5
purchase [12]  22/16 38/19 65/17 155/13
237/24 238/10 242/14 252/15 252/20 263/18
263/19 264/14
purchased [17]  17/20 18/12 84/14 85/3
87/12 152/7 152/20 165/3 169/24 237/10
238/11 242/16 252/15 252/19 252/21 253/10
253/14
purchases [2]  237/9 239/23
purchasing [6]  22/13 237/17 237/19 237/24
252/20 271/19
purpose [7]  63/8 63/10 63/11 149/7 165/15
230/13 249/22
purposeful [1]  155/18
purposes [4]  120/21 153/25 155/13 226/25
pursued [1]  5/20
push [3]  69/7 162/2 185/19
pushed [1]  66/18
pushing [2]  79/9 199/19
put [46]  3/13 23/8 46/16 46/18 46/19 46/20
46/22 51/14 55/3 57/2 57/3 61/9 63/20 64/22
70/2 72/3 76/2 79/1 84/7 86/23 97/3 106/19
118/2 145/8 149/13 154/2 154/3 154/17
154/18 164/18 170/1 175/14 185/2 185/11
197/6 210/18 213/23 226/17 228/4 228/15
233/9 254/25 260/18 262/21 265/17 265/19
puts [2]  166/9 245/6
putting [4]  54/19 60/25 147/23 191/11
PX35 [1]  115/5

**Q**

qualified [1]  208/8
quality [1]  141/13
quarter [2]  94/1 94/2
quasi [1]  69/3
question [55]  5/10 7/14 9/11 11/4 11/17 22/4
40/15 48/6 49/17 53/24 55/4 56/20 61/2
63/14 72/14 78/9 79/25 92/11 99/8 102/21
104/10 110/10 116/23 122/18 141/22 142/12
144/10 148/22 156/20 157/6 157/23 171/2
178/6 179/13 179/16 181/14 206/14 210/20
210/21 215/23 220/8 225/21 226/7 227/5
234/24 254/2 255/24 259/7 259/18 265/22
266/4 270/14 271/6 271/12 271/21
question's [1]  113/12
questions [41]  5/8 8/9 14/3 17/13 18/9 26/1
33/14 37/11 39/9 39/10 41/12 44/11 56/7
56/9 75/10 84/2 86/10 86/16 95/18 99/4
100/12 100/13 136/21 139/20 139/23 140/11
176/17 178/17 180/6 194/2 194/8 196/6
202/6 217/7 220/21 222/13 226/3 226/7
236/13 267/25 271/8
quick [3]  80/15 155/13 198/2
quicker [1]  50/3
quite [11]  48/9 65/6 112/1 124/15 126/1
184/25 192/20 239/9 247/4 265/5 271/24
quote [5]  112/16 134/4 134/10 141/7 175/14
quotes [5]  46/16 46/18 46/19 46/20 151/13
quoting [1]  153/7

**R**

raided [1]  77/25
raids [1]  70/5
raise [9]  4/16 13/11 16/12 25/12 41/17 44/21
82/16 99/10 230/13
Ramirez [2]  6/8 43/17
ran [38]  60/20 60/21 122/11 128/22 151/4
172/6 172/11 178/22 178/22 180/16 201/18
201/19 203/23 203/24 203/24 204/8 204/8
204/9 204/10 216/21 216/24 218/2 221/7

238/3 240/3 241/15 241/20 242/23 243/12
252/21 254/12 254/13 259/8 259/8 261/11
268/13 268/23 269/1
randomly [1]  65/10
range [4]  61/24 61/25 96/4 218/16
rank [1]  169/12
ranked [1]  246/2
ranks [1]  245/25
ransomware [1]  11/9
rarely [2]  87/9 192/18
rate [3]  85/18 85/24 103/5
rated [2]  218/11 218/13
rates [1]  143/3
Rather [1]  210/14
rating [1]  228/22
ratios [1]  65/19
Raton [2]  80/21 94/20
RBN [3]  116/9 116/13 116/13
reach [2]  6/6 6/7
reached [1]  6/8
reaction [1]  55/11
reactive [4]  48/2 48/3 77/1 77/3
read [39]  4/13 13/3 18/6 18/7 45/21 53/22
55/4 55/11 55/20 64/18 91/16 91/18 91/20
92/2 92/10 92/14 100/9 101/19 123/17 135/2
135/3 135/7 135/10 135/11 135/12 140/25
145/16 176/18 190/6 193/23 197/14 197/15
216/20 218/7 229/14 238/3 244/25 256/15
270/25
reader [1]  42/25
reading [10]  56/4 56/5 101/7 101/11 101/14
106/13 121/11 134/5 134/9 139/21
ready [7]  3/4 21/24 25/8 32/20 98/19 138/24
206/5
real [4]  47/24 54/18 198/2 241/12
reality [2]  21/19 35/22
realize [2]  136/19 267/21
realized [3]  55/25 57/21 116/5
really [41]  8/8 8/21 15/1 21/4 24/2 24/12
46/21 52/24 53/3 54/9 54/11 55/12 61/17
61/22 63/4 68/2 69/24 71/10 77/1 79/12 95/6
97/6 105/24 124/4 125/25 156/15 183/10
185/13 189/11 200/10 209/21 230/22 240/25
246/4 248/9 251/18 252/2 255/10 257/22
263/1 263/21
Realtime [1]  276/10
reason [26]  12/4 23/17 27/23 69/22 70/12
70/17 79/8 83/21 83/22 85/17 91/2 104/9
108/6 109/19 113/3 137/11 141/16 168/9
181/14 185/15 200/23 204/20 226/20 229/9
233/9 233/16
reasonable [6]  117/24 120/24 121/4 132/2
144/16 158/22
reasons [2]  79/15 211/24
rebut [1]  195/4
rebuts [1]  233/5
rebuttal [3]  194/7 196/8 196/17
recall [21]  18/12 20/5 21/4 52/2 52/6 52/17
57/25 58/1 58/6 58/16 58/25 59/17 59/19
77/13 88/10 159/1 169/22 170/1 171/19
171/20 223/9
recalling [1]  56/22
receive [2]  89/6 170/6
received [12]  121/14 168/3 183/24 186/11
186/25 190/18 208/4 230/1 230/2 230/3
230/9 230/22
receiver [4]  73/2 73/8 95/1 114/9
receiving [2]  111/23 112/13
recently [2]  168/4 208/4
recess [10]  25/3 25/5 96/13 96/14 98/16
172/22 172/23 205/25 206/2 273/2

**R**

recipes [1] 123/21
recognize [2] 90/12 176/20
recognized [3] 100/22 134/1 134/14
recollection [1] 66/17
recommend [11] 61/14 62/12 134/1 134/15
  134/19 135/9 137/10 210/17 249/4 263/9
  263/11
recommendation [1] 133/25
recommendations [3] 134/19 250/4 263/17
recommends [1] 135/4
reconfigure [1] 217/5
record [8] 121/2 122/7 217/1 229/2 229/11
  272/21 272/24 276/11
recorded [1] 68/15
recordings [1] 68/8
records [8] 228/18 228/21 228/21 228/24
  229/8 229/10 229/21 230/5
recross [19] 11/16 11/19 37/1 40/17 82/2
  96/9 202/24 203/8 205/17 205/22 206/7
  222/17 271/13 274/6 274/14 274/17 275/7
  275/10 275/15
Recross-examination [6] 11/19 37/1 40/17
  206/7 222/17 271/13
recycle [5] 127/14 127/18 128/1 128/4 128/6
red [10] 61/8 205/8 205/9 220/13 246/16
  246/22 246/23 247/6 258/2 258/15
redact [3] 229/13 229/17 229/18
redacting [1] 229/20
redirect [26] 10/8 10/10 16/2 24/21 35/4 35/6
  39/12 44/13 80/9 80/11 82/2 94/11 94/13
  188/6 188/8 202/23 220/10 267/23 274/5
  274/13 274/16 274/22 274/25 275/6 275/8
  275/14
reduce [3] 247/20 248/10 248/16
refer [15] 17/16 42/9 46/8 46/21 117/21
  132/2 146/12 148/5 151/17 157/2 173/9
  195/13 195/15 221/5 239/7
referenced [2] 72/13 104/13
references [1] 145/18
referencing [1] 109/17
referred [3] 77/11 131/16 162/2
referring [8] 17/16 28/21 28/25 77/16 90/6
  118/24 158/24 229/2
refers [1] 148/5
reflect [2] 175/11 265/10
reflected [2] 78/19 156/5
refund [4] 85/12 85/13 85/18 85/24
refunding [1] 212/16
regard [11] 10/15 35/14 81/21 87/2 95/2 99/4
  101/21 115/8 119/3 119/18 131/4
regarding [6] 30/12 64/12 88/5 88/12 140/5
  222/24
regardless [2] 55/20 157/2
regards [1] 133/24
register [2] 257/2 261/22
Registered [1] 276/9
registry [64] 133/21 133/25 134/2 134/15
  134/17 134/23 135/9 135/14 135/15 135/22
  136/2 136/5 140/17 140/21 141/6 141/14
  141/25 142/11 142/13 146/22 149/21 150/14
  150/17 150/21 150/22 150/23 151/2 151/15
  152/10 153/12 167/4 167/7 167/10 171/24
  171/25 184/9 184/16 185/1 191/6 223/15
  236/18 239/2 239/8 239/10 240/3 240/5
  240/7 240/13 240/14 241/18 241/20 241/24
  243/22 243/25 244/4 244/6 251/10 251/13
  251/14 252/12 263/19 263/24 264/1 264/23
regular [7] 12/23 114/18 135/15 141/12
  143/9 161/25 272/7

regulate [1] 66/8
regulated [1] 76/14
regulators [2] 49/13 66/10
regulatory [1] 66/13
reinstall [1] 135/23
reinstallation [1] 135/25
related [1] 117/14
relative [5] 162/21 174/25 177/21 209/1
  217/24
relatively [3] 54/5 184/23 185/6
relatives [1] 248/25
relaunched [1] 217/5
release [1] 185/19
released [3] 160/7 161/25 227/6
relevant [1] 270/16
reliable [1] 262/10
relief [1] 76/13
rely [4] 125/5 231/10 231/20 232/13
relying [5] 86/22 229/5 229/6 229/7 229/14
remain [1] 269/17
remainder [1] 45/7
remained [1] 43/23
remaining [2] 114/19 117/22
remains [1] 204/5
remedied [1] 78/11
remember [15] 23/18 23/19 23/25 58/8 58/9
  58/12 58/22 61/5 61/9 61/23 76/25 79/2
  118/7 218/15 244/8
remembered [2] 125/15 154/20
remind [2] 45/16 91/4
reminds [1] 104/9
remnants [2] 117/21 119/4
remote [5] 5/14 12/16 14/6 28/4 86/2
remotely [5] 12/5 12/17 20/22 21/3 21/13
removal [1] 141/13
remove [4] 10/25 223/25 224/22 227/9
removed [9] 61/8 118/20 118/21 127/2 127/7
  127/14 128/2 218/23 225/10
removing [3] 141/11 141/24 142/9
renamed [1] 204/4
render [1] 130/11
renew [1] 195/12
reopen [1] 74/25
rep [1] 69/9
repair [3] 20/9 20/10 107/25
repairing [3] 22/12 85/4 107/10
repairs [2] 36/4 36/15
repeat [4] 7/14 34/22 58/2 179/16
repeatedly [3] 54/23 74/7 201/20
replace [5] 62/13 62/20 62/21 62/22 63/8
replaced [2] 77/8 77/9
replacement [1] 77/21
replacing [3] 62/16 62/18 63/3
replicate [1] 241/6
replicated [1] 265/23
replicating [4] 242/15 244/22 247/12 248/12
report [27] 108/10 128/9 163/12 163/21
  164/2 181/20 182/12 187/15 190/19 191/13
  241/1 243/15 243/18 248/17 256/24 259/6
  261/10 262/12 263/24 265/10 265/15 265/18
  265/24 265/25 267/5 267/7 267/8
reported [3] 106/20 187/25 243/21
reporter [6] 1/19 1/19 4/12 153/7 276/9
  276/10
reporting [4] 149/11 182/23 209/4 218/20
reports [6] 81/15 181/19 187/13 207/17
  216/13 222/24
represent [4] 36/17 75/15 147/17 217/24
representation [4] 71/9 137/22 148/9 149/9
representations [1] 59/10
representative [7] 20/5 21/14 109/9 134/5

representatives [4] 88/15 89/12 106/8 109/23
represented [8] 45/25 46/24 47/5 47/9 59/8
  75/12 75/14 207/10
representing [2] 162/7 197/11
represents [3] 114/15 133/16 200/20
reps [1] 87/7
reputable [1] 152/20
request [3] 51/2 97/2 196/5
requested [5] 10/25 50/25 51/14 73/2 92/12
require [9] 12/5 13/2 135/23 181/13 200/8
  200/15 207/12 207/17 222/4
required [5] 7/3 10/1 10/4 86/9 86/18
requirement [1] 73/23
requires [1] 137/23
requiring [1] 155/3
rerun [1] 254/1
research [4] 100/18 101/12 124/16 160/7
reset [1] 137/23
resided [1] 94/21
resigned [1] 43/12
resistance [1] 85/13
resources [1] 50/8
respect [6] 161/12 181/24 186/23 206/20
  219/11 221/15
respectively [2] 160/23 173/10
respond [2] 112/21 194/14
responding [1] 245/10
response [5] 5/11 71/23 111/3 111/4 111/8
responsible [3] 75/1 116/7 265/1
rest [4] 196/11 227/22 227/24 231/14
restore [1] 150/23
restressing [1] 61/3
result [6] 171/22 229/20 241/2 255/23
  258/17 259/12
results [21] 55/20 163/8 199/7 200/20 200/22
  201/20 218/21 238/5 242/22 243/6 253/9
  253/18 256/21 257/11 258/23 258/25 260/4
  260/11 260/15 265/9 267/13
retail [2] 108/4 152/25
retain [1] 75/3
retained [2] 27/12 74/15
retired [1] 20/12
retrieve [1] 213/13
retype [1] 137/17
reuse [1] 132/5
revenue [2] 89/11 89/17
revenues [1] 85/8
review [18] 51/23 72/15 72/18 75/17 77/11
  78/1 79/4 91/23 118/5 169/20 169/23 181/10
  181/12 202/5 205/24 217/10 257/1 266/9
reviewed [8] 17/10 42/8 59/10 73/20 77/15
  91/19 120/18 189/2
reviewing [4] 74/5 74/6 78/15 78/24
revised [1] 77/11
Rex [13] 6/17 6/19 6/25 7/2 15/13 87/24 88/1
  88/4 89/2 89/3 90/24 91/2 94/20
ridiculous [1] 18/19
right [127]
right-hand [1] 246/21
rightly [1] 147/20
ripoff [1] 59/4
risk [5] 156/14 158/12 207/4 210/8 212/3
riskier [2] 142/20 142/21
risks [1] 206/24
RMR [2] 1/19 276/16
Road [1] 80/20
Robbins [4] 2/2 105/5 275/6 275/8
Robby [5] 44/17 44/23 45/1 79/9 274/20
Robert [2] 2/14 139/17
role [6] 50/16 50/19 63/2 65/25 105/9 116/23

**R**

roll [1] 131/6
rolled [2] 80/25 97/14
room [10] 68/14 68/25 69/6 69/14 87/23 88/1
101/7 101/11 101/15 107/9
rough [1] 131/12
roughly [6] 85/20 93/22 93/24 93/25 95/23
121/15
round [1] 126/21
route [1] 40/1
routine [1] 225/18
routinely [1] 262/8
row [6] 214/15 214/16 214/20 215/3 215/12
216/7
rule [2] 227/25 232/20
rules [2] 50/24 76/22
ruling [1] 228/6
run [38] 27/20 28/9 120/1 120/3 125/25
170/6 180/25 184/5 192/1 199/6 201/21
216/16 216/19 237/8 237/11 237/13 237/17
237/18 237/23 237/25 240/23 248/23 249/4
252/19 253/2 253/13 253/22 254/7 255/5
255/15 256/10 261/13 263/20 264/5 266/19
269/9 271/16 272/5
running [44] 22/22 23/10 28/7 50/9 51/25
57/2 106/20 107/4 132/15 132/16 183/16
192/4 192/4 192/5 201/1 204/14 213/3 213/5
220/17 239/13 239/19 239/19 239/20 240/5
240/11 240/13 243/14 244/12 247/23 248/20
251/21 254/6 254/25 255/1 258/1 258/14
260/6 261/19 264/7 264/8 266/24 271/22
272/10 272/11
runs [4] 199/5 200/12 239/16 271/19
Russia [1] 116/22
Russian [12] 111/10 111/17 115/1 115/12
115/23 116/3 116/4 116/6 116/9 116/17
116/23 138/4
Ryan [4] 13/9 13/13 13/16 274/7

**S**

S-k-o-u-d-i-s [1] 99/16
S-o-b-e-r-s [1] 41/23
safe [3] 19/1 19/12 268/17
safety [1] 140/21
sale [3] 7/7 35/12 87/14
sales [56] 7/10 7/12 7/15 7/21 7/21 8/2 8/6
8/8 8/19 10/5 10/15 15/17 15/20 26/10 27/1
27/5 27/9 33/19 37/4 34/23 44/2 44/4 44/7
44/9 46/6 46/7 63/21 66/19 66/24 67/1 67/3
67/19 69/1 78/11 78/12 78/24 86/2 87/20
88/10 89/4 89/6 90/15 90/15 90/17 91/6 91/8
91/22 93/1 93/3 93/3 93/11 94/3 94/8 108/15
108/18 109/9 109/16
salesmen [1] 34/18
salespeople [4] 36/3 36/7 56/1 190/6
salesperson [3] 56/6 86/22 189/8
salient [1] 138/18
same [46] 13/1 34/15 55/20 58/17 59/13
60/10 60/23 64/23 84/20 84/23 91/21 101/4
102/4 104/10 105/21 105/23 105/23 119/2
141/1 147/22 147/24 150/6 153/13 178/13
179/21 179/22 182/16 194/18 195/23 213/17
213/18 216/21 239/9 239/20 239/21 246/8
249/10 255/16 259/1 260/12 260/22 266/12
266/20 267/11 269/3 270/10
samples [1] 130/17
San [1] 230/9
SANS [12] 100/15 100/16 100/16 100/17
100/22 100/22 101/10 101/11 101/12 101/14
107/14 116/1

SANS.org [2] 101/4 116/1
sat [1] 57/18
satellite [2] 76/18 76/18
satisfaction [11] 90/15 90/17 91/6 91/8 91/22
93/1 93/3 93/11 94/3 94/7 95/14
satisfied [3] 91/10 93/8 264/9
saving [1] 38/24
savvy [2] 248/24 263/22
saw [14] 52/4 65/20 76/16 91/20 106/17
109/17 116/1 116/2 116/5 150/25 160/24
193/7 237/20 242/24
say [116]
saying [24] 34/14 51/9 56/16 57/6 58/1 72/9
77/4 91/12 110/20 112/21 122/23 134/13
158/16 159/2 185/12 218/9 225/24 229/25
245/13 251/16 251/16 255/23 256/7 266/3
says [33] 21/24 28/16 50/11 56/14 73/20 74/2
109/22 112/16 112/20 118/19 121/10 128/22
134/7 135/8 137/1 140/25 168/18 168/20
200/5 200/8 219/1 230/9 244/25 253/21
254/4 254/10 257/14 259/2 259/18 259/18
260/21 260/1 265/14
scan [48] 127/5 137/9 150/4 168/14 187/2
203/24 203/24 203/24 207/25 216/17 216/19
216/21 217/4 217/6 218/21 222/25 237/7
237/17 237/18 240/23 242/19 243/9 243/16
244/3 244/4 252/20 252/21 253/2 253/14
253/15 254/12 254/13 254/16 259/8 261/20
262/8 264/3 265/4 265/4 265/5 265/20
266/10 267/6 268/3 268/6 268/7 271/16
272/5
scanned [1] 201/20
scanning [1] 161/15
scans [14] 122/11 122/12 126/22 161/12
191/6 213/2 214/10 216/16 216/22 216/24
218/25 237/11 237/13 266/24
scant [1] 124/7
scareware [1] 261/15
scenario [1] 65/17
school [2] 5/19 5/21
scientists [1] 268/18
Scott [4] 82/10 82/18 82/23 274/23
screen [62] 55/21 95/14 111/12 111/15
146/19 147/14 147/16 147/22 147/25 169/20
169/22 176/21 177/3 177/12 178/8 178/8
188/1 201/10 201/17 201/23 202/21 203/14
203/18 204/22 208/3 208/6 212/22 213/22
214/14 216/5 216/23 216/25 217/4 221/16
239/6 244/15 244/16 244/18 245/19 246/8
247/17 253/18 253/18 254/6 254/13 256/6
256/11 257/4 257/17 257/24 258/19 258/21
258/23 258/25 259/1 259/12 259/22 260/1
260/4 260/16 260/18 267/13
screens [5] 213/7 213/20 213/21 218/2
219/11
script [92] 7/6 7/9 33/25 34/6 34/11 34/14
44/4 44/7 52/6 52/17 53/22 54/1 54/4 54/19
55/11 55/19 56/2 56/4 56/10 56/11 56/12
56/14 56/22 57/24 58/2 58/3 58/9 58/10
58/12 58/15 58/17 58/21 59/2 59/3 59/4 59/6
60/2 60/4 60/13 60/14 61/7 61/13 61/15
61/21 61/23 62/8 62/12 62/15 63/3 63/9 64/9
66/12 67/22 75/17 77/8 77/11 77/16 77/19
91/2 91/5 91/16 91/19 92/3 92/9 92/14 92/22
92/23 102/24 109/24 110/3 110/5 110/7
110/9 110/13 110/15 110/22 110/24 111/20
112/4 112/4 112/12 112/15 112/25 113/4
115/8 115/20 118/3 119/3 189/6 189/7 189/8
194/21
scripting [2] 51/16 250/19
scripts [35] 51/21 51/23 51/25 52/4 52/10

52/13 54/13 59/1 59/10 59/13 59/13 59/20
59/22 60/10 60/11 72/19 73/20 74/5 77/15
87/20 88/5 88/7 108/17 109/6 109/17 110/11
110/15 111/10 111/14 111/15 117/15 117/25
189/2 190/6 190/7
seamlessly [1] 118/3
search [3] 114/6 250/23 251/9
searched [1] 256/24
searches [1] 120/8
seated [13] 3/3 4/19 16/15 25/7 25/14 41/20
82/19 96/16 98/18 99/12 172/25 206/4 235/6
seating [1] 103/9
sec [1] 78/25
second [35] 8/10 17/16 17/24 60/10 70/12
70/17 82/9 103/3 104/5 108/19 108/20 109/6
110/18 111/9 117/5 119/10 126/21 128/15
131/25 132/1 133/2 135/2 136/16 139/11
141/22 142/12 176/7 186/16 188/3 237/10
250/22 255/10 255/15 257/16 261/5
Secondly [1] 270/7
secret [3] 55/22 55/24 58/24
secret-shopped [2] 55/22 55/24
section [8] 61/11 114/25 135/12 137/1 199/1
247/3 250/6 250/23
secure [2] 250/5 268/17
secured [1] 154/20
securities [1] 218/3
security [61] 91/14 100/18 100/19 107/20
107/23 126/1 129/19 140/21 156/14 156/21
158/12 166/8 166/15 169/13 173/23 177/18
185/15 186/7 188/1 198/23 205/5 205/9
205/14 206/24 207/4 207/23 208/14 210/8
210/11 210/15 210/16 211/24 212/3 212/21
216/5 216/19 217/4 218/4 218/17 218/25
219/1 219/12 219/17 219/18 219/19 219/19
219/20 219/24 220/3 220/4 224/8 224/11
224/12 249/10 250/3 258/2 258/15 262/9
263/5 263/14 269/17
seed [1] 118/2
seeing [8] 22/11 170/1 202/2 232/15 239/22
239/24 240/2 259/15
seeking [2] 75/25 85/15
seem [10] 46/21 59/21 108/17 123/17 187/17
189/14 207/11 257/8 258/5 260/18
seemed [1] 132/24
seems [15] 101/6 109/4 109/7 120/24 121/4
144/16 151/19 158/22 183/14 245/17 246/14
253/18 255/18 255/20 272/16
seen [13] 7/9 58/17 58/20 58/25 69/25 70/3
72/24 117/20 117/23 118/14 120/20 147/25
261/10
selective [1] 104/20
sell [17] 7/3 10/1 46/10 60/7 60/12 71/1 74/9
76/18 78/7 87/7 87/10 87/16 91/25 94/4 94/5
145/17 224/14
sellable [1] 152/21
seller [2] 152/25 152/25
selling [4] 8/21 10/5 88/24 212/16
sells [7] 7/9 10/4 87/20 88/6 89/11 224/9
224/9
semantics [1] 166/19
send [3] 72/2 72/2 86/19
senior [7] 6/13 11/25 83/11 83/12 91/13
91/16 91/23
sense [4] 34/1 152/2 175/6 208/13
sent [7] 18/18 72/9 188/13 190/11 190/15
193/18 242/7
sentence [10] 27/15 28/16 106/6 110/18
125/12 127/24 218/24 219/24 220/1 261/5
separate [12] 31/13 90/20 105/19 130/17
132/24 167/22 167/25 169/25 222/5 224/24

**S**

separate... [2]  250/22 251/14
separated [1]  225/17
separating [4]  209/5 222/4 223/3 223/15
September [1]  43/20
sequence [4]  127/17 128/5 128/5 132/13
sequential [1]  123/15
series [3]  33/14 110/23 110/24
serious [8]  110/1 135/21 251/23 257/7 257/8
257/23 258/11 271/3
serve [2]  63/8 63/11
served [4]  63/10 94/25 95/22 103/18
server [3]  251/19 251/20 251/20
service [57]  39/5 46/1 46/3 46/8 46/13 46/17
47/9 62/19 66/19 74/11 74/24 78/7 78/8
84/10 84/13 84/21 84/24 85/1 87/7 87/13
87/14 87/21 87/22 87/23 87/25 88/3 88/15
88/19 89/4 89/8 89/12 89/21 90/18 92/16
92/18 92/21 93/4 93/8 93/12 93/20 94/7
94/21 95/25 96/1 155/23 184/2 184/7 184/13
184/15 184/16 184/25 185/4 188/22 239/16
240/14 262/23 262/24
services [32]  7/7 7/19 7/25 11/22 22/14 31/4
32/6 49/7 50/8 52/1 53/2 75/3 75/22 76/10
76/11 76/13 84/17 85/3 87/7 87/10 87/11
88/13 88/16 91/11 95/23 137/12 155/9
239/14 240/5 240/11 240/13 265/4
session [4]  12/16 12/17 57/9 86/3
sessions [2]  57/13 57/18
set [15]  4/1 49/18 50/15 60/24 63/17 63/22
79/12 139/12 149/24 175/1 175/2 177/1
196/8 213/17 213/18
Seth [1]  2/11
setting [4]  148/11 240/23 263/10 263/12
settings [6]  150/22 150/23 152/11 191/5
263/8 268/17
settlement [1]  76/20
setup [2]  91/14 177/18
seven [3]  24/9 214/12 265/25
Seventeen [1]  146/9
several [20]  5/7 14/3 24/3 26/1 75/22 116/10
121/17 140/18 145/9 166/12 189/1 203/25
204/14 239/23 241/9 243/24 244/10 249/19
257/10 265/3
severe [1]  245/24
severity [10]  169/14 182/16 205/2 205/3
205/6 205/8 205/9 246/1 257/3 257/18
SFranklinUSDC [1]  1/21
shade [1]  217/24
shall [2]  135/10 176/18
shape [5]  91/13 258/23 259/2 259/23 260/2
share [2]  176/5 184/1
shared [4]  145/24 146/18 146/20 265/4
Shavey [1]  95/10
shed [1]  125/6
sheer [1]  156/24
ship [3]  153/3 263/16 272/3
shipped [1]  251/19
ships [3]  144/5 268/10 269/7
shockingly [1]  65/20
shoes [2]  54/19 55/4
shoot [1]  98/12
shop [2]  35/23 35/25
shopped [2]  55/22 55/24
shopping [1]  58/24
short [6]  16/18 25/3 68/23 116/9 140/24
161/25
short-term [1]  161/25
shorter [2]  142/6 243/1
shot [16]  40/8 239/6 244/15 244/16 244/18

246/8 253/18 254/6 257/24 258/21 258/23
258/23 259/12 259/22 260/1 260/5
shots [18]  169/20 169/22 201/17 201/23
202/21 203/14 203/18 204/22 208/3 208/6
216/25 221/16 246/17 247/17 258/19 260/16
260/18 267/13
should [24]  9/17 57/21 88/13 88/15 106/9
134/4 135/17 138/1 143/15 146/16 150/25
177/16 195/2 203/4 207/23 225/10 236/5
249/3 251/9 255/13 263/18 264/3 264/4
266/5
shouldn't [2]  120/3 229/9
show [22]  36/19 50/13 71/10 72/8 72/11
111/2 121/11 175/23 189/12 189/15 189/19
194/1 196/25 197/3 201/11 201/22 204/22
205/2 205/3 208/4 216/9 247/17
showed [6]  88/3 170/2 244/4 254/8 257/1
258/10
showing [2]  175/19 247/1
shut [5]  20/25 23/7 26/20 27/25 239/17
sic [2]  115/11 250/5
side [21]  7/16 8/16 15/15 15/17 15/20 43/25
48/1 63/21 64/20 69/8 69/9 69/9 77/3 95/25
96/2 108/15 108/18 125/14 177/19 213/23
213/24
sides [3]  69/11 69/13 69/15
sign [3]  98/11 200/7 204/5
signal [1]  138/24
signature [6]  131/17 131/18 131/20 132/1
132/14 193/17
signatures [1]  132/3
significance [1]  95/2
significant [96]  95/11 111/11 114/15 114/22
114/23 117/24 200/8 216/4 216/11 216/12
237/20 238/24 247/18 247/18 267/10 270/13
significantly [2]  204/7 242/24
signs [2]  232/16
silliness [1]  257/21
silly [1]  245/11
similar [9]  35/21 59/1 142/13 215/1 220/1
222/22 222/24 260/24 265/21
similarities [1]  131/23
simple [3]  52/22 254/2 271/4
simpler [1]  159/19
simply [5]  156/7 241/1 253/14 257/13 270/20
simulate [1]  240/18
simulating [1]  269/2
simulation [1]  247/20
since [16]  24/4 24/6 24/14 29/10 33/19 112/6
137/8 152/24 182/19 205/20 208/24 208/25
244/13 251/11 252/23 260/17
single [9]  147/14 147/15 147/23 155/24
175/10 179/7 218/17 224/20 251/11
sir [133]
sit [14]  38/20 57/4 57/8 57/14 57/16 69/3
90/21 108/14 109/19 124/7 133/12 136/18
165/1 229/15
site [4]  87/24 87/24 88/1 145/19
sites [2]  125/19 142/20
sits [1]  90/22
sitting [8]  65/9 74/6 79/15 194/22 208/18
208/25 215/22 215/25
situation [8]  13/1 50/10 50/20 53/11 56/20
193/9 196/15 196/17
six [7]  24/9 91/1 93/17 100/25 114/20 264/11
271/23
six-month [1]  271/23
skills [1]  107/20
skip [1]  117/6
Skoudis [16]  3/10 97/4 97/9 97/16 98/21
99/11 99/15 99/23 103/13 139/15 173/5

188/10 194/12 198/13 206/9 275/3
Skoudis' [1]  96/22
SKUs [1]  31/13
slash [1]  246/23
slightly [2]  211/9 216/1
slipped [1]  76/25
slow [2]  57/2 144/13
slowly [3]  96/3 106/20 107/5
smaller [3]  187/19 269/4 272/11
snapshot [2]  150/21 221/6
so-and-so [1]  230/1
Sobers [5]  41/16 41/19 41/23 42/3 274/18
software [69]  10/24 17/20 18/12 19/18 19/21
24/14 57/2 64/5 67/8 67/20 67/21 68/2 84/12
87/17 103/22 106/16 117/21 119/4 120/1
127/10 128/22 141/13 141/25 142/9 145/18
150/1 151/12 151/22 152/9 153/3 153/10
160/12 163/24 165/1 165/3 165/16 179/7
179/8 179/21 179/25 180/1 180/2 181/20
182/13 184/4 184/8 185/2 185/7 185/24
186/7 186/8 186/9 186/10 186/13 186/24
189/24 192/3 192/8 200/19 207/24 211/9
212/9 212/10 212/13 216/15 238/20 249/7
266/5 270/5
sold [5]  88/22 90/2 224/20 236/22 237/5
solution [1]  162/1
solutions [1]  129/22
solve [2]  10/20 13/4
solved [1]  135/25
solving [1]  20/15
somebody [1]  121/7
somehow [7]  65/5 207/2 217/3 223/23
223/24 244/23 255/19
someone [28]  43/14 59/2 59/2 59/4 92/2 92/8
112/23 126/15 126/17 138/14 142/3 143/5
154/16 154/17 154/19 154/23 158/4 179/5
179/21 189/18 193/5 208/18 208/25 210/2
226/19 249/4 252/1 256/2
someone's [1]  55/13
something [90]  6/24 11/21 19/10 20/12 22/20
53/15 55/10 58/3 60/7 62/13 62/16 62/23
63/3 63/8 70/21 72/5 77/9 78/2 78/21 79/5
87/12 96/4 99/7 101/14 102/2 102/13 102/21
111/8 111/13 115/18 116/24 123/4 126/3
127/6 127/11 132/20 132/21 142/20 145/24
146/1 146/3 146/3 150/25 151/1 151/4
153/23 159/2 159/4 160/3 188/12 195/16
196/6 200/7 200/16 206/12 222/1 249/24
250/2 261/16 265/14
something's [2]  99/5 102/23
sometime [1]  101/6
sometimes [8]  11/10 12/15 38/21 41/10 65/11
108/1 115/11 158/3
somewhat [2]  138/9 152/3
somewhere [5]  24/8 67/12 125/14 194/23
235/16
soon [1]  262/5
sorry [58]  18/4 29/2 48/14 67/18 73/14 75/10
77/14 79/25 83/17 84/5 85/7 87/25 88/14
91/3 92/11 93/19 109/25 121/12 134/3
138/22 153/19 160/9 163/8 163/14 169/22
172/9 175/24 176/13 177/14 178/2 178/3
178/5 187/14 191/16 191/22 191/24 193/20
194/7 202/9 217/8 219/6 219/9 219/13
221/13 225/12 226/6 233/21 239/18 244/16
244/17 245/21 246/7 246/8 258/22 259/16
261/4 262/5 265/6
sort [28]  53/2 54/19 54/25 55/7 56/1 56/5
56/6 56/9 60/18 61/1 62/3 66/21 67/8 69/3
69/4 70/20 71/9 71/14 71/19 76/25 106/13
108/7 240/17 242/11 246/22 248/20 256/10

**S**

sort... [1] 261/14
sorted [1] 175/5
sorts [2] 175/5 262/19
sought [2] 43/12 154/16
sounded [1] 163/16
sounds [3] 28/11 134/6 140/14
source [24] 124/9 124/23 125/3 177/16
 181/10 181/12 181/13 181/16 192/7 200/17
 200/17 200/19 200/21 201/1 201/9 213/9
 254/21 257/1 265/6 266/12 266/17 266/20
 266/22 267/10
south [4] 47/8 49/4 58/23 63/23
SOUTHERN [1] 1/1
Southwest [1] 2/12
SP [1] 184/14
space [3] 107/19 201/18 209/21
spare [1] 213/5
speak [6] 16/22 18/2 41/21 86/5 86/9 86/13
 87/13 96/23
speaking [4] 11/23 85/2 85/4 268/6
specialist [1] 121/8
specialty [1] 125/8
specific [30] 4/2 58/16 61/5 61/6 69/24 74/22
 114/3 114/11 115/16 124/22 144/15 146/5
 148/16 158/25 160/9 162/2 162/19 163/23
 164/6 168/23 189/23 190/1 191/19 196/1
 211/15 217/13 224/3 239/6 240/2 260/9
specifically [16] 51/15 58/6 59/17 61/9 65/18
 108/14 117/10 141/23 144/23 158/8 161/13
 177/17 181/2 189/21 195/25 264/23
specify [2] 128/23 129/3
specimens [2] 114/17 132/6
spectrum [1] 246/24
speculate [2] 122/1 129/9
speed [2] 140/9 180/10
speeding [1] 212/7
speedometer [3] 169/9 246/19 246/21
spell [9] 4/20 13/15 16/23 25/16 41/22 44/25
 82/20 99/13 235/7
spelled [2] 45/2 235/10
spend [3] 70/9 101/24 236/17
spent [8] 78/17 78/24 101/3 103/10 149/17
 240/19 241/4 249/2
spiff [2] 89/19 90/4
spiffs [3] 89/18 89/22 89/24
spilled [1] 112/24
spilling [1] 112/25
split [1] 47/22
spoke [5] 3/16 19/2 20/4 21/22 23/22
sports [1] 264/18
spreading [1] 40/10
springboard [1] 250/20
spyware [11] 132/22 245/1 245/21 245/21
 246/2 249/24 250/7 250/9 258/9 270/23
 270/24
Squad [1] 74/12
SSD [1] 239/15
stability [2] 106/10 152/14
stack [1] 75/9
staff [4] 58/12 64/19 65/12 121/15
stages [1] 70/20
stalling [1] 57/1
Stallone [1] 81/14
stamp [1] 9/22
stamped [1] 9/21
stand [4] 65/12 184/14 194/24 233/9
standard [1] 143/3
standardized [1] 46/21
standing [1] 68/11

start [17] 3/6 5/13 11/22 14/22 17/16 18/5
 19/12 29/18 29/19 29/20 51/10 68/17 103/14
 160/6 190/1 214/2 236/15
started [19] 5/14 5/24 12/20 14/6 14/16
 18/17 22/6 26/4 27/7 29/10 42/10 43/7 43/9
 50/6 51/4 68/18 160/2 175/15 187/16
starting [5] 5/17 141/8
starts [4] 17/24 91/12 117/15 265/2
state [30] 1/4 2/7 5/5 5/6 13/23 17/9 20/4
 25/25 42/5 47/11 48/20 50/25 60/5 106/8
 110/25 111/16 115/7 124/1 133/17 133/24
 134/4 137/15 152/6 168/11 195/6 208/23
 212/19 231/22 240/17 260/11
stated [4] 112/1 185/18 191/12 263/15
statement [17] 66/5 73/25 74/3 102/18 103/1
 115/7 115/13 158/21 182/1 182/3 182/4
 182/8 182/20 183/14 211/14 225/20 268/5
statements [5] 110/24 151/1 182/2 228/20
 266/18
states [8] 1/1 1/14 26/14 26/15 26/18 46/2
 106/7 116/21
stating [1] 57/23
statistical [1] 61/20
statistically [1] 260/23
statistics [2] 143/14 143/16
status [2] 164/23 165/7
statute [1] 74/1
stay [5] 21/17 21/20 40/6 50/23 56/2
stays [1] 249/6
Ste [1] 2/9
steal [1] 138/14
step [8] 16/5 28/6 28/13 62/9 62/10 115/17
 115/18 115/20
Stephen [4] 1/19 276/9 276/15 276/16
steps [1] 115/24
stick [1] 271/6
still [39] 17/21 79/23 114/21 114/23 117/3
 148/4 148/6 152/10 158/22 160/12 160/14
 160/19 161/10 163/7 163/23 164/2 169/5
 175/3 184/1 184/22 185/6 185/8 185/21
 187/25 192/17 192/21 204/22 204/22 205/2
 244/11 251/22 252/7 254/3 269/19 269/19
 269/20 270/4 270/6 270/13
Stinger [2] 130/22 130/24
stipulate [3] 230/5 230/8 230/17
stipulated [1] 233/3
stop [4] 2/6 19/6 56/6 70/13
stopped [2] 17/22 18/1
store [1] 264/13
stored [2] 137/21 138/13
storing [2] 155/8 157/3
straight [1] 14/19
strain [1] 112/22
strategy [1] 72/7
street [2] 1/20 196/3
Streisfeld [2] 2/11
stressing [1] 70/8
stretch [1] 84/8
stricken [1] 231/5
strict [1] 132/13
strike [4] 33/4 63/5 63/7 158/8
striking [2] 62/15 62/16
strongest [1] 49/3
student [2] 76/13 101/15
students [2] 101/10 108/6
stuff [11] 21/9 50/9 55/18 57/3 59/6 77/6
 119/17 149/15 254/3 262/13 264/1
sub [2] 169/15 265/3
subcategories [1] 169/10
subject [2] 157/22 160/18 202/1 230/11
subjected [1] 185/24

submission [1] 72/1
submit [2] 232/25 234/3
submitted [3] 186/10 196/12 233/2
subscription [4] 20/11 20/16 22/14 94/5
subsection [1] 263/25
subsequent [6] 57/22 237/18 241/3 262/22
 269/9 271/19
subsequently [1] 272/11
subset [1] 209/18
substance [1] 103/4
substantial [3] 50/6 50/7 64/18
substantially [1] 244/11
substantive [1] 104/12
subtilties [1] 158/3
subvert [1] 249/22
subverts [1] 249/23
such [23] 33/24 34/9 48/18 88/18 91/17
 97/20 115/20 135/14 137/12 143/25 167/13
 167/25 174/5 186/8 196/14 222/5 224/5
 224/21 225/24 226/18 227/12 241/7 248/25
sued [3] 48/8 48/16 77/5
suffering [1] 144/13
sufficient [1] 247/24
sufficiently [1] 178/7
suggest [5] 110/2 135/15 135/18 189/11
 221/17
suggested [1] 265/23
suggesting [2] 88/12 164/5
suit [4] 57/20 57/21 68/11 68/12
suite [5] 2/16 2/18 224/11 224/12 224/18
suites [1] 224/8
sum [2] 39/21 167/15
summary [1] 266/6
sums [1] 182/24
super [1] 70/7
superficial [1] 106/7
supervise [2] 101/12 105/9
supervised [1] 171/10
supervising [2] 170/20 171/7
supervision [1] 171/6
supervisor [1] 14/24
supplement [1] 62/20
supplemental [1] 115/1
Supplies [1] 26/8
supply [1] 26/24
support [63] 5/14 7/7 7/10 7/24 8/1 9/7 9/9
 9/23 11/24 12/13 12/17 14/7 23/6 28/19
 28/23 28/24 28/25 30/3 30/8 30/12 30/13
 30/17 31/1 31/3 31/11 31/22 31/23 32/7
 32/13 32/15 32/22 33/4 33/8 33/10 37/15
 37/18 38/1 38/2 41/1 46/1 46/2 46/8 46/9
 46/10 46/17 47/8 49/7 50/8 53/4 61/21 62/1
 62/3 64/12 64/19 75/22 84/14 85/1 95/3
 95/12 121/15 161/9 161/10 173/12
supported [3] 161/3 161/7 161/9
supporting [1] 250/14
suppose [2] 117/3 124/13
supposed [6] 26/6 56/1 56/2 58/8 58/9 98/8
sure [73] 3/23 16/8 16/21 17/14 19/7 19/8
 23/5 33/12 39/16 45/12 51/3 51/20 56/20
 59/25 60/7 60/15 62/1 66/9 66/21 69/8 70/14
 70/23 74/23 76/1 76/21 82/22 88/11 100/17
 102/4 103/15 104/10 107/13 109/8 114/23
 114/24 116/19 121/6 122/25 125/22 127/4
 129/2 131/13 136/18 139/13 140/11 140/23
 141/8 142/7 144/17 145/2 150/2 150/5 153/1
 161/1 175/21 176/1 178/1 185/11 206/12
 206/18 207/19 213/14 214/7 218/15 222/20
 223/5 224/6 225/21 226/15 229/19 234/14
 246/7 251/10
surfed [2] 125/8 272/2

**S**

surprised [2] 69/25 117/25
susceptible [4] 159/11 159/21 159/24 160/14
suspect [3] 11/5 71/15 71/19
sustain [1] 196/13
sustained [6] 112/10 116/15 129/10 133/7
 157/25 196/2
suttleties [1] 158/4
sweep [2] 31/7 113/17
switch [1] 6/2
switched [1] 88/1
sworn [9] 4/18 13/13 16/14 25/13 41/19
 44/23 82/18 99/11 235/5
Sylvester [1] 81/14
Symantec [10] 128/14 129/15 129/21 130/5
 130/25 145/7 184/25 242/25 256/15 256/16
sympathize [1] 176/19
symptoms [2] 9/4 22/8
system [106]
systems [10] 66/8 133/18 159/6 162/24 170/7
 183/21 211/3 262/24 262/25 269/23

**T**

T-o-l-l-y [1] 186/19
T-Rex [13] 6/17 6/19 6/25 7/2 15/13 87/24
 88/1 88/4 89/2 89/3 90/24 91/2 94/20
tab [6] 3/21 4/3 13/10 16/11 25/10 41/16
tab 6 [1] 16/11
tab 7 [1] 25/10
tab 8 [1] 41/16
tab 9 [1] 13/10
table [1] 168/12
tails [1] 211/2
take [37] 3/8 7/22 9/6 9/11 18/17 21/14 21/23
 22/5 25/2 25/3 47/17 50/20 59/21 71/6 71/12
 87/11 90/8 90/9 96/13 97/23 107/15 107/16
 118/8 136/21 144/7 158/5 172/20 172/21
 172/21 197/4 201/17 205/21 205/25 217/1
 217/3 253/7 270/21
taken [16] 9/9 9/16 10/15 25/5 67/7 77/8 95/1
 96/14 98/16 115/23 115/24 155/21 172/23
 202/21 206/2 273/2
taking [7] 9/1 9/8 9/22 36/12 50/3 50/22
 115/22
talk [42] 48/20 53/7 61/11 71/3 86/7 102/4
 104/5 108/10 108/12 111/12 111/17 114/25
 117/9 117/10 119/21 120/16 131/3 133/10
 133/20 136/11 149/9 157/1 157/4 158/2
 158/6 158/8 158/9 158/24 162/16 165/19
 166/19 190/13 191/16 194/20 195/6 195/9
 195/16 195/25 240/8 240/9 240/10 262/1
talked [16] 29/2 77/7 94/19 113/24 145/15
 153/17 170/21 173/14 184/11 195/8 200/16
 208/16 209/24 222/21 257/4 262/11
talking [28] 46/9 54/14 58/13 59/16 62/9
 85/11 87/24 90/18 117/16 126/19 138/21
 142/25 147/17 151/9 152/16 152/19 157/5
 163/19 170/8 173/5 189/5 196/23 207/24
 220/12 224/13 224/18 240/23 243/13
talks [4] 91/8 232/15 265/3 267/5
target [1] 154/7
targeted [1] 194/21
task [4] 189/6 189/10 189/12 189/14
tasks [3] 10/15 10/16 109/22
teach [2] 107/17 107/20
teaching [1] 107/14
team [11] 15/4 86/2 89/4 105/7 126/1 170/18
 170/18 171/4 171/8 171/13 172/6
tech [45] 5/14 6/3 6/10 6/20 6/25 7/3 7/7 7/9
 7/13 7/16 8/16 11/22 12/23 14/6 15/8 15/11

15/15 23/6 32/6 34/18 46/1 46/2 46/8 46/9
 46/10 46/17 46/24 46/25 47/8 49/7 50/8 53/2
 53/16 59/8 64/12 67/9 74/10 75/12 75/22
 91/13 91/16 91/23 94/19 95/2 173/12
technical [20] 10/16 15/4 18/23 24/18 36/4
 36/9 36/15 36/18 43/21 95/7 95/8 95/11
 95/23 101/21 105/4 137/15 212/6 237/20
 263/21 270/20
technician [12] 6/13 12/1 12/18 21/22 23/23
 86/4 86/9 86/12 86/14 86/22 92/13 96/2
technicians [18] 12/2 84/21 84/25 86/3 87/6
 87/6 88/13 88/14 89/6 89/8 89/12 89/21 93/6
 94/19 94/21 94/23 94/24 96/4
technology [5] 46/5 54/10 62/19 68/14 68/17
techs [2] 7/2 8/12
telemarketer [5] 56/16 60/3 60/4 60/8 84/17
telemarketers [3] 52/21 54/3 60/1
telephone [7] 46/4 54/8 59/21 67/2 69/6
 69/15 86/20
tell [52] 42/20 10/14 13/14 16/22 18/25 22/17
 25/16 34/3 34/8 34/13 34/17 34/20 41/21
 44/24 54/16 59/1 60/19 65/8 71/25 73/16
 76/8 78/25 79/7 82/20 84/6 95/1 99/13
 100/15 105/25 112/19 112/20 127/12 157/16
 173/17 177/6 177/24 177/25 179/25 186/5
 190/25 197/22 198/19 203/20 213/8 222/2
 222/8 233/23 235/7 257/19 261/15 264/10
 264/14
telling [7] 34/5 34/10 163/9 224/21 225/9
 247/3 250/2
tells [3] 121/21 245/24 246/3
temporary [10] 167/23 171/21 199/4 200/10
 204/11 209/22 211/18 215/21 223/24 225/10
Ten [1] 89/10
Ten percent [1] 89/10
tend [5] 47/22 129/22 186/7 223/2 248/3
tens [1] 114/16
term [20] 46/22 52/5 52/11 53/3 114/6
 117/10 117/10 117/11 117/20 119/2 119/7
 119/18 137/15 152/2 153/6 153/7 161/25
 167/1 167/13 262/13
termed [1] 86/8
terminology [4] 168/7 168/8 168/10 175/14
terms [14] 23/9 49/23 111/12 117/14 148/11
 150/6 152/11 156/7 160/3 162/21 170/15
 193/12 212/21 223/3
terrible [4] 249/1 262/25 262/25 263/14
test [17] 104/5 104/6 104/6 108/21 163/25
 164/4 164/6 180/14 180/22 238/15 243/2
 243/20 255/10 257/5 261/1 261/6 268/13
tested [6] 240/8 242/19 242/24 253/25
 258/14 259/3
testified [34] 5/13 6/12 10/1 14/6 17/20 20/22
 23/21 30/13 40/19 42/10 43/20 45/6 59/8
 73/8 103/19 103/22 103/25 113/23 122/6
 140/16 141/2 143/18 144/12 147/11 150/24
 153/19 163/2 173/7 192/7 194/19 198/13
 209/10 228/13 268/1
testify [7] 28/6 33/13 98/3 109/15 160/22
 195/18 228/13
testifying [3] 113/11 183/5 194/4
testimony [43] 7/12 15/20 33/5 59/12 91/22
 99/6 127/20 139/21 139/25 140/2 140/13
 140/15 141/20 144/21 145/3 145/14 150/24
 152/8 153/18 153/18 161/3 178/12 178/15
 195/13 206/15 207/2 221/1 223/9 224/1
 228/16 228/21 260/19 269/7 271/15 274/3
 274/7 274/9 274/11 274/18 274/20 274/23
 275/3 275/12
testing [9] 238/1 242/20 242/21 243/8 252/14
 258/10 258/20 259/20 260/20

tests [6] 180/9 243/3 243/7 243/19 244/13
 249/8
thank [88] 4/15 4/24 11/12 13/6 13/7 13/17
 16/4 17/2 20/20 24/19 24/23 24/25 25/3
 25/18 41/13 41/24 44/12 44/15 44/20 45/3
 71/25 75/8 80/7 80/8 82/1 82/7 82/8 82/15
 82/24 83/1 83/19 94/9 94/10 95/18 96/6
 96/11 96/12 98/15 99/17 99/18 99/20 100/1
 100/6 128/18 139/6 139/8 139/9 140/7 140/8
 140/14 145/5 146/7 153/20 154/14 155/18
 155/18 170/12 173/3 180/5 188/5 196/19
 198/4 206/1 210/1 211/22 213/15 213/19
 220/6 226/2 226/4 226/5 227/18 227/19
 232/1 235/11 235/24 236/10 239/11 240/16
 241/13 252/10 267/1 267/17 269/12 271/9
 272/13 272/14 272/15
Thanks [2] 15/24 81/25
that's [174]
their's [1] 49/5
them's [1] 215/7
theme [1] 71/8
themselves [8] 49/18 49/21 50/15 50/17
 69/20 193/16 224/6 263/22
theoretical [1] 151/11
theoretically [1] 225/24
there's [51] 3/25 4/3 10/25 32/2 32/2 53/5
 55/1 55/9 74/1 74/23 103/10 105/19 108/6
 114/19 116/23 143/14 145/8 145/9 145/9
 149/24 158/3 158/22 162/9 169/8 169/12
 177/15 178/1 183/9 183/21 192/25 200/7
 209/20 216/11 217/23 225/8 232/17 233/14
 237/11 238/13 245/4 245/23 246/12 254/3
 254/23 256/13 257/19 258/3 261/16 266/15
 267/5 271/23
thereafter [2] 39/22 272/8
therefore [5] 107/17 120/6 129/22 200/25
 261/5
They'll [2] 4/9 98/25
they're [63] 3/20 4/3 8/15 9/1 11/2 21/19
 21/20 29/20 31/13 33/7 35/16 36/18 36/19
 47/6 50/22 53/3 55/14 56/1 56/2 65/8 67/20
 91/10 96/24 104/13 107/19 116/9 124/19
 131/1 135/6 137/9 142/9 142/15 142/15
 146/21 146/22 147/16 147/22 147/24 156/4
 156/5 156/5 168/21 169/11 169/11 185/22
 196/10 197/11 199/19 212/15 215/20 224/8
 226/25 229/14 230/11 239/21 245/8 249/22
 260/19 263/21 268/17 270/5 272/10 272/11
they've [12] 7/20 8/20 9/9 9/18 22/2 48/3
 116/12 185/11 185/11 233/6 237/10 269/25
thing [25] 18/20 20/17 55/1 55/15 60/11 64/2
 65/16 110/12 135/10 135/13 139/2 139/13
 147/24 150/20 177/1 197/12 215/20 218/19
 227/23 229/12 229/15 230/23 231/2 232/5
 239/9
things [91] 9/5 10/22 15/14 33/25 34/9 36/19
 45/22 46/11 49/14 57/15 61/1 61/4 70/4
 72/20 101/3 102/19 108/11 111/2 120/9
 120/14 122/7 126/10 130/9 140/15 141/2
 141/14 143/22 143/24 144/12 146/22 147/9
 147/11 147/17 148/6 149/2 149/12 151/9
 151/21 153/2 153/24 154/21 155/7 156/3
 156/11 158/15 165/21 167/19 168/20 168/23
 172/5 173/14 175/15 177/3 178/25 181/15
 186/8 187/5 195/8 200/12 200/22 200/24
 208/2 208/5 209/5 209/6 209/7 210/3 223/3
 224/25 228/23 240/15 240/19 241/4 245/3
 245/4 248/11 248/13 249/19 255/11 256/1
 256/24 257/10 257/16 257/22 257/23 257/25
 262/17 264/2 264/17 265/21 266/19

**T**

think [119]
thinking [4] 56/5 77/18 112/23 159/3
thinks [1] 123/6
third [12] 2/15 94/1 104/6 106/6 128/15 133/3 133/4 142/12 155/15 155/20 180/3 221/3
Thirty [1] 214/12
Thirty-seven [1] 214/12
those [170]
though [10] 52/6 58/7 73/22 80/6 147/24 180/1 185/20 196/19 223/2 266/1
thought [18] 18/13 53/12 54/5 59/4 72/12 72/13 73/12 116/2 116/4 122/1 123/4 134/9 151/10 206/13 221/1 221/12 229/1 232/6
thousand [2] 89/13 244/9
thousands [4] 100/20 114/16 114/17 174/4
threat [6] 101/21 156/22 160/19 162/22 164/2 269/21
threats [1] 165/16
three [43] 5/14 6/23 6/23 21/10 28/10 47/7 77/3 79/13 96/19 104/11 104/15 105/16 105/19 105/22 108/25 109/16 109/23 114/21 121/10 121/14 121/15 128/10 128/11 130/17 132/22 132/24 168/12 170/20 170/24 170/25 172/11 178/11 179/3 179/4 188/13 191/6 214/22 215/6 221/4 221/4 221/8 221/9 221/9
through [48] 4/4 4/5 4/10 5/20 8/1 9/8 14/4 15/14 17/12 19/18 19/21 21/15 22/5 22/23 36/5 40/2 42/7 43/23 51/15 54/13 56/4 57/17 67/6 77/25 78/4 97/14 97/17 97/20 97/24 100/8 100/12 104/25 110/23 127/24 136/17 139/22 156/7 163/10 191/5 207/25 208/8 209/7 210/6 211/20 213/16 214/1 236/16 265/16
throughout [6] 5/19 71/9 108/10 117/10 232/17 269/6
throw [2] 55/2 128/2
Thursday [1] 79/12
thus [1] 113/13
ticket [11] 7/24 8/1 9/7 9/9 9/23 11/24 12/13 12/14 12/17 12/25 13/2
tickets [1] 12/13
tie [4] 57/20 57/22 68/11 68/12
timeframe [3] 94/2 160/9 269/11
times [23] 12/2 12/16 21/10 24/3 24/6 34/14 55/23 57/22 58/2 58/22 58/25 69/5 86/12 87/10 100/9 126/12 126/14 140/18 157/23 203/25 237/14 249/23 263/15
timing [2] 109/8 193/12
tiny [1] 255/2
title [4] 83/8 83/9 83/10 177/2
Tolly [2] 186/19 186/21
Tomich [1] 36/8
tomorrow [7] 194/7 194/10 194/13 194/23 196/15 272/18 272/25
too [13] 21/7 39/16 50/4 73/16 97/22 128/19 128/21 177/24 211/1 211/3 224/14 228/4 262/5

took [5] 9/20 175/13 203/14 213/11 240/18
tool [31] 52/14 53/6 53/19 53/25 53/25 55/8 62/5 64/2 64/25 86/17 86/18 109/11 123/12 139/5 150/21 163/5 163/18 163/20 164/13 183/23 189/17 204/14 208/21 209/21 210/10 219/23 219/25 221/7 226/21 253/19 254/7
tools [14] 56/12 65/4 71/16 130/6 130/18 131/1 146/4 146/18 186/9 191/7 224/6 248/6 248/7 261/11
top [15] 126/1 141/21 141/23 148/4 160/9 171/20 178/2 178/3 182/5 182/22 206/21 214/4 214/7 218/20 257/3
topic [1] 76/14
toss [1] 39/6
total [5] 57/11 97/16 103/8 243/21 244/8
totally [1] 239/25
touch [1] 21/18
toward [2] 69/6 70/10
towards [3] 25/15 109/21 137/4
trace [20] 52/3 52/7 117/11 117/16 117/16 117/18 117/20 117/23 117/24 118/1 118/3 119/2 119/6 119/6 119/10 119/12 119/13 119/15 119/17 119/17
traced [1] 9/25
traces [2] 118/20 119/6
track [1] 224/24
tracks [1] 148/1
TRADE [7] 1/3 2/2 2/5 3/17 45/21 83/6 236/12
traffic [1] 114/7
Trail [2] 6/20 80/20
train [3] 34/3 34/8 34/17
trained [6] 7/6 29/14 29/18 44/7 60/1 60/12
trainee [1] 57/23
trainees [2] 57/7 57/24
trainer [1] 27/9
trainers [5] 33/22 57/6 57/19 57/23 57/25
training [19] 33/19 33/24 34/4 34/9 34/13 34/18 34/20 35/8 36/9 36/9 51/19 56/23 57/4 57/8 57/12 57/18 64/19 100/19 100/20
transaction [1] 33/16
transcript [2] 1/12 276/11
transfer [1] 39/7
transferable [1] 39/5
transferred [13] 7/13 7/16 8/15 11/22 12/10 12/12 12/12 12/14 12/24 86/2 86/3 86/21 93/1
transition [2] 109/7 109/13
transmit [1] 225/16
travel [1] 123/20
treated [1] 225/16
treating [1] 147/23
trend [2] 155/3 204/6
trial [6] 45/7 103/19 242/11 243/1 252/23 261/20
triangle [1] 200/6
trick [1] 74/7
tried [4] 18/1 208/4 269/25 270/1
trip [1] 187/1
TripAdvisor [1] 125/10
TRO [4] 27/12 43/23 94/25 95/22
trouble [5] 66/4 77/5 129/14
troublesome [1] 221/19
true [15] 39/4 55/22 85/13 86/3 102/23 144/19 152/19 159/10 163/22 184/3 203/17 208/22 230/3 231/7 268/9
truly [3] 21/5 221/23 225/18
trust [1] 22/23
truth [1] 103/11
truthful [2] 182/21 199/18
try [19] 8/18 9/3 10/19 10/20 25/15 35/8

35/10 41/11 50/22 52/23 72/4 98/14 152/5 185/23 210/25 219/14 230/14 253/7 267/11
trying [19] 37/15 38/15 55/3 60/6 61/2 62/21 62/22 66/3 67/20 71/1 107/20 131/3 132/16 133/1 144/6 208/5 245/10 246/9 260/14
Tune [1] 31/7
Tune-up [1] 31/7
turn [10] 103/3 104/4 118/15 119/20 138/23 166/13 216/16 217/4 227/9 234/16
turned [2] 166/14 251/20
turning [2] 236/15 264/20
TV [1] 76/18
tweak [2] 143/22 144/3
Twenty [1] 234/9
Twenty-one [1] 234/9
twice [1] 243/21
two [57] 3/18 3/25 4/4 17/25 18/25 23/14 26/12 31/11 31/13 32/19 34/14 36/12 42/19 43/4 43/4 58/25 96/20 98/21 104/6 114/20 117/14 119/11 122/12 122/21 122/22 122/22 129/5 129/12 160/21 168/13 169/11 179/1 188/16 196/3 205/4 211/1 215/14 216/9 216/11 223/10 223/10 227/24 231/18 231/19 231/19 237/8 237/8 240/14 246/5 250/12 251/3 251/13 257/19 258/4 267/11 269/10 271/24
two-way [1] 196/3
two-year [1] 271/24
type [10] 55/18 76/10 116/13 135/22 155/3 177/6 177/8 177/11 229/15 236/22
types [6] 10/22 62/6 145/22 165/16 186/9 270/23
typical [4] 226/24 241/6 262/10 270/16
typically [8] 12/11 58/3 101/10 130/16 141/3 141/24 161/11 262/12
typing [1] 46/23
typo [1] 26/6

**U**

uh [20] 20/3 40/9 42/12 51/22 56/15 66/25 71/5 79/22 83/16 89/16 91/15 91/24 114/1 117/12 137/7 171/3 182/6 187/9 218/8 244/1
uh-huh [20] 20/3 40/9 42/12 51/22 56/15 66/25 71/5 79/22 83/16 89/16 91/15 91/24 114/1 117/12 137/7 171/3 182/6 187/9 218/8 244/1
ultimate [1] 199/22
un [10] 118/19 118/22 119/5 238/20 239/25 240/1 240/4 250/5 265/5 265/20
un-install [4] 118/22 119/5 265/5 265/20
un-installation [3] 238/20 240/1 240/4
un-installed [2] 118/19 239/25
un-secure [1] 250/5
unambiguous [1] 118/24
unclear [2] 12/9 163/14
unconditional [1] 212/25
under [16] 73/25 89/13 137/1 145/8 147/19 198/22 199/3 199/5 210/19 211/10 212/15 240/12 244/9 246/21 247/23 249/10
under-inclusive [3] 210/19 211/10 212/15
undercover [5] 104/11 104/12 188/13 190/15 198/13
underlying [1] 157/13
understand [53] 9/15 13/25 23/14 37/15 39/15 39/16 51/9 54/24 55/12 55/19 56/11 73/22 73/25 92/11 96/21 97/7 100/11 100/11 102/23 103/4 103/17 107/2 107/8 108/24 114/2 114/8 117/4 118/25 119/11 120/17 121/5 126/24 127/25 132/9 135/7 148/8 149/6 149/6 149/8 150/5 150/5 152/8 156/1 168/4 169/1 169/7 171/7 179/12 207/13

# U

**understand... [4]** 208/22 212/13 236/21 255/24
**understanding [5]** 5/8 104/11 109/20 119/22 120/5
**understands [1]** 168/10
**understood [17]** 21/12 37/17 64/24 101/1 103/2 103/12 106/1 108/9 110/17 113/14 135/20 141/22 143/8 149/10 175/2 181/23 231/1
**undo [1]** 151/6
**undoubtedly [1]** 115/25
**unequivocally [1]** 133/12
**unflattering [1]** 262/13
**unfortunate [2]** 35/21 166/3
**unfortunately [4]** 20/12 20/14 256/13 262/13
**uninfected [2]** 133/2 191/14
**unique [1]** 100/23
**UNITED [7]** 1/1 1/14 26/14 26/15 26/18 46/2 116/21
**unless [5]** 92/6 125/14 127/17 131/10 164/13
**unlikely [6]** 124/14 125/25 126/7 126/8 126/11 255/20
**unlimited [3]** 32/6 32/24 38/2
**unlocked [2]** 252/5 252/7
**unnecessary [1]** 161/22
**unreasonable [2]** 211/7 212/17
**until [3]** 12/3 27/12 253/9
**untrue [1]** 200/14
**unusual [1]** 124/15
**up-sell [2]** 91/25 94/4
**up-selling [1]** 10/5
**up-sells [4]** 10/4 87/20 88/6 89/11
**update [2]** 166/8 166/16
**updated [2]** 123/11 203/1
**updates [4]** 9/4 166/8 166/13 174/6
**upfront [8]** 29/12 29/15 29/21 29/23 30/11 37/18 38/17 38/25
**upgrade [2]** 67/10 185/13
**upon [5]** 108/21 119/25 210/4 226/7 231/21
**upset [2]** 66/10 129/19
**urgency [1]** 34/1
**URL [1]** 207/22
**us [35]** 8/18 8/20 13/2 13/14 13/15 16/2 25/16 28/2 41/22 44/24 47/23 48/4 50/13 70/10 78/23 81/16 82/20 84/15 99/13 113/25 121/22 122/6 125/15 173/17 177/6 186/5 193/18 197/22 202/4 213/8 225/9 232/16 233/1 235/7 260/16
**usage [7]** 143/3 143/9 225/19 265/2 268/14 269/2 272/9
**used [56]** 22/18 24/3 24/7 52/13 52/14 53/1 53/14 53/14 53/25 54/1 55/8 65/1 81/7 90/25 104/12 105/10 105/12 105/13 105/16 105/17 106/3 109/16 112/6 113/4 117/20 117/25 119/24 128/11 130/8 130/19 130/20 131/2 132/22 137/12 144/3 153/7 153/25 154/5 154/7 154/7 165/5 184/2 190/14 193/6 193/12 198/14 223/11 240/1 251/22 252/11 252/23 253/13 253/15 269/18 272/4 272/6
**useful [10]** 53/19 123/24 137/18 146/24 147/10 150/25 157/9 157/16 158/13 236/19
**user [38]** 11/8 111/2 111/3 137/23 137/24 138/20 141/5 141/17 142/5 142/14 142/19 144/4 148/16 150/10 151/16 152/14 155/25 156/12 156/24 157/9 157/16 162/23 167/8 167/9 168/18 181/22 189/16 207/20 208/8 224/24 227/1 239/23 240/18 244/22 246/3 247/12 247/23 264/6
**user's [1]** 241/12

**users [12]** 114/17 135/23 137/19 137/20 141/21 141/24 142/20 155/3 166/8 200/12 241/8 245/5
**uses [5]** 91/2 119/6 169/3 169/3 223/20
**using [45]** 11/2 22/17 53/3 53/6 54/3 63/23 64/12 65/3 65/4 66/12 81/2 84/23 108/25 109/4 109/6 109/10 112/25 119/2 127/10 127/11 134/19 135/22 141/5 142/8 142/16 151/11 152/2 152/5 160/22 161/2 162/12 170/12 175/13 180/1 195/3 198/5 201/1 207/2 209/13 223/3 239/7 251/25 252/23 257/21 270/9
**usually [7]** 7/19 8/25 10/24 11/7 11/24 47/11 53/15 70/1 76/15 133/2 250/5 264/18
**utilities [18]** 135/14 135/22 136/2 145/11 145/12 222/19 239/13 239/20 239/21 241/15 245/2 252/11 253/13 253/22 254/7 255/1 255/2 255/19
**utility [2]** 165/24 236/22
**utopia [1]** 252/8

# V

**value [4]** 53/6 91/11 139/3 150/9
**variation [3]** 215/10 216/5 269/21
**variations [4]** 52/4 58/19 58/19 58/20
**varies [4]** 53/11 60/4 136/2 204/8
**variety [8]** 105/3 137/13 144/22 172/3 177/15 183/21 186/9 224/6
**various [11]** 123/20 159/5 173/22 184/18 186/7 191/5 208/1 211/5 250/19 265/19 265/20
**vast [5]** 46/24 67/16 67/23 68/12 225/6
**vastly [1]** 147/17
**vendor [3]** 152/20 242/4 242/5
**vendors [4]** 155/12 211/5 223/2 262/20
**Vera's [1]** 197/15
**verbal [1]** 5/11
**verbiage [5]** 169/3 187/5 218/20 218/24 219/12
**verdict [1]** 232/7
**verge [1]** 107/7
**verification [2]** 193/16 228/21
**verify [1]** 170/23
**version [47]** 162/12 183/25 184/4 184/22 185/5 185/8 187/16 192/12 202/7 203/1 217/12 217/20 220/2 220/3 237/24 237/25 238/2 238/2 238/4 238/6 238/6 238/7 238/9 238/10 242/3 242/11 242/12 242/13 242/19 243/1 243/3 243/5 243/6 243/10 243/12 243/13 252/11 259/3 259/8 259/22 260/22 261/19 261/20 261/24 266/19 268/1 269/23
**versions [12]** 51/16 59/5 61/8 77/19 148/5 185/17 192/12 223/8 252/13 266/21 269/14 269/23
**versus [9]** 40/1 40/10 48/2 57/1 57/2 79/21 151/23 225/11 225/18
**very [87]** 11/7 20/17 20/18 24/11 24/14 35/17 48/10 50/1 51/19 53/12 53/18 54/12 61/20 66/19 66/20 68/23 71/15 76/14 76/14 76/21 77/1 78/9 92/20 95/4 95/4 95/8 101/18 103/22 104/3 106/5 112/22 113/4 114/22 116/10 120/14 123/10 126/7 126/8 126/11 128/25 130/7 130/9 131/1 131/15 141/13 148/18 150/25 155/7 155/8 158/13 166/21 171/13 175/12 183/8 183/7 185/5 185/8 186/25 192/18 207/13 210/20 215/1 220/1 220/18 222/24 237/8 237/14 245/5 245/17 249/8 250/3 251/23 253/16 254/2 254/9 256/3 256/16 258/18 259/15 260/24 267/1 267/19 269/18 270/17 270/20 270/20 272/7
**vetted [1]** 101/15

**via [1]** 86/20
**vice [1]** 83/11
**video [3]** 125/22 126/16 216/23
**videos [2]** 125/20 126/13
**view [9]** 18/20 66/3 71/14 71/15 78/6 174/8 174/9 212/13 240/22
**viewer [67]** 28/14 52/9 52/12 52/14 52/18 52/21 52/25 53/4 53/8 53/10 54/3 54/15 55/15 56/25 61/11 62/7 62/10 62/22 62/24 62/24 63/2 63/24 64/1 64/9 64/12 64/16 64/25 65/3 65/4 65/16 65/16 66/12 75/19 77/7 77/12 77/17 81/16 108/12 108/13 108/15 108/19 109/2 109/4 109/8 109/13 109/16 109/18 173/15 173/17 173/18 174/7 174/9 174/10 174/16 174/19 175/19 176/22 176/23 176/24 177/4 178/7 189/5 189/10 189/12 189/13 189/21 193/1
**Viewer/task [1]** 189/12
**viewing [2]** 22/10 177/17
**violate [1]** 154/8
**virtual [5]** 105/16 105/22 240/18 244/24 262/7
**virtualization [1]** 105/24
**virtually [2]** 260/17 260/19
**virus [31]** 18/14 22/17 31/7 111/24 112/13 112/21 112/22 113/1 113/5 113/19 113/25 114/4 114/10 114/11 114/12 114/15 114/18 114/21 114/23 115/16 122/11 122/12 127/10 143/20 165/2 210/17 246/2 249/24 270/21 270/21 271/4
**viruses [11]** 111/22 113/16 114/3 114/20 126/22 127/6 194/21 196/1 245/1 245/21 270/23
**visit [1]** 270/9
**visited [3]** 70/1 77/24 79/8
**visiting [1]** 125/8
**visits [1]** 70/5
**Vista [5]** 159/14 159/17 159/24 163/19 192/5
**vitally [2]** 166/10 166/16
**volume [2]** 1/11 82/13
**volumes [1]** 3/25
**voluminous [1]** 228/4
**vote [1]** 129/16
**VP [1]** 83/12
**vulnerabilities [9]** 185/16 250/1 251/16 264/2 268/21 269/8 270/3 270/25 271/2
**vulnerability [5]** 250/22 251/24 270/12 270/22 271/1
**vulnerable [3]** 250/19 269/20 270/22

# W

**wait [10]** 57/16 79/11 92/2 95/20 103/13 112/16 112/20 139/7 163/9 267/2
**waiting [2]** 3/15 71/19
**Wal [1]** 18/18
**Wal-Mart [1]** 18/18
**Walgreen's [1]** 18/18
**walk [4]** 100/8 100/12 104/25 198/1
**walked [1]** 78/4
**want [76]** 3/11 3/12 10/21 19/8 21/18 23/3 23/19 27/3 28/1 32/13 32/16 37/23 39/24 40/3 40/6 41/10 45/22 47/24 49/15 50/10 50/14 54/12 58/3 67/18 70/6 70/8 70/9 70/11 73/16 79/9 87/13 87/18 90/7 96/23 97/9 104/10 107/10 111/13 119/12 119/21 128/17 129/19 133/11 133/20 135/11 136/18 143/21 144/7 150/5 152/1 157/1 157/4 179/13 188/12 189/4 190/10 194/14 196/9 196/25 200/16 201/11 202/16 206/12 206/18 223/16 223/25 224/22 228/5 232/2 232/13 233/4 237/11 255/8 261/1 262/17 264/16

## W

wanted [39]  11/21 18/17 45/12 48/24 49/11
49/17 49/21 50/15 51/12 51/15 51/16 51/17
51/18 51/19 52/24 58/12 60/24 61/16 61/18
61/20 69/19 70/6 70/21 70/23 71/10 72/8
72/11 74/11 83/22 117/6 183/22 183/24
189/7 194/20 195/7 196/1 196/21 221/14
254/20
wants [6]  18/7 155/4 155/5 155/7 195/15
196/6
warning [10]  52/17 135/8 200/5 206/21
207/3 207/5 207/6 207/8 207/9 218/23
warnings [1]  177/15
warns [1]  135/4
warranty [1]  135/6
Washington [2]  2/3 2/6
wasn't [19]  22/18 24/17 52/22 53/7 56/21
74/7 74/8 79/1 88/11 91/20 104/16 112/5
115/17 165/8 184/8 184/9 218/5 233/12
271/21
watch [2]  45/6 250/17
Watchdog [4]  92/19 92/22 92/24 93/5 93/10
94/5
Watched [1]  125/20
watching [3]  125/22 126/13 126/16
water [4]  19/1 112/24 113/1 124/18
waving [1]  136/4
ways [3]  126/11 131/14 175/5
we'd [3]  125/5 152/4 230/18
we'll [22]  3/8 3/10 3/13 14/4 21/23 25/3 38/3
67/24 70/10 72/5 108/12 111/19 148/10
149/9 181/2 182/4 197/4 206/10 230/13
230/24 234/7 272/25
we're [42]  3/6 3/15 50/20 59/22 62/9 71/16
71/24 72/20 72/21 77/5 77/5 79/10 81/15
97/12 97/17 98/19 104/10 133/1 142/25
147/4 150/6 152/16 152/24 157/4 163/19
173/5 177/17 177/19 196/11 196/16 196/17
196/23 197/19 202/1 206/18 229/5 229/5
234/2 234/5 235/22 240/13 254/24
we've [18]  24/1 64/21 71/24 76/11 76/15 77/4
97/15 118/15 128/10 133/9 208/16 209/7
222/21 230/2 259/1 262/15 269/6 272/19
weakness [2]  91/14 91/17
wealthy [1]  21/6
wear [1]  57/21
web [5]  137/1 251/19 251/20 269/19 272/2
website [3]  64/18 101/4 255/3
websites [9]  125/9 125/16 154/5 154/6
154/11 224/24 241/5 270/8 270/9
week [7]  36/12 140/18 185/12 202/14 248/25
249/9 250/3
weekly [1]  272/10
weeks [1]  248/21
weight [2]  90/4 221/18
welcome [4]  13/8 24/20 41/14 79/2
well [127]
well-known [1]  115/23
went [23]  14/24 15/11 18/21 18/22 19/9 19/22
40/1 42/23 51/15 65/22 125/17 127/6 133/3
146/11 151/4 175/17 204/15 205/9 207/25
218/22 242/22 252/14 252/17
weren't [9]  10/1 49/9 60/8 67/3 78/25 106/21
113/23 180/20 208/20
West [3]  1/8 1/20 2/9
what's [21]  13/4 14/14 30/24 31/9 54/16
56/13 83/8 89/9 98/6 123/2 175/7 175/23
175/25 179/10 184/13 189/13 231/16 239/19
239/19 259/7 260/5
whatever [14]  23/24 54/22 54/23 67/8 67/10

70/5 70/11 79/13 175/3 203/8 210/18 268/21
268/24 269/10
whatnot [1]  97/8 233/6
whatsoever [1]  172/14
wheel [2]  89/2 89/3
whenever [1]  237/11
where [64]  3/21 8/19 15/11 17/23 26/7 26/22
28/21 40/1 42/16 42/20 47/19 48/1 48/3
50/10 50/22 67/4 67/7 67/14 67/19 78/3
81/13 84/11 86/8 86/9 86/12 87/22 88/3
88/19 90/21 91/16 94/23 114/25 121/11
124/1 127/25 131/6 132/12 134/5 135/7
135/8 155/25 160/7 169/23 174/2 174/15
184/25 190/25 197/22 210/23 210/25 216/11
218/25 219/24 221/10 234/15 242/3 246/7
247/9 248/11 249/16 257/24 260/11 261/4
266/17
whereas [2]  138/19 208/15
whether [50]  22/4 36/7 88/10 92/15 102/18
102/25 102/25 123/5 124/8 124/9 132/16
148/22 156/8 157/2 157/4 157/20 164/1
165/12 170/3 171/21 171/24 180/10 180/15
181/14 182/20 185/24 187/12 187/24 191/19
192/2 192/3 192/4 192/5 192/15 199/23
204/18 206/14 208/5 229/11 231/10 231/20
236/18 238/1 242/10 249/17 251/20 251/22
264/3 264/8 266/5
while [15]  3/15 6/4 21/10 21/20 22/1 103/18
109/5 114/14 114/18 137/4 139/11 162/20
175/21 176/7 263/7
who's [5]  96/17 130/7 130/11 194/3 272/4
whoever [1]  229/24
whole [9]  8/25 49/25 55/1 55/7 64/22 75/9
135/10 135/12 262/12
wholeheartedly [1]  146/20
whomever [2]  154/18 155/12
whose [3]  131/10 166/25 167/4
why [46]  6/2 8/12 14/19 26/20 38/9 46/16
46/19 46/20 50/13 52/20 63/5 63/7 63/7
69/19 71/21 73/5 73/16 79/12 90/23 97/11
98/12 129/5 130/3 130/16 132/23 133/4
140/11 150/19 151/17 152/5 166/12 177/13
183/19 195/3 195/9 202/15 203/6 210/10
212/17 230/7 230/20 254/19 258/19 263/16
269/5 270/18
wide [1]  184/23
widely [3]  117/25 130/8 137/12
wife [1]  54/21
Wikipedia [2]  116/12 116/13
wild [6]  131/9 131/19 162/9 192/17 192/20
192/21
William [7]  2/17 193/24 235/2 235/5 235/9
235/13 275/12
willing [1]  144/7
willingness [1]  41/9
Windows [98]
Winferno [3]  145/10 145/15 145/19
wipe [2]  137/18 227/3
wiped [1]  137/22
wish [1]  37/22
with -- I [1]  234/19
withdraw [3]  79/17 79/24 230/24
within [7]  9/22 86/17 93/8 116/21 117/25
149/21 185/25
without [22]  4/9 50/3 98/25 107/22 107/22
128/6 135/25 153/9 179/25 181/16 197/24
198/18 200/25 202/20 211/20 230/5 234/10
235/19 248/20 248/21 250/18 270/19
witness [37]  3/11 3/13 3/16 4/18 13/13 16/6
16/14 25/8 25/13 41/19 44/23 82/18 84/7
96/19 99/11 131/4 159/4 176/11 188/4 192/6

194/22 196/4 201/23 202/20 228/12 228/13
228/16 230/18 230/20 230/21 232/10 232/22
233/3 235/1 235/5 236/9 237/1
witness' [1]  178/12
witnesses [7]  3/7 3/20 45/6 96/20 97/20
196/9 227/21
woman [3]  228/2 229/23 229/24
won't [6]  71/20 194/6 194/7 194/10 230/17
232/3
wonderful [1]  140/14
wooing [1]  70/15
wording [1]  112/17
words [16]  52/21 54/1 54/2 55/20 58/10
58/15 61/8 61/9 61/10 114/3 149/1 149/21
151/3 187/18 225/16 257/19
wore [1]  57/20
work [52]  6/17 6/25 7/2 8/1 11/25 12/3 15/11
17/22 23/10 26/7 26/11 26/22 27/2 32/8 36/4
36/18 41/11 42/16 42/20 43/1 43/11 49/17
54/22 58/4 58/17 58/24 75/4 75/24 76/8
76/20 79/14 91/9 91/10 92/9 92/16 95/15
105/2 105/4 107/17 108/2 130/5 130/8
130/17 132/6 170/23 211/5 224/20 243/1
245/10 253/3 253/7 268/23
worked [12]  6/19 6/20 26/8 26/23 67/6 74/17
74/19 75/21 76/5 76/6 76/24 78/5
workforce [1]  95/5
working [28]  5/13 5/17 5/24 14/6 14/16
14/22 17/22 18/1 21/16 21/19 21/20 22/6
42/11 43/7 43/9 51/5 71/4 76/12 76/12 76/21
77/23 86/11 92/13 101/24 106/20 109/5
147/6 170/22
works [3]  55/17 78/8 157/10
world [6]  100/21 116/25 152/17 186/1 252/8
252/9
worldwide [1]  116/22
worried [1]  48/23
worries [1]  73/18
worry [1]  257/7
worth [2]  116/19 268/23
wouldn't [22]  19/12 23/10 49/23 69/6 77/20
81/1 85/25 92/15 106/21 119/18 124/21
127/18 129/25 130/2 131/10 159/16 163/3
182/17 221/25 250/9 255/8 268/20
woven [1]  232/17
wrap [2]  92/22 206/10
wrap-up [1]  92/22
Wright [1]  84/1
writing [1]  101/12
written [10]  91/19 101/3 101/10 101/15
109/24 110/15 110/21 162/3 270/2 270/6
wrong [17]  7/23 9/2 20/13 65/6 86/23 96/24
98/6 102/2 106/15 131/3 132/21 135/6 141/3
158/5 244/16 254/3 261/16
wrote [3]  46/16 64/5 106/11

## X

X blockers [1]  270/15
X checking [1]  147/2
X components [1]  249/21
X control [8]  146/23 147/1 147/9 162/3
162/13 163/24 187/14 269/19
X controls [23]  158/9 158/11 158/13 158/18
158/23 159/1 159/11 159/22 159/25 160/15
160/18 161/6 161/19 161/24 162/22 163/7
163/12 164/9 164/12 191/19 198/23 269/16
270/9
X programs [1]  269/22
X vulnerabilities [2]  264/2 270/25
X vulnerability [1]  270/22
X who [1]  250/14

## X

XP [25]  159/8 159/8 159/10 159/13 159/14
159/17 159/21 161/6 163/20 163/21 183/17
183/19 184/2 184/3 184/7 184/13 184/25
185/4 185/16 185/19 188/22 192/4 192/10
192/13 262/24

## Y

yeah [34]  4/3 6/23 7/2 17/11 19/17 19/19
19/24 20/3 21/1 21/25 23/16 24/5 24/16
52/16 55/12 56/11 57/8 60/3 60/10 61/16
62/6 70/17 75/25 76/22 77/18 80/3 130/23
144/18 176/4 177/2 205/23 219/4 223/19
227/23
year [34]  20/11 26/17 32/6 32/8 32/11 32/24
32/24 37/25 38/4 38/10 38/16 38/19 38/24
40/2 40/3 40/6 40/10 40/25 48/18 76/8 76/16
83/16 83/18 84/22 89/15 93/14 93/20 94/1
94/2 100/21 107/21 161/8 163/3 271/24
yearly [1]  32/3
years [32]  5/14 17/25 18/25 21/8 22/24 23/14
26/12 39/3 42/19 43/4 71/12 76/3 77/4 81/10
85/23 105/3 116/11 158/17 158/22 159/2
160/8 160/23 161/10 162/8 166/12 192/19
245/16 248/21 250/25 256/14 258/7 270/6
yellow [2]  200/6 204/5
Yep [1]  225/23
yes [371]
yesterday [4]  36/8 73/9 127/20 198/6
yet [14]  5/23 12/5 23/1 131/18 157/1 163/7
166/11 167/24 194/5 194/19 195/14 224/11
250/22 252/4
yield [1]  200/7
you'd [5]  112/17 120/7 190/1 205/20 224/3
you'll [11]  39/3 106/2 111/9 124/17 125/18
126/2 130/17 203/8 244/25 245/23 246/19
you're [95]
you've [39]  15/8 17/10 23/21 24/3 24/6 24/14
29/11 29/11 32/23 47/4 47/9 54/12 75/21
76/23 101/3 101/7 103/8 103/25 112/2
131/16 134/22 149/17 152/19 164/6 166/21
167/12 167/17 183/1 186/23 188/20 191/12
206/23 207/13 209/10 211/23 229/14 251/13
253/9 270/21
yours [1]  14/1
yourself [6]  135/11 143/25 165/16 208/18
208/25 210/2
YouTube [7]  125/25 126/3 126/4 126/4
126/13 126/16 126/18
YouTube.com [2]  125/20 125/23

## Z

zero [4]  85/13 216/13 216/20 265/16
zone [4]  220/13 247/6 258/2 258/15