UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:14-cv-81395-KAM

FEDERAL TRADE COMMISSION and
STATE OF FLORIDA,

    Plaintiffs,

vs.

INBOUND CALL EXPERTS, LLC, et al.,

    Defendants.

_____/

### **ORDER**

This matter is before the Court on Plaintiffs and Defendants' Joint Motion to Stay Proceedings until November 28, 2016 (DE 208). As described in the Joint Motion (DE 208), this stay would permit Plaintiffs time to seek approval from the FTC Commissioners and the State of Florida Attorney General of the proposed settlement between Plaintiffs and Defendants Inbound Call Experts, LLC also d/b/a Advanced Tech Support, Advanced Tech Supportco, LLC, PC Vitalware, LLC, Super PC Support, LLC, Robert D. Deignan, Paul M. Herdsman, and Justin M. Wright.

Good cause being found, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs and Defendants' Joint Motion (DE 208) is **GRANTED**. This case is **STAYED** until November 28, 2016 to permit Plaintiffs to seek approval of the proposed settlement. The Clerk shall

**ADMINISTRATIVELY CLOSE** this case until the stay is lifted.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of September, 2016.

_____
KENNETH A. MARRA
United States District Judge